# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 10, 2023

Ms. Cynthia Barmore
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

    No. 23-10362   Alliance Hippocratic Medicine v. FDA
                           USDC No. 2:22-CV-223

Dear Ms. Barmore,

We are taking no action on your exhibits to the motion incorrectly filed as an addendum to a brief. The clerk's office will file them as exhibits to the motion.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    *Lisa E. Ferrara*
                                  By: _____
                                  Lisa E. Ferrara, Deputy Clerk
                                  504-310-7675

cc:
    Mr. Erik Baptist
    Ms. Julie Marie Blake
    Ms. Jessica Lynn Ellsworth
    Ms. Denise Harle
    Ms. Sarah Elaine Harrington
    Mr. Michael S. Raab
    Mr. Daniel Schwei
    Mr. Christian D. Stewart