No. 23-10362

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

ALLIANCE FOR HIPPOCRATIC MEDICINE, et al.,

*Plaintiffs-Appellees*,

v.

U.S. FOOD AND DRUG ADMINISTRATION, et al.,

*Defendants-Appellants*,

DANCO LABORATORIES, LLC,

*Intervenor-Defendant-Appellant.*

**Motion of the States of New York, Arizona, California, Colorado, Connecticut, Delaware, Hawaiʻi, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, North Carolina, Oregon, Pennsylvania, Rhode Island, Vermont, Washington, Wisconsin, and the District of Columbia to Submit a Brief as Amici Curiae in Support of Appellants' Applications for a Stay**

The States of New York, Arizona, California, Colorado, Connecticut, Delaware, Hawaiʻi, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, North Carolina, Oregon, Pennsylvania, Rhode Island, Vermont, Washington, and Wisconsin, and the District of Columbia move this Court for leave to file the enclosed brief as amici curiae in support of defendants-appellants' applications for a stay pending appeal of the district court's April 7, 2023 order staying

the effective date of the U.S. Food and Drug Administration's September 28, 2000, approval of mifepristone.[1] The brief includes material that is "relevant to the disposition" of the stay applications, and which would be "desirable" for the Court to consider. Fed. R. App. P. 29(a)(3)(B).

The brief explains that amici's experience confirms decades of scientific evidence showing that mifepristone is a safe, reliable, and effective method for early pregnancy termination. The brief also explains how the availability of mifepristone has been particularly critical to amici's efforts to provide access to abortion in low-income, underserved, and rural communities where a nonmedication abortion procedure (or "procedural abortion") may be unavailable.

The brief further explains how curtailing access to mifepristone could result in more abortions taking place later in pregnancy, further increasing costs, medical risks, and burdens on already overtaxed health

---

[1] While a State is permitted to file an amicus brief without the parties' consent or permission of the Court during the "consideration of a case on the merits," Fed. R. App. P. 29(a)(1)-(2), that Rule does not expressly permit a State to file an amicus brief during the Court's consideration of a motion. Accordingly, in an abundance of caution, amici States move for leave to file an amicus brief in support of appellants' stay requests.

care systems. In amici's experience, these harms are often disproportionately borne by already underserved groups, including women of color, low-income women, people with disabilities, and LGBTQ individuals. Finally, the brief argues that the district court's order undermines amici's sovereign decisions to safeguard access to abortion for their residents by disrupting access to mifepristone across the country, including in States where abortion is lawful.

Counsel for defendants-appellants and intervenor-defendant-appellant consent to the relief requested in this motion. Counsel for plaintiffs-appellees did not respond to a request for consent.

The proposed brief complies with the type-volume limitations for an amicus brief on a motion because it uses fewer than half of the 5,200 words permitted for a motion or response. *See* Fed. R. App. P. 27(d)(2(A); *id.* 29(a)(5).

## CONCLUSION

The Court should grant amici curiae leave to file the enclosed brief in support of defendants-appellants' stay applications.

Dated: New York, NY
April 10, 2023

                            Respectfully submitted,

                            LETITIA JAMES
                              *Attorney General*
                              *State of New York*

By:   /s/ Grace X. Zhou
        GRACE X. ZHOU
        Assistant Solicitor General

BARBARA D. UNDERWOOD
  *Solicitor General*
ESTER MURDUKHAYEVA
  *Deputy Solicitor General*
GRACE X. ZHOU
  *Assistant Solicitor General*
GALEN SHERWIN
  *Special Counsel for*
    *Reproductive Justice*
      *of Counsel*

28 Liberty Street
New York, NY 10005
(212) 416-6160

(*Counsel list continues below.*)

<div style="column-count:2">

KRIS MAYES
  *Attorney General*
  *State of Arizona*
2005 N. Central Ave
Phoenix, AZ 85004

ROB BONTA
  *Attorney General*
  *State of California*
1515 Clay Street
Oakland, CA 94612

PHILIP J. WEISER
  *Attorney General*
  *State of Colorado*
1300 Broadway
Denver, CO 80203

WILLIAM TONG
  *Attorney General*
  *State of Connecticut*
165 Capitol Avenue
Hartford, CT 06106

KATHLEEN JENNINGS
  *Attorney General*
  *State of Delaware*
820 N. French Street
Wilmington, DE 19801

ANNE E. LOPEZ
  *Attorney General*
  *State of Hawaiʻi*
425 Queen Street
Honolulu, HI 96813

KWAME RAOUL
  *Attorney General*
  *State of Illinois*
100 West Randolph Street
Chicago, IL 60601

AARON M. FREY
  *Attorney General*
  *State of Maine*
6 State House Station
Augusta, ME 04333

ANTHONY G. BROWN
  *Attorney General*
  *State of Maryland*
200 Saint Paul Place
Baltimore, MD 21202

ANDREA JOY CAMPBELL
  *Attorney General*
  *Commonwealth of Massachusetts*
One Ashburton Place
Boston, MA 02108

DANA NESSEL
  *Attorney General*
  *State of Michigan*
P.O. Box 30212
Lansing, MI 48909

KEITH ELLISON
  *Attorney General*
  *State of Minnesota*
102 State Capitol
75 Dr. Martin Luther King Jr. Blvd.
St. Paul, MN 55155

</div>

AARON D. FORD
  *Attorney General*
  *State of Nevada*
100 North Carson Street
Carson City, NV 89701

MATTHEW J. PLATKIN
  *Attorney General*
  *State of New Jersey*
25 Market Street
Trenton, NJ 08625

RAÚL TORREZ
  *Attorney General*
  *State of New Mexico*
P.O. Drawer 1508
Santa Fe, NM 87504

JOSHUA H. STEIN
  *Attorney General*
  *State of North Carolina*
114 W. Edenton Street
Raleigh, NC 27603

ELLEN F. ROSENBLUM
  *Attorney General*
  *State of Oregon*
1162 Court Street N.E.
Salem, OR 97301

MICHELLE A. HENRY
  *Attorney General*
  *Commonwealth of Pennsylvania*
Strawberry Square
Harrisburg, PA 17120

PETER F. NERONHA
  *Attorney General*
  *State of Rhode Island*
150 South Main Street
Providence, RI 02903

CHARITY R. CLARK
  *Attorney General*
  *State of Vermont*
109 State Street
Montpelier, VT 05609

ROBERT W. FERGUSON
  *Attorney General*
  *State of Washington*
P.O. Box 40100
Olympia, WA 98504

JOSHUA L. KAUL
  *Attorney General*
  *State of Wisconsin*
17 West Main Street
Madison, WI 53703

BRIAN L. SCHWALB
  *Attorney General*
  *District of Columbia*
400 6th Street, NW, Suite 8100
Washington, D.C. 20001

## CERTIFICATE OF COMPLIANCE

Pursuant to Rules 27 and 32 of the Federal Rules of Appellate Procedure, Grace X. Zhou, an attorney in the Office of the Attorney General of the State of New York, hereby certifies that according to the word count feature of the word processing program used to prepare this document, the document contains 427 words and complies with the typeface requirements and length limits of Rules 27(d) and 32(a)(5)-(6) and applicable local rules.

　　　　　　　　　　　　　　　　　　　　　*/s/ Grace X. Zhou*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically with the Court's CM/ECF system on April 10, 2023. Service will be effectuated by the Court's electronic notification system upon all parties and counsel of record.

Dated: New York, New York
April 10, 2023

*/s/ Grace X. Zhou*