# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 10, 2023

Mr. Erik Baptist
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176

Ms. Julie Marie Blake
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176

Ms. Denise Harle
Alliance Defending Freedom
1000 Hurricane Shoals Road, N.E.
Suite D1100
Lawrenceville, GA 30043

      No. 23-10362    Alliance Hippocratic Medicine v. FDA
                      USDC No. 2:22-CV-223


Dear Counsel:

The court has requested a response to the Appellants Food & Drug Administration, Robert M. Califf, Commissioner of Food and Drugs, Janet Woodcock, M.D., in her official capacity as Principal Deputy Commissioner, U.S. Food and Drug Administration, Patrizia Cavazzoni, M.D., in her official capacity as Director, Center for Drug Evaluation and Research, U.S. Food and Drug Administration, United States Department of Health and Human Services, Xavier Becerra, Secretary, U.S. Department of Health and Human Services' Motion for stay pending appeal and to stay order and Appellant Danco Laboratories, L.L.C.'s Motion for stay pending appeal and to stay order be filed in this office on or before April 11, 2023 by midnight.

Sincerely,

LYLE W. CAYCE, Clerk

*Lisa E. Ferrara*

By: _____
Lisa E. Ferrara, Deputy Clerk
504-310-7675

cc:
    Ms. Cynthia Barmore
    Ms. Jessica Lynn Ellsworth
    Ms. Sarah Elaine Harrington
    Mr. Michael S. Raab
    Mr. Daniel Schwei