# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 11, 2023

Erin Morrow Hawley
Alliance Defending Freedom
440 First St. NW
Suite 600
Washington, DC 20001

    No. 23-10362   Alliance Hippocratic Medicine v. FDA
                          USDC No. 2:22-CV-223

Dear Ms. Hawley,

The following pertains to your electronically filed appearance form:

The submitted appearance form does not match the registered attorney.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Cyril J. Morise, Deputy Clerk