# United States Court of Appeals

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

April 11, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-10362   Alliance Hippocratic Medicine v. FDA
                  USDC No. 2:22-CV-223

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Mr. Erik Baptist
Ms. Cynthia Barmore
Ms. Julie Marie Blake
Ms. Jessica Lynn Ellsworth
Ms. Denise Harle
Ms. Sarah Elaine Harrington
Mr. Michael S. Raab
Mr. Daniel Schwei
Mr. Christian D. Stewart
Ms. Grace Zhou