# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 11, 2023

Ms. Grace Zhou
Office of the Attorney General
for the State of New York
28 Liberty Street
23rd Floor
New York, NY 10005

     No. 23-10362     Alliance Hippocratic Medicine v. FDA
     USDC No. 2:22-CV-223

Dear Ms. Zhou,

The following pertains to your amici curiae brief electronically filed on this date.

The following correction is required:

Lacks a Certificate of interested persons, see 5TH CIR. R. 28.2.1.

Note:  Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system.  Please do not send paper copies of the brief until requested to do so by the clerk's office.  The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary.  The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made.  Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

cc:  Mr. Erik Baptist
     Ms. Cynthia Barmore
     Ms. Julie Marie Blake
     Ms. Jessica Lynn Ellsworth
     Ms. Denise Harle
     Ms. Sarah Elaine Harrington
     Mr. Michael S. Raab
     Mr. Daniel Schwei
     Mr. Christian D. Stewart