# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 11, 2023

Ms. Cynthia Barmore
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Ms. Jessica Lynn Ellsworth
Hogan Lovells US, L.L.P.
555 13th Street, N.W.
Columbia Square
Washington, DC 20004

Ms. Sarah Elaine Harrington
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Michael S. Raab
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Room 7237
Washington, DC 20530

Mr. Daniel Schwei
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, N.W.
Washington, DC 20005

    No. 23-10362   Alliance Hippocratic Medicine v. FDA
                      USDC No. 2:22-CV-223

Dear Counsel:

This letter will serve to advise you that the court has requested a Reply to the Appellants' Motions for stay pending appeal and

stay order to be filed in this office on or before April 12, 2023, by 12:00 p.m.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

cc: Mr. Erik Baptist
    Ms. Julie Marie Blake
    Ms. Denise Harle
    Mr. Christian D. Stewart
    Ms. Grace Zhou