No. 23-10362

United States Court of Appeals
for the
Fifth Circuit

―――――――――――

Alliance For Hippocratic Medicine, et al.,
*Plaintiffs - Appellees,*

— v. —

U.S. Food and Drug Administration, et al,
*Defendants – Appellants,*
Danco Laboratories, L.L.C.,
*Intervenor-Appellant.*

―――――――――――

On Appeal from the United States District Court
for the Northern District of Texas (Amarillo)

―――――――――――

Motion for Leave to File Amicus Brief on Behalf of
Ethics and Public Policy Center
in Support of Plaintiffs — Appellees

―――――――――――

| | |
|---|---|
| M. Edward Whelan III | Charles W. Fillmore |
| Ethics and Public Policy Center | H. Dustin Fillmore III |
| 1730 M Street N.W., Suite 910 | The Fillmore Law Firm, LLP |
| Washington, D.C. 20036 | 201 Main Street, Suite 700 |
| (202) 682-1200 | Fort Worth, TX 76102 |
| | (817) 332-2351 |

*Attorneys for Ethics and Public Policy Center*

# Certificate of Interested Persons

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

## *Plaintiffs-Appellees and Counsel*

Alliance for Hippocratic Medicine
American Association of Pro-Life Obstetricians & Gynecologists
American College of Pediatricians
Christian Medical & Dental Associations
Shaun Jester, D.O.
Regina Frost-Clark, M.D.
Tyler Johnson, D.O.
George Delgado, M.D.

    Erik Christopher Baptist
    Alliance Defending Freedom
    440 First Street NW
    Washington, DC 20001

    Christian Stewart
    Morgan Williamson LLP
    500 S Taylor Suite 900
    Amarillo, TX 79101

    Denise Harle
    Alliance Defending Freedom
    1000 Hurricane Shoals Rd., NE Ste D1100
    Lawrenceville, GA 30043

    Erica Steinmiller-Perdomo
    Alliance Defending Freedom

440 First Street NW Suite 600
Washington, DC 20001

Erin Morrow Hawley
Alliance Defending Freedom
440 First Street NW Suite 600
Washington, DC 20001

Julie Marie Blake
Alliance Defending Freedom
44180 Riverside Pkwy
Landsdowne, VA 20176

Matthew S Bowman
Alliance Defending Freedom
440 First Street NW Suite 600
Washington, DC 20001

### *Defendants-Appellants and Counsel*

U.S. Food and Drug Administration
U.S. Department of Health and Human Services
Robert M. Califf, M.D., in his official capacity as Commissioner of Food and
    Drugs, U.S. Food and Drug Administration
Janet Woodcock, M.D., in her official capacity as Principal Deputy Commissioner,
    U.S. Food and Drug Administration
Patrizia Cavazzoni, M.D., in her official capacity as Director, Center for Drug Evaluation and Research, U.S. Food and Drug Administration
Xavier Becerra, in his official capacity as Secretary, U.S. Department of Health and
    Human Services

    Brian M. Boynton
    Leigha Simonton
    Sarah E. Harrington
    Michael S. Raab
    Cynthia A. Barmore
    Noah T. Katzen
    Christopher A. Eisworth

    Daniel Schwei
    Emily B. Nestler
    Julie Straus Harris
    Kate Talmor

### *Intervenor-Appellant and Counsel*

Danco Laboratories LLC

    Catherine Emily Stetson
    Jessica Lynn Ellsworth
    Kaitlyn Golden
    Lynn Whipkey Mehler
    Marlan Golden
    Philip Katz
    Hogan Lovells
    555 Thirteenth Street NW
    Washington, DC 20004

    Ryan Patrick Brown
    Ryan Brown Attorney at Law
    1222 S Fillmore St
    Amarillo, TX 79101

### *Amici and Counsel*

Ethics and Public Policy Center

    M. Edward Whelan III
    Charles W. Fillmore
    H. Dustin Fillmore III

The Chattanooga National Memorial for the Unborn

    Darald John Schaffer
    Samples Jennings Clem & Fields PLLC
    130 Jordan Avenue
    Chattanooga, TN 37421

    Michael S Jennings
    Samples Jennings Clem & Fields PLLC
    130 Jordan Drive
    Chattanooga, TN 37421

Doctors for America

    Christopher Morten
    Columbia Law School
    435 W 116th St (Jerome Greene Hall)
    New York, NY 10027

    Thomas S Leatherbury
    Thomas S Leatherbury Law PLLC
    1901 N Akard St
    Dallas, TX 75201

American Center for Law and Justice

    Edward Lawrence White , III
    American Center for Law & Justice
    3001 Plymouth Road Suite 203
    Ann Arbor, MI 48105

State of Missouri

    Joshua Divine
    Office of The Missouri Attorney General
    207 W High St Po Box 899
    Jefferson City, MO 65102

Human Coalition

    Elissa Michelle Graves
    1907 Bonanza Drivce
    Sachse, TX 75048

State of Mississippi, State of Alabama, State of Alaska, State of

Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Iowa, State of Kansas, State of Louisiana, State of Kentucky, State of Montana, State of Nebraska, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Tennessee, State of Texas, State of Utah, State of Wyoming

>Justin Lee Matheny
>Mississippi Attorney General Office
>550 High Street Suite 1200
>Jackson, MS 39205

States of New York California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, North Carolina, Oregon, Pennsylvania, Rhode Island, Washington, Wisconsin, Washington DC

>Galen Sherwin
>NYS Office of The Attorney General
>Executive State Capital
>Albany, NY 12224

Life Collective Inc

>Darren L McCarty
>McCarty Law PLLC
>1410b W 51st Street
>Austin, TX 78756

Family Research Council

>Michael F Smith
>The Smith Appellate Law Firm
>1717 Pennsylvania Ave NW Suite 1025
>Washington, DC 20006

Judicial Watch Inc

>Meredith Di Liberto

    Judicial Watch Inc
    425 Third Street SW, Suite 800
    Washington, DC 20024

Advancing American Freedom

    John Marc Wheat
    Advancing American Freedom
    801 Pennsylvania Ave NW Suite 930
    Washington, DC 20004

Concerned Women for America

    Mario Diaz
    Concerned Women for America
    Legal 1000 N Payne St
    Alexandria, VA 22314

Greer Donley, R. Alta Charo, I. Glenn Cohen, Marsha Cohen, Nathan Cortez, Rebecca Eisenberg, Henry Greely, George Horvath, Peter Barton Hutt, Joan Krause, Holly Fernandez Lynch, Elizabeth McCuskey, Jennifer Oliva, Jordan Paradise, Christopher Robertson, Joanna Sax, Allison Whelan, Diana Winters, Patricia Zettler

    Robert John Winson
    Covington & Burling LLP
    1999 Avenue Of The Stars
    Los Angeles, CA 90067

    Alysia Brianna Cordova
    Mullin Hoard & Brown LLP
    500 S Taylor Suite 800
    Amarillo, TX 79101

    Beth E Braiterman
    Covington & Burling LLP
    850 10th Street NW
    Washington, DC 20001

Denise Esposito
Covington and Burling LLP
850 10th Street NW
Washington, DC 20001

Emile Katz
850 10th St NW
Washington, DC 20268

Guillaume Julian
Covington & Burling
850 Tenth Street NW
Washington, DC 20001

Julia F Post
Covington & Burling LLP
850 Tenth Street NW
Washington, DC 20001

Lewis A Grossman
Covington & Burling LLP
850 10th St., NW
Washington, DC 20268

Richard Biggs
Mullin Hoard & Brown LLP
500 S Taylor Suite 800
Amarillo, TX 79109

Robert A Long , Jr
Covington & Burling LLP
850 Tenth Street NW
Washington, DC 20001

American College of Obstetricians and Gynecologists

Molly A Meegan

ACOG
General Counsel's Office 409 12th Street SW Washington
Washington, DC 20024

Adam Bresler Aukland-Peck
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001

Matthew W Sherwood
McCarn & Weir
905 S. Fillmore Suite 530
Amarillo, TX 79101

Megan McGuiggan
Debevoise & Plimpton LLP
801 Pennsylvania Avenue NW Ste 500
Washington, DC 20004

Shannon Rose Selden
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001

Susan B. Anthony Pro-Life America, Catholic Health Care Leadership Alliance, The National Catholic Bioethics Center, Catholic Bar Association, Catholic Benefits Association, Christ Medicus Foundation

Murphy S Klasing
Weycer, Kaplan, Pulaski & Zuber, P.C.
11 Greenway Plaza Suite 1400
Houston, TX 77046

67 Members of Congress

Fernando M Bustos
Bustos Law Firm PC
P.O. Box 1980

    Lubbock, TX 79408-1980

    Carolyn McDonnell
    Americans United for Life
    1150 Connecticut Ave. NW Ste 500
    Washington, DC 20036

American Medical Association, Society of Maternal and Fetal Medicine, American Academy of Family Physicians, American Gynecological & Obstetrical Society, American Society for Reproductive Medicine, Council of University Chairs of Obstetrics & Gynecology, North American Society for Pediatric and Adolescent Gynecology, Nurse Practitioners in Women's Health, Society of Family Planning, Society of Gynecologic Oncology, Society of OB/GYN Hospitalists

    Adam Bresler Aukland-Peck
    Debevoise & Plimpton LLP
    66 Hudson Boulevard
    New York, NY 10001

    Matthew W Sherwood
    McCarn & Weir
    905 S. Fillmore Suite 530
    Amarillo, TX 79101

    Megan McGuiggan
    Debevoise & Plimpton LLP
    801 Pennsylvania Avenue NW Ste 500
    Washington, DC 20004

    Shannon Rose Selden
    Debevoise & Plimpton LLP
    66 Hudson Boulevard
    New York, NY 10001

Texas Business Leaders

    John Clay Sullivan

    S|L Law PLLC
    610 Uptown Boulevard, Suite 2000
    Cedar Hill, TX 75104

Charlotte Lozier Institute

    Cristina Martinez Squiers
    Schaerr | Jaffe LLP
    1717 K Street NW Suite 900
    Washington, DC 20006

    Gene C Schaerr
    Schaerr | Jaffe LLP
    1717 K Street NW Suite 900
    Washington, DC 20006

Coalition For Jewish Values Healthcare Council

    Murphy S Klasing
    Weycer, Kaplan, Pulaski & Zuber, P.C.
    11 Greenway Plaza Suite 1400
    Houston, TX 77046

State of Arizona

    Joshua Bendor
    Office of the Arizona Attorney General
    2005 N Central Avenue
    Phoenix, AZ 85004

***Objector and Counsel***

News Media Coalition

    Peter Blackmer Steffensen
    SMU Dedman School of Law
    P.O. Box 750116
    Dallas, TX 75275-0116

Respectfully submitted,

| By: */s/ M. Edward Whelan III* | */s/ Charles W. Fillmore* |
|---|---|
| M. EDWARD WHELAN III | H. DUSTIN FILLMORE III |
| DC BAR NO. 479530 | TX BAR NO. 06996010 |
| ETHICS AND PUBLIC POLICY CENTER | CHARLES W. FILLMORE |
| 1730 M Street N.W., Suite 910 | TX BAR NO. 00785861 |
| Washington, D.C. 20036 | THE FILLMORE LAW FIRM, LLP |
| (202) 682-1200 | 201 Main Street, Suite 700 |
| ewhelan@eppc.org | Fort Worth, TX 76102 |
| | (817) 332-2351 |
| | dusty@fillmorelawfirm.com |
| | chad@fillmorelawfirm.com |

ATTORNEYS FOR ETHICS AND PUBLIC POLICY CENTER

Pursuant to Rule 29(a)(3) of the Federal Rules of Appellate Procedure, the Ethics and Public Policy Center ("EPPC") moves the Court for leave to file a brief as Amicus Curiae in support of Plaintiffs-Appellees.

### Identity and Interests of Amicus Curiae

EPPC is a nonprofit research institution that is based in Washington, D.C., and that is dedicated to defending American ideals and to applying the Judeo-Christian moral tradition to issues of public policy. EPPC works to promote a culture of life in law and policy and to defend the dignity of the human being from conception to natural death. EPPC has filed amicus curiae briefs in other cases involving abortion and drugs that might operate as abortifacients, including *Dobbs v. Jackson Women's Health Organization*, 597 U.S. ___ (2022), *Zubik v. Burwell*, 578 U.S. 403 (2016), and *Burwell v. Hobby Lobby Stores*, 573 U.S. 682 (2014).

### Reason to Grant Movant's Amicus Curiae Status

EPPC respectfully submits that its proffered brief will assist the Court on the disputed legal question whether and to what extent federal criminal statutes prohibit sending mifepristone by U.S. mail or by common carrier and bring several relevant matters to the Court's attention. EPPC therefore respectfully requests that this Court grant EPPC's motion for leave to file the accompanying amicus curiae brief.

Respectfully submitted,

By:   */s/ M. Edward Whelan III*          */s/ Charles W. Fillmore*
      M. Edward Whelan III             H. Dustin Fillmore III
      DC Bar No. 479530               TX Bar No. 06996010
Ethics and Public Policy Center     Charles W. Fillmore
1730 M Street N.W., Suite 910        TX Bar No. 00785861
Washington, D.C. 20036               The Fillmore Law Firm, LLP
(202) 682-1200                         201 Main Street, Suite 700
ewhelan@eppc.org                    Fort Worth, TX 76102
                                      (817) 332-2351
                                      dusty@fillmorelawfirm.com
                                      chad@fillmorelawfirm.com

Attorneys for Ethics and Public Policy Center

### Certificate of Conference

I certify that I conferred with counsel for Plaintiffs-Appellees, Defendants-Appellants, and Intervenor-Appellant concerning the merits of the instant motion. Plaintiffs-Appellees and Defendants-Appellants do not oppose this motion. However, counsel for Intervenor-Appellant never responded to the undersigned several efforts to conference. Accordingly, it is unknown whether Intervenor opposes or is unopposed to the motion.

                                                              */s/ Charles W. Fillmore*
                                                               Charles W. Fillmore

## Certificate of Service

I certify that this document has been served on all parties via the court's ECF system on this 11th day of April, 2023.

___/s/ Charles W. Fillmore___
Charles W. Fillmore

*Counsel for Amicus Curiae Ethics and Public Policy Center*

## Certificate Of Compliance

This motion complies with the length limitation of Fed. R. App. P. 27(d)(2)(A) because it does not exceed 5,200 words.

This motion also complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)15)(E) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Equity A font size 14.

___/s/ Charles W. Fillmore___
Charles W. Fillmore

*Counsel for Amicus Curiae Ethics and Public Policy Center*
