No. 23-10362

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Alliance for Hippocratic Medicine; American Association of Pro-Life Obstetricians & Gynecologists; American College of Pediatricians; Christian Medical & Dental Associations; Shaun Jester, D.O.; Regina Frost-Clark, M.D.; Tyler Johnson, D.O.; George Delgado, M.D.,

Plaintiffs-Appellees

v.

Food & Drug Administration; Robert M. Califf, Commissioner of Food and Drugs; Janet Woodcock, M.D., in her official capacity as Principal Deputy Commissioner, U.S. Food and Drug Administration; Patrizia Cavazzoni, M.D., in her official capacity as Director, Center for Drug Evaluation and Research, U.S. Food and Drug Administration; United States Department of Health and Human Services; Xavier Becerra, Secretary, U.S. Department of Health and Human Services,

Defendants-Appellants

v.

Danco Laboratories, L.L.C.,

Intervenor-Appellant

**HUMAN COALITION'S MOTION FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE IN OPPOSITION TO APPELLANTS' EMERGENCY MOTION FOR A STAY PENDING APPEAL**

Human Coalition moves this Court for leave to file the attached brief as amicus curiae in opposition to Appellants' emergency motion for a stay pending appeal of the District Court's April 7, 2023 order staying the effective date of the U.S. Food and Drug Administration's September 28, 2000 approval of mifepristone. The parties have consented to the filing of this amicus brief. While Fed. R. App. P. (a)(1)–(2) permits the filing of amicus briefs during the "consideration of a case on the merits" with the consent of the parties, the Rule does not expressly permit the filing of amicus briefs during this Court's consideration of a motion. In an abundance of caution, Human Coalition thus moves for leave to file an amicus brief in opposition to Appellants' request for a stay pending appeal.

Human Coalition is a nonprofit organization committed to rescuing children, serving families, and making abortion unthinkable and unnecessary by offering pregnant women and girls life-affirming counsel and tangible, needed services. Human Coalition does this by operating its own specialized women's care clinics and virtual clinics in major cities across the country. Human Coalition has a strong interest in protecting women, girls, and their unborn children from the dangers of medication

abortion. The staff and volunteers at Human Coalition's clinics have seen firsthand the harm that medication abortion causes mothers. Human Coalition thus has a substantial interest in the outcome of this litigation, which seeks to invalidate the FDA's approval of the dangerous medication abortion regimen.

The brief explains the physical and mental harms that mifepristone has caused women and girls. The brief further discusses the harms that mifepristone will cause to women and girls should the FDA's dangerous deregulation of mifepristone be permitted to take effect.

Consistent with Federal Rule of Appellate Procedure 29(a)(4)(E), counsel for amicus curiae states that no counsel for any party authored this brief in whole or in part, and no person or entity, other than amicus and its counsel, made a monetary contribution intended to fund the preparation or submission of this brief.

The proposed amicus curiae brief complies with the type-volume limitations for an amicus brief on a motion because it uses fewer than half of the 5,200 words permitted for a motion of response. *See* Fed. R. App. P. 27(d)(2)(A); *id.* at 29(a)(5).

Dated: April 11, 2023

Respectfully submitted,

*/s/ Elissa M. Graves*
Elissa M. Graves
The Law Office of Elissa Graves
1907 Bonanza Dr.
Sachse, TX 75048
(214) 733-3213
elissamgraves@gmail.com

*Attorney for amicus curiae
Human Coalition*

# CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 384 words according to the word count feature in Microsoft Word. This brief also complies with the typeface requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally-spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

*/s/ Elissa M. Graves*
Elissa M. Graves
*Counsel for Amicus Curiae*

Dated: April 11, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2023, the foregoing amicus brief was filed electronically with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit through the Court's CM/ECF system. I certify that all participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

*/s/ Elissa M. Graves*
