No. 23-10362

UNITED STATES COURT OF APPEALS
for the
FIFTH CIRCUIT

ALLIANCE FOR HIPPOCRATIC MEDICINE, ET AL.,
*Plaintiffs - Appellees,*

— v. —

U.S. FOOD AND DRUG ADMINISTRATION, ET AL,
*Defendants – Appellants,*
DANCO LABORATORIES, L.L.C.,
*Intervenor-Appellant.*

On Appeal from the United States District Court
for the Northern District of Texas (Amarillo)

AMENDED MOTION FOR LEAVE TO FILE AMICUS BRIEF
ON BEHALF OF ETHICS AND PUBLIC POLICY CENTER
IN SUPPORT OF PLAINTIFFS — APPELLEES

M. EDWARD WHELAN III
ETHICS AND PUBLIC POLICY CENTER
1730 M Street N.W., Suite 910
Washington, D.C. 20036
(202) 682-1200

CHARLES W. FILLMORE
H. DUSTIN FILLMORE III
THE FILLMORE LAW FIRM, LLP
201 Main Street, Suite 700
Fort Worth, TX 76102
(817) 332-2351

*Attorneys for Ethics and Public Policy Center*

### Certificate of Interested Persons

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

### _Plaintiffs-Appellees and Counsel_

Alliance for Hippocratic Medicine
American Association of Pro-Life Obstetricians & Gynecologists
American College of Pediatricians
Christian Medical & Dental Associations
Shaun Jester, D.O.
Regina Frost-Clark, M.D.
Tyler Johnson, D.O.
George Delgado, M.D.

       Erik Christopher Baptist
       Alliance Defending Freedom
       440 First Street NW
       Washington, DC 20001

       Christian Stewart
       Morgan Williamson LLP
       500 S Taylor Suite 900
       Amarillo, TX 79101

       Denise Harle
       Alliance Defending Freedom
       1000 Hurricane Shoals Rd., NE Ste D1100
       Lawrenceville, GA 30043

       Erica Steinmiller-Perdomo
       Alliance Defending Freedom

440 First Street NW Suite 600
Washington, DC 20001

Erin Morrow Hawley
Alliance Defending Freedom
440 First Street NW Suite 600
Washington, DC 20001

Julie Marie Blake
Alliance Defending Freedom
44180 Riverside Pkwy
Landsdowne, VA 20176

Matthew S Bowman
Alliance Defending Freedom
440 First Street NW Suite 600
Washington, DC 20001

## *Defendants-Appellants and Counsel*

U.S. Food and Drug Administration
U.S. Department of Health and Human Services
Robert M. Califf, M.D., in his official capacity as Commissioner of Food and
    Drugs, U.S. Food and Drug Administration
Janet Woodcock, M.D., in her official capacity as Principal Deputy Commissioner,
    U.S. Food and Drug Administration
Patrizia Cavazzoni, M.D., in her official capacity as Director, Center for Drug Eval-
    uation and Research, U.S. Food and Drug Administration
Xavier Becerra, in his official capacity as Secretary, U.S. Department of Health and
    Human Services

Brian M. Boynton
Leigha Simonton
Sarah E. Harrington
Michael S. Raab
Cynthia A. Barmore
Noah T. Katzen
Christopher A. Eiswerth

Daniel Schwei
Emily B. Nestler
Julie Straus Harris
Kate Talmor

### *Intervenor-Appellant and Counsel*

Danco Laboratories LLC

Catherine Emily Stetson
Jessica Lynn Ellsworth
Kaitlyn Golden
Lynn Whipkey Mehler
Marlan Golden
Philip Katz
Hogan Lovells
555 Thirteenth Street NW
Washington, DC 20004

Ryan Patrick Brown
Ryan Brown Attorney at Law
1222 S Fillmore St
Amarillo, TX 79101

### *Amici and Counsel*

Ethics and Public Policy Center

M. Edward Whelan III
Charles W. Fillmore
H. Dustin Fillmore III

The Chattanooga National Memorial for the Unborn

Darald John Schaffer
Samples Jennings Clem & Fields PLLC
130 Jordan Avenue
Chattanooga, TN 37421

Michael S Jennings
Samples Jennings Clem & Fields PLLC
130 Jordan Drive
Chattanooga, TN 37421

Doctors for America

Christopher Morten
Columbia Law School
435 W 116th St (Jerome Greene Hall)
New York, NY 10027

Thomas S Leatherbury
Thomas S Leatherbury Law PLLC
1901 N Akard St
Dallas, TX 75201

American Center for Law and Justice

Edward Lawrence White , III
American Center for Law & Justice
3001 Plymouth Road Suite 203
Ann Arbor, MI 48105

State of Missouri

Joshua Divine
Office of The Missouri Attorney General
207 W High St Po Box 899
Jefferson City, MO 65102

Human Coalition

Elissa Michelle Graves
1907 Bonanza Drivce
Sachse, TX 75048

State of Mississippi, State of Alabama, State of Alaska, State of

Arkansas, State of Florida, State of Georgia, State of Idaho, State of
Indiana, State of Iowa, State of Kansas, State of Louisiana, State of
Kentucky, State of Montana, State of Nebraska, State of Ohio, State of
Oklahoma, State of South Carolina, State of South Dakota, State of
Tennessee, State of Texas, State of Utah, State of Wyoming

    Justin Lee Matheny
    Mississippi Attorney General Office
    550 High Street Suite 1200
    Jackson, MS 39205

States of New York California, Colorado, Connecticut, Delaware,
Hawaii, Illinois, Maine, Maryland, Massachusetts, Michigan,
Minnesota, Nevada, New Jersey, New Mexico, North Carolina, Oregon,
Pennsylvania, Rhode Island, Washington, Wisconsin, Washington DC

    Galen Sherwin
    NYS Office of The Attorney General
    Executive State Capital
    Albany, NY 12224

Life Collective Inc

    Darren L McCarty
    McCarty Law PLLC
    1410b W 51st Street
    Austin, TX 78756

Family Research Council

    Michael F Smith
    The Smith Appellate Law Firm
    1717 Pennsylvania Ave NW Suite 1025
    Washington, DC 20006

Judicial Watch Inc

    Meredith Di Liberto

Judicial Watch Inc
425 Third Street SW, Suite 800
Washington, DC 20024

Advancing American Freedom

John Marc Wheat
Advancing American Freedom
801 Pennsylvania Ave NW Suite 930
Washington, DC 20004

Concerned Women for America

Mario Diaz
Concerned Women for America
Legal 1000 N Payne St
Alexandria, VA 22314

Greer Donley, R. Alta Charo, I. Glenn Cohen, Marsha Cohen, Nathan
Cortez, Rebecca Eisenberg, Henry Greely, George Horvath, Peter
Barton Hutt, Joan Krause, Holly Fernandez Lynch, Elizabeth
McCuskey, Jennifer Oliva, Jordan Paradise, Christopher Robertson,
Joanna Sax, Allison Whelan, Diana Winters, Patricia Zettler

Robert John Winson
Covington & Burling LLP
1999 Avenue Of The Stars
Los Angeles, CA 90067

Alysia Brianna Cordova
Mullin Hoard & Brown LLP
500 S Taylor Suite 800
Amarillo, TX 79101

Beth E Braiterman
Covington & Burling LLP
850 10th Street NW
Washington, DC 20001

Denise Esposito
Covington and Burling LLP
850 10th Street NW
Washington, DC 20001

Emile Katz
850 10th St NW
Washington, DC 20268

Guillaume Julian
Covington & Burling
850 Tenth Street NW
Washington, DC 20001

Julia F Post
Covington & Burling LLP
850 Tenth Street NW
Washington, DC 20001

Lewis A Grossman
Covington & Burling LLP
850 10th St., NW
Washington, DC 20268

Richard Biggs
Mullin Hoard & Brown LLP
500 S Taylor Suite 800
Amarillo, TX 79109

Robert A Long , Jr
Covington & Burling LLP
850 Tenth Street NW
Washington, DC 20001

American College of Obstetricians and Gynecologists

Molly A Meegan

ACOG
General Counsel's Office 409 12th Street SW Washington
Washington, DC 20024

Adam Bresler Aukland-Peck
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001

Matthew W Sherwood
McCarn & Weir
905 S. Fillmore Suite 530
Amarillo, TX 79101

Megan McGuiggan
Debevoise & Plimpton LLP
801 Pennsylvania Avenue NW Ste 500
Washington, DC 20004

Shannon Rose Selden
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001

Susan B. Anthony Pro-Life America, Catholic Health Care Leadership
Alliance, The National Catholic Bioethics Center, Catholic Bar
Association, Catholic Benefits Association, Christ Medicus Foundation

Murphy S Klasing
Weycer, Kaplan, Pulaski & Zuber, P.C.
11 Greenway Plaza Suite 1400
Houston, TX 77046

67 Members of Congress

Fernando M Bustos
Bustos Law Firm PC
P.O. Box 1980

Lubbock, TX 79408-1980

Carolyn McDonnell
Americans United for Life
1150 Connecticut Ave. NW Ste 500
Washington, DC 20036

American Medical Association, Society of Maternal and Fetal Medicine,
American Academy of Family Physicians, American Gynecological &
Obstetrical Society, American Society for Reproductive Medicine,
Council of University Chairs of Obstetrics & Gynecology, North
American Society for Pediatric and Adolescent Gynecology, Nurse
Practitioners in Women's Health, Society of Family Planning, Society of
Gynecologic Oncology, Society of OB/GYN Hospitalists

Adam Bresler Aukland-Peck
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001

Matthew W Sherwood
McCarn & Weir
905 S. Fillmore Suite 530
Amarillo, TX 79101

Megan McGuiggan
Debevoise & Plimpton LLP
801 Pennsylvania Avenue NW Ste 500
Washington, DC 20004

Shannon Rose Selden
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001

Texas Business Leaders

John Clay Sullivan

S|L Law PLLC
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104

Charlotte Lozier Institute

Cristina Martinez Squiers
Schaerr | Jaffe LLP
1717 K Street NW Suite 900
Washington, DC 20006

Gene C Schaerr
Schaerr | Jaffe LLP
1717 K Street NW Suite 900
Washington, DC 20006

Coalition For Jewish Values Healthcare Council

Murphy S Klasing
Weycer, Kaplan, Pulaski & Zuber, P.C.
11 Greenway Plaza Suite 1400
Houston, TX 77046

State of Arizona

Joshua Bendor
Office of the Arizona Attorney General
2005 N Central Avenue
Phoenix, AZ 85004

***Objector and Counsel***

News Media Coalition

> Peter Blackmer Steffensen
> SMU Dedman School of Law
> P.O. Box 750116
> Dallas, TX 75275-0116

Respectfully submitted,

By: */s/ M. Edward Whelan III*      */s/ Charles W. Fillmore*

M. EDWARD WHELAN III      H. DUSTIN FILLMORE III
DC BAR No. 479530      TX BAR No. 06996010
ETHICS AND PUBLIC POLICY CENTER      CHARLES W. FILLMORE
1730 M Street N.W., Suite 910      TX BAR No. 00785861
Washington, D.C. 20036      THE FILLMORE LAW FIRM, LLP
(202) 682-1200      201 Main Street, Suite 700
ewhelan@eppc.org      Fort Worth, TX 76102
     (817) 332-2351
     dusty@fillmorelawfirm.com
     chad@fillmorelawfirm.com

ATTORNEYS FOR ETHICS AND PUBLIC POLICY CENTER

Pursuant to Rule 29(a)(3) of the Federal Rules of Appellate Procedure, the Ethics and Public Policy Center ("EPPC") moves the Court for leave to file a brief as Amicus Curiae in support of Plaintiffs-Appellees.

## Identity and Interests of Amicus Curiae

EPPC is a nonprofit research institution that is based in Washington, D.C., and that is dedicated to defending American ideals and to applying the Judeo-Christian moral tradition to issues of public policy. EPPC works to promote a culture of life in law and policy and to defend the dignity of the human being from conception to natural death. EPPC has filed amicus curiae briefs in other cases involving abortion and drugs that might operate as abortifacients, including *Dobbs v. Jackson Women's Health Organization*, 597 U.S. ____ (2022), *Zubik v. Burwell*, 578 U.S. 403 (2016), and *Burwell v. Hobby Lobby Stores*, 573 U.S. 682 (2014).

## Reason to Grant Movant's Amicus Curiae Status

EPPC respectfully submits that its proffered brief will assist the Court on the disputed legal question whether and to what extent federal criminal statutes prohibit sending mifepristone by U.S. mail or by common carrier and bring several relevant matters to the Court's attention. EPPC therefore respectfully requests that this Court grant EPPC's motion for leave to file the accompanying amicus curiae brief.

Respectfully submitted,

By: _/s/ M. Edward Whelan III_ _____    _/s/ Charles W. Fillmore_ _____
      M. Edward Whelan III       H. Dustin Fillmore III
      DC Bar No. 479530          TX Bar No. 06996010
Ethics and Public Policy Center    Charles W. Fillmore
1730 M Street N.W., Suite 910       TX Bar No. 00785861
Washington, D.C. 20036         The Fillmore Law Firm, LLP
(202) 682-1200               201 Main Street, Suite 700
ewhelan@eppc.org           Fort Worth, TX 76102
                         (817) 332-2351
                         dusty@fillmorelawfirm.com
                         chad@fillmorelawfirm.com

Attorneys for Ethics and Public Policy Center

### Certificate of Conference

I certify that I conferred with counsel for Plaintiffs-Appellees, Defendants-Appellants, and Intervenor-Appellant concerning the merits of the instant motion. Plaintiffs-Appellees, Defendants-Appellants, and Intervenor-Appellant do not oppose the relief sought by the motion.

                         _/s/ Charles W. Fillmore_ _____
                           Charles W. Fillmore

## Certificate of Service

I certify that this document has been served on all parties via the court's ECF system on this 11th day of April, 2023.

_/s/ Charles W. Fillmore_
Charles W. Fillmore

*Counsel for Amicus Curiae Ethics and Public Policy Center*

## Certificate Of Compliance

This motion complies with the length limitation of Fed. R. App. P. 27(d)(2)(A) because it does not exceed 5,200 words.

This motion also complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)15)(E) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Equity A font size 14.

_/s/ Charles W. Fillmore_
Charles W. Fillmore

*Counsel for Amicus Curiae Ethics and Public Policy Center*