# NO. 23-10362

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Alliance for Hippocratic Medicine, et al.,
*Plaintiffs-Appellees*

v.

Food & Drug Administration, et al.,
*Defendants-Appellants*

Danco Laboratories, LLC,
*Intervenor Defendant-Appellant*

On Appeal from the United States District Court for the Northern District of Texas, Amarillo Division, No. 2:22-cv-00223

## UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE DOCTORS FOR AMERICA AND THE REPRODUCTIVE HEALTH COALITION IN SUPPORT OF DEFENDANTS-APPELLANTS

Thomas S. Leatherbury
THOMAS S. LEATHERBURY LAW, PLLC
Cumberland Hill School Building
1901 N. Akard St
Dallas, TX 75201
Tel.: (214) 213-5004
Tom@tsleatherburylaw.com

*Counsel for Amici Curiae*
*Doctors for America and*
*The Reproductive Health Coalition*

# SUPPLEMENTAL CERTIFICATE OF INTERESTED PERSONS

1. No. 23-10362, *Alliance for Hippocratic Medicine, et al., v. Food & Drug Administration, et al.*

2. The undersigned counsel of record certifies that—in addition to the persons and entities listed in Appellant's Certificate of Interested Persons—the following listed persons or entities as described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made so that the judges of this Court may evaluate possible disqualification or recusal.

### *Amici Curiae*
Doctors for America
The Reproductive Health Coalition

### *Attorneys for Amici Curiae*
Thomas S. Leatherbury
Thomas S. Leatherbury Law, PLLC
Christopher J. Morten
Columbia Law School Science, Health & Information Clinic

No publicly traded company has an ownership interest of 10% in any of the entities listed above.

    Respectfully submitted,

    */s/ Thomas S. Leatherbury*
    Thomas S. Leatherbury
    *Counsel of Record for Amici Curiae*
    *Doctors for America and The*
    *Reproductive Health Coalition*

Under Federal Rule of Appellate Procedure 29(b) and Fifth Circuit Rule 29.1, Doctors for America ("DFA") and The Reproductive Health Coalition ("RHC") hereby move to request leave from this Court to file a brief of 4,475 words as amici curiae in support of Defendants-Appellants' emergency motions for a stay of the district court's order pending appeal.

## I.   Interests of Amici Curiae

Movants DFA and RHC are prospective amici curiae with unique expertise and strong interest in the outcome of this case.

DFA is a 501(c)(3) non-profit, national organization of over 27,000 physicians and medical students representing all medical specialties. DFA seeks to improve the health of every American through its four guiding principles: (1) Every person in America has a fundamental right to equitable, high-quality, and affordable health care; (2) Everyone should have the opportunity to lead a healthy life; (3) Every part of society should value and promote healthy families and communities; and (4) Doctors should take a leadership role in improving health care and ending health disparities. DFA does not accept any funding from the pharmaceutical or medical device industries, which enables DFA to ensure that patients are placed before politics and profits. This case could limit patient access to an essential medicine, potentially impacting patients across the nation; thus, this

case is of profound interest to DFA, its members, and their patients. *See* Fed. R. App. 29(a)(3)(A); (b)(3).

The RHC comprises a wide range of health professional associations and allied organizations, collectively representing over 150 million members, who advocate with a unified voice to protect access to reproductive care. The RHC was founded in June 2022 by the executive directors of Doctors for America and the American Medical Women's Association. The RHC's work focuses on a patient's right to dignity, autonomy, privacy, and the expectation of a trusted relationship with their clinician; protection of the clinician's ethical obligation to provide care, including their access to comprehensive training; and a commitment to an evidence-based approach to policy and practice. The RHC supports the rights of all individuals to have access to the full scope of reproductive healthcare, including abortion. Thus, this case is of profound interest to RHC and its member organizations. *See* Fed. R. App. 29(a)(3)(A); (b)(3).

## II. Desirability and Relevance of Proposed Brief

The submission of this brief is "desirable" and the matters it addresses are "relevant to the disposition of the case." *See* Fed. R. App. P. 29(a)(3)(B), (b)(3). The issues presented in this case include the safety and efficacy of mifepristone, the propriety of its use in medicine, and the quality of the evidence base on which FDA has approved the drug. The attached amici curiae brief seeks to provide the Court

with first-hand accounts from physicians regarding the safety and efficacy of mifepristone in their medical practices, the harmful ramifications of curtailing access to mifepristone, and the professional difficulties such curtailment could cause for physicians.

DFA and RHC are expert on the safety and efficacy of mifepristone and its use in medical practice and expert on FDA regulation of drugs more broadly. In support of its mission, DFA formed an FDA Task Force to educate, mobilize, and empower a multispecialty group of clinicians to provide unbiased expertise in evaluating and responding to the FDA regulatory process in a way that maximizes meaningful clinical outcomes for patients. To support an FDA that puts patients first, the FDA Task Force has advocated in support of patient-centered regulatory reform through public testimony, op-eds, educational meetings with policymakers, and more. For example, DFA's FDA Task Force has written letters, testified, and met with policymakers to advocate for reforms to the Prescription Drug User Fee Act ("PDUFA") to make user fee agreements more patient-centered in order to ensure timely access to drugs and biologic medicines proven to be effective and safe. Recently, the FDA Task Force has also advocated for the addition of miscarriage management as an indication to mifepristone's label "[t]o ensure access to the safest

and most effective treatments for miscarriage, and to preserve patient choice in miscarriage management."[1]

DFA sought and received leave to file an amicus brief at the district court. *See* Unopposed Mot. for Leave to File Br. of Amicus Curiae Doctors for America in Support of Def.'s Opposition to Pls.' Mot. for Preliminary Inj., ECF No. 42; Order, ECF No. 94; Br. for DFA as Amicus Curiae, ECF No. 99. DFA's was the only amicus brief that provided the district court with multiple first-hand accounts from physicians regarding the safety and efficacy of mifepristone in their medical practices and the harmful ramifications of enjoining access to mifepristone. DFA and RHC expect that their proposed amici curiae brief will again be unique in this regard and will therefore aid this Court's decision-making.

DFA and RHC respectfully request leave to submit an amici curiae brief of 4,475 words. DFA and RHC respectfully direct the Court's attention to the attached proposed amici curiae brief. In that brief, DFA and RHC share accounts of five physicians who have used mifepristone in their medical practices. DFA and RHC have made every effort to keep these accounts (and surrounding text) as concise as possible while simultaneously ensuring that they provide the Court with

---

[1] *Citizen Petition from the American College of Obstetricians and Gynecologists*, https://emaaproject.org/wp-content/uploads/2022/10/Citizen-Petition-from-the-American-College-of-Obstetrician-and-Gynecologists-et-al-10.3.22-EMAA-website.pdf (last visited Feb. 7, 2023).

complete, accurate accounts of how mifepristone is used by physicians and their patients.

\* \* \* \*

Under Federal Rule of Appellate Procedure 29(a)(4)(E) and (b)(4), undersigned counsel certifies that no party's counsel authored this motion or the attached brief in whole or in part. No party, or party's counsel, made a monetary contribution intended to fund the preparation or submission of this motion or the attached brief. No person other than amici curiae or their counsel made such a monetary contribution.

All parties consent to the filing of the attached brief.

Under Federal Rule of Appellate Procedure 29(b)(5), the proposed brief is timely because it is filed on April 11, 2023—within seven days of the filing of the Defendants-Appellants' motions.

Given their interest in this case, the prospective amici curiae Doctors for America and The Reproductive Health Coalition respectfully request that they be granted leave to file the proposed brief.

Dated: April 11, 2023    Respectfully submitted,

By:   */s/ Thomas S. Leatherbury*
Thomas S. Leatherbury
THOMAS S. LEATHERBURY LAW, PLLC.
Cumberland Hill School Building
1901 N. Akard St
Dallas, TX 75201
Tel.: (214) 213-5004
Tom@tsleatherburylaw.com
*Counsel of Record*
*Counsel for Amici Curiae Doctors for America and The Reproductive Health Coalition*

## CERTIFICATE OF SERVICE

I certify that on April 11, 2023, I caused a true and accurate copy of the foregoing document to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit through the CM/ECF system. I certify that the participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

>  */s/ Thomas S. Leatherbury*
>  Thomas S. Leatherbury
>  *Counsel of Record for Amici Curiae*
>  *Doctors for America and The*
>  *Reproductive Health Coalition*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that:

1. This motion complies with the type-volume limitations of Federal Rules of Appellate Procedure 27(d)(2) because it contains 1,039 words, as determined by the word-count function of Microsoft Word, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

2. This motion complies with the type-face requirements and type-style requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6) and Fifth Circuit Rules 32.1 and 32.2 because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font.

*/s/ Thomas S. Leatherbury*
Thomas S. Leatherbury
*Counsel of Record for Amici Curiae*
*Doctors for America and The*
*Reproductive Health Coalition*
