# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 11, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-10362   Alliance Hippocratic Medicine v. FDA
                  USDC No. 2:22-CV-223

Enclosed is an order entered in this case.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Majella A. Sutton, Deputy Clerk
                      504-310-7680

Mr. Erik Baptist
Ms. Cynthia Barmore
Mr. Boris Bershteyn
Ms. Julie Marie Blake
Ms. Jessica Lynn Ellsworth
Mr. Charles William Fillmore
Ms. Elissa Graves
Ms. Denise Harle
Ms. Sarah Elaine Harrington
Mr. Michael S. Raab
Mr. Joshua Rosenthal
Mr. Daniel Schwei
Mr. Christian D. Stewart
Mr. John Marc Wheat
Ms. Grace Zhou