**No. 23-10362**

## UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

ALLIANCE FOR HIPPOCRATIC MEDICINE; AMERICAN ASSOCIATION OF
PRO-LIFE OBSTETRICIANS & GYNECOLOGISTS; AMERICAN COLLEGE OF
PEDIATRICIANS; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS;
SHAUN JESTER, D.O.; REGINA FROST-CLARK, M.D.;
TYLER JOHNSON, D.O.; GEORGE DELGADO, M.D.,

*Plaintiffs-Appellees*,

v.

FOOD & DRUG ADMINISTRATION; ROBERT M. CALIFF, Commissioner of
Food and Drugs; JANET WOODCOCK, M.D., in her official capacity as
Principal Deputy Commissioner, U.S. Food and Drug Administration;

*(Caption continued on inside cover)*

On Appeal from the United States District Court for the
Northern District of Texas, Amarillo, No. 2:22-cv-223
Hon. Matthew J. Kacsmaryk, U.S. District Judge

### UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF
### PHARMACEUTICAL COMPANIES, EXECUTIVES,
### AND INVESTORS AS *AMICI CURIAE* IN SUPPORT OF
### APPELLANTS' MOTION FOR STAY PENDING APPEAL

Laura Harris
Lauren Devendorf*
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036

*Admission pending in the State
of New York; practice directly
supervised by principals of the firm*

Eva A. Temkin
Paul Alessio Mezzina
Jessica Greenbaum
Joshua N. Mitchell
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
(202) 737-0500
etemkin@kslaw.com

*Counsel for Amici Curiae*

April 11, 2023

PATRIZIA CAVAZZONI, M.D., in her official capacity as Director,
Center for Drug Evaluation and Research, U.S. Food and Drug
Administration; UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES; XAVIER BECERRA, Secretary,
U.S. Department of Health and Human Services,

*Defendants-Appellants,*

v.

DANCO LABORATORIES, L.L.C.,

*Intervenor-Appellant.*

_____

## UNOPPOSED MOTION FOR LEAVE
## TO FILE BRIEF AS *AMICI CURIAE*

Proposed *amici curiae* listed in the attached appendix request leave to file the attached 4,542-word brief in support of Defendants-Appellants' motion requesting a stay of the district court's April 7, 2023 preliminary-injunction ruling. All parties have consented to the filing of this *amicus* brief.

Proposed *amici* are pharmaceutical companies and executives, as well as pharmaceutical-industry investors and associations, and as such are acutely interested in the issues at stake in this case. The district court's decision radically alters the new drug application (NDA) process through which drug sponsors seek Food and Drug Administration approval of new pharmaceutical products for sale and marketing.

Proposed *amici* collectively hold hundreds of NDAs and anticipate filing many more for drugs currently in development. Proposed *amici* are therefore deeply familiar with the high costs associated with drug development and the need for regulatory clarity and certainty in that arena.

Consistent with this Court's rules governing *amicus* briefs, the proposed brief avoids repeating the principal brief's facts and legal

arguments. *See* 5th Cir. R. 29.2. Instead, the proposed *amicus* brief focuses on the district court's misunderstanding of the statutory and regulatory provisions governing drug approval and the substantial chilling effect its decision will have on the development of new drugs and the resulting widespread harm not just to the industry and its investors, but to healthcare providers and their patients.

For the foregoing reasons, proposed *amici* respectfully request leave to file the attached brief.

Respectfully submitted,

/s/ *Eva A. Temkin*

Laura Harris
Lauren Devendorf*
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
(212) 556-2100

*\*Admission pending in the State of New York; practice directly supervised by principals of the firm*

Eva A. Temkin
Paul Alessio Mezzina
Jessica Greenbaum
Joshua N. Mitchell
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
(202) 737-0500
etemkin@kslaw.com

*Counsel for Amici Curiae*

April 11, 2023

# APPENDIX
# OF PARTICIPATING *AMICI CURIAE*

**Grace E. Colón**, CEO, Board Member and Entrepreneur

**Paul J. Hastings**, CEO, Nkarta Inc.

**Elizabeth Jeffords**, Biotech CEO & Board Member

**RA Capital Management, LP** (Peter Kolchinsky, Managing Partner)

**Ram Aiyar**, Biotech Executive

**Srinivas Akkaraju, MD, PhD**, Managing General Partner, Samsara BioCapital

**Martin Babler**, President and CEO, Alumis Inc.

**Elizabeth Bailey**, Managing Director, RH Capital

**Rita Balice-Gordon**, CEO, Muna Therapeutics

**Amanda Banks, MD**, Advisor, Board Member, Cofounder and Former CEO, Blackfynn

**C. Gordon Beck III**, Founder and Managing Director, Princeton Biomedical Consulting LLC

**Gregg Beloff**, Managing Director, Danforth Advisors LLC

**Jeremy Bender**, CEO, Day One Biopharmaceuticals

**Stephen Benoit**, CEO, MDI Therapeutics

**Heather Alisa Berger**, Board Member and Investor

**Kenneth A. Berlin**, President and CEO, Ayala Pharmaceuticals

**Biotechnology Innovation Organization**

**Paul Bolno**, MD, President and CEO, Wave Life Sciences

**Flavia Borellini, PhD**, Retired biotech executive, Board Director

**Daniel M. Bradbury**, Executive Chairman, Equillium Inc.

**Braidwell**

**Cadence OTC**

**Capstan Therapeutics**

**Abraham N. Ceesay**, CEO

**Cellevolve Bio Inc.**

**Sommer Chatwin**, Partner, Braidwell

**Jung E. Choi**, Former Chief Business Officer, Global Blood Therapeutics

**Bharatt Chowrira, PhD, JD**, Biotech Executive

**Scott Clarke**, CEO, Ambagon Therapeutics

**Kerry Clem**, CCO

**Ron Cohen, MD**, President and CEO, Acorda Therapeutics, Inc.

**Thomas A. Collet, PhD**, President & CEO, Bilayer Therapeutics, Inc.

**Gerald E. Commissiong**, President & CEO, Todos Medical, Ltd. and Todos Medical USA, Inc.

**Emily Conley, PhD**, CEO of Federation Bio, Board Member of Nuvalent (NASDAQ: NUVL), TMRW Lift Sciences, and Medrio

**Curae Pharma360 Inc.**

**Karim Dabbagh**, President and CEO, Second Genome, Inc

**Bassil Dahiyat**, President and CEO, Xencor

**David de Graaf, PhD**, President and CEO, Reverb Therapeutics, Executive Chairman, Ability Biologics

**Deep Track Capital**

**Steve Derby**, CEO, General Ventures, Inc.

**Clarissa Desjardins**, CEO, Congruence Therapeutics (a Canadian company)

**Douglas Doerfler**, Founder and CEO, MaxCyte, Inc.

**Joanne Dove Kotz**, CEO, Jnana Therapeutics

**Ken Drazan**, CEO, ArsenalBio

**Karen Drexler**, Company Board Member

**Doug Drysdale**, CEO, Cybin

**Eric Dube, PhD**, President & CEO, Travere Therapeutics

**Michael N. Dudley, PharmD**, President and CEO, Qpex Biopharma

**Barbara Duncan**, Ovid Therapeutics, Board Director

**Sandi Dunn, PhD**, CEO, Phoenix Molecular Designs

**Jens Eckstein, PhD**, Managing Partner, Apollo Health Ventures

**David M. Epstein, PhD**, President and CEO, Black Diamond Therapeutics, Inc

**Lavi Erisson, MD**, CEO & President, Gensaic, Inc.

**Jennifer Ernst**, CEO, Tivic Health

**EXXclaim Capital**

**EyePoint Pharmaceuticals**

**Eric A Floyd MS, MBA, PhD**, Senior Vice President - Regulatory Affairs and Quality Assurance, Silence Therapeutics

**Kristen Fortney**, CEO and Board Member

**Renee Gala**, Biotech Executive & BOD Member

**Scott Garland**, Board Member, PACT Pharma

**Deborah Geraghty, PhD**, CEO, Anokion

**Gilead Sciences, Inc.**

**Corey Goodman, PhD**, Managing Partner, venBio Partners

**Adam Gridley**, President & CEO, Allay Therapeutics

**David-Alexandre Gros, MD**, CEO, Eledon Pharmaceuticals

**Sheila Gujrathi, MD**, Biotech Executive, Entrepreneur, and Board Chair

**John Hallinan**, Chief Development Officer, Danforth Advisors

**Matthew Hammond**, Principal, RA Capital Management, LP

**Alex Harding, MD**, Head of Business Development, CRISPR Therapeutics

**Scott Harris**, Chief Operating Officer, Cleave Therapeutics

**Kate Haviland**, President and Chief Executive Officer, Blueprint Medicines

**Rekha Hemrajani**, Biotech Executive and Board Member

**Jenny Herbach**, CEO, Adventris Pharmaceuticals

**Patrick Heron**, Managing Partner, Frazier Life Sciences

**Stephen Hill**, COO

**Andrew Hirsch**, President and CEO, C4 Therapeutics

**Steven H. Holtzman**, Chair, Camp4 Therapeutics

**Reid Huber, PhD**, Partner, Third Rock Ventures

**Juvena Therapeutics**

**JeenJoo S. Kang, PhD**, CEO, Appia Bio

**Rosana Kapeller, MD, PhD**, Biotech CEO and Board Member

**Alex Karnal**, CIO, Braidwell

**Ciara Kennedy**, CEO, Sorriso Pharmaceuticals

**Nikole Kimes**, CEO, Siolta Therapeutics

**Kinexum**

**Nina Kjellson**, Biotech Investor, Public and Private Biotech Board Member, Healthcare Non-Profit Leader

**Arthur Klausner**, Executive Chairman, Concarlo Therapeutics

**Jeffrey D. Klausner, MD, MPH**, Clinical Professor of Medicine, Population, and Public Health Sciences, Keck School of Medicine of the University of Southern California

**Jak Knowles, MD**, CEO, Affini-T Therapeutics

**Walter H Koch, PhD**

**Peter Kolchinsky**, Managing Partner, RA Capital Management, LP

**Gautam Kollu**, CEO & President, D2G Oncology

**Adam Kolom**, CEO, Related Sciences

**Brian Kreiter**, CEO, Braidwell

**Mark Lappe**, Chairman and CEO, Inhibrx

**Russ Lebovitz, MD, PhD**, CEO, Amprion Inc

**Jonathan Leff**, Partner, Deerfield Management

**Dr. Jeremy M. Levin**, Chairman and CEO, Ovid Therapeutics

4a

**Jonathan Lewis, MD, PhD**, Chairman, Dugri, Inc.

**Stanley Lewis, MD, MPH**, Founder and CEO, A28 Therapeutics

**Charlene Liao, PhD**, President and CEO, Immune-Onc Therapeutics, Inc.

**Ivana Liebisch**, Biotech CEO and Board Member

**Bob Linke**, President & CEO

**Dr. Yvonne Linney**, Principal, Linney Bioconsulting

**Ted W. Love, MD**, Former CEO, Global Blood Therapeutics

**Rick Lundberg**, President and CEO, Eikonizo Therapeutics, Inc.

**Nancy Lurker**, CEO, CEO, EyePoint Pharmaceuticals, Inc.

**Nagesh K. Mahanthappa, PhD, MBA**, Executive Chair, Exo Therapeutics

**Jon Martin**

**Sylvia McBrinn**, Angel Investor, Former CEO, Axerion Therapeutics

**Reenie McCarthy**, Chief Executive Officer, Stealth BioTherapeutics

**Sean McClain**, Founder and CEO, Absci

**Eileen McCullough**, Serial Biotech Entrepreneur

**Donnie McGrath**, **MD, MPH**, Venture Partner, OrbiMed Advisors LLC

**Medicines360**

**David Meeker MD**, Chairman and CEO, Rhythm Pharmaceuticals

**Darrin Miles**, CEO & President, Nested Therapeutics

**Jill C. Milne, PhD**, CEO, Astria Therapeutics

**Patrice M. Milos, PhD**, Board Member, 54gene, SeqLL, Inc., ProThera Biologics and Vice President, Proof Diagnostics, Inc.

**Emily Minkow**, Biotech CEO

**Jodie Morrison**, Biotech CEO and Board Member

**William J. Newell**, CEO, Sutro Biopharma, Inc.

**Nitrase Therapeutics, Inc.**

**Peter Noymer, PhD**, Life Sciences CEO and Board Member

**Julia Owens**, CEO, Ananke Therapeutics

**Raul Oliva**, President, Sidekick Bio, Inc

**Michael Quigley, PhD**, President & CEO, Therini Bio

**Rohan Palekar**, CEO, 89bio Inc

**Gisela A. Paulsen, MPharm**, Former President & COO, Oncocyte Corporation, Entrepreneur-In-Residence, DigitalDX

**Pfizer Inc.**

**RH Capital**

**Michael Raab**, President and CEO, Ardelyx, Inc.

**Debanjan Ray**, CEO, Synthekine

**Wendye Robbins, MD**, Red Tower Partners Advisory

**Holly Rockweiler**, CEO, Madorra

**René Russo, PharmD**

**George Scangos, PhD**, CEO, Vir

**Eef Schimmelpennink**, President and CEO, Lenz Therapeutics

**Second Genome, Inc.**

**Alicia Secor**, President & CEO, Atalanta Therapeutics

**Dr. Rona Z. Silkiss**, Silkiss Eye Surgery

**Nancy Simonian**, CEO, Syros Pharmaceuticals

**Jake Simson**, Partner, RA Capital

**Dr. Maria Soloveychik**, PhD, CEO, SyntheX

**Paula Soteropoulos**, Biopharm Executive, Board Chairman, Venture Partner

**Arthur Thomas Suckow**, CEO, DTx Pharma

**Shehnaaz Suliman**, Biotech CEO

**Synlogic Inc.**

**Laura Tadvalkar**, Managing Director, RA Capital Management

**James B. Trager, PhD**, CSO, Nkarta Inc.

**Alexis van Lingen**, Head of Quality, Nkarta, Inc.

**Ramani Varanasi**, Biotech Executive

**Chris Varma, PhD**, Co-founder, Chairman, & CEO, Frontier Medicines Corporation

**Katherine Vega Stultz**, CEO & President, Ocelotbio

**Dominique Verhelle, PhD, MBA**, Biotech CEO

**Sharon J. Vosmek**, CEO & Managing Partner, Astia

**Amanda Wagner**, CEO

**Hong I. Wan**, President and CEO, Tallac Therapeutics

**Wave Life Sciences**

**Yael Weiss, MD, PhD**, Mahzi Therapeutics

**Nancy Whiting**, PharmD, CEO, Recludix Pharma

**Fredrik Wiklund**, Chief Executive Officer, Bright Peak Therapeutics

**Leslie J. Williams**, hC Bioscience, Inc., Co-Founder, President, and CEO

**Katharine Yen**, Biotech CEO

**Angie You**, CEO, Architect Therapeutics

**Hanadie Yousef**, PhD, Co-Founder and CEO, Juvena Therapeutics

**Ashley Zehnder**, CEO

**Daphne Zohar**, Founder & CEO, PureTech Health

**Sandy Zweifach**, Pelican Consulting Group, Inc.

## CERTIFICATE OF SERVICE

I certify that on April 11, 2023, the foregoing Motion for Leave to

File Brief of Pharmaceutical Companies, Executives, and Investors as

*Amici Curiae* in support of appellants' motion for stay pending appeal

has been served via the Court's ECF filing system in compliance with

Rule 25(b) and (c) of the Federal Rules of Appellate Procedure on all

registered counsel of record and has been transmitted to the Clerk of the

Court.

I further certify that a copy of the foregoing was served via First-

Class U.S. Mail upon the following unregistered counsel:

Daniel Schwei
U.S. DEPARTMENT
OF JUSTICE
Civil Division,
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 305-8693

Christian D. Stewart
BURDETT MORGAN &
WILLIAMSON, L.L.P.
701 S. Taylor
Suite 440 LB 103
Amarillo, TX 79101
(806) 358-8116

*/s/ Eva A. Temkin*
Eva A. Temkin

*Counsel for Amici Curiae*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 248 words, as counted by Microsoft Word, excluding the parts of the brief excluded by Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared using Microsoft Word in Century Schoolbook 14-point font.

Dated: April 11, 2023

/s/ Eva A. Temkin
Eva A. Temkin

*Counsel for Amici Curiae*