23-10362

# United States Court of Appeals for the Fifth Circuit

ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*,

*Plaintiffs-Appellees,*

*against*

U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,

*Defendants-Appellants.*

DANCO LABORATORIES, LLC,

*Intervenor-Defendant-Appellant*

On Appeal from the United States District Court
for the Northern District of Texas
No. 2:22-cv-223

**MOTION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF DEFENDANTS-APPELLANTS' EMERGENCY STAY APPLICATIONS BY THE CITY OF NEW YORK AND NEW YORK HEALTH + HOSPITALS, THE COUNTY OF SANTA CLARA, AND FOUR OTHER LOCAL JURISDICTIONS**

| | |
|---|---|
| JAMES R. WILLIAMS<br>*County Counsel,*<br>*County of Santa Clara*<br>KAVITA NARAYAN<br>MEREDITH A. JOHNSON<br>LAUREN W. SHEPARD*<br>70 West Hedding Street,<br> East Wing, 9th Floor<br>San José, CA 95110<br>408-299-5900<br>lauren.shepard@cco.sccgov.org | HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel*<br>*of the City of New York*<br>RICHARD DEARING<br>DEVIN SLACK<br>ELINA DRUKER<br>100 Church Street<br>New York, New York 10007<br>212-356-2609 or -0817<br>edruker@law.nyc.gov |

**Counsel of Record*

# INTRODUCTION

The City of New York and NYC Health + Hospitals, the County of Santa Clara, the County of Los Angeles, the City and County of San Francisco, King County, and Cook County move this Court for leave to file the enclosed brief as amici curiae in support of Defendants-Appellants' applications for a stay pending appeal of the district court's April 7, 2023, Memorandum Opinion and Order staying the effective date of the U.S. Food and Drug Administration's September 28, 2000, approval of mifepristone.

# ARGUMENT

**Interest of Amici Curiae:** Amici are six cities and counties that operate public healthcare systems or public hospitals. Serving as safety-net health-care providers for their communities, the public healthcare systems and public hospitals operated by Amici provide crucial health-care services to those who need them most. Amici share an interest in ensuring that the district court's order staying the effective date of the U.S. Food and Drug Administration's September 28, 2000, approval of mifepristone is not allowed to go into immediate effect, and ultimately that it is not upheld. Denying a stay of the

district court's order, thus allowing it to go into effect pending appeal, would have devasting effects on the ability of Amici to operate public healthcare systems and to ensure their residents' public health.

**Purpose and Relevance of Proposed Amicus Brief:** The enclosed brief includes material that is "desirable" and "relevant to the disposition of the case." Fed. R. App. P. 29(a)(3)(B). First, the proposed brief explains the challenges currently facing public hospitals and healthcare systems, and the ways in which mifepristone is critical to Amici's ability to provide crucial safety-net healthcare services to their residents despite those challenges. Second, the proposed brief explains the concrete consequences of the removal of mifepristone from the market on public hospitals and healthcare systems. Third, the proposed brief explains that other aspects of the district court's order—such as making it impossible for mifepristone to be prescribed via telehealth— would increase the burden on public hospitals and healthcare systems. And finally, the proposed brief explains that the district court's order will undermine trust in public healthcare systems and, as a result, have damaging effects on public health more generally.

**Consent:** Counsel for Defendants-Appellants and for Intervenor-Defendant-Appellant have consented to the filing of this proposed amicus brief. Counsel for Plaintiffs-Appellees have not responded to a request for consent.

**Compliance:** Amici further move this court for leave to file an amicus brief of not more than 5,200 words—the same length provided for appellate motions under Federal Rule of Appellate Procedure 27(d)(2)(a).

/ / /

/ / /

/ / /

# CONCLUSION

The Court should grant amici curiae leave to file the enclosed brief in support of Defendants-Appellants' applications for a stay pending appeal.

Dated: April 11, 2023          Respectfully submitted:

JAMES R. WILLIAMS
*County Counsel*

By: */s/ Lauren W. Shepard*
KAVITA NARAYAN
MEREDITH A. JOHNSON
LAUREN W. SHEPARD*
Attorneys for Amicus Curiae
COUNTY OF SANTA CLARA
\* *Counsel of record*

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*
*of the City of New York*

By: */s/ Richard Dearing*
RICHARD DEARING
DEVIN SLACK
ELINA DRUKER
Attorneys for Amici
City of New York

# CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation set forth in Federal Rule of Appellate Procedure 27(d)(2) because it contains 457 words.

I certify that this document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and with the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point roman-style Century Schoolbook font.

DATED: April 11, 2023            By: */s/ Lauren W. Shepard*
                                    LAUREN W. SHEPARD
                                    Attorneys for Amicus Curiae
                                    COUNTY OF SANTA CLARA

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 11, 2023, the foregoing document was filed with the Clerk of the Court, using the CM/ECF system, causing it to be served on all counsel of record.

By:   */s/ Kimberly Ide*
       Kimberly Ide