IN THE
# United States Court of Appeals

FOR THE FIFTH CIRCUIT

_____

Case No. 23-10362

---

Alliance for Hippocratic Medicine, *et al.*,
Plaintiffs-Appellees,

v.

U.S. Food & Drug Administration, *et al.*,
Defendants-Appellants.

---

On Appeal from the United States District Court for the
Northern District of Texas, Amarillo Division
Civil Action No. 2:22-CV-223-Z

_____

**MOTION FOR LEAVE TO FILE BRIEF OF OVER 100 REPRODUCTIVE HEALTH, RIGHTS, AND JUSTICE ORGANIZATIONS AS *AMICI CURIAE* IN SUPPORT OF DEFENDANTS-APPELLANTS AND THE MOTIONS FOR STAY PENDING APPEAL**

_____

Jessica Ring Amunson
Lindsay C. Harrison
Victoria Hall-Palerm
Jessica J.W. Sawadogo
Yao Li*
JENNER & BLOCK LLP
1099 New York Ave. NW Suite 900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com
*Admission pending; supervised by principals of the Firm*

**SUPPLEMENTAL CERTIFICATE OF INTERESTED PARTIES**

*Amici curiae* certify that they have no outstanding shares or debt securities in the hands of the public, and they have no parent companies. No publicly held company has a 10% or greater ownership interest in any of the *amici curiae*. *Amici curiae* are unaware of any persons with any interest in the outcome of this litigation other than the signatories to this brief and their counsel, and those identified in the party and *amicus* briefs filed in this case.

Dated: April 11, 2023 /s/ Jessica Ring Amunson  
Jessica Ring Amunson

*Counsel for Amici Curiae*

i

*Amici curiae*, over 100 reproductive health, rights, and justice organizations, as well as other organizations with a strong interest in access to reproductive care, respectfully file this motion for leave to file a brief as *amici curiae* in support of Defendants-Appellants and in support of the stay pending appeal. *Amici* have consulted with all parties, and all parties consent to the filing of this motion. In support of the motion, *amici* state the following:

1. *Amici* are a collection of over 100 reproductive health, rights, and justice advocates, attorneys, and organizers, as well as other organizations committed to access to reproductive care. Several *amici* have directly seen the importance of medication abortion to individuals' health and bodily autonomy, as well as mifepristone's efficacy and safety as a tool for achieving those goals. These *amici* have a unique window into the benefits mifepristone provides and the immense challenges people would face if deprived of this important medication.

2. All of these organizations are well-suited to serve as *amici*, as they have a vital interest in ensuring that all individuals have equal access to reproductive healthcare services and the resources necessary to support autonomy in every stage of life.

3. In addition, several *amici* also have long histories of serving as both *amici* and merits counsel in federal and state court litigation where statutory restrictions to reproductive medical care have been challenged. Several *amici*

represent abortion providers and patients and as a result have collective experience in litigating cases involving these questions. *Amici* are well-versed in the scientific evidence offered by the parties, as well as some of the specific individuals offered as experts in this case. *Amici* are thus well positioned to opine on the legal and factual issues before this Court, and they write to highlight these aspects of the case before this Court.

4. *Amici* are seeing an increased reliance on mifepristone for abortion and miscarriage-related health care in the wake of the Supreme Court's decision in *Dobbs v. Jackson Women's Health Organization*, 142 S. Ct. 2228 (2022). Research makes clear that without mifepristone, a significant number of pregnant people would be unable to meaningfully access the option of abortion and thus would be denied access to potentially life-saving care.

5. *Amici* seek leave to file the attached 5,200-word brief in support of the United States Food & Drug Administration's and Danco Laboratories, L.L.C.'s emergency motions to stay the district court's preliminary injunction in order to highlight the efficacy, safety, and importance of mifepristone in the post-*Dobbs* abortion landscape. The attached brief contains information "relevant to the disposition" of the stay motions and that would be "desirable" for the Court to consider, and *amici* believe this perspective would benefit the Court. Fed. R. App. P. 29(a)(3).

7. *Amici* therefore respectfully request leave of the Court to file the attached brief.

April 11, 2023                                   Respectfully submitted,

/s/ Jessica Ring Amunson

Jessica Ring Amunson
Lindsay C. Harrison
Victoria Hall-Palerm
Jessica J. Sawadogo
Yao Li*
JENNER & BLOCK LLP
1099 New York Ave. NW Suite 900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com
*Admission pending; supervised by principals of the Firm*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B) because it contains 473 words, excluding the parts of the document exempted by Fed. R. App. P. 32(f).

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2013 in 14-point Times New Roman Font.

/s/ Jessica Ring Amunson

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of April, 2023 a true and correct copy of the foregoing Motion was served via the court's CM/ECF system.

/s/ Jessica Ring Amunson