No. 23-10362

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**ALLIANCE FOR HIPPOCRATIC MEDICINE,** *et al.*,
*Plaintiffs-Appellees,*

v.

**U.S. FOOD AND DRUG ADMINISTRATION,** *et al.*,
*Defendants-Appellants*,

**DANCO LABORATORIES, LLC,**
*Intervenor-Appellant.*

**UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF
OF THE AMERICAN CENTER FOR LAW AND JUSTICE
IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
MOTIONS FOR STAY OF DISTRICT COURT'S ORDER**

Jay Alan Sekulow
Walter M. Weber
Stuart J. Roth*
Jordan Sekulow*
Olivia F. Summers*
American Center for Law & Justice
201 Maryland Ave., NE
Washington, DC 20001
Telephone: (202) 546-8890
Facsimile:  (202) 546-9309

* Not active Fifth Circuit Bar
   members

Edward L. White III
American Center for Law & Justice
3001 Plymouth Road, Suite 203
Ann Arbor, Michigan 48105
Telephone: (734) 680-8007
Facsimile:  (734) 680-8006
ewhite@aclj.org

*Counsel for the American Center for
   Law & Justice*

Dated: April 11, 2023

## CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal. In addition to the persons or entities listed by the parties and other amici:

American Center for Law and Justice

Stuart J. Roth

Jay Alan Sekulow

Jordan Sekulow

Olivia F. Summers

Walter M. Weber

Edward L. White III

/s/Edward L. White III
Edward L. White III
American Center for Law & Justice
3001 Plymouth Road, Suite 203
Ann Arbor, Michigan 48105
Telephone: (734) 680-8007
Facsimile:  (734) 680-8006
ewhite@aclj.org

*Counsel for the American Center for*
  *Law & Justice*

## UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF

Pursuant to Fed. R. App. P. Rules 27 and 29 and 5th Cir. Rules 27 and 29, the American Center for Law and Justice (ACLJ) hereby respectfully moves the Court for leave to file the accompanying amicus curiae brief in support of Plaintiffs-Appellees' opposition to the motions for stay filed by Defendants-Appellants and Intervenor-Appellant.

The ACLJ is an organization dedicated to the defense of constitutional liberties secured by law, including the defense of human life. The ACLJ has submitted amicus briefs, *inter alia*, in a variety of abortion-related cases, including in the district court in this case. The ACLJ offers the accompanying brief to add perspective on the consequences of relaxing the availability of medication abortions. The brief details ways in which abortion – and abortion pills in particular – facilitate, not women's empowerment, but the exploitation of women by third parties for their own selfish interests.

The proposed amicus brief complies with Rules 27, 29, and 32 of the Federal Rules of Appellate Procedure as it has been prepared in Times New Roman 14-point font and its word count is 2,572, which is no more than half of the allotted 5,200 words for Plaintiffs' response to the stay motions.

Before filing this motion, the undersigned conferred with counsel for Plaintiffs-Appellees, Defendants-Appellants, and Intervenor-Appellant, and they

authorized the undersigned to state that they do not oppose this motion.

Accordingly, for the above-stated reasons, the ACLJ respectfully requests that this Court grant this motion and file the accompanying amicus brief.

Respectfully submitted,

/s/Edward L. White III

| | |
|---|---|
| Jay Alan Sekulow | Edward L. White III |
| Walter M. Weber | American Center for Law & Justice |
| Stuart J. Roth* | 3001 Plymouth Road, Suite 203 |
| Jordan Sekulow* | Ann Arbor, Michigan 48105 |
| Olivia F. Summers* | Telephone: (734) 680-8007 |
| American Center for Law & Justice | Facsimile: (734) 680-8006 |
| 201 Maryland Ave., NE | ewhite@aclj.org |
| Washington, DC 20001 | |
| Telephone: (202) 546-8890 | *Counsel for the American Center for* |
| Facsimile: (202) 546-9309 | *Law & Justice* |
| | |
| * Not active Fifth Circuit Bar Members | Dated: April 11, 2023 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 11, 2023, the above motion and the accompanying amicus curiae brief were filed with this Court via the CM/ECF system, which will send notice of said filing to all counsel of record.

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that, pursuant to Rules 27 and 32 of the Federal Rules of Appellate Procedure, the above motion contains 255 words and was prepared in Times New Roman, 14-point font.

/s/ Edward L. White III
Edward L. White III
American Center for Law & Justice
3001 Plymouth Road, Suite 203
Ann Arbor, Michigan 48105
Telephone: (734) 680-8007
Facsimile: (734) 680-8006
ewhite@aclj.org

*Counsel for the American
   Center for Law & Justice*