No. 23-10362

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

ALLIANCE FOR HIPPOCRATIC MEDICINE; AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS & GYNECOLOGISTS; AMERICAN COLLEGE OF PEDIATRICIANS; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS; SHAUN JESTER, D.O.; REGINA FROST-CLARK, M.D.; TYLER JOHNSON, D.O.; GEORGE DELGADO, M.D.,

*Plaintiffs-Appellees,*

v.

U.S. FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF, M.D.; JANET WOODCOCK, M.D.; PATRIZIA CAVAZZONI, M.D.; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA,

*Defendants-Appellants,*

v.

DANCO LABORATORIES, L.L.C,

*Intervenor-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS, AMARILLO
CIVIL ACTION NO. 2:22-CV-00223-Z (HON. MATTHEW J. KACSMARYK)

**UNOPPOSED MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANTS-APPELLANTS' MOTION FOR A STAY PENDING APPEAL**

JANAI S. NELSON
   President & Director-Counsel
SAMUEL SPITAL
ALEXANDRA S. THOMPSON
ARIELLE HUMPHRIES*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 RECTOR ST, 5TH FLOOR
NEW YORK, NY 10006
TEL.: (212) 965-2200

*Admission Pending

PILAR WHITAKER
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
700 14TH STREET NW, SUITE 600
WASHINGTON, DC 20005
TEL.: (202) 682-1300

# CERTIFICATE OF INTERESTED PERSONS

**Case No. 23-10362,** *Alliance for Hippocratic Medicine et al. v. U.S. Food & Drug Administration*

The undersigned counsel of record certifies Pursuant to Fed. R. App. P. 26.1 and 5th Cir. R. 28.2.1, *Amicus Curiae* NAACP Legal Defense and Educational Fund, Inc. ("LDF") is a nonprofit, non-partisan corporation. LDF has no parent corporation, and no publicly held corporation holds ten percent of its stock.

The undersigned counsel of record certifies that–in addition to the persons and entities listed in the appellees Certificate of Interested Persons–the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

*Amicus Curiae*

NAACP Legal Defense and Educational Fund, Inc.

*Attorneys for Amicus Curiae*

Janai S. Nelson
Samuel Spital
Alexandra S. Thompson
Pilar Whitaker
Arielle Humphries

Dated: April 11, 2023                    /s/ Samuel Spital
                                         Samuel Spital

                                         *Counsel for Amicus Curiae NAACP Legal Defense and Educational Fund, Inc.*

## MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

Pursuant to Fed. R. App. P. 27 and 29(a)(3), *amicus curiae* LDF respectfully moves for leave to file an *amicus curiae* Brief in Support of Defendant-Appellants.

## MOVANTS' INTERESTS

The NAACP Legal Defense & Educational Fund, Inc. (LDF) is the nation's first and foremost civil rights law organization. Through litigation, advocacy, public education, and outreach, LDF strives to secure equal justice under the law for all Americans and to break down barriers that prevent Black people from realizing their basic civil and human rights.

For decades, LDF has pursued litigation to secure the economic rights of Black families and individuals to work and live. Litigation to ensure nondiscriminatory delivery of babies, as well as the adequacy of health care and hospital services available to Black communities has been a long-standing LDF concern. *See e.g., Bryan v. Koch*, 627 F.2d 612 (2d Cir. 1980) (challenging the closing of Sydenham public hospital in Harlem under Title VI of the Civil Rights Act of 1964). LDF has also worked on behalf of Black individuals struggling with the burden of poor health and discriminatory and inadequate health-care services.

Black and low-income people rely on the right to safe, legal abortion at higher rates than other groups, and face profound inequities in accessing essential health care as a result of a long history of systemic racism and discrimination. LDF has

supported efforts to promote equal rights and access to reproductive healthcare, emphasizing the impact of restrictions on abortion access on Black women and other pregnant people living in poverty. *See, e.g.*, Brief for the NAACP Legal Defense & Educational Fund, Inc. and other Organizations as Amici Curiae in Support of Petitioners, *Rust v. Sullivan*, 500 U.S. 173 (1991) (Nos. 89-1391 & 89-1392), 1990 WL 10012645; Brief of Amici Curiae of the NAACP Legal Defense & Educational Fund, Inc., and other Organizations in Support of Planned Parenthood of Southeastern Pennsylvania, *Planned Parenthood of Se. Pa. v. Casey*, 505 U.S. 833 (1992) (Nos. 91-744 & 91-902), 1992 WL 12006401; Brief of Amicus Curiae NAACP Legal Defense & Educational Fund, Inc., in Support of Petitioners, *Whole Woman's Health v. Jackson*, 142 S. Ct. 522 (2021) (No. 21-463), 2021 WL 5029029; Brief for Amici the Lawyers' Committee for Civil Rights Under Law, The Leadership Conference for Civil and Human Rights and 16 Civil Rights Organizations in Support of Respondents, *Dobbs v. Jackson Women's Health Org.*, 142 S. Ct. 2228 (2022) (No. 19-1392), 2021 WL 4594026.

LDF has an interest in this case, which will decide whether access to mifepristone as part of the medication abortion protocol restricted nationwide. Limitations on medication abortion will disproportionately limit the reproductive health options available to Black and low-income people. Consistent with its efforts to secure equal access to healthcare, LDF has a strong interest in enforcing laws and

regulations that support access to abortion.

## CONSENT OF THE PARTIES

On April 10, 2023, *amicus curiae*, through undersigned counsel, sought consent from both parties to file the proposed *amicus curiae* brief. As of April 10, 2023, both Plaintiffs-Appellees, Defendants-Appellants, and Intervenor-Appellant have consented to the filing of the proposed *amicus curiae* brief.

## REASONS FOR AND RELEVANCE OF *AMICUS CURIAE*

This case raises important questions regarding the availability of mifepristone, a medication that has been safely and effectively used to terminate pregnancy in the United States for over 20 years. Access to safe abortion in the United States remains critical to ensuring pregnant people are able to exercise bodily autonomy in the best interest of themselves and their families.

The proposed brief would serve the critical function of providing information and context to the Court regarding: (1) the ways in which the district court's order conflicts with Supreme Court precedent; (2) the various reliance interests at issue in this case; (3) the harms to pregnant people, and Black women in particular, that would arise should the district court's stay go into effect.

The outcome of this litigation is thus of great importance to Prospective *amicus* who respectfully submits its perspective could aid the Court in its

consideration. Accordingly, Prospective *amicus curiae* respectfully requests the Court's leave to file the attached brief.

Dated: April 11, 2023                                Respectfully submitted,

                                                     */s/ Samuel Spital*
                                                     Samuel Spital

                                                     *Counsel for Amicus Curiae NAACP Legal Defense and Educational Fund, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2023, I electronically filed the foregoing motion and attached brief with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit via the Court's CM/ECF filing system, which will serve all counsel who are registered with the CM/ECF filing system.

Dated: April 11, 2023　　　　　　　　　*/s/ Samuel Spital*
　　　　　　　　　　　　　　　　　　　Samuel Spital

　　　　　　　　　　　　　　　　　　　*Counsel for Amicus Curiae NAACP Legal Defense and Educational Fund, Inc.*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with Fed. R. App. P. 27(d)(2)(A) because it contains 692 words, as measured by Microsoft Word software.

This motion also complies with the typeface and style requirements of Fed. R. App. P. 32(a)(5) & 32(a)(6) because it has been prepared in a proportionally spaced, Roman-style 14-point font.

Dated: April 11, 2023                     */s/ Samuel Spital*
                                                                              Samuel Spital

                                                                              *Counsel for Amicus Curiae NAACP Legal Defense and Educational Fund, Inc.*