# United States Court of Appeals for the Fifth Circuit

---

No. 23-10362

---

Alliance for Hippocratic Medicine; American Association of Pro-Life Obstetricians & Gynecologists; American College of Pediatricians; Christian Medical & Dental Associations; Shaun Jester, D.O.; Regina Frost-Clark, M.D.; Tyler Johnson, D.O.; George Delgado, M.D.,

*Plaintiffs—Appellees,*

*versus*

Food & Drug Administration; Robert M. Califf, *Commissioner of Food and Drugs*; Janet Woodcock, M.D., *in her official capacity as Principal Deputy Commissioner, U.S. Food and Drug Administration*; Patrizia Cavazzoni, M.D., *in her official capacity as Director, Center for Drug Evaluation and Research, U.S. Food and Drug Administration*; United States Department of Health and Human Services; Xavier Becerra, *Secretary, U.S. Department of Health and Human Services*,

*Defendants—Appellants,*

*versus*

Danco Laboratories, L.L.C.,

*Intervenor—Appellant.*

---

Appeal from the United States District Court

No. 23-10362

for the Northern District of Texas
USDC No. 2:22-CV-223

_____

ORDER:

IT IS ORDERED that unopposed amended motion for leave to file brief of amicus curiae for ethics and public policy center is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion for leave to file brief of amici curiae Doctors for America and The Reproductive Health Coalition is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion for leave to file brief of amici curiae for Pharmaceutical Companies, Executives, and Investors is GRANTED.

IT IS FURTHER ORDERED that the motion for leave to file brief of amici curiae for The City of New York, New York and NYC Health+ Hospitals and The County of Santa Clara, California is GRANTED.

IT IS FURTHER ORDERED that the motion for leave to file brief of amici curiae for Over 100 Reproductive Health, Rights, and Justice Organizations is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion for leave to file amicus curiae brief for America Center for Law and Justice is GRANTED

Lyle W. Cayce, *Clerk*
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT