No. 23-10362

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

ALLIANCE FOR HIPPOCRATIC MEDICINE; AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS AND GYNECOLOGISTS; AMERICAN COLLEGE OF PEDIATRICIANS; CHRISTIAN MEDICAL AND DENTAL ASSOCIATIONS; SHAUN JESTER, D.O.; REGINA FROST-CLARK, M.D.; TYLER JOHNSON, D.O.; GEORGE DELGADO, M.D.,
*Plaintiffs and Appellees*

v.

U.S. FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF, M.D., in his official capacity as Commissioner of Food and Drugs; JANET WOODCOCK, M.D., in her official capacity as Principal Deputy Commissioner; PATRIZIA CAVAZONNI, M.D., in her official capacity as Director, Center for Drug Evaluation and Research; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and XAVIER BECERRA, in his official capacity as Secretary, U.S. Department of Health and Human Services,
*Defendants and Appellants*

DANCO LABORATORIES, LLC,
*Defendant-Intervenor and Appellant*

On Appeal from the United States District Court
for the Northern District of Texas
Case No. 2:22-cv-00223-Z

**Motion for Leave to File Brief As Amici Curiae in Support of Defendants**

Jordan D. Segall
Jerry Yan
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
(213) 683-9100
jordan.segall@mto.com

*Counsel for Amici Curiae*

# CERTIFICATE OF INTERESTED PARTIES

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made so that the judges of this Court may evaluate possible disqualification or recusal.

**Plaintiffs-Appellees**
1. Alliance for Hippocratic Medicine
2. American Association of Pro-Life Obstetricians and Gynecologists
3. American College of Pediatricians
4. Christian Medical and Dental Associations
5. Shaun Jester, D.O.
6. Regina Frost-Clark, M.D.
7. Tyler Johnson, D.O.
8. George Delgado, D.O.

**Counsel for Plaintiffs-Appellees**
Erik C. Baptist
Erin Morrow Hawley
Matthew S. Bowman
Erica Steinmiller-Perdomo
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690

Julie Marie Blake
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-4655

Denise M. Harle
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Road NE
Suite D-1100
Lawrenceville, Georgia 30043
(770) 339-0774

Christian D. Stewart
MORGAN WILLIAMSON, LLP
701 South Taylor Street
Suite 400, LB 103
Amarillo, Texas 79101
(806) 358-8116

**Defendants-Appellants**
All Defendants-Appellants are governmental parties.

**Defendant-Intervenor-Appellant**
Danco Laboratories, LLC

**Counsel for Defendant-Intervenor-Appellant**
Jessica L. Ellsworth
Catherine E. Stetson
Philip Katz
Lynn W. Mehler
Kaitlyn A. Golden
Marlan Golden
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600

Ryan Brown
RYAN BROWN ATTORNEY AT LAW
1222 South Fillmore Street
Amarillo, Texas 79101
(806) 372-5711

**Amici Curiae**
1. Stephen Ostroff, M.D.
2. Suzanne Junod, Ph.D.

**Counsel for Amici Curiae**

Jordan D. Segall
Jerry Yan
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
(213) 683-9100

Date: April 11, 2023

Respectfully submitted,

*/s/ Jordan D. Segall*
Jordan D. Segall
Jerry Yan
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
(213) 683-9100
jordan.segall@mto.com

## MOTION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE

1. Pursuant to Rule 29(b) of the Federal Rules of Appellate Procedure, former Food and Drug Administration ("FDA") officials Dr. Stephen Ostroff, M.D., and Dr. Suzanne Junod, Ph.D., hereby move for leave to file a 5,200-word brief as amici curiae in support of Defendants-Appellants' motion for a stay. The proposed amicus brief is attached. All parties have consented to the filing of this brief.

2. Proposed amici are a former FDA official who served as Acting Commissioner of Food and Drugs in both Democratic and Republican administrations and a career historian at FDA who served at FDA for over four decades. Proposed amici are deeply familiar with how FDA approves drugs and the agency's history and have a strong interest in ensuring that the process Congress created and FDA implemented continues to work as intended and that FDA can continue to ensure the safety, efficacy, and security of drugs and medical treatments through reasoned expert judgment. Proposed amici also have an interest in ensuring that the vital medications that FDA approves are available to patients who need them.

3. As required by Fifth Circuit Rule 29.2, the proposed brief "avoid[s] the repetition of facts or legal arguments contained in" the United States' brief and the briefs of other amici and "focus[es] on points . . . not adequately discussed" in

those briefs. In the order below, the trial court vacated over two decades of FDA's regulatory actions regarding mifepristone, a drug first approved by FDA in 2000 for use in medication abortions. As former FDA officials, proposed amici are well qualified to explain how FDA's drug approval process works and how it developed over time, as well as the importance of FDA's role in safeguarding the public health. Proposed amici also submit this brief to explain how and why Congress entrusted drug approvals to FDA's scientific judgment and expertise and to stress that judicial second-guessing of FDA's safety determinations has serious negative consequences for the public health.

Date: April 11, 2023

Respectfully submitted,

/s/ Jordan D. Segall
Jordan D. Segall
Jerry Yan
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
(213) 683-9100
jordan.segall@mto.com

## CERTIFICATE OF SERVICE

I certify that on April 11, 2023, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

Dated: April 11, 2023

*/s/ Jordan D. Segall*
Jordan Segall
