# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-10362

---

Alliance for Hippocratic Medicine; American Association of Pro-Life Obstetricians & Gynecologists; American College of Pediatricians; Christian Medical & Dental Associations; Shaun Jester, D.O.; Regina Frost-Clark, M.D.; Tyler Johnson, D.O.; George Delgado, M.D.,

*Plaintiffs—Appellees*,

*versus*

Food & Drug Administration; Robert M. Califf, *Commissioner of Food and Drugs*; Janet Woodcock, M.D., *in her official capacity as Principal Deputy Commissioner, U.S. Food and Drug Administration*; Patrizia Cavazzoni, M.D., *in her official capacity as Director, Center for Drug Evaluation and Research, U.S. Food and Drug Administration*; United States Department of Health and Human Services; Xavier Becerra, *Secretary, U.S. Department of Health and Human Services*,

*Defendants—Appellants*,

*versus*

Danco Laboratories, L.L.C.,

*Intervenor—Appellant.*

---

Appeal from the United States District Court

No. 23-10362

for the Northern District of Texas
USDC No. 2:22-CV-223

_____

ORDER:

IT IS ORDERED that unopposed motion for leave to file brief of amicus curiae for Charlotte Lozier Institute is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion for leave to file brief of amici curiae for NAACP Legal Defense and Educational Fund is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion for leave to file brief of amici curiae for Former U.S. Department of Justice Officials is GRANTED.

IT IS FURTHER ORDERED that the brief of amici curiae for 69 Members of Congress is GRANTED.

Lyle W. Cayce, *Clerk*
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT