# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

April 11, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-10362    Alliance Hippocratic Medicine v. FDA
                         USDC No. 2:22-CV-223

Enclosed is an order entered in this case.

                                 Sincerely,

                                 LYLE W. CAYCE, Clerk

                                 By: _____
                                 Majella A. Sutton, Deputy Clerk
                                 504-310-7680

Ms. Jessica Ring Amunson
Mr. Erik Baptist
Ms. Cynthia Barmore
Mr. Boris Bershteyn
Ms. Julie Marie Blake
Mr. Richard Dearing
Ms. Jessica Lynn Ellsworth
Mr. Charles William Fillmore
Ms. Elissa Graves
Ms. Denise Harle
Ms. Sarah Elaine Harrington
Mr. Thomas S. Leatherbury
Mr. David Lehn
Ms. Karen S. Mitchell
Mr. Michael S. Raab
Mr. Joshua Rosenthal
Mr. Gene C. Schaerr
Mr. Daniel Schwei
Ms. Lauren Shepard
Mr. Samuel Spital
Mr. Christian D. Stewart
Ms. Eva Temkin
Mr. John Marc Wheat
Mr. Edward Lawrence White
Ms. Grace Zhou