No. 23-10362

In the

# United States Court of Appeals for the Fifth Circuit

———————————

ALLIANCE FOR HIPPOCRATIC MEDICINE,

*Plaintiffs-Appellees*,

v.

U.S. FOOD AND DRUG ADMINISTRATION,

*Defendants-Appellants.*

———————————

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS (AMARILLO)
NO. 2:22-cv-00223-Z

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF MEDICAL AND PUBLIC HEALTH SOCIETIES AS *AMICI CURIAE* IN SUPPORT OF DEFENDANT-APPELLANTS**

SHANNON ROSE SELDEN
  *COUNSEL OF RECORD*
ADAM AUKLAND-PECK
DEBEVOISE &
  PLIMPTON LLP
66 Hudson Blvd
New York, NY 10001
(212) 909-6000
*Counsel to Amici Curiae*

MEGAN MCGUIGGAN
DEBEVOISE &
  PLIMPTON LLP
801 Pennsylvania Ave, NW
Washington, D.C. 20004
(202) 383-8000

*Counsel to Amici Curiae*

MOLLY MEEGAN*
JESSICA MORRIS*
AMERICAN COLLEGE OF
  OBSTETRICIANS AND
  GYNECOLOGISTS
409 12th Street, SW
Washington, D.C. 20024
**Application for admission forthcoming*

Pursuant to Rules 29, 31, and 32 of the Federal Rules of Appellate Procedure and the applicable Fifth Circuit Rules and Internal Operating Procedures, *amici curiae* move for leave to file the attached amicus brief in support of Appellants' request to stay the District Court's decision. Counsel for all parties have consented to the filing of *amici*'s motion.

*Amici* are professional organizations of physicians and public-health experts, including the leading professional societies of physicians and obstetricians-gynecologists. *Amici* include:

**American College of Obstetricians and Gynecologists (ACOG):** Representing more than 90% of board-certified OB/GYNs in the United States, ACOG is the nation's premier professional membership organization for obstetrician-gynecologists dedicated to access to high-quality, safe, and equitable obstetric and gynecologic care. ACOG maintains the highest standards of clinical practice and continuing education of its members, promotes patient education, and increases awareness among its members and the public of the changing issues facing women's health care. ACOG is committed to ensuring access for all people to the full spectrum of evidence-based quality reproductive health care, including abortion care, and is a leader in the effort to confront the maternal mortality crisis in the United States. ACOG opposes medically unnecessary laws or restrictions that serve to delay or prevent care and the criminalization of evidence-based medicine. ACOG

has previously appeared as *amicus curiae* in various courts throughout the country, and ACOG's briefs and guidelines have been cited by numerous courts as an authoritative voice of science and medicine relating to obstetric and gynecologic health care.

**American Medical Association (AMA):** The AMA is the largest professional association of physicians, residents, and medical students in the United States. Through state and specialty medical societies and other physician groups seated in its House of Delegates, substantially all physicians, residents, and medical students in the United States are represented in the AMA's policy-making process. The AMA was founded in 1847 to promote the art and science of medicine and the betterment of public health, and these remain its core purposes. AMA members practice in every medical specialty and in every state. The AMA joins this brief on its own behalf and as a representative of the Litigation Center of the American Medical Association and the State Medical Societies. The Litigation Center is a coalition among the AMA and the medical societies of each state and the District of Columbia. Its purpose is to represent the viewpoint of organized medicine in the courts.

**Society for Maternal-Fetal Medicine (SMFM):** Founded in 1977, SMFM is the medical professional society for maternal-fetal medicine subspecialists, who are obstetricians with additional training in high-risk pregnancies. SMFM represents

more than 5,500 members who care for high-risk pregnant people and provides education, promotes research, and engages in advocacy to advance optimal and equitable perinatal outcomes for all people who desire and experience pregnancy. SMFM and its members are dedicated to ensuring that all medically appropriate treatment options are available for individuals experiencing a high-risk pregnancy.

**American Academy of Nursing (AAN):** The American Academy of Nursing serves the public by advancing health policy and practice through the generation, synthesis, and dissemination of nursing knowledge. Academy Fellows are inducted into the organization for their extraordinary contributions to improve health locally and globally. With more than 2,900 Fellows, the Academy represents nursing's most accomplished leaders in policy, research, administration, practice, and academia.

**American Academy of Pediatrics (AAP):** The American Academy of Pediatrics was founded in 1930 and is a national, not-for-profit professional organization dedicated to furthering the interests of child and adolescent health. Since AAP's inception, its membership has grown from 60 physicians to over 67,000 primary care pediatricians, pediatric medical subspecialists, and pediatric surgical specialists. Over the past 90 years, AAP has become a powerful voice for child and adolescent health through education, research, advocacy, and the provision of expert advice. Among other things, AAP has worked with the federal and state

3

governments, health care providers, and parents on behalf of America's adolescents to ensure the availability of effective reproductive health care.

**American College of Nurse-Midwives (ACNM):** The American College of Nurse-Midwives (ACNM) is the professional association that represents certified nurse-midwives (CNMs) and certified midwives (CMs) in the United States. Its members are primary care providers throughout the lifespan, with a special emphasis on pregnancy, childbirth, and gynecologic and reproductive health.

**American Society for Reproductive Medicine (ASRM):** The American Society for Reproductive Medicine is dedicated to the advancement of the science and practice of reproductive medicine. Its members include approximately 8,000 professionals.

**Council of University Chairs of Obstetrics and Gynecology (CUCOG):** The Council of University Chairs of Obstetrics and Gynecology was established for the charitable and educational purposes of promoting excellence in medical education in the fields of Obstetrics and Gynecology. CUCOG supports leadership development of current and future chairs; encourages excellence in medical student, resident, and fellowship training; and advocates for providers in clinical practice, research, and women's health. CUCOG provides a forum for chairpersons to

address issues relevant to academic obstetrics and gynecology, and provides opportunities to share ideas and network with colleagues.

**North American Society for Pediatric and Adolescent Gynecology (NASPAG):** The mission of the North American Society for Pediatric and Adolescent Gynecology is to provide multidisciplinary leadership in education, research and gynecologic care to improve the reproductive health of youth. NASPAG pursues scientific and educational goals including serving and being recognized as the leader in pediatric and adolescent gynecology education, research and clinical care, conducting and encouraging multidisciplinary and inter-professional programs of medical education and research in the field, and advocating for the reproductive well-being of children and adolescents and the provision of unrestricted, unbiased and evidence-based practices.

**Society of Family Planning (SFP):** The Society of Family Planning's vision is just and equitable abortion and contraception informed by science. SFP represents more than 1,400 clinicians, scholars, and partners united by a shared interest in advancing the science and clinical care of family planning.

**Society of Gynecologic Oncology (SGO):** The Society of Gynecologic Oncology contributes to the advancement of women's cancer care by encouraging

research, providing education, raising standards of practice, advocating for patients and members, and collaborating with other domestic and international organizations.

**Society of OB/GYN Hospitalists (SOGH):** The Society of OB/GYN Hospitalists is a rapidly growing group of physicians, midwives, nurses, physician assistants and other individuals in the health care field who support the OB/GYN Hospitalist model. SOGH is dedicated to improving outcomes for hospitalist women and supporting those who share this mission. SOGH's vision is to shape the future of OB/GYN by establishing the hospitalist model as the care standard.

Collectively, *amici* represent hundreds of thousands of American physicians and other health professionals, including thousands of physicians in this Circuit. *Amici* are well-versed in mifepristone's safety and efficacy due to their experience accumulated as medical professionals. It is in *amici*'s interest to protect access to vetted and safe medications, both as a matter of policy and as a matter of practice. Ensuring access to evidence-based health care and promoting healthcare policy that improves patient health is central to each *amici*'s mission. *Amici* believe that all patients are entitled to treatment that is medically and scientifically sound, including access to drugs that have undergone the FDA's rigorous approval process. Additionally, *amici* have a strong interest in ensuring that legal decisions are based on sound, scientifically-backed evidence.

*Amici* therefore seek to file this brief to provide a medical perspective on the issues in this case, with a specific focus on the real-world practice of medicine, and to demonstrate the patient harms that will occur should the stay be enforced. The proposed brief seeks to bring peer-reviewed studies demonstrating mifepristone's safety and efficacy to the Court's attention, as well as explain mifepristone's use and importance in a variety of medical contexts outside medication abortion.

Whether to grant a motion for leave to participate as *amicus curiae* is within the Court's discretion. *Richardson v. Flores*, 979 F.3d 1102, 1106 (5th Cir. 2020); *see also, e.g.*, *United States v. Gonzales-Wagner*, 977 F.3d 323, 345 (5th Cir. 2020) (noting courts' "broad discretion" to consider "amici's additional arguments"). In deciding whether to grant leave, this Court has determined it is "well advised to grant motions for leave to file amicus briefs unless it is obvious that the proposed briefs do not meet Rule 29's criteria as broadly interpreted." *Lefebure v. D'Aquilla,* 15 F. 4th 670, 676 (5th Cir, 2020).

The Court should grant *amici*'s motion for leave because the proposed brief is timely and useful. First, it is timely because it is filed in accordance with Court rules. *See* Fed. R. App. Pr. 29(a)(6). Second, the brief will be useful to the Court because it provides scientific and medical information not present in the parties' briefs, and will provide additional insight into real-life patient harms that will occur if the District Court's order is not stayed. The proposed brief provides the

7

perspective of the medical professionals who both prescribe and monitor the effects of mifepristone, drawn from real-world experience and peer-reviewed studies. This contextual information is highly relevant to the Court's determination of whether the FDA's approval of mifepristone was scientifically sound (and therefore whether the relief granted by the District Court is warranted), as well as to the balance of the equities and the public interest.

Accordingly, proposed *amici* respectfully request that the Court enter the attached proposed order and grant leave to file the attached proposed brief. In addition to requesting leave to file, *amici* also seek leave to submit a brief of no more than 5,200 words.

| | |
|---|---|
| Dated: April 11, 2023 | Respectfully submitted,<br><br>/s/ Shannon Rose Selden<br>Shannon Rose Selden<br>Adam Aukland-Peck<br>Megan McGuiggan<br>DEBEVOISE & PLIMPTON LLP<br>66 Hudson Boulevard<br>New York, NY 10001<br>Tel.: 212-909-6000<br>srselden@debevoise.com<br>aauklandpeck@debevoise.com<br>mmcguiggan@debevoise.com<br><br>Molly Meegan\*<br>Jessica Morris\*<br>AMERICAN COLLEGE OF OBSTETRICIANS & GYNECOLOGISTS<br>409 12th Street, SW<br>Washington, DC 20024<br>mmeegan@acog.org<br>jmorris@acog.org<br>*Counsel for* Amici<br><br>*\* Application for admission forthcoming* |

# CERTIFICATE OF SERVICE

I certify that on April 11, 2023 I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Shannon Rose Selden
Shannon Rose Selden

*Counsel to Amici Curiae*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27, because it contains 1580 words.

This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5)(A) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman font size 14.

<u>/s/ Shannon Rose Selden</u>
Shannon Rose Selden

*Counsel to Amici Curiae*