# APPENDIX A

**Safety of Mifepristone**

1. A.A. Boersma, et al., *Mifepristone Followed by Home Administration of Buccal Misoprostol for Medical Abortion Up to 70 Days of Amenorrhoea in a General Practice in Curacao*, 16 EUR. J. CONTRACEPT. REPROD. H. CARE 61 (2011)

2. Advancing New Standards in Reproductive Health ("ANSIRH"), *Analysis of Medication Abortion Risk and the FDA Report: Mifepristone US Post-marketing Adverse Events Summary through 6/30/2021*, UNIV. OF CAL., S.F. 1 (Nov. 2022)

3. ANSIRH, *Analysis of Medication Abortion Risk and the FDA Report: Mifepristone U.S. Post-Marketing Adverse Events Summary through 12/31/2018*, UNIV. OF CAL., S.F., 1 (April 2019)

4. ANSIRH, *Safety of Abortion in the United States*, UNIV. OF CAL., S.F. 1 (Dec. 1, 2014)

5. ANSIRH, *U.S. Studies on Medication Abortion without In-Person Clinician Dispensing of Mifepristone*, UNIV. OF CAL., S.F. (Oct. 2021)

6. Ara Aiken et al., *Effectiveness, Safety and Acceptability of No-Test Medical Abortion (Termination of Pregnancy) Provided Via Telemedicine: A National Cohort Study*, 128(9) BJOG 1464 (Aug. 2021)

7. Beverly Winikoff, et al., *Extending Outpatient Medical Abortion Services Through 70 Days of Gestational Age*, 120 OBSTET. & GYNECOL. 1070 (2012)

8. Claudia Diaz Olavarrieta et al., *Nurse Versus Physician Provision of Early Medical Abortion in Mexico: A Randomized Controlled Non-Inferiority Trial*, 93 BULL. WORLD HEALTH ORGAN. 249 (2015)

9. Daniel Grossman, et al., *Effectiveness and Acceptability of Medical Abortion Provided Through Telemedicine*, 118 (2 PT. 1) OBSTET. & GYNECOL. 296 (Aug. 2011)

10. Daniel Grossman, et al., *Mail-Order Pharmacy Dispensing of Mifepristone for Medication Abortion After In-Person Clinical Assessment*, 107 CONTRACEPTION 36 (Mar. 2022)

11. Daniel Grossman, et al., *Medication Abortion with Pharmacist Dispensing of Mifepristone*, 137(4) OBSTET. & GYNECOL. 613 (Apr. 2021)

12. Daniel Grossman & Kate Grindlay, *Safety of Medical Abortion Provided Through Telemedicine Compared with In Person*, 130(4) OBSTET. & GYNECOL. 778 (Oct. 2017)

13. Dina Abbas et al., *Outpatient Medical Abortion is Safe and Effective Through 70 Days Gestation*, 92 CONTRACEPTION 197 (Sept. 2015)

14. Elizabeth Raymond & Hillary Bracken, *Early Medical Abortion Without Prior Ultrasound*, 92 CONTRACEPTION 212 (2015)

15. E.V. Gouk, *Medical Termination of Pregnancy at 63 to 83 Days Gestation*, 106 BR. J. OBSTET. GYNAECOL. 535 (1999)

16. Jane W Seymour et al., *Effectiveness and Safety of a Direct-To-Patient Telehealth Service Providing Medication Abortion Targeted at Rural and Remote Populations: Cross-Sectional Findings From Marie Stopes Australia*, 115 CONTRACEPTION 67 (2022)

17. Julia E. Kohn, et al., *Safety and Effectiveness of Medication Abortion Provided via Telemedicine in Four U.S. States*. 134(2) OBSTET. & GYNECOL. 343 (Aug. 2019)

18. Katherine Kortsmit, et al., *Abortion Surveillance – United States, 2019*, 70 CDC MORBIDITY & MORTALITY WKLY. REP. 1 (Nov. 26, 2021)

19. Nat'l Acads. of Sci., Eng'g. & Med., *The Safety and Quality of Abortion Care in the United States*, NAT'L ACADS. PRESS 45 (2018)

20. Ushma D. Upadhyay, et al., *Incidence of Emergency Department Visits and Complications After Abortion*, 125 OBSTET. & GYNECOL. 175 (Jan. 2015)

21. Ushma D. Upadhyay, et al., *Safety and Efficacy of Telehealth Medication Abortions in the US During the COVID-19 Pandemic*, 4(8) JAMA NETW. OPEN. e2122320 (2021)

**Impact of Abortion on Psychological and Emotional Well-Being**

22. Brenda Major, et al., *Abortion and Mental Health: Evaluating the Evidence*, 64 AM. PSYCH. 863 (2009) (update to APA Task Force Report 2008)

23. Brenda Major, et al., *Report of the APA Task Force on Mental Health and Abortion*, AM. PSYCH. ASS'N (2008)

24. Corrine H. Rocca et al., *Decision Rightness and Emotional Responses to Abortion in the United States: A Longitudinal Study*, 10 PLoS ONE 1 (2015)

25. Corinne H. Rocca, et al., *Emotions and Decision Rightness Over Five Years Following an Abortion: An Examination of Decision Difficulty and Abortion Stigma*, SOCIAL SCI. & MED. (2020)

26. Corinne H. Rocca, et al., *Women's Emotions One Week After Receiving or Being Denied an Abortion in the United States*, 45(3) PERSPECTIVES ON SEXUAL & REPROD. H. 122 (2013)

27. Diana G. Foster, et al, *A Comparison Of Depression And Anxiety Symptom Trajectories Between Women Who Had An Abortion And Women Denied One*, 45(10) PSYCHOLOGICAL MEDICINE 2073 (2015)

28. Julia R. Steiberg, et al., *The Association Between First Abortion and First-Time Non-Fatal Suicide Attempt: A Longitudinal Cohort Study of Danish Population Registries*, 6(12) LANCET PSYCHIATRY 1031 (2019)

29. Julia R. Steinberg, *Fatal Flaws in a Recent Meta-Analysis On Abortion And Mental Health*, 86(5) CONTRACEPTION 430 (Nov. 2012)

30. M. Antonia Biggs, et al., *Does Abortion Reduce Self-esteem and Life Satisfaction?*, 23(9) QUALITY OF LIFE RSCH. 2505 (2014)

31. M. Antonia Biggs, et al., *Five-year Suicidal Ideation Trajectories Among Women Receiving versus Being Denied an Abortion*, 175(9) AM. J. OF PSYCHIATRY 845 (Sept. 2018)

32. M. Antonia Biggs, et al., *Mental Health Diagnoses after Receiving or Being Denied an Abortion in the US*, 105(12) AM. J. OF PUB. HEALTH 2557 (Dec. 2015)

33. Nat'l Collaborating Ctr. for Mental Health, *Induced Abortion and Mental Health: A Systematic Review of the Mental Health Outcomes of Induced Abortion, Including Their Prevalence and Associated Factors*, ACAD. OF MED. ROYAL COLLS. (Dec. 2011)

34. Sarah C M Roberts, et al., *Changes in Alcohol, Tobacco, and Drug Use Over Five Years After Receiving Versus Being Denied a Pregnancy Termination*, 79(2) J. OF STUDIES ON ALCOHOL AND DRUGS 293 (2018)

35. Vignetta E Charles, et al., *Abortion and Long-term Mental Health Outcomes: A Systematic Review of the Evidence*, 78(6) CONTRACEPTION 436 (2008)

**Dangers of Pregnancy and Impact of Abortion Denial**

36. Caitlin Gerdts, et al., *Side Effects, Physical Health Consequences, and Mortality Associated with Abortion and Birth after an Unwanted Pregnancy*, 26(1) WOMEN'S HEALTH ISSUES 55 (2016)

37. David Boulware, *Recent Increases in the U.S. Maternal Mortality Rate: Disentangling Trends from Measurement Issues*, 129(2) OBSTET. & GYNECOL. 385 (Feb 2016)

38. Diana Greene Foster et al., *Socioeconomic Outcomes of Women Who Receive and Women Who Are Denied Wanted Abortions in the United States*, 108 AM. J. PUB. HEALTH 407 (2018)

39. Elizabeth G. Raymond & David A. Grimes, *The Comparative Safety of Legal Induced Abortion and Childbirth in the United States*, 119 OBSTET. & GYNECOL. 215 (2012)

40. Laura F. Harris, *Perceived Stress and Emotional Social Support Among Women Who Are Denied or Receive Abortions in the United States: A Prospective Cohort Study*, 14 BMC WOMEN'S HEALTH. 76 (2014)

41. Lauren J. Ralph, et al., *Self-reported Physical Health of Women Who Did and Did Not Terminate Pregnancy After Seeking Abortion Services: A Cohort Study*. 171(4) ANNALS OF INTERNAL MED. 238 (2019)

42. M. Antonia Biggs, et al., *Mental Health Diagnoses 3 Years After Receiving or Being Denied an Abortion in the United States*, 105(12) AM. J. OF PUBLIC HEALTH 2557 (Dec. 2015)

43. M. Antonia Biggs et al., *Women's Mental Health and Well-being 5 Years After Receiving or Being Denied an Abortion: A Prospective, Longitudinal Cohort Study*, 74 JAMA Psychiatry 169 (2017)

44. Sarah Roberts et al., *Risk of Violence from the Man Involved in the Pregnancy After Receiving or Being Denied an Abortion*, 12 BMC MEDICINE 1 (2014)

**Public Health & Disparate Impact from Lack of Access to Medication Abortion**

45. Alexander Janke, *An Emergency in U.S. Emergency Care: Two Studies Show Rising Strain*, U. MICH. INST. OF HEALTHCARE POL'Y & INNOVATION (Oct. 11, 2022)

46. Anthony Mazzeo, et. al., *Delivery of Emergency Care in Rural Settings*, ACEP EMERGENCY MEDICINE PRAC. COMM. (July 2017)

47. Christine Dehlendorf & Tracy Weitz, *Access to Abortion Services: A Neglected Health Disparity,* 22 J. HEALTH CARE FOR THE POOR & UNDERSERVED 415 (May 2011)

48. Daniel A. Grossman, et al., *Changes in Service Delivery Patterns after Introducing Telemedicine Provision of Medical Abortion in Iowa*, 103(1) AM. J. PUBLIC HEALTH 73 (2013)

49. Daniel A. Grossman, et al., *Continuing Pregnancy After Mifepristone and 'Reversal' of First-Trimester Medical Abortion: A Systematic Review*, 92 CONTRACEPTION 206 (June 2015)

50. Erica Chong et al., *Expansion of a Direct-to-Patient Telemedicine Abortion Service in the United States and Experience During the COVID-19 Pandemic*, 104 CONTRACEPTION 43 (2021)

51. Erin Wingo, *Abortion Method Preference Among People Presenting For Abortion Care*, 103(4) CONTRACEPTION 269 (Apr. 2021)

52. Jenna Jerman et al., *Characteristics of U.S. Abortion Patients in 2014 and Changes Since 2008*, GUTTMACHER INST. 1 (May 2016)

53. Jesse Philbin et al., *10 US States Would Be Hit Especially Hard by a Nationwide Ban on Medication Abortion Using Mifepristone*, GUTTMACHER INST. (Feb. 7, 2023)

54. Juanita Chinn, et al., *Health Equity Among Black Women in the United States*, 30 J. WOMEN'S HEALTH 212 (2021)

55. Julia E. Kohn, et al., *Introduction of Telemedicine for Medication Abortion: Changes in Service Delivery Patterns in Two U.S. States*, 103(3) CONTRACEPTION 151 (2021)

56. Lucy Ogbu-Nwobodo, et al., *Mental Health Implications of Abortion Restrictions for Historically Marginalized Populations*, 387(17) N. ENGL. J. MED. 1613 (2022)

57. Lyndsey S. Benson et al., *Early Pregnancy Loss in the Emergency Department, 2006–2016*, 2 J. AM. C. EMERGENCY PHYSICIANS OPEN e12549 (2021)

58. Rachel K. Jones et al., *COVID-19 Abortion Bans and Their Implications for Public Health*, 52(2) PERSPECTIVES ON SEXUAL AND REPROD. HEALTH 65 (May 14, 2020)

59. Roosa Tikkanen et al., *Maternal Mortality and Maternity Care in the United States Compared to 10 Other Developed Countries*, THE COMMONWEALTH FUND 1 (Nov. 18, 2020)

60. Rosalyn Schroeder et al., *Trends in Abortion Care in the United States, 2017–2021*, ANSIRH, UNIV. OF CAL., S.F. (2022)

61. Sarah E. Baum, et al, *Comparing Preference for and Use of Medication Abortion in Texas After Policy Changes in 2014 and 2018*, 119 CONTRACEPTION 109912 (2023)

62. Sarah E. Baum, et al., *Rebound of Medication Abortion in Texas Following Updated Mifepristone Label*, 99(5) CONTRACEPTION 278 (2019)

**Non-Abortion Uses of Mifepristone**

63. Mario Tristan et al., *Mifepristone for Uterine Fibroids*, COCHRANE DATABASE SYST. REV. (Aug. 2012)

64. Wittich et al., *Ten Common Questions (and Their Answers) About Off-label Drug Use*, 87(10) MAYO CLINIC PROC. 982 (Oct. 2012)

65. Yanxia Cao et al., *Efficacy of Misoprostol Combined with Mifepristone on Postpartum Hemorrhage and its Effects on Coagulation Function*, 13 INT. J. CLIN. EXP. MED. 2234 (Apr. 30, 2020)

66. Y. X. Zhang, *Effect of Mifepristone in the Different Treatments of Endometriosis*, CLIN. AND EXP. OBSTET. & GYNECOL. 350 (2016)