# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form. *(COMPLETE ENTIRE FORM).***

**Fifth Cir. Case NO.** 23-10362

ALLIANCE FOR HIPPOCRATIC MEDICINE   vs.   U.S. FOOD AND DRUG ADMINISTRATION, et
(Short Title)

The Clerk will enter my appearance as Counsel for  Amici Curiae - Please see attached.

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**  ☐ Petitioner(s)   ☐ Respondent(s)   ☑ Amicus Curiae
☐ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/ Adam Aukland-Peck                aauklandpeck@debevoise.com
(Signature)                          (e-mail address)

Adam Aukland-Peck                    New York/5596986
(Type or print name)                 (State/Bar No.)

_____
(Title, if any)

Debevoise & Plimpton, LLP
(Firm or Organization)

Address  66 Hudson Boulevard

City & State  New York, NY                      Zip  10001

Primary Tel.  212-909-6000     Cell Phone: _____

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:**  Debevoise & Plimpton, LLP (Shannon Rose Selden)

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

_____

B. Inquiry of Counsel. To your knowledge:
   (1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
       ☐ Yes   ☑ No
   (2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
       ☐ Yes   ☑ No
   (3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
       ☐ Yes   ☑ No
   (4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case  Yes; preliminary stay

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

_____

Name of Court or Agency_____

Status of Appeal (if any)_____

Other Status (if not appealed)_____

**NOTE: Attach sheet to give further details.**                    DKT-5A REVISED January 2022

# **LIST OF AMICI CURIAE**

- American College of Obstetricians and Gynecologists
- American Medical Association
- Society for Maternal-Fetal Medicine
- American Academy of Nursing
- American Academy of Pediatrics
- American College of Nurse-Midwives
- American Society for Reproductive Medicine
- Council of University Chairs of Obstetrics and Gynecology
- North American Society for Pediatric and Adolescent Gynecology
- Society of Family Planning
- Society of Gynecologic Oncology
- Society of OB/GYN Hospitalists

# CERTIFICATION OF SERVICE

I hereby certify that on April 11, 2023, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit through the Court's CM/EMF system, which will send notice of electronic filing to counsel for the parties.

/s/ Adam Aukland-Peck
Adam Aukland-Peck
aauklandpeck@debevoise.com

Dated: April 11, 2023