# United States Court of Appeals for the Fifth Circuit

No. 23-10362

---

Alliance for Hippocratic Medicine; American Association of Pro-Life Obstetricians & Gynecologists; American College of Pediatricians; Christian Medical & Dental Associations; Shaun Jester, D.O.; Regina Frost-Clark, M.D.; Tyler Johnson, D.O.; George Delgado, M.D.,

*Plaintiffs—Appellees,*

versus

Food & Drug Administration; Robert M. Califf, *Commissioner of Food and Drugs*; Janet Woodcock, M.D., *in her official capacity as Principal Deputy Commissioner, U.S. Food and Drug Administration*; Patrizia Cavazzoni, M.D., *in her official capacity as Director, Center for Drug Evaluation and Research, U.S. Food and Drug Administration*; United States Department of Health and Human Services; Xavier Becerra, *Secretary, U.S. Department of Health and Human Services*,

*Defendants—Appellants,*

versus

Danco Laboratories, L.L.C.,

*Intervenor—Appellant.*

---

Appeal from the United States District Court

No. 23-10362

for the Northern District of Texas
USDC No. 2:22-CV-223

_____

ORDER:

IT IS ORDERED that unopposed motion for leave to file brief of amicus curiae for Medical and Public Health Societies is GRANTED.

IT IS FURTHER ORDERED that the amici curiae brief filed by Susan B. Anthony Pro-Life America, Catholic Health Care Leadership Alliance, The National Catholic Bioethics Center, Catholic Bar Association, Catholic Benefits Association, and Christ Medicus Foundation is GRANTED.

Lyle W. Cayce, *Clerk*
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT