# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

April 12, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-10362   Alliance Hippocratic Medicine v. FDA
                  USDC No. 2:22-CV-223

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

Ms. Jessica Ring Amunson
Mr. Erik Baptist
Ms. Cynthia Barmore
Mr. Boris Bershteyn
Ms. Julie Marie Blake
Mr. Joshua Paul Clayton
Mr. Richard Dearing
Ms. Jessica Lynn Ellsworth
Mr. Charles William Fillmore
Ms. Elissa Graves
Ms. Denise Harle
Ms. Sarah Elaine Harrington
Mr. Thomas S. Leatherbury
Mr. David Lehn
Ms. Karen S. Mitchell
Mr. Michael S. Raab
Mr. Joshua Rosenthal
Mr. Gene C. Schaerr
Mr. Daniel Schwei
Ms. Shannon Rose Selden
Ms. Lauren Shepard
Mr. Samuel Spital
Mr. Christian D. Stewart
Ms. Eva Temkin
Mr. John Marc Wheat
Mr. Edward Lawrence White
Ms. Grace Zhou