# APPENDIX
# List of *Amici Curiae*

**Center for Reproductive Rights**
New York, NY

**American Civil Liberties Union**
New York, NY

**Planned Parenthood Federation of America**
Washington, DC

**A Woman's Choice Clinics: Jacksonville, Charlotte, Greensboro, Raleigh**
Jacksonville, FL; Charlotte, NC; Greensboro, NC; Raleigh, NC

**Abortion Care Network**
Washington, DC

**All\* Above All Action Fund**
Washington, DC

**American Civil Liberties Union of Texas**
Houston, TX

**American Humanist Association**
Washington, DC

**Ancient Song**
New York, NY

**Avow Texas**
Austin, TX

**AWAKE TN**
Nashville, TN

**Blue Mountain Clinic**
Missoula, MT

**Catholics for Choice**
Washington, DC

**Central Conference of American Rabbis**
New York, NY

**Chicago Abortion Fund**
Chicago, IL

**Chicago Foundation for Women**
Chicago, IL

**CHOICES Center for Reproductive Health**
Memphis, TN

**Coalition of Labor Union Women, AFL-CIO**
Washington, DC

**Cobalt Advocates**
Denver, CO

**Collective Power for Reproductive Justice**
Amherst, MA

**COLOR Latina**
Denver, CO

**Columbia NOW**
Columbia, SC

**Community Catalyst**
Boston, MA

**Desert Star Family Planning**
Phoenix, AZ

**Desert Star Institute for Family**
Phoenix, AZ

**Expanding Medication Abortion Access Project**
Washington, DC

**Florida NOW—National Organization for Women**
Deland, FL

**Frontera Fund**
McAllen, TX

**Fund Texas Choice**
Austin, TX

**Gender Justice**
Saint Paul, MN

**Gender Justice League**
Seattle, WA

**Girls for Gender Equity**
New York, NY

**Greater Seattle Business Association**
Seattle, WA

**Guttmacher Institute**
Washington, DC

**Health Justice MD**
Phoenix, AZ

**Ibis Reproductive Health**
Cambridge, MA

**If/When/How: Lawyering for Reproductive Justice**
Oakland, CA

**In Our Own Voice: National Black Women's Reproductive Justice Agenda**
Washington, DC

**Indigenous Women Rising**
Albuquerque, NM

**Ipas: Partners for Reproductive Health**
Chapel Hill, NC

**Jane's Due Process**
Austin, TX

**Jewish Women International**
Washington, DC

**Just the Pill**
Minneapolis, MN

**Lambda Legal**
New York, NY

**LatinoJustice PRLDEF**
New York, NY

**Lawyering Project**
New York, NY

**Legal Momentum: The Women's Legal Defense and Education Fund**
New York, NY

**Lift Louisiana**
New Orleans, LA

**Louisiana Coalition for Reproductive Freedom**
Baton Rouge, LA

**Maine Family Planning**
Augusta, ME

**Medical Students for Choice**
Philadelphia, PA

**Men of Reform Judaism**
New York, NY

**Michigan Voices**
Detroit, MI

**NARAL Pro-Choice America**
Washington, DC

**National Abortion Federation**
Washington, DC

**National Center for Law and Economic Justice**
New York, NY

**National Center for Lesbian Rights**
San Francisco, CA

**National Council of Jewish Women**
Washington, DC

**National Education Association**
Philadelphia, PA

**National Employment Law Project**
Washington, DC

**National Family Planning & Reproductive Health Association**
Washington, DC

**National Health Law Program**
Washington, DC

**National Institute for Reproductive Health**
New York, NY

**National Latina Institute for Reproductive Justice**
New York, NY

**National Organization for Women—Seattle**
Seattle, WA

**National Partnership for Women & Families**
Washington, DC

**National Women's Law Center**
Washington, DC

**National Women's Liberation**
Gainesville, FL

**National Women's Political Caucus**
Washington, DC

**New Era Colorado**
Denver, CO

**Northwest Health Law Advocates**
Seattle, WA

**Nurses for Sexual and Reproductive Health**
St. Paul, MN

**Oklahoma Call for Reproductive Justice**
Oklahoma City, OK

**Oregon Affiliate of the American College of Nurse-Midwives**
Corvallis, OR

**PAI**
Washington, DC

**Palmetto State Abortion Fund**
Columbia, SC

**Patient Forward**
Sedona, AZ

**People for the American Way**
Washington, DC

**Positive Women's Network—USA**
Oakland, CA

**Possible Health**
New York, NY

**Power to Decide**
Washington, DC

**Pregnancy Justice**
New York, NY

**Pro-Choice Arizona**
Phoenix, AZ

**Pro-Choice Montana**
Helena, MT

**Pro-Choice North Carolina**
Durham, NC

**Pro-Choice Washington**
Seattle, WA

**Reproaction**
Washington, DC

**Reproductive Equity Now**
Boston, MA

**Reproductive Health Access Project**
New York, NY

**Reproductive Health Initiative for Telehealth Equity & Solutions**
New York, NY

**Rhia Ventures**
San Francisco, CA

**SIECUS: Sex Ed for Social Change**
Washington, DC

**SisterSong: The National Women of Color Reproductive Justice Collective**
Atlanta, GA

**South Asian SOAR**
New York, NY

**SPARK Reproductive Justice NOW**
Atlanta, GA

**State Innovation Exchange**
Madison, WI

**Tennessee Freedom Circle**
Nashville, TN

**Texas Equal Access Fund**
Dallas, TX

**The Women's Centers: CT, GA, NJ & PA**
Hartford, CT; Atlanta, GA; Cherry Hill, NJ; Philadelphia, PA

**UltraViolet**
New York, NY

**Union for Reform Judaism**
New York, NY

**URGE: Unite for Reproductive & Gender Equity**
Washington, DC

**Washington State NOW—National Organization for Women**
Tacoma, WA

**We Testify**
Washington, DC

**West Alabama Women's Center**
Tuscaloosa, AL

**Wild West Access Fund of Nevada**
Reno, NV

**Whole Women's Health Alliance**
Charlottesville, VA

**Women of Reform Judaism**
New York, NY

**Women's Law Project**
Philadelphia, PA

**10,000 Women Louisiana**
Baton Rouge, LA