No. 23-10362

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

ALLIANCE FOR HIPPOCRATIC MEDICINE, ET AL.,
*Plaintiffs-Appellees*,

v.

U.S. FOOD AND DRUG ADMINISTRATION, ET AL.,
*Defendants-Appellants*

**Motion of the State of Missouri to Submit a Brief as Amici Curiae in Support of Plaintiffs-Appellees and also in Opposition to an Emergency Stay Pending Appeal**

The State of Missouri moves this Court for leave to file the enclosed brief as amici curiae in support of plaintiffs-appellees and in opposition of defendants-appellants' applications for a stay pending appeal of the district court's April 7, 2023 order.[1] The brief includes material that is "relevant to the disposition" of the stay applications and the case, and which would be "desirable" for the Court to consider. Fed. R. App. P. 29(a)(3)(B).

The State of Missouri has a strong interest in this litigation because the FDA's decision to create a regime of abortion by mail imposes harms that necessarily spill over into Missouri—impeding the operation of state law and drastically increasing the risks faced by Missouri women. Resolution of the motion for a preliminary injunction is thus of vital importance to Missouri's interest in enforcing its laws and

---

[1] While a State is permitted to file an amicus brief without the parties' consent or permission of the Court during the "consideration of a case on the merits," Fed. R. App. P. 29(a)(1)-(2), that Rule does not expressly permit a State to file an amicus brief during the Court's consideration of a motion. Accordingly, in an abundance of caution, amicus State moves for leave to file an amicus brief in opposition to appellants' stay request.

protecting the health and safety of its citizens.

Missouri's proposed brief provides the Court with additional context about the harms women face from chemically induced abortions and how the FDA's decision to allow abortion by mail aggravates those harms. Missouri seeks leave separately from other states to file a short brief because Missouri was a party to two federal lawsuits where, among other things, abortionists made remarkable concessions in open court that are highly relevant to this case. Those concessions illuminate the heightened risks the FDA's rule imposes on women. This brief brings those concessions to the Court's attention.

Counsel for defendants-appellants and plaintiffs-appellees consent to the relief requested in this motion. Counsel for intervener-defendant-appellant did not respond to a request for consent.

The proposed brief complies with the type-volume limitations for an amicus brief on a motion because it uses half of fewer of the 5,200 words permitted for a motion or response. *See* Fed. R. App. P. 27(d)(2(A); *id*. 29(a)(5).

## CONCLUSION

The Court should grant amici curiae leave to file the enclosed brief in support of plaintiffs-appellees and in opposition to an emergency stay.

Dated April 12, 2023

ANDREW BAILEY
*Attorney General*

*/s/ Joshua M. Divine*
JOSHUA M. DIVINE
  *Solicitor General*

MISSOURI ATTORNEY GENERAL'S OFFICE
P.O. Box 899
Jefferson City, MO 65102
Telephone: (573) 751-8870
Fax: (573) 751-0074
E-mail: josh.divine@ago.ms.gov

*Counsel for Amicus Curiae
State of Missouri*

**CERTIFICATE OF COMPLIANCE**

Pursuant to Rules 27 and 32 of the Federal Rules of Appellate Procedure, Joshua M. Divine, Solicitor General in the Office of the Attorney General of the State of Missouri, hereby certifies that according to the word count feature of the word processing program used to prepare this document, the document contains 403 words and complies with the typeface requirements and length limits of Rules 27(d) and 32(a)(5)-(6) and applicable local rules.

/s/ Joshua M. Divine

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically with the Court's CM/ECF system on April 12, 2023. Service will be effectuated by the Court's electronic notification system upon all parties and counsel of record.

/s/ Joshua M. Divine