## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 12, 2023

Mr. Thomas S. Leatherbury
Thomas S. Leatherbury Law, P.L.L.C.
1901 N. Akard Street
Dallas, TX 75201

    No. 23-10362   Alliance Hippocratic Medicine v. FDA
                   USDC No. 2:22-CV-223

Dear Mr. Leatherbury,

Appearance forms require either an original signature in the signature line or **"s/name"** by attorneys filing under their own CM/ECF login.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Burke Fenerty, Deputy Clerk
                              504-310-7624