No. 23-10362

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

ALLIANCE FOR HIPPOCRATIC MEDICINE; AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS & GYNECOLOGISTS; AMERICAN COLLEGE OF PEDIATRICIANS; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS; SHAUN JESTER, D.O.; REGINA FROST-CLARK, M.D.; TYLER JOHNSON, D.O.; GEORGE DELGADO, M.D.,
*Plaintiffs-Appellees*
*v.*
FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF, Commissioner of Food and Drugs; JANET WOODCOCK, M.D., in her official capacity as Principal Deputy Commissioner, U.S. Food and Drug Administration; PATRIZIA CAVAZZONI, M.D., in her official capacity as Director, Center for Drug Evaluation and Research, U.S. Food and Drug Administration; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, Secretary, U.S. Department of Health and Human Services,
*Defendants-Appellants*
*v.*
DANCO LABORATORIES, L.L.C.
*Intervenor-Appellant*

On Appeal from the United States District Court
for the Northern District of Texas
No. 2:22-cv-00223-Z

**UNOPPOSED MOTION OF THE STATES OF MISSISSIPPI, ALABAMA, ARKANSAS, FLORIDA, GEORGIA, INDIANA, IOWA, KANSAS, KENTUCKY, LOUISIANA, MONTANA, NEBRASKA, OHIO, SOUTH CAROLINA, SOUTH DAKOTA, TENNESSEE, TEXAS, UTAH, AND WYOMING FOR LEAVE TO FILE AN OVERLENGTH BRIEF AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS-APPELLEES' OPPOSITION TO AN EMERGENCY STAY PENDING APPEAL**

LYNN FITCH
  *Attorney General*
WHITNEY H. LIPSCOMB
  *Deputy Attorney General*
SCOTT G. STEWART
  *Solicitor General*
JUSTIN L. MATHENY
ANTHONY M. SHULTS
  *Deputy Solicitors General*
MISSISSIPPI ATTORNEY
GENERAL'S OFFICE
P.O. Box 220
Jackson, MS 39205-0220
Telephone: (601) 359-3680
E-mail: justin.matheny@ago.ms.gov
*Counsel for Amici Curiae*

## CERTIFICATE OF INTERESTED PERSONS

Under this Court's Rule 28.2.1, governmental parties need not furnish a certificate of interested persons.

*s/ Justin L. Matheny*
Justin L. Matheny
*Counsel for Amici Curiae*

## UNOPPOSED MOTION FOR LEAVE TO FILE AN OVERLENGTH BRIEF AS AMICI CURIAE

Amici curiae—the States of Mississippi, Alabama, Arkansas, Florida, Georgia, Indiana, Iowa, Kansas, Kentucky, Louisiana, Montana, Nebraska, Ohio, South Carolina, South Dakota, Tennessee, Texas, Utah, and Wyoming—respectfully move this Court for leave under Federal Rule of Appellate Procedure 27 to file the attached proposed amicus brief in support of the plaintiffs-appellees and in opposition to an emergency stay pending appeal on these consolidated appeals and state:

1.  This lawsuit challenges the actions through which the U.S. Food and Drug Administration has approved the chemical-abortion drug mifepristone, made it widely accessible, and discarded measures to manage the risks that it presents when used to induce abortions. Agreeing with a wide range of plaintiffs' arguments, as well as arguments advanced by the amici States here, the district court stayed the FDA's approval of mifepristone. Op. 32-67, D. Ct. Dkt. 137. Defendants-appellants the U.S. Food and Drug Administration and Danco Laboratories, L.L.C., a lead distributor of mifepristone, have moved this Court for an emergency stay of the district court's ruling.

2.  The amici States submit the attached proposed brief to emphasize why the public interest and equities support the district court's order and support denying stay relief. Amici filed a similar brief

1

in the district court. *See* D. Ct. Dkt. 100. The district court relied on that brief in granting relief to plaintiffs. *See* Op. 29, 58 n.63, 63.

3. Amici have important interests at stake in this litigation, and their brief will assist this Court in resolving defendants' motions.

4. Last year, the Supreme Court held that abortion is a matter that is entrusted to "the people and their elected representatives" to address. *Dobbs v. Jackson Women's Health Organization*, 142 S. Ct. 2228, 2284 (2022). Overruling precedent that took that authority away from the people, the Court returned the issue of "regulating or prohibiting abortion" to "the citizens of each State." *Ibid.* States may thus pursue their "legitimate interests" in protecting unborn life, women's health, and the medical profession by regulating or restricting abortion. *Ibid.* Like other States, amici have, consistent with the Constitution and the Supreme Court's decision in *Dobbs*, adopted laws regulating abortion— including chemical abortion. Those laws strike a balance among the competing interests, are the results of hard-fought democratic processes, and embody the considered judgments of "the people and their elected representatives." *Ibid.*

5. Rather than respect the Constitution, the Supreme Court, and the democratic process, the Biden Administration and its FDA have attacked and worked to undermine the considered judgments of the

elected representatives of States like amici. The Administration's actions on abortion drugs typify that effort.

6. The amici States' attached proposed brief demonstrates that the public interest and equities strongly support denying emergency relief, for at least three reasons. First, the FDA's actions contravene federal law and so disserve the public interest. Second, the FDA's actions defy the public-interest determinations made by the amici States, which are entrusted with balancing the policy and equitable considerations in this area. Last, the FDA's actions threaten to undermine the amici States' enforcement of duly enacted laws and thus undercut the public interest that those laws promote.

7. Under Federal Rules of Appellate Procedure 29(a)(2) and (5), on this Court's initial consideration of a case on the merits, States may file an amicus brief, without the parties' consent or leave of court, that contains up to one-half the maximum length allowed for a party's principal brief. Because those rules do not expressly govern these proceedings on defendants' stay motions, amici request leave to appear as amici and file the attached proposed brief containing 4922 words.

8. Under Fifth Circuit Rule 27.4, counsel for the amici States has contacted counsel for the parties and been advised that counsel for plaintiffs-appellees consents to the relief sought in this motion; counsel

for defendants-appellants consents to the filing of an amicus brief but takes no position on the length of that brief; and counsel for intervenor-appellant consents to the relief sought in this motion.

## REQUEST FOR RELIEF

The amici States respectfully request an order granting them leave to file the attached proposed amicus brief in support of plaintiffs-appellees and in opposition to an emergency stay pending appeal.

Dated: April 12, 2023

> Respectfully submitted,
>
> LYNN FITCH
>   *Attorney General*
>
> *s/ Justin L. Matheny*
>
> WHITNEY H. LIPSCOMB
>   *Deputy Attorney General*
> SCOTT G. STEWART
>   *Solicitor General*
> JUSTIN L. MATHENY
> ANTHONY M. SHULTS
>   *Deputy Solicitors General*
> MISSISSIPPI ATTORNEY
> GENERAL'S OFFICE
> P.O. Box 220
> Jackson, MS 39205-0220
> Telephone: (601) 359-3680
> E-mail: justin.matheny@ago.ms.gov
> *Counsel for Amici Curiae*

*Counsel for Additional Amici States*

| | |
|---|---|
| Steve Marshall<br>Attorney General<br>State of Alabama | Austin Knudsen<br>Attorney General<br>State of Montana |
| Tim Griffin<br>Attorney General<br>State of Arkansas | Michael T. Hilgers<br>Attorney General<br>State of Nebraska |
| Ashley Moody<br>Attorney General<br>State of Florida | Dave Yost<br>Attorney General<br>State of Ohio |
| Christopher M. Carr<br>Attorney General<br>State of Georgia | Alan Wilson<br>Attorney General<br>State of South Carolina |
| Theodore E. Rokita<br>Attorney General<br>State of Indiana | Marty J. Jackley<br>Attorney General<br>State of South Dakota |
| Brenna Bird<br>Attorney General<br>State of Iowa | Jonathan Skrmetti<br>Attorney General<br>State of Tennessee |
| Kris W. Kobach<br>Attorney General<br>State of Kansas | Ken Paxton<br>Attorney General<br>State of Texas |
| Daniel Cameron<br>Attorney General<br>Commonwealth of Kentucky | Sean D. Reyes<br>Attorney General<br>State of Utah |
| Jeff Landry<br>Attorney General<br>State of Louisiana | Bridget Hill<br>Attorney General<br>State of Wyoming |

## CERTIFICATE OF SERVICE

I, Justin L. Matheny, hereby certify that the foregoing motion has been filed with the Clerk of Court using the Court's electronic filing system, which sent notification of such filing to all counsel of record.

Dated: April 12, 2023

<u>s/ Justin L. Matheny</u>
Justin L. Matheny
*Counsel for Amici Curiae*

## CERTIFICATE OF COMPLIANCE

This motion complies with the word limitations of Fed. R. App. P. 27(d)(2)(A) because, excluding the exempted parts of the document, it contains 713 words. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in proportionally spaced typeface, including serifs, using Microsoft Word 2016, in Century Schoolbook 14-point font.

Dated: April 12, 2023

<u>s/ Justin L. Matheny</u>
Justin L. Matheny
*Counsel for Amici Curiae*