# United States Court of Appeals for the Fifth Circuit

No. 23-10362

Alliance for Hippocratic Medicine; American Association of Pro-Life Obstetricians & Gynecologists; American College of Pediatricians; Christian Medical & Dental Associations; Shaun Jester, D.O.; Regina Frost-Clark, M.D.; Tyler Johnson, D.O.; George Delgado, M.D.,

*Plaintiffs—Appellees*,

*versus*

Food & Drug Administration; Robert M. Califf, *Commissioner of Food and Drugs*; Janet Woodcock, M.D., *in her official capacity as Principal Deputy Commissioner, U.S. Food and Drug Administration*; Patrizia Cavazzoni, M.D., *in her official capacity as Director, Center for Drug Evaluation and Research, U.S. Food and Drug Administration*; United States Department of Health and Human Services; Xavier Becerra, *Secretary, U.S. Department of Health and Human Services*,

*Defendants—Appellants*,

*versus*

Danco Laboratories, L.L.C.,

*Intervenor—Appellant.*

No. 23-10362

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:22-CV-223

_____

ORDER:

IT IS ORDERED that the unopposed motion filed by State of Missouri for leave to file an amicus curiae brief is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by State of Mississippi, State of Alabama, State of Arkansas, State of Florida, State of Georgia, State of Indiana, State of Iowa, State of Kansas, State of Kentucky, State of Louisiana, State of Montana, State of Nebraska, State of Ohio, State of South Carolina, State of South Dakota, State of Tennessee, State of Texas, State of Utah and State of Wyoming to file amici curiae brief is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by State of West Virginia for leave to file an amicus curiae brief is GRANTED.

Lyle W. Cayce, *Clerk*
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce
ENTERED AT THE DIRECTION OF THE COURT