# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM).**

**Fifth Cir. Case NO.** 23-10362

Alliance Hippocratic Medicine vs. FDA
(Short Title)

The Clerk will enter my appearance as Counsel for Pharmaceutical Companies, Executives, and Investors

(Please see attached list)

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**   ☐ Petitioner(s)   ☐ Respondent(s)   ☑ Amicus Curiae
☐ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/ Paul Alessio Mezzina                                   pmezzina@kslaw.com
(Signature)                                                        (e-mail address)

Paul Alessio Mezzina                                         DC Bar No. 999325
(Type or print name)                                          (State/Bar No.)

(Title, if any)

King & Spalding LLP
(Firm or Organization)

Address 1700 Pennsylvania Avenue NW

City & State Washington, DC                              Zip 20006

Primary Tel. (202) 626-8988   Cell Phone: _____

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Eva A. Temkin

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
N/A

B. Inquiry of Counsel. To your knowledge:
(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
☐ Yes   ☑ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
☐ Yes   ☑ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
☐ Yes   ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case Yes; preliminary injunction
If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

Name of Court or Agency

Status of Appeal (if any)

Other Status (if not appealed)

**NOTE: Attach sheet to give further details.**                    DKT-5A REVISED January 2022

# APPENDIX
# OF PARTICIPATING *AMICI CURIAE*

**Grace E. Colón**, CEO, Board Member and Entrepreneur

**Paul J. Hastings**, CEO, Nkarta Inc.

**Elizabeth Jeffords**, Biotech CEO & Board Member

**RA Capital Management, LP** (Peter Kolchinsky, Managing Partner)

**Ram Aiyar**, Biotech Executive

**Srinivas Akkaraju, MD, PhD**, Managing General Partner, Samsara BioCapital

**Martin Babler**, President and CEO, Alumis Inc.

**Elizabeth Bailey**, Managing Director, RH Capital

**Rita Balice-Gordon**, CEO, Muna Therapeutics

**Amanda Banks, MD**, Advisor, Board Member, Cofounder and Former CEO, Blackfynn

**C. Gordon Beck III**, Founder and Managing Director, Princeton Biomedical Consulting LLC

**Gregg Beloff**, Managing Director, Danforth Advisors LLC

**Jeremy Bender**, CEO, Day One Biopharmaceuticals

**Stephen Benoit**, CEO, MDI Therapeutics

**Heather Alisa Berger**, Board Member and Investor

**Kenneth A. Berlin**, President and CEO, Ayala Pharmaceuticals

**Biotechnology Innovation Organization**

**Paul Bolno**, MD, President and CEO, Wave Life Sciences

**Flavia Borellini, PhD**, Retired biotech executive, Board Director

**Daniel M. Bradbury**, Executive Chairman, Equillium Inc.

**Braidwell**

**Cadence OTC**

**Capstan Therapeutics**

**Abraham N. Ceesay**, CEO

**Cellevolve Bio Inc.**

**Sommer Chatwin**, Partner, Braidwell

**Jung E. Choi**, Former Chief Business Officer, Global Blood Therapeutics

**Bharatt Chowrira, PhD, JD**, Biotech Executive

**Scott Clarke**, CEO, Ambagon Therapeutics

**Kerry Clem**, CCO

**Ron Cohen, MD**, President and CEO, Acorda Therapeutics, Inc.

**Thomas A. Collet, PhD**, President & CEO, Bilayer Therapeutics, Inc.

**Gerald E. Commissiong**, President & CEO, Todos Medical, Ltd. and Todos Medical USA, Inc.

**Emily Conley, PhD**, CEO of Federation Bio, Board Member of Nuvalent (NASDAQ: NUVL), TMRW Lift Sciences, and Medrio

**Curae Pharma360 Inc.**

**Karim Dabbagh**, President and CEO, Second Genome, Inc

**Bassil Dahiyat**, President and CEO, Xencor

**David de Graaf, PhD**, President and CEO, Reverb Therapeutics, Executive Chairman, Ability Biologics

**Deep Track Capital**

**Steve Derby**, CEO, General Ventures, Inc.

**Clarissa Desjardins**, CEO, Congruence Therapeutics (a Canadian company)

**Douglas Doerfler**, Founder and CEO, MaxCyte, Inc.

**Joanne Dove Kotz**, CEO, Jnana Therapeutics

**Ken Drazan**, CEO, ArsenalBio

**Karen Drexler**, Company Board Member

**Doug Drysdale**, CEO, Cybin

**Eric Dube, PhD**, President & CEO, Travere Therapeutics

**Michael N. Dudley, PharmD**, President and CEO, Qpex Biopharma

**Barbara Duncan**, Ovid Therapeutics, Board Director

**Sandi Dunn, PhD**, CEO, Phoenix Molecular Designs

**Jens Eckstein, PhD**, Managing Partner, Apollo Health Ventures

**David M. Epstein, PhD**, President and CEO, Black Diamond Therapeutics, Inc

**Lavi Erisson, MD**, CEO & President, Gensaic, Inc.

**Jennifer Ernst**, CEO, Tivic Health

**EXXclaim Capital**

**EyePoint Pharmaceuticals**

**Eric A Floyd MS, MBA, PhD**, Senior Vice President - Regulatory Affairs and Quality Assurance, Silence Therapeutics

**Kristen Fortney**, CEO and Board Member

**Renee Gala**, Biotech Executive & BOD Member

**Scott Garland**, Board Member, PACT Pharma

**Deborah Geraghty, PhD**, CEO, Anokion

**Gilead Sciences, Inc.**

**Corey Goodman, PhD**, Managing Partner, venBio Partners

**Adam Gridley**, President & CEO, Allay Therapeutics

**David-Alexandre Gros, MD**, CEO, Eledon Pharmaceuticals

**Sheila Gujrathi, MD**, Biotech Executive, Entrepreneur, and Board Chair

**John Hallinan**, Chief Development Officer, Danforth Advisors

**Matthew Hammond**, Principal, RA Capital Management, LP

**Alex Harding, MD**, Head of Business Development, CRISPR Therapeutics

**Scott Harris**, Chief Operating Officer, Cleave Therapeutics

**Kate Haviland**, President and Chief Executive Officer, Blueprint Medicines

**Rekha Hemrajani**, Biotech Executive and Board Member

**Jenny Herbach**, CEO, Adventris Pharmaceuticals

**Patrick Heron**, Managing Partner, Frazier Life Sciences

**Stephen Hill**, COO

**Andrew Hirsch**, President and CEO, C4 Therapeutics

**Steven H. Holtzman**, Chair, Camp4 Therapeutics

**Reid Huber, PhD**, Partner, Third Rock Ventures

**Juvena Therapeutics**

**JeenJoo S. Kang, PhD**, CEO, Appia Bio

**Rosana Kapeller, MD, PhD**, Biotech CEO and Board Member

**Alex Karnal**, CIO, Braidwell

**Ciara Kennedy**, CEO, Sorriso Pharmaceuticals

**Nikole Kimes**, CEO, Siolta Therapeutics

**Kinexum**

**Nina Kjellson**, Biotech Investor, Public and Private Biotech Board Member, Healthcare Non-Profit Leader

**Arthur Klausner**, Executive Chairman, Concarlo Therapeutics

**Jeffrey D. Klausner, MD, MPH**, Clinical Professor of Medicine, Population, and Public Health Sciences, Keck School of Medicine of the University of Southern California

**Jak Knowles, MD**, CEO, Affini-T Therapeutics

**Walter H Koch, PhD**

**Peter Kolchinsky**, Managing Partner, RA Capital Management, LP

**Gautam Kollu**, CEO & President, D2G Oncology

**Adam Kolom**, CEO, Related Sciences

**Brian Kreiter**, CEO, Braidwell

**Mark Lappe**, Chairman and CEO, Inhibrx

**Russ Lebovitz, MD, PhD**, CEO, Amprion Inc

**Jonathan Leff**, Partner, Deerfield Management

**Dr. Jeremy M. Levin**, Chairman and CEO, Ovid Therapeutics

**Jonathan Lewis, MD, PhD**, Chairman, Dugri, Inc.

**Stanley Lewis, MD, MPH**, Founder and CEO, A28 Therapeutics

**Charlene Liao, PhD**, President and CEO, Immune-Onc Therapeutics, Inc.

**Ivana Liebisch**, Biotech CEO and Board Member

**Bob Linke**, President & CEO

**Dr. Yvonne Linney**, Principal, Linney Bioconsulting

**Ted W. Love, MD**, Former CEO, Global Blood Therapeutics

**Rick Lundberg**, President and CEO, Eikonizo Therapeutics, Inc.

**Nancy Lurker**, CEO, CEO, EyePoint Pharmaceuticals, Inc.

**Nagesh K. Mahanthappa, PhD, MBA**, Executive Chair, Exo Therapeutics

**Jon Martin**

**Sylvia McBrinn**, Angel Investor, Former CEO, Axerion Therapeutics

**Reenie McCarthy**, Chief Executive Officer, Stealth BioTherapeutics

**Sean McClain**, Founder and CEO, Absci

**Eileen McCullough**, Serial Biotech Entrepreneur

**Donnie McGrath**, **MD, MPH**, Venture Partner, OrbiMed Advisors LLC

**Medicines360**

**David Meeker MD**, Chairman and CEO, Rhythm Pharmaceuticals

**Darrin Miles**, CEO & President, Nested Therapeutics

**Jill C. Milne, PhD**, CEO, Astria Therapeutics

**Patrice M. Milos, PhD**, Board Member, 54gene, SeqLL, Inc., ProThera Biologics and Vice President, Proof Diagnostics, Inc.

**Emily Minkow**, Biotech CEO

**Jodie Morrison**, Biotech CEO and Board Member

**William J. Newell**, CEO, Sutro Biopharma, Inc.

**Nitrase Therapeutics, Inc.**

**Peter Noymer, PhD**, Life Sciences CEO and Board Member

**Julia Owens**, CEO, Ananke Therapeutics

**Raul Oliva**, President, Sidekick Bio, Inc

**Michael Quigley, PhD**, President & CEO, Therini Bio

**Rohan Palekar**, CEO, 89bio Inc

**Gisela A. Paulsen, MPharm**, Former President & COO, Oncocyte Corporation, Entrepreneur-In-Residence, DigitalDX

**Pfizer Inc.**

**RH Capital**

**Michael Raab**, President and CEO, Ardelyx, Inc.

**Debanjan Ray**, CEO, Synthekine

**Wendye Robbins, MD**, Red Tower Partners Advisory

**Holly Rockweiler**, CEO, Madorra

**René Russo, PharmD**

**George Scangos, PhD**, CEO, Vir

**Eef Schimmelpennink**, President and CEO, Lenz Therapeutics

**Second Genome, Inc.**

**Alicia Secor**, President & CEO, Atalanta Therapeutics

**Dr. Rona Z. Silkiss**, Silkiss Eye Surgery

**Nancy Simonian**, CEO, Syros Pharmaceuticals

**Jake Simson**, Partner, RA Capital

**Dr. Maria Soloveychik**, PhD, CEO, SyntheX

**Paula Soteropoulos**, Biopharm Executive, Board Chairman, Venture Partner

**Arthur Thomas Suckow**, CEO, DTx Pharma

**Shehnaaz Suliman**, Biotech CEO

**Synlogic Inc.**

**Laura Tadvalkar**, Managing Director, RA Capital Management

**James B. Trager, PhD**, CSO, Nkarta Inc.

**Alexis van Lingen**, Head of Quality, Nkarta, Inc.

**Ramani Varanasi**, Biotech Executive

**Chris Varma, PhD**, Co-founder, Chairman, & CEO, Frontier Medicines Corporation

**Katherine Vega Stultz**, CEO & President, Ocelotbio

**Dominique Verhelle, PhD, MBA**, Biotech CEO

**Sharon J. Vosmek**, CEO & Managing Partner, Astia

**Amanda Wagner**, CEO

**Hong I. Wan**, President and CEO, Tallac Therapeutics

**Wave Life Sciences**

**Yael Weiss, MD, PhD**, Mahzi Therapeutics

**Nancy Whiting**, PharmD, CEO, Recludix Pharma

**Fredrik Wiklund**, Chief Executive Officer, Bright Peak Therapeutics

**Leslie J. Williams**, hC Bioscience, Inc., Co-Founder, President, and CEO

**Katharine Yen**, Biotech CEO

**Angie You**, CEO, Architect Therapeutics

**Hanadie Yousef**, PhD, Co-Founder and CEO, Juvena Therapeutics

**Ashley Zehnder**, CEO

**Daphne Zohar**, Founder & CEO, PureTech Health

**Sandy Zweifach**, Pelican Consulting Group, Inc.