No. 23-10362

_____

IN THE UNITED STATES COURT OF
APPEALS FOR THE FIFTH CIRCUIT

_____

ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*,
*Plaintiffs-Appellees*,

v.

U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,
*Defendants-Appellants,*

and

DANCO LABORATORIES, LLC,
*Intervenor-Appellant.*

_____

On Appeal from the United States District Court for the
Northern District of Texas, Amarillo Division
Case No. 2:22-cv-00223-Z, Judge Matthew J. Kacsmaryk

_____

IN SUPPORT OF PLAINTIFFS-APPELLEES
_____

**UNOPPOSED MOTION OF *AMICI* WOMEN INJURED BY ABORTION TO FILE A BRIEF AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS**

_____

ALLAN E. PARKER, JR.
THE JUSTICE FOUNDATION
8023 VANTAGE DRIVE
SAN ANTONIO, TEXAS 78230

# MOTION OF WOMEN INJURED BY ABORTION TO FILE A BRIEF AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS

Pursuant to Fed. R. Civ. P. 7, *Amici* Women Injured By Abortion respectfully seek this Court's leave to file the accompanying brief as *Amici Curiae* in support of Plaintiff's Complaint (Doc. 1) and Plaintiff's Motion for Preliminary Injunction (Doc. 6), and stay Consistent with Fed. R. App. P. 29(a)(4)(E), Counsel for *Amici* authored this brief in whole; no counsel for a party authored this brief in any respect; and no person or entity – other than *amicus*, its members, and its counsel – contributed monetarily to this brief's preparation or submission.

## IDENTITY AND INTERESTS OF MOVANTS

Movants, *Amici* Women Injured By Abortion were injured by their own abortion experiences. They are within the FDA statutory zone of interest and are uniquely qualified to give their perspective because they know the results of unsafe and dangerous procedures. The law the FDA is required to follow was designed for their safety and protection. Their perspective is otherwise unavailable to the Court. The abortion industry did not protect them and their voice and legal perspective can aid this Court in its legal duty, particularly, in judging the "public interest" and in seeing that women like them are not irreparably injured by more dangerous abortion

methods. Their perspective as *Amici* has been received and cited by the U.S. Supreme Court and other cases as explained in the Brief.

### REASONS TO GRANT MOVANT'S *AMICUS CURIAE* STATUS

*Amici* Women Injured By Abortion respectfully submit that its proffered brief will bring at least two relevant and important matters to the Court's attention.

1. Irreparable injury to women will occur if the stay is lifted as *Amici* can demonstrate; on the other hand no women will be irreparably harmed if the stay is allowed to continue because the less dangerous surgical abortions are still available in all States where abortion is still legal.

2. In addition, as a matter of law, the stay will not cause any irreparable injury to women who do not choose or obtain a less dangerous surgical abortion because all 50 States now have a Safe Haven law which allows every woman to remove the burden of parenting without any risk from surgical or chemical abortion, and with no abortion-related trauma, which as *Amici* can attest and the Supreme Court has recognized can cause "devastating psychological consequences", per *Casey*, and "severe depression and loss of self-esteem" per *Gonzales*. *See* brief. The Safe Haven laws are a new phenomenon, the availability which was noted by the Supreme Court in *Dobbs*. *See* brief.

Respectfully submitted, this 12th day of April, 2023.

    /s/ Allan E. Parker, Jr.

Allan E. Parker, Jr.
Lead Attorney for *Amici Curiae*
The Justice Foundation
8023 Vantage Drive, Suite 1275
San Antonio, TX 78230

## CERTIFICATE OF SERVICE

I certify that this document will be served on all Plaintiffs, Defendants, and Intervenors Counsel via ECF, email to:

General Counsel Samuel R. Bagenstos
U.S. Department of Health and Human Services
200 Independence Ave., S.W., Room 713-F
Washington, D.C. 20201
[Samuel.Bagenstos@hhs.gov](mailto:Samuel.Bagenstos@hhs.gov)

Isaac Belfer
U.S. Department of Justice
Civil Division, Consumer Protection Branch
950 Pennsylvania Ave., NW
Washington, D.C. 20530
[Isaac.c.belfer@usdoj.gov](mailto:Isaac.c.belfer@usdoj.gov)

Erik C. Baptist, Esq.
440 First Street, N.W. Suite 600
Washington, D.C. 20001
[ebaptist@ADFlegal.org](mailto:ebaptist@ADFlegal.org)

Jessica Lynn Ellsworth
Hogan Lovells US, L.L.P.
555 13th Street, N.W.
Columbia Square
Washington, DC 20004
[jessica.ellsworth@hoganlovells.com](mailto:jessica.ellsworth@hoganlovells.com)

This 12th day of April, 2023.

THE JUSTICE FOUNDATION

By: /s/  Allan E. Parker, Jr.