# TEXAS WOMEN INJURED BY ABORTION
## (With Their Children's Names)

Molly White, in memory of my children, William Conrad (Little Bill) and Josie Gayle;  Myra Jean Myers in memory of my child, Joshua;  Nona Ellington in memory of my child, Darren Nicholas;  Maria M. Banks in memory of my child, Matthew;  Lorraine Debra Agold-Rich, MSN, RN, CRRN, in memory of my child, Esther Rachel;  Linda Huffstetler in memory of my children, Matthew Jay and Mark;  Sharra Poteet in memory of my child, Hannah Grace;   Julie Holdgate in memory of my child, Cody;   Madonna Medina in memory of my child, Pua Lililehua;  Betty Underwood in memory of my children, Thomas and Olivia Diane;  Lisa Skowron in memory of my child, Jonathan Allen;   Kelly Moore in memory of my child, Isaac;  Julia Davis in memory of my child, Joseph Gale Jones;  Cathy Stewart in memory of my child, Nicola Dawn;     Helen B. Dean in memory of children, Michelle and Samuel;   Jennifer Sandidge in memory of my children, Stephen and Anna;  Ruth McLemore in memory of my children, Elisabeth Rose and Aidan;   Linda Honea in memory of my child, Paul Michael;  Toni McKinley in memory of my child, Elijah;  Charity Idotenyin Wilson, in memory of my child, Dylan;   Crystal, in memory of my child, Nathaniel;  Deborah Jan (Henderson) Efurd in memory of my child, Aden;  Sue Lassiter in memory of my child,  Luke;  Rolanda Shrader in memory of my child, Abigail Jordan;  Mary Quin in memory of my two aborted children; Penne Logan in memory of my children, Elizabeth Marie, Nathaniel, and Jacqueline Ashton; Tracy Reynolds in memory of my child, Debbie.

# TEXAS WOMEN HURT BY ABORTION

Shanna C., Katherine Herrmann, Rachel, Vickie Adams, Dalila Aldrich, Debra, Sarah Allen, Tammie, J.A., D.A., L.A., Cindy Arbaugh, Barbara Archer, Kay Archer, Mitzi Atkinson, Linda Austin, B.B., K.B., Jennifer, Patricia Bilbo, Misty Black, L.B., Jorea McNamee Blount, Kandy, Rebecca, Donna, Misty Bridges, Amy, A.B., Loretta, Lisa Chisholm, N.C., Maria, Teresa Carrow, Adrienne, Summer Cash, Rosa, Carol Castro, Karen, Leella Cherry, Andrea Christopher, T.C., L.C., Kathryn, Mary Cochran, P.C., Lisa Collett, Mary Collier, S.C., Lynne, Janet Conway, Cheli Cook, Maria Toribia Cooper, F.C., Jackie, Darlene Johnson Davis, Christi Daws, Annette, J.D., A.D.,  Dayna DeBin, Saundra Decker, Anne, M.D., Marian, P.D., Crystal Derrick, Mary, J.E.D., Betsy DiGiancinto, Julie Dinkins-Borkowski, Danna Dixon, J.D., Kay Doran, R.D., Elizabeth Douglas, Mary Ann Duncan, Beatrice, K.D., Julie Enriquez, S.E., M.E., Lisa Fallis, K.F., Rosalie Farmer, M.F., Rebecca, Amanda Ford, Angela Ford, Barbi Fox, Celinda Frost, Tina, A.G., Esmeralda Garza,

Wanda Gebhart, Melissa Getz, T.G., A.G., G.G., Mary Guzman, Kathi Hall, Ketra Hancock, Carla Hansbro, Cari Harris, Crystal Hartmann, Charlotte Hartzell, Jane Hatcher, Stacey, Dorinda Haun, Jeri Hawkins, Marsha Hayes, S.H., K.C.H., Maria Teresa Hernandez, Sandra Hernandez, Cami Hill, M.H., Rochelle, Bonnie Horn, Lynn Hoyt, Jessica Hughes, M.H., D.J., Carrie, Anna Jordan, Christine Kasper, Katherine Keeney, Jessica Kelly, Penny, Angie, Rebecca Kennedy, Thon, X.K., D.K., Wendy, Kristin, Maureen, Janet Kunkel, Jill, Paula Lafleur, Stephanie Larson, Ginny Larvin, Lisa Lerner, Kate, Sandra Livingston, Berlinda Llanes, Penne Logan, Lisa, B.L., Teresa, Madrid, Cindy Maggiulli, K.M., Debra Marrinan, Jennifer Martinez, Judy, Linda, Mary Lee Mason, Marga, Michelle Matthews, Jeri, Erica, Laura, M.M., Aimee McGinnis, Marion Lee McGlothlin, Sharon, Beth McKee, M.M., Rhonda Meek, Diana Miller, Debra, L.M., Yvonne Moore, Melanie Morgan, Viola Morgenstern, Donna, Kim Moss, Llana Moss, Diana Nash, Tammy, Anisa Neely, Thelma, Suzanne, Marlene O'Keefe, Kimberly, Shelley, P.O., Patti Parr, Gale Payne, Lelar Phoenix, D.P., L.P., B.P., Debra, T.P., Mary, K.R., Sue Ratterree, Ginger Resta, Kimberly Reynolds, Rhonda Rhodes, Margaret Rice, Arcilla Richards, Laura, Karen, Betty Martinez Rivera, J.R., Kellie Roekner, E.R., Irene, Lynn, Dion Ross, Jennifer Samora, Jill, L.S., Lana Sanders, Jennifer, Amy, Linda Seibert, Renee Sharper, Khristina Shaw, P.S., Amy Shipton, Rolanda Shrader, Nicole, Dian, Victoria Smith, Rande Snyder, L.S., Myrna, C.S., Christina, R.S., Deanna Suarez, Norma Jean Tanton, Betty Taylor, Joanne, P.T., Stella Taylor, J.T., Keri, R.T., Carrie Toering, Becki, M.T., Meg Valentino, M.V., R.V., T.W., Nikki Waltrowski, J.W., Mary, R.W., Sherre West, Jolean, Alison, P.W., T Antoinette Wilson, M.W., Terra Wood, Januari Works, J.W., L.W., Valerie, Cathy Young, Megan, D.C., MeKel Engel, Lisa, Cynthia Leonard, L.W., S.A., M.A., LaTasha Anderson, R.A., Stephanie, Pat Becker, E.B., N.B., Linda Lee Caldwell, Stacey Chapman, Ashlyn Clark, Linda, C.C., B.C., S.C., K.D., Lori, Michelle Dominguez, E.E., Renae Erskine, S.F., Jessica, M.F., Wendy, L.H.G., Michelle Haley, H.H., G.H., Emily James, S.J., Janice, Alyson Jones, Linda Lee Jones, C.L.K., Connie, Julie Keenan, V.L., Jennifer, Nancy Marston Gabriel, Natalee McRoberts, Pamela, V.M., Ashley Morris, K.M., L.N., Tracy Nudelman, Robin, Elaine, Andrea Pearson, Marla Peterson, Linda, Margaret, R.R., Marinda Reeves, Sherri, Dawn Riffe, Nancy, Joyce, C.S., Debra Skeens, Tasha Stewart, K.M.T., Melody, A.W., B.W., Janet Wimmer, Stephanie Worley, Amy Young, K.Z., Cassandra, Elena Ancarrow, Leslie, Pricilla Balido, J.B., Nancy, Sandra Darling, Susan Daugherty, Shaina DeGuire, Lisa Diaz, Laura, S.D., Grace English, Tracie Estrada, Amanda, Ashton Fisher, Nina, J.B.F., P.R.G., Rita Gonzalez, Shirley Lynn Gritta, Tana Hawkins, Corie Ann Heban, Maricela Irons, Amy Jackson, Karen Jeffers, Vanessa S. Jones, Alisa Jordheim, Eva Joy, Maureen, Sandra Lambert, Tonya Lawson, Janet Lemelle, Dawn Maples, Janet, DeeAnn McDonald, Margie Miller, L.M., Tommie Neal, M.O.K.,

Carol Phillips, Karen Porter, Lillie Marie Price, Kimberly, S.R., Britany Rice, Ana, Sylvia Rodriguez, Randa Gillespie Russell, Cathy, Aleyda Salinas, Theresa Schrock, Kathy Scott, Tracy Sequin, V.S., Therese Spina, Lisa, Sylvia, Susie Taylor, Misty Timms, Jennifer Tonnon, Davida Trackwood, L.T., Kelly Vanderlinden, Sonya Weston, Patricia White, Susan Wicklander, Rhonda Simmons Willis, Sheryl Young, Lidia Ruth Ampie, C.A., Edith Austin, Lisa Barger, Grace Bernal, Pamela Berry, T.A.B.G., Tammy Lyn Boyd, V.B., Diane E. Brodie, Beverly Burwell, D.C.H., Lana M. Sander, Yvonne R. Chumchal, B.C., Kimberly Davis, Margaret Gamez Erhardt, Dawn M Erickson, Thelma Catherine Erickson, C.A.E., Kelly Fairman, Carolyn S. Everett, Kathy Farris, Laurie Fontana, Kellie Fore, Linda Carol Gartman, Maria Gilliam, Karen Sue Green, C.G., Gail E. Grisell, Dana M. Hall, Dianne L. Hensley, Katharine M. Hill, Rev. Sandra A. Hunt, Kyra Janke, E.K.J., Evelyn G. Johnson, Gale Denise Jones, Anna Jordan, Earleana Jorden, Margaret Ruth Kinney, Karen Lynne Elliott, Susan Emilie Lacy, M.K.L., Terry L. Martin, C.M., Carol Mathews, Vanessa Moore McDonald, J.M., Kathy McKee, Denise Momberg, G.M., M.M., Camelia M. Murphy, Kathleen Murz, Delia Musquiz, Susan L. Myers, Nechol P. Nicks, Kristene O'Dell, J.A.P., Kaye Peterson, Belinda Puntamein, Lynn F. Rasberry, K.L.R., K.R., Cherie Rush, P.S., Jennifer Shell, Linda Simoneaux, Jennifer E. Sisk, Barbara Sue Smith, Denise Seiberty,  Caprina Smothers, J.S., N.T.S., Starr Spencer, Johnnie Thompson, Deborah Lynn Stull, Lori Stirrup, Blanche V. Terry, Cynthia Diane Thomas, Sharon J. Thrasher, Peggy Thompson, H.T., R.D.T., Heather Vaughn, Jenny Wankmueller, Carolyn Weedin, Cynthia V. Wehling Betty Jean Welch, Diane Whitney, Sandra Woodley.

## OTHER WOMEN HURT BY ABORTION
### (With Their Children's Names)

Luana Stoltenberg in memory of my children Ashley, Ruth, and Jacob;  Paulette Bunting in memory of my child, Owen;  Lisa Beair in memory of my child, Matthew Gabriel;  Carol Rowe in memory of my child, Amy;  Denise Mixson in memory of my child, Joshua Caleb;  Kathy Rickman Rutledge in memory of my child, Nathaniel Isaac;  Dianne Kirkwood in memory of my two unnamed children;  Andrea Sosebee in memory of my child, Rosemerry;  Felicia L. in memory of my child, Christian;  Susan Swander in memory of my three children, Luke Michael, Grace Anne and Benjamin Lawrence;  Angela Thompson in memory of my child, Hannah Elizabeth;  Cheryl E. Carey in memory of my child, Richard; Melinda Chisum in memory of my child, Corey Wayne;   Toni Buckler in memory of my child, Francis Mary;  Kay Painter in memory of my child, Sarah;  Dr. Dianne Heynen in memory of my child, Amanda Marie;  Barbara Higgins in memory of my children, Daniel, Anna, Joshua and Lawrence;  Amanda Barron in memory of my child, Marilyn Joy;  Sonia L. in

memory of my children, Angel and Gabriel; Nadine A. Newman in memory of my child, Nathaniel Caleb; Stacy Lynn Massey in memory of my children, Dylan Connor and Dory Kalani; K. A. in memory of my child, E.S.; Millie Lace, in memory of my child, Jill Allison; Golda Sharon Ross Campbell Dunn in memory of my child, Cory James; Danelle Marie Hallenbeck in memory my child, Grace Marie; Kimberley Seward in memory of my children, Ariel and Amanda; Mary Kidney in memory of my child, Theresa Joy; Stacy Branch-Boyd, in memory of my children, Isaiah and Niya; Carla Stream in memory of my child, Aubrey; Karen Bodle in memory of my child, Lauren Elizabeth; S.P. in memory of my aborted child; Sherry Neuenschwander in memory of my children, Andrew "Drew" Mitchell and Jakub Dean; Laureen Metcalf in memory of my aborted children; Cecilia Sullivan in memory of my children, Michael Joshua, Jennifer Lynn, Sarah Renee and Matthew David; Carolyn J. Barry in memory of my child, Addison Joy; Cynthia Boothby Marvin in memory of my child, Jenny; Lynda Winkelman in memory of my child, Hope Marie; Michelle Lyn Geraci in memory of my child, Polly Ann; Alena Radtke Gabriel in memory of my children, William, Jairus, Elizabeth, Mary, Jennifer and Jerry; Joyce Leslie Klosener Zounis in memory of my children, Michael, Glenn, Gregg, Christopher, Charlie, Jennings, and Dimitrios; Susan Rowland in memory of my child, Robert Stephen; Sherry Hearon in memory of my child, Robert Joseph; Irma L. Gomez in memory of my child, Nathanael Yosef (if my child was to be born a boy) or Irma L. Gomez in memory of my child, Sarah Leah ( if my child was to be born a girl); Amorette Keenan, in memory of my child, Daniel Joseph; Patti Williamson, in memory of my child, Grace Joy; Teresa A. Bolden in memory of my child, Daniel Raphael; Alicia Michelle Haley in memory of my child, Shanna Marie, Loretta Judy in memory of my child, Ann Theresa, Kaylania in memory of my child, Jamie, Karen Holdren in memory of my aborted child, Katharine Hill in memory of my aborted child, Arlene Lehman in memory of my children, Trevor and Tiarra; Ellen Garrison Philpot in memory of my children, Mathew Thompson, Jacob Clark, and Rebecca Mary; Barbara Chapple in memory of my children, Melissa and Erwin, Melody Ashley in memory of my child, Ericka Rae; Lee Karcher in memory of my child, Samuel; Janet Hurguy in memory of my child, Kenny Lee; and Nita Roder in memory of my child, Thomas Aaron Roder.

## OTHER WOMEN HURT BY ABORTION

Stella King, Beth Lizano, Amanda Coyle, Victoria Faber, Diane M. Szurleys, Melanie, Cyndi Saunders, C.H., Marsha George, L.D., Lisa Wolske, Nancy Bienvenue, Jamie Casey, K.H., Donna Barham, P.B., Mary Fain, Cynthia M. Adams, Amanda Brooks, Debbi Carlson, Mandy Henderson, Deborah, Amy

McLeod, L.M., Karin Dawley, J.J., R.L., M., Cheryl Hall, Tina, Dortha Higgins, Melody Pipkin, N.W., Lee Matthews, Vickie Jackson, Cheryle, Holly Peacock, Mildred Ross, Clara Morrison, Bobbie, Michelle, Sue, Wanda Couch, C.E., Susan, Jennifer Ingram, Rita Wise, Karen Matthews, Myra Hammond, L.R., Leslie Davis, Cindy Harless, D.G., Jennifer, Lucille Patrick, Cynthia, Crystal Roden, Shatina Logan, Morgan, Darlene Reavis, Linda Jackson, J.H., Maria Pistole, Dickie Ann Lashlee, Kari Hodges, Lisa Nunley, Susan, Barbara Chambers, A.H., Kristi Hays, Kellie Eaton, L.G., Sandra Marin, Rita, K.C., Deanna Ekings, Jennifer Brannon, Andrea Christine Perez, M.B., Carolyn Roberts, Jessica, P.A., Dana Vasquez, S.B., Terry, Lynn, Kathy, L.L., C.H., Loretta, Jillian, Karen Mackean, C.J., Barbara, Stephanie, Laura, Susan Palm, Sandra Scott, Carolyn, Monica Jordan, Trish Shroyer, Rita Vehon, Kriston Delhommer, Gina Dwyer, Deborah, Tiffany Stuart, Charlotte Fortier, S.B.K., Judi Mountjoy, Kerri Swiniuch, F.A., Christina, Jasmine Cruz, Donette Fox, Sharon Brown, Pam Lanham, Carol, Cindy Seipel, Sandra, Yvonne Morris, Cynthia Chinn, Tamara, Lisa, Joy, Cassandra, Minda Martine, Barbara Miller, Linette Hollyfield, Renee Villani, Margaret Cavolina, Mayen Handy, Patricia Palmer, Gina Kent, Sally Swanson, S.T., Kerri, Deborah Stinson, L.P., Jennifer Serban, Lisa, J.B., Loretta Soto, Virginia, Jeannie Seanor, Janice Cleary, T.G., Kathy O'Shea, A.T., C.M.S., Vickie Munoz, L.C., Patricia Camper, Sandra West, S.N., L.B., C.R., M.A., Lisa, V., Lisa Zavitka, Taylor Orona, Kristin Walters, Valerie Robins, S.M., Christine Peterson, Christine Mabery, Susan Page, Tammy Mendoza, Shadia, L.M.K., Charlene Hoyer, Elizabeth, Samita Sigala, Marjorie DiCarlo, Joyce Crommett, Diana Slumskie, Bonnie Levorson, Maralyn Smith, M.O., Marie Knapp, Beverly Williams, N.R., Sylvia Chaffee, Rebecca, Sheri Del Core, Mary, D.L., Christl Siller, Angela Sisneroz, Dana Watson, Therese Dill, Lilly Simmons, Deborah Cross, Sunny, S.J.P., Kathleen White, Jacqueline, Dorothy Lampi, M.B., Gail Levin, GapHyun Oh, S.W., K.S., Michelle Ciotta, Chrissy Helmer, Debbie Pennington, Gina Bartok, F.O., Ammery Philebar, Beverly Cayubit, Nora Navarro-Smith, Paula Pearce, Cindy Silva, Janice Jackson, S.J., Kamala Dyer, Consuelo Shurtleff, Patricia Byrne, Patty, A.C., Sandy, Sonja Bates, Donna, Terri Blackburn, Jennifer Trier, Kelley, Vanessa Yaglinski, Heather Sparks, Jaclyn LaBarbera, Leslie Brunolli, Bethany Greenleaf-Perez, Paulette Williams, Dusty Ward, Maureen, Sarah Walker, Bonnie Alvarado, Michelle Bachini, Natalie, Jennifer Kapur, C.P., Barbara, R.C., Christiana Brotherton, Ruthann Doyle, S.B., D.L., Randi Lolli, L.M., Sonia Freeman, K.A., Nancy, Barbara Riggs, Heather Rivera, Julie, Carolyn, K.S., J.C., Kori Peterson, P.P., Victoria, Catherine Avenel, Cyndy Melnyk, M.B., Elie, M.A., M.D., Patricia Smith, L.A., V.M., J.F., Lisa, K.D., Jennifer, C.K., Angie, A.B., Lorraine, D.B., C.K., T.M., Debbie, P.M., Susan Denessen, M.E., Jeanne Scott, C.P., D.S., Christine, E.H., Rachele Flores, M.W., C.B., Y.C., Diana DePriest, Monique, Elizabeth, Maricela Contreras, Judy Bowles, M.H., June, Jessica Green, Janis,

Lorraine Johnson, Sylvia Nickelson, Roberta, Kathy Hearn, Karin Gorton, G.E., Denise, Carlene Pearson, Cindy Broese Van Groenou, Karen Cooper, Tracee Metten, Pamela Malchow, K.M., Iris, Debbie Woods, Merlyn Cruz, Barbara Hume, H.H., Sarah, Luisa Casados, Nicki Swendemen, Tanya Flores, Jane Suchner, Sharon, Donna Warford, B.R., V.J., C.D., Patricia Camper, Pamela Berry, Jennifer Woerner, D.R., S.R., Regina Chavarria, Diana, Linda Barnes, Elie, Tonja, Vickie Edwards, Keri Newton, Sharon, R.H., Joanna, Andrea Finch, Paula Johnson, Mary Lou Rodriguez, Sally Jacobus, Maureen, Denise Keiser, A.K., Z.N., Michelle Greco, Jeanne Scott, Cassandra, S.S., Naomi Killough, Margo, Kathy Jones, C.T., O.C., Dolores, Cassandra Rinnert, Diana, Antoinette, Elaine Fleming, L.H., Tricia, Donna Koch, Mary Ann Broussard, Cynthia, C.M., H.M., Scot, Leah Vandersluis, Diane Sillstrop, Regina Cook, Rachel Tagliente, Kendra Watson, Mary Ann Mueller, Kristina, Lisa Koets, Holly, Cindy Schneider, Judy Fosburgh, L.M., Abby Corrigan, Kathleen, R.S., L.O., Heather O'Leary, M.W., S.H., Kimberli Orr, J.G., Tammy, Dawn, B.V.G., Lisa Koets, M.W., R.B., Tricia Toon, Cheryl, M.H., Ronda, Dwan Rager, Susan, Vancellen Ravensberg, Marlene Murray, Jane, Jill Norman, Connie, K.S., Christine, Catherine, A.S., Barbara Kaper, Susan Karbach, Sandy, Pamela Free, Barbara Allen, K.D., Cindy, R.H., Lisa Jones, Becky Wade, Martha Huber, K.J., Sherri Lafferty, Christine, Joan, Bracken, Katherine Callaghan-Fenton, Jennifer Bennett, N.Y., Sharon Bente, Carol Bracken, Joanne Alexander, Denise, E.J., Kate, Suzanne, Patricia Spruance, Pati Adams, Kathryn Geary, B.J., Lisa Doak, C.L., C.S., Tina, Teresa Bolden, Jessica, Emily, Lynnsey, Christine Williams, Amarilys Suarez, Muriel Ramos, Kerry Black, Leanne Kaplan, Valerie, P.B., Valerie McCoy, N.M., Sara Flynn, Kathleen Weissinger, Judith Ewaldt, Carole Hayes, J.M.K., Loretta Judy, Sharon, Sonia Velasquez, D.R., L., Denise Mixon, Arleen Elias, Kathleen, Debbie, Viviane, Amanda Lee, Patricia, Heidi Messina, Karen Leone, Lynne Davis, S.B., Krista, G.N., Tamsyn Logan, Dr. Sonja Lonadier, Cherie, Jen Drake, Teresa, T.W., Jamie Williams, Linda Van Wey, Ashley Koubek, Melissa, Linda Tholl, Traci Licht, L.T., Gale Jones, Lupe, Mildred Gonzalez, J.W., Teresa O'Brian, Janet Darrah, Judy Langston, Joan Giakoumis, Suzanne Edens, Tara Bounds, Bonnie, Jana, Marcia McNaney, Angel Hill, Jenny, Elizabeth Gamble, Marion, Daria Monroe, Cherie Anderson, Pam, Heather Chaddock, Mollie, Helen Upton, Denise Lewis, Cheryl, April, Edith Ugarte, June Heitzman, Julie, Billie Jo Carney, Spring Malone, M.P., Wanda Febo, Sarah Eaton, C.A., Jennifer, Lesley May, Renee Pechonis, J.M.C., Jaime, Dee, N.W., Mandi Massenburg, Sharon May, Jeanne Pernia, Lisa Rist, N.L., S.M., E.W., Catherine, Lucinda Fasig, Lisa, M.E., Kathleen Weissinger, M.A., Kristi, C.K., Maura Lanz, Robin Squillante, Mildred Gonzalez, Myrtle, M.A.C., Margo, Silvana, Rebecca Cyphers, Barbara Randolph, Sharon, M.M., C.C., D.L., Gina, Carol Thomas, Deborah Borges, Constance, D.D., Vikki Arneault, Tracy Robertson, M.O., D.P., S.T., Kristy, Brenda, Sarah, Linda,

Cheri, M.H., Deborah Le Blanc, Simone Taylor, Elaine, P.J., Rhonda Cruz, Donna, Melissa Mason, Tangie Jeffrey, Diane Bright, Theresa Taylor, Kristine Peters, Gena Duran, M.S., T.M., Mary MacMillam, Luz Marina Tamayo, Ana Lopez, Sharon Herrington, Claudia, S.F., Marjorie Hayes, Karina Stong, Heather Goldin, Alyssa Mayberry, Jennifer Kittredge, Sharon Baumgartner, Lynnsey Bailey, June Heitzman, Winnifred Bell, Denise Hansbury, N.L., Lois Angela Wood, Lynn, Melody Roseberry, Laura Slaback, M.B., Sally Nealy, Mary Guthrie, Melissa Brusoe, A.W., D.P.H., Michelle Geraci, R.M., Loretta Judy, Patti, Colleen Walters, Karen Franzen, B.W., Katherine Adinolfe, Kimberly Stark, Delia Cooper, A.N., Rebecca Reisinger, Diana, Pamela Robbins, Rachael Sidwell, Marcia Gray, L.W., J.T., C.G., C.R., Yolanda, Rosalie, Sandra, Darlene, Annette Ciaravino, Shannon, Jackie, Lisa, S.M., Theresa Hughes, Cynthia Marvin-Richard, Debra Civetta, S.B., Stephanie Sparks, Regina Davidson, D.M., Charlotte Smith, Michele, Gema Bass, Melanie Carter, Holly Whitehead, Donna Hauntsman, Kim, Susan Bennett, Deidra Paulk, Teri Bradberry, B.P., R.C., Sandra, Jeanne Pernia, Patricia Lea, Sherri Nelson, Margaret, Gina Hartley, Sonya Howard, Cindy, Julia, Helanie Tresidder, Angela Horne, J.F., D.D., Susanne, Christine Maynard, G.L.L., M.B., Monika Woods, Patty, Cristina, Z.R., P.P., B., Karen, L.B., Gloria Kite, Kim, Katie Rowell, Louise, Margaret, Mary Jean Roberts, U.B., V.W., Jae Duffy, V.M., Marcia, A.G., Holly, Kathryn Siegel, Karen Downing, Kelli Combs, Cindy Wright, B.O., Cheryl Jackson, Terri, Deborah Carter, Kerri Parson, Julie Bugg, J.C., I.R., Tonya Dodson, T.E., Maria Rice, L.A., Liz, Patricia, Nancy Fabbri, Cindy, Charlene, Rebecca Kikugawa, A.W., Janet Eisenbach, Sacha Ferguson, Carrie Ehrgott, Jennifer Adcock, Marybeth, Janet Eisenbach, Alida White, Audrey, Kim Downham, Cynthia Korn Flick, Pam Luders, Julie, Darcy Dvorak, S.R., Susan Heinle, Shawn Lohry, C.K., Carrie Pauley, Erin Brandt, Candace Davis, Becky Menke, C.S., Deaun Zasadny, Donna, Suzanne Hall, N.M., Jocelyn Fry, Victoria Sachleben, Terri Wright, Amanda, Aishaq Mefford, Kelly Antonczak, L.B., M.C., Danette, J.W., Virginia, Heidi, T.P., Joy Martin, Kelly Shane, M.H., Jacqueline Conrad, K.O., Julie Holland, B.R., Linda Couri, Narda Rothermel, Rhonda Clark, Anne Penney, JodiLynn Pautz, Dawn, Diane Rittenberry, Lianne, Jody Aldridge, Linda Neill, Debra Birkhead, Joely Forte, Wendy Morrow, Gloria, Tonia Cohoon, Deb, A.S., T.W., J.K.H., V.N., Judy Stott (Dasse), V.B., J.R., Pam, Anette Rodriguez, M.O., Jean, C.F., Christie Duffy, Phyllis, Crystal, Cathy Trowbridge, Jean Nance, R.T., Barbara, Shannon Dunn, Sarah, Carol Rybacki, Beth DaCosta, Eve Johnson, Amy Wantz, P.C., Kim Barnett, Bonita, Cathy, B.R., Janet Givens, Andrea, Aimee Gill, Shanna, A.A., Holly Maxwell, Fran, Heidi Wheeler, Diann Canapa, L.S.T., Jeanna Romein, Krista, S.H., Lisa, Sarah, Brandi, Iris Wright, Linda Thomas, Marsha Yeary, Linda Sargent, Christine Harrington, Leslie Kraus, Aimee Gill, Ronda Stratton, Peg, Joyce Howard, Sandra, Stacy Wright, Shannon Hoy, R.M., Rebekah

Carpenter, Linda Crawley, Rhonda Smith, Julie McMillan, Leandrea, C.K., B.C., Rakisha Davis, Christine Bullock, Virginia Mahoney, T.B., Phyllis, Katrene Bormann, Amy Meyer, Deborah Kohl, Yvonne, A.K., LaVeta Wheeler, Q.M., Wendi Unrein, Kathryn Washburn, Karen, Carol, Marcia, Tina, G.H., Jean, V.S., Anne, J.O., Christine, B.M., Stephanie Thomas, Theresa McCrackine, C.R., Nancy, Kathy, Linda, Amanda, K.T., Erin, Lindsay, Lori Williams, Kristi, Glenda Capps, Denise Nash, Kaitlyn MacMillan, Victoria, Bobbye Blackburn, Pamela Brown, S.F., Bridget Richardson, Terri, J.J., Brenda Fogle, Susan, Angela, Anna, Deidre Edwards, Lisa, Vicki, Deborah Ellis, J.D., Rebecca Barnes, Melinda, Virginia, Heidi Reihing, Melanie, Deanna, Sherry, Catherine New, Donna, Kathleen O'Donnell, S.K., Cynthia Labutka, Joyce, Shannon Murdock, Veronica, Carol, Jeanine, Tina Fontenot, E.P., Brandi, S.T., Stephanie, Michelle Durand, Jan Pitts, Tammy, Kay Murphy, Susan, I.G., T.C., Marie, Diane Tate, Catherine Husband, Roni, Sharon, Mandi Ponce, Karen Bock, Brittany Guillory, Jeanine McAndrew Holmes, Kerri, C.K., S.S., C.R., Laura Carrion, Melinda Franz, Kathleen, Madeline Fiorino, Grace Ann Haggerty, M.F., Sharon Lynch, Lori Tanner, Theresa Green, Kathleen Stepherson, Gwendolyn D'Aguiar, Denise Merullo, K.B., Lisa Pugh, Janet, Linda Stanley, M.K., Denise Douglas, Teresa Kampmeyer, J.A., Cindy Riley, Nina, Jessica, Melissa Garman, E.F., C.P., Sue, Maria Grace, E.K., Colleen Copeland, A.B., Jill, Jennifer, Linda, Meredith, Karen King, N.J.E., Bonnie Bass, Honorine, Theresa, Angel Murchison, Suzzanne, D.P., Laurie, Leslie Sneddon, Barbara Lee, Ellen Beshada, LuAnn Phillips, Agtnese Rafaelli, D.B., Delia Seeley, Amy, Tami Floranelli, B.B., J.H., Deborah Sidelinker, Tammy, Tara, Terena Lawson, Judy Hill, Christin Rutkey, A.D., Kathryn Sieloff, Kathryn Beckwith, Shari, Kimberly, K.J., M.K.G., Loretta Curtis, K.U., Bonnie, Catherine, Christine, K.R., J.B., Renee, Deanna Wood, Barbara Yagley, Connie Mossner, Laura LeBlanc, Denise, JudeAnn, Shelia Sibilsky, Patricia, M.C., Jenny, Anne, Nancy Zook, Rochelle Beckemeyer, Sandy, Eileen Craig, Becky Boyer, Catherine Goggin, Shelly Stone, Julia Bashore, Joyce Olson-Baer, Debra Brunsberg, Stephanie, Kristen Frank, Joy, B.P., Lucinda, Linda Prok, Mary Norgren, Christina Soleta, Judy Rademacher, A.M., Patricia Moncrief, L.W., Deb, Michelle, Deanna Carlson, Lisa, Janet, L.M., B.D., Heidi Magness, S.B., Laura Anderson, LeNae Williamson, Charlene Sirmon-Hunt, Maria Thompson, Mary Hargadine, Natalie Opperman, Jeanie, Sonya, Karen, Kathy Pittman, Cheryl DeLany, Joyce Cowan, K.C., S.B., L.R., Christine Puetz, C.L., S.T., Holly, P.B., Darla, Shellie Ligon, Nicole, Trujillo, Tabatha, Marisol Ptaff, Erika, Georgia, Erika, Toni, B.L., A.F., Jennifer Chrisman, Fay Gilson, L.R.K., D.L., Denise, Vicki Kerchner, Sarah Krieg, Sheri, Carolyn, Judi, Cheryl Castor, Christine Puetz, Dana Wilson, Rebecca Hipkins, Erma, M.B., S.L., V., Janice Post, Tracy Lustick, Lori, Heather Shatswell, Glenda, Tanya, Michelle, Kayla McDaniel, M.W., Brenda Redman, Elena, Marilyn Cox, Lisa Mahiger, Debra Nelson, Jane, Dorothy

Jubinville, B.B., Kiwanis Howard, Kelly, Gretchen Boyer, Marie Wakefield, R.B., K.B., T.S., C.S., M.B., Nita Balsley, D.K., Sonia, Amanda Orick, C.N., Susanne, Melissa Champine, Tammy Gaede, Dianna Wolfe, Ann Reed, P.C., V.W., S.R., S.D., C.S., Catherine, Cheryl Hourguettes, Deborah, N.K., Laura Middleton, Dawn, Megan Petty, Linda Hoenigsberg, Joni Lineberry, Rashel Brown, Susan, Shelley Glanton, Donda Toney, Yasmine Howerton, Kathryn Berkowitz, Victoria Koloff, Nina Hocutt, Joan Haselman, Brenda Forester, Debbie Martindale, Gwen Smith, Selena, P.B., Jane Thomas, Regina, C.C., Mary Coffey, Charlene, Michelle, Nicole Churchill-Lowman, Annie Perry, JoHana Traughber, Jaimie, J.S., Jennifer Felts, Regina Priester, Mary Froneberger, Debbie Weaver, Jill, Patrica Brogdon, Cindy Garner, Donna Ginn, Charlene Eason, Susan Vanderburg, Deanna Falchook, Marsha, Julie Ann Cobb, Stacey Pinkham, Lisa, Desirae Burton, Jill, Lynn, S.H., Dale A. Perrine, Terri, Samantha Dalrymple, Kristil Craig, Monica, Beth, Jennifer Simmons, Andrea Chamberlain, Sandra, M.K., T.C., Mary Sue Glazler, Sandra Gleason, Kim, B.L., Barnanne, C.J., Kimberly, J.L., Jaimie, Kimberly Smith, Mary Jane, D.R., Patricia Johnson-Velez, Laura, Laura Box, C.P., M.P.F., Jill McMahon, J.O., Luana, Mary Snead, Cheryl, April Elkins, Suzanne Lawrence, Lizbeth Hall, Tammy Litchfield, Jessica Faber, Suzy, Shana Gordy, Carol, Becky Jorgenson, Jody Clemens, M.S., C.M., Karen, Joanne, Lisa Schultis, Deborah Broussard, Cheryl, K.M., J.L., F.S., Kathleen Manley, Jill Lamson Gran, Francine Aragon, Peggy J. Orr, Melissa, J.M.B., Irene Laglos, Starr, C.L.A., Diane, Jennifer, Dianne, Patricia Reed, Rev. Vanessa McCauley, Anita Bagnall, Gloria, Tara Sparano, Trudy, Laurie, Jennifer Passarelli, Kathleen, D.V., Cindy Giaquinto, J.V., Michelle, Ann, Kendra Gorzynski, E.A., Alana, Shelly Christine Ristow, Kerri, Ethel Hermenau, Gail Scandell, M.W., Jennifer, Caroline Medina, Saundra Buchanan, Mary MacNeill, Ella Blair Newcomb Redshirt, Alfreda Baker, Joan Vitale, Marie, Kerri, T.F., Karen, A.W., Angela, D.C., Janet, Meagan, Lori, T.C., A.H., Debora Wilbourn, Joanne Muntz, Aundrea Connoly, Tracy Gorenz, B.R., Georgianne, Susan Swafford, Dianne, Laura LeFevre, Michele Beglau, K.E., D.C., Lauren Dumale, M.S., Angel Nugent, Mildred Schultz, Stephanie, Jacqueline, Paige, Theresa Cobb, Sally, Malinda, A.T., Sylvia, C.K., Katherine Clemons, K.P., Kit Sober, Darlene Gaston, Anna Serra-Radford, Doria Zeller, Sacha Ferguson, Kelly Vargas, Elizabeth Ingrassia, Saabira Ali, T.B., Nancy Belzile, Barbara Bott, Christine Bridges, S.C., Vicki, K.C., Joetta Cinquemani, Catherine Clyde, Brenda, V.C., Kelley Craver, Damaris Cruz, Veronica D'Angelo, Jessi Darvill, J.D., D.D., Linda DiFiore, Bonnie DiGeronimo, P.D., Maria DiTommaso,Toni Feinman, Annette, Leslie, Jamealy Flammer, Carolyn, Kathy, Mary Ellen Hancock, P.H., Dorina Hayes, J.H., T.J., Cherri, Theresa, Donna, P.L., Rebecca Lee, MD., L.M., Carolyn, Beth, L.M., Mary Beth Miller, Kehinde Moodie, E.M., Ebi Ogbu, Marisol Pardo, J.P., M.P., P.R., R.R., Maria Rice, M.S., Mary, Kerry Starng, Suzanne Topping, K.T., Donna Vassilatos,

Cristin Vileria, Denise, Barb, Maria Ortiz Wuster, D.W., Patricia Young, Pamela, M.A., Gail Bersch, Kathryn Bretz, Fern Buzinski, W.L.B., Cynthia Caillouet, Holly Cart, Craig Christon, R.C., D.C., Marlene, C.E., Amber, Deborah, Margot Fuller, L.G., A.G., J.G., Holly Haas, Christi Hall, Melody, Rachelle Heidlebaugh, Shelly Holt, Jodie Horn, Anna Jacobs, P.S.J.M., Tammy Jones, Theresa, Bianca, S.K., Jill Kish, Linda Lamb, Melissa Leibold, Anita Manninen, Shannon McGuire, M.M., D.M., Kathy Mitchell, Janie, Melissa Morris, Jane Pennington, Susan Pfarr, Susan, Shanna Samples, Cynthia, M.S., Gina Shives, Christina Nkounkou Singletary, Nicole, Lisa, Samantha, Sandra, Christina Stout, Emma, Nicole, Pamela, Karen, Colleen, Ashley, Krista Willertz, Janet Williams, Mandy, Linda, Angela, J.C., Linda Caswell, Renee, Vickie Edwards, Karen, Kalye, Carol, K.J., Jana Journeay, Melissa, Cindy King, Cris Kurtz, Karen Linton, Vicki Lott, C.M., Christine Monteith, Angela Moreno, Patricia Perkins, L.P., Sherrie, Evelyn, Linda Stocker, Kelly Stout, M.W., S.W., Melissa Wheeler, Nancy Bailey, Jeanne Berry, Linda L. Bishop, Jo Lisa Blossom, Patricia, Jennifer Candianides, Janice Carleton, Jean, S.C., Eileen, Michelle, Darcy, D.G., Gail Holmes, Karen Hopman, Sharon, Rachel Ann Kingston, Holly, Susan, Patricia LaRue, Lisa Learn, Tracy, Sandy Loftus, Deborah Mace, Debbie Marshall, Melissa Marshall, Deborah Martin, Lea McKnight, Cynthia Miller, Anne, T.M., Yvonne Mutch, L.N., Skye, Teresa Ortiz, Lavonne Pennington, Debbie, P.R., Kim, Kristal Talaski, Lynda, Vivian Ward, Yvonne, Kristen Antonioli, Cynthia Bagwell, Theresa Baux, Bonnie, Debra, Dawn, Danielle, Catherine, Barbara, Sharon, Cheryl, A.D., Kimberly, Susam Dule, Carla Ezell, S.F., M.R.F., Melanie Fleming, Kati, M.G., Betty Jo Geyer, Louise Gialanella, Angela Gray, Jaime Hilton, M.H., Robin, Karmen Kennedy, H.K., Sonya Lacy, Dawn, Christine McCauley, R.M., Miriam Mitten, L.M., Tanya Morris, Heather Muncy, S.E.N., Candace Pavese, H.P., Janis, V.P., Shay, Barbara Ratliff, Kathy Raudabaugh, Annette, Jacqueline, C.S., Mary, Karen, Janice, Tricia Thomas, Denise Tierney, T.T., Diana Harlan Wells, Lisa Williams, Tiffany Wissinger, Kristin Caproni, Mary Langford, Mary Lynch, Lesli, Janette, Wilma Sanchez, Frances Allen, Pam Caymol Badger, Jerri Bancroft, C.B., Cynthia Blackwell, Nancy Borrett, Ginger Canipe, Stephanie Cole, Reyna Cordero, Monica, Lynda Doty, L.H., Maureen, T.H., C.H., Rachel, Jennifer, T.K., Sandra Kirk, J.K., A.M., T.M., Tamela Maxim, A.M., Janet, Susan Okun, Kelly Parr, Deborah Patterson, C.R., Carolyn Rice, Yvonne Rivera, Cheryl Robinson, C.S., Sandra L. Trasport, G.T., Linda Wentz, Wendy, R.J.W., Deborah Wood, Beth Douglas, Marcee, Kim Houchens, C.L., Patty Miller, L.R., Carrie Sanchez, Eugenia Appleman-Black, Sherri Bellinger, Melody, Judy Charest, C.D., Peggy English, Dora Escue, Karen Eustice, A.F., Karen Follis, Cynthia, Andy, Carolyn, Sandi Nanette Gray, Kody Guinn, Cindy Hammontree, T.H., Katherine, Lynn Jefferson, K.M., Penney, Teresa, Barbara, P.M., Jennifer Miller, Susan Molitor, Deborah Moore, Lisa Morris, Donna Morton, Dee Ann Neely, V.N., Laurie,

T.O., Betty Pannell, Linda, L.P., Ellen Philpot, Debra, Janet Raford, Mende, M.R., Janet, Nancy, Julie Shockley, Beverly Sims, Ramona Stricklin, K.S., Patricia Thomas, Mitzi Turpin, P.W., Becky Wehrle, A.W., Barbara Wilkins, Kathy, Diane Ballou, P.M., Laurie Monahan, Sharon, Michelle Ziter, Sarah Ahumada, Catherine, Ellen Caraway, Susan, Rachel Perez Castro, Connie, Brenda Connors, L.C., Cherie Crettol, Kristi Davenport, Lois Ellen Edwards, S.E., Aquila Fisk, Kris Foster, Karen, Elizabeth, Nanette Harder, Mary, Tori B. Helberg, Kathleen, R.J.H., L.K., April Kiessling, Patricia Krank, Kelly, K.M., Vashti, Roxanne, Veronica Maruda, Lynnlee, Kathleen, Karen, M.P., Nancy Roa, Dayle Robbs, Eileen Robinson, Patricia, Wendi, Carol Schutte, Denay Silva, J.S., Rachelle Sparrow, Deborah, Judy, P.T., Bonnie, Linda Wallace, Barbara Wolfe, Theresa, Robin, Janet Bruyette, T.B., C.C., Laura, Jane Frantz, Mary, Sanon Harrell, T.J., Lyssa King, Paula Langhoff, Nikki McCabe, Delia McCoy, T.M., Amber, Rose Mensah, Erin Menzel, Kimberly Moss, Mary Olson, Michelle Poitter, Lori Resch, Janelle, Diane Rolfs, Tammy Rouse, C.S., Colleen Swisher, Truelsen Dawn, M.T., Marilyn Vandekieft, Traci, Annette, Virginia, Linda, Nina Elliott, Sarah, Donna Ferrell, Roe, P.M., Melinda Miller, Linda Muto, C.N., M.S., J.S., Vicki Stoud, Cristine Walker, Robynn Gabel, Lana Horton, Pamela, Kelly Murray, M.J.O., Jennifer, Darlene Soule, Jannis L.DeLand, Helen Olson, Sherry Wright, Tijuanna Adetunji, Judith Allen, G.B., Cynthia Cameron, Karen Douglas, D.G., Lynette Gayle, J.G., Doris, Olivia Jones, Susan Kelley, Tammy Klimek, V.M., Natalie Murphy, Kathy, Heather Payne, Donna T. Perry, Misty, J.R., Faith A. Seawright, Twyla, Chanda Smiley, K.N.S., Katrynka Tilson, D.W., Yonna Williams, L.D.W., Denise, Adrean, Melissa Lynn Swatloski, Carol Owens Vaughn, Ruth Allenbach, Cathy Burd, A.K.C., E.M., Gina, Helen, Jennifer Bonilla, Bianca, C.C., Barbara Cox, Glenda Day, Tanya, Ethel Gardner, Shelly Goshert, B.J.H., Carrie, Danette Nadine Martin, R.M., Fallon R. Phillips, Harriett Faye Reese, Christy Torres, Hanya Wren Townes, Darlene M. Turner, Mary, Laurie Wright, Racheal Yard, L.Y., Leslie Chambers, Mary Cowan, Susan Ritter, Candace Thompson, Leslie Chambers, Nilza Laureano-Carrion, Deborah, Jeri, Teresa A. Bolden, Colleen Cooper, Hilary Meagan Taylor, Karen Agnew, Zorica, Lisa, Angela Bornstein, Susan Brashner, Chrystal Bridgeman, Linda Bukouy, Susan Burke, Rachel Caruso, Rachel Catalan, Barbara, Maria Correa, K.D., Rhonda, Bianca Devilme, D.L.D., S.E., Bette Etoll, Debra Ferguson, Carol A. Gonterman, Kristen, Karen L. Gushta, Lavana Howard, Suzanne Howard, Vicki Hudson, Suzanne Killion, Susan, Brenda Munnis Lanaris, Audry Lane, K.L., Tamara Megee, Claudia, Jennifer Morales, Sheri More, Linda, Sandra Neal, J.N., Lois OCampo, Tracy Okus, Maureen Osterhoudt, Elizabeth Phelps, Michelle Phillips, R.A.P., Erin, Sylvette Rivera-Eliza, Kathleen Robinson, J, P.R., Camelita Skeete, Karen Snyder, Sally, Kristen Staehler, Theresa A. Taylor, Jessica, Kathleen Williams, Theresa M. Wyman, Linda Yates, R., Brennan Bradford, Leigh, Deborah

Flowers, Betty B. Mallerence, Marie Smith, M., Rebecca Tribble, Louise Webb, Crystal Wilson, Renee Bowland, Angela Wyatt, Karen Sue Anderson, Marcy K. Holmes, Melanie, Dena, M.H., Barbara, Elizabeth Kane, Marti Lane, Melanie Pettit Rogers, L.W., K.L.W., Deborah Ann Phillips, Lisa, Sandra Mayfield, Amanda Clark, Suellen, Jennifer, Ava Peterman Bertrand, Audrey Lynne Reed, Robin Robinson, Tracy Schmidt, Monica, Lisa, Daniella Martino, Diana Perito, Sherry Stine, Jaqueline E. Coal, Karen Sue Gentile, J.H., Debra W. Johnson, T.M., Lori Pennington, Laura Rodriguez, Karen Waldo, Hannah Murphey, Julie, Elizabeth, Pearl, Connie Eller, Julie Beth Gall, Chris, Janene Perillo, K.R., Karen Vagnoni, Jeannie Marie Weston, Alfreda, Stephanie Allestad, Lisa, T.D.B., Jill K. Cooper, Donna B. Fields, Beverly V. Hall, Debra, Julia N. Finch, Jo, Sue Madden, Tara J. Quinn, Teresa Rice, Cheryl, I.G., E.A., Sarah Delgado, Lescena Minn, C.B., Andrea Gordon, Dau Haaf, Amanda Scilacci, Shirley Smith, Kathleen Cosgrove, Joni D. Dvymich, C.G., E., C.B.M., Lorraine Welch, Denise Brown, J.D., Kristina Davis, Corinne J. Fletcher, LeeAnne Freddo, Lori, J.S., Sharon Blankenship, Eileen Hall, Theresa Baux, E.M.E., Kelly A. Good, M.L.Kane, Jennifer, Diane, Kristin M. Meyer, Connie Gay Ellerson, Taylor, Judy, Mary R. Hall, Stephanie, Teresa Dawn Sybert Tipton, Jennifer, Cindy Cunliffe, E.B., S.B., Jena Crispin, Nancy Louise Debord, Sharon Parada-Fernandez, Dawn Rooney, Amanda Scilacci, Linda Spence, Julie Marae Ferguson, Cindy, Jill, Cheryl Nuesmeyer, Y.M., Linda H., Cassandra Sanders, Jaimie Skalski, Melissa, Amina Rivera, A.S., R.C.S., Lorrie, J.M., J.C., Deann Oliver, Mary K. Seals, A.D., Tricia Heflin, Alicia Thompson, Brooklyn, Amanda Lipetri, Lynne, B.B.M., Susie, Shannon Stahla, Ann M. Younger, Steph, J.M., Loreene Akamine, Lynn Zent, Yolanda, Mary Anne Sambo, Melissa Hemphill, Melody Ashley, Kaylania Chapman, Samantha Alexander, Marybeth Fione Fredda, B.F., Mary Beth Haug, Michelle Gelsendorff, N.B., C.B., Catherine Kimball, Theresa Mehserle, K.O., A.R., Melissa Robinson, P.R.W., Linda Wood, Emma Jean Barton, R.A., Judy H. Farris, Lynette F. Keith, Kathy Madison, Christy Meadows, Mary Howze Stickney White Park, Star Hall-Smith, Pamela K. Colip, Mary Frances Aguilar, Cheryl Allen, Mary Ann Ambroselli, Katrina Lynn Armstrong, Lillian M. Bish, C.B., Terrie L. Boegner, Lisa Burgess, Elizabeth Campbell, Amy M. Childers, Joann Kay Connor, M.C., Darlene Crumbo, JoAnn L. Davidson, Nancy M. Dunn, K.E., K.G., Deanna Hall, Launi Hackney, Kathleen Vaunae Hansel, Lisa Hartman, Deborah C. Howard, T.J.H., Debbie Hughes, Barbara B. Hume, Mary B. Hunt, Patricia A. Johnson, L.J.J., B.K., Marene M. Kissinger, S.C.K., Karen M. Kowalewski, A.L.L., C.M.L., R.L., Candice Martin, Barbara McKinney, M.M., P.B.M., Christin Murphy, D.R., Dorothy Ann Rice, Sebrina Seay, Karyn Schneider, Julie Ann Simpson, Debra J. Storm, Linda Rae Truby, D.T., L.V., Joyce Walker, L.W., Denise Lynn Woods, Paula Adams, Shirley Archuletta, Terri Baxter, Alice Lynn Bond, B.C., V.K.C., Elizabeth Deland, Rebecca French, Shelly Gambrell,

Victoria L. Harris, Trudy Johnson, Amy Jones, Jaimee Kenna, Jacqueline E. Kuyper, LuAnn Morton, Alison Phillips, B.W., Kathleen A. Bernadette, Deborah Diasio, J.E., Pamela Combs, Tara L.K. Musico, Connie Ambrecht, J.B.,Sylina LiBasci, Adrienne Bell, Hemda Ben-Judah, J.H.F.B., Victoria Caliendo, Joy D. Cantrell, Janet S. Cavender, Mary Catherine Coburn, Beverly K. Colligan, Nora Craver, Bonnie Gillespie, Melanie Gunter, Terri Taylor Harper, L.M.H., Ann Ingram Horstmeyer, Carol R. Jeffers, Mary K. Jeffers, Ellen Johnson, D.J.K., Casey Langston, K.C.L., Cynthia W. Love, Jackie Mize, Pam Nichols, D.R.P., C.M.P., M.P., Dianne Pesaresi, Kristen Pettibone, Robbin M. Plows, Susan Porter, C.R., Glenda Roberson, Carolyn Segars, Toni Seiple, Brenda Hilliard Stockdale, Julie L. Stone, Brandy Thomas, Julie Thomas, Kathleen Ann Townsend, Fiorella Weaver, Elizabeth S. Webster, Donna M. Whitaker, Janet R. Wilson, Kimberly Danielle Blakley, Joyce Colgan, Karen Daniels, Arlene Fucarino, P.L.G., LaShonda Hess-Hernandez, R.H., Ronda Plumb, Tiffani L. Ritt, N.B.T., C.R.T., Janea L. Gardner, Nena L. Kuban, P.G.R., N.M., Nancy Diane George Anderson, Melanie Hardin, J.L.H., Melody A. Athey, B.B., T.B., Christina Czelusniak, Mary Christine Henning, G.H., Sheryl Hoyle, Terri Little, Dawn G. McClelland, D.M., Lisa K. Arnold, Paula S. Botos, Paulette C. Heller, Andrea Holder, Carolyn Knapschaefer, Laurie A. Moore, Maranda Music, Kelli R. Perkins, P.R., Maureen L. Wilcox, Parry Ball, Sandra Bankston, Denise G. Clark, Mary Danker, M.F., C.C., Roberta N. Jones, Freida Kaeling, D.K., D.L., Janice McClellan, Janice Cinquemano Napoli, Beverly Alice Rowe, Marie Skurka, Leslie K. Patten, Lorie Anderson, Arlene Grace Anzalone, Margarita Ayala, Stephanie Butler, E.C., Margaret Conway, Elizabeth A. Corey, Lori Crossman, B.F., Juanita Inez Shotts Flowers, Deborah A. Ives, L.M.J., Wanda J. Lester, S.M., Debra Ann Mays, Judith Louise Punt, Tammy Jo Ruttkofsky, Sara Sarginson, N.A.W., Mary Ellen York, Deborah Ann Drake, Kimberly Masserian, K.L.S., JoAnne Sutton, J.A., Kim Marie Blackowiak, Julie Ann Corbin, Beverly A. Green, R.J., L.N., M.P., Lauralee Peterson, M.J.B., Charlene Chapman, S.M.C., Susan Ferguson Dane, Lori Harrington, Judy A. Harrison, Melinda L. James, K.N., Pamela D. Pigott, Rashelle Pompa, Natalie Ann South, S.W., Linda Lou Wells, C.C., Leanne M. Dorn, Melody A. Hylander, J.H.M., A.L.M., Kathleen Ann McNeill, Wendy Dianne Miller, Melanie L. Mills, Jana L. Phillips, Sheila Querry, S.K., Lisa Anne Rogers, Rose Ann Sarcione, A.A.S., Paula Talley, Judith Ann VanderMark, Barbara J. Ford, Marilyn R. Hatch, Susan Kay Hensen, Jana M. Lewis, Amy Lynn Meole, Debbie L. Otto, Roxanne Mergenthaler, Justine M. Kyker,Thelma A. Barreto, Lisa M. Bush, Rose A. Drown, Kelli A. Horta, Deborah Ann Ocasio, H.N.B., L.D., Lorie Ann Grover, R.D.I., G.M., Judee Oris, Shari Spinlen, Judy Sullivan, G.T., V.V.T., Sandra Lee Upchurch, S.D., April Miera, Christina Nesbit, A.O.R., Teresa Renee Zell, Tammy Craven, C.S., Amy Beth Grimes, P.V.J., Rebecca Jolene Mock, Yvette Wilson, Shanda C. West, Lisa

Worthen Woody, Roberta S. Mahoney, Dennie Bradshaw, Lyn Marie Curtin, Marianne Pardoe, Linda Adair, L.A., Kim Avelino, Janice L. Bartlett, Loretta Bingham, Leslie Bowen, E.T.B., D.M.B., M.B., Caroline Burnett, Karen Denise Burdeshaw, Shelly Contes, Kathleen Cooper, Pauletta Davis, K.M.D., Christina Grace Donati, Pamela K. Durham, Barbara J. Edge, Mona-Christine Edwards, Arleen Elias, Nancy Jane Ellis, Stacy Ann Enders, Lisa Goodmanson, A.G., R.G., Audrey Hall, Diane M. Hanson, Mary A. Hill-Griffith, Karen Hubbard, Mary R. Hubbard, Cynthia Heinz, Charlene Isenberg, E.J., Donna Annette Jones, C.K., Wanda Joy Kohn, Dana Nicole Landers, Lisa Kathleen Liporace, Leslie Lunak, Toni Marzella, N.M., Debra L. Miles, C.A.M., Linda Kay Mullen, S.K.O., C.O., Tracy Lyn Okus, Claudia Palmero, Rose Petito, D.P., Paisley Ann Pryor, Donna M. Razin, K.G.R., M.R., Pamela J. Ricco, Susana Romero, Jacquelyn Pratt-Rosenan, Coni Rhudy, Debbie L. Roya, Nancy Francine Russell, Karen Fay Schroyer, Marlena E. Shaw, S.T., Anne Turpin, Evelyn Vazquez, Karen Williams, A.Y., Candice C. Biever, Cynthia R. Brunk, Janice Rathkey, Esther Ripplinger, Marlee Ann Roebuck, P.L.T., Cherri Van Syoc, Regina M. Pulliam, Leslie A. Patterson, Becky Abell, Jackie Lynn Garner, S.L., V.L., Carol Fehrle, Carolyn Hardy, Veronica L. Lewis, Carolyn Matthews, Aria Moore, Teresa L. Oxsen, Theresa Peralta, Cynthia Lynn Carney, Nancy M. Haberling, Dana Mann, Amy Susan Shatrick, Angela Eckstein, M.H.S., Paula S. Basnett, Karen Berger-Mangas, Suzanne M. Bishop, M.A.B., Jobi Dishon, Marjorie C. Dixon, Pamela L. Doyon, Jeanette Elwell-Cossin, Wendy Kay Fox, Mary Ann Hess, C.H., M.L., Patricia Magsig, Melanie McGirr, Shannon L. McGuire, C.D.T., Beth Ann Valantine, J.S.W., Pamela Jill Johnston, Bonnie Lee Becker, Carol Lynn Ullrich, T.D.,Emily M. French, Yvonna P. Hammock, Patricia Johnstone, Dawn M. Khamvongsa, Maureen Messersmith, Diane K. Musselman, Mary L. Neikam, Mary Ann Novak, Joann L. Otrowski, Cheryl L. Smith, Nancy Catherine Williams Sweitzer, Shavonne M. VonOrmer, Lyde K. Shilling, Deborah J. Gute, Kelly C. Bennett, B.J.B., Mary J. Duncan, Barbara Morton, Sandra Marie Tedesco, Maria O'Connor, Sue Adams, Marie C. Alosi, Brandie Michelle Atwood, M.D.B., Tammy Binkley Boone, K.B., V.J.B., Sylvia Rene Branton, J.B., S.B.M., Tammie L. Cook, Tina L. Cooke, Kandi Cox, S.C., M.L.F., Amber Hansen, S.G.H., Terri Hegi, V.H., Marsha D. Johnston, Jeanne Larivee, Dickie Ann Lashlee, Sandra Mauldin, Joyce A. Nesbit, Dana Renee Nickles, M.S.O., Jeanette Parks, Angie Ramsey, Julia F. Myers-Williams, Lorene Elaine Woods, Betty Wylie, Rebekah Carter, Vickie E. Clark, Lashonda M. Cody, G.E., Michelle M. Fraley, M.J.H., Diane Harrison, Lisa M. Houston, Karen Keitzman, M.M.K., Deborah Longford, Joylynn Eloise Miller, M.L.M.,Sherry Mae Morgan, Leslie D. Musick, Linda S. Newberry, Myra J. Rasmussen, T.L.R., Pamela Sanders, Myra E. Simmons, Gale Allen Smith, D.H.Q., S.L.T., Jill Cohen Walker, Jenifer B. Whitehead, Konnie Sue Woods, E.A.W., Suzanne Young, J.M.H., J.M., S.B., Deborah L. Dowless, Barbara Ann

Frey, B.J.H., Robin Jones, Kathy M. Langford, S.M.L., P.S., J.T., Sheila R. Watkinson, S.M.W., Peggy Zucken, Cathy L. Moffat, Donett R. Beckwith, K.B., Sally Gorr, L.M.S., Audra Villarreal, Stephanie Yeazell, Teresa Hunger, Tami T. Rohrbacher, C.A.N., Jamie Renee Carte, Kathryn Sue Rice, Rosa Maria Rosas, G.B., Marie Hendrikson, Jennifer G. Hennes, J.S.K., Patricia A. Meixeisperger, T.M.N., Elizabeth C. Patchet, Tracy Ann Stalsberg, Robin Lynne Willegal, Sandra E. Wright, Elise Anderson, Tasha Jones, Kathy Forentino, Deborah, Jill Crowe, Debra Johnson, Kristin Foster, Hyon Nolen, Cindy Lilly, Eileen M. Craig, Jennifer Alayo-Aguilar, Jennifer Padilla, Rebekah Ivins, Rhonda Barnes, Tara Gonzales, E.H., Peggy E. Strange, Kathryn Camarillo, Julie Zigler Norman, Helena, Karen Masood, Irma L. Gomez, Crystal, Nicole Peck, Jennifer Perry, Wendy Beutel, Nancy Belzile, Dana, Patricia J. Smith, Melissa Hemphill, Karen Perez, Deborah Tilden, Terri Nordone, Mary Lockwood, Michelle Haley, Deb, Ellen Garrison Philpot, D.G., Louise Graves, Pat Goltz.