**No. 23-10362**

_____

IN THE UNITED STATES COURT OF
APPEALS FOR THE FIFTH CIRCUIT
_____

ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*,
*Plaintiffs-Appellees*,

v.

U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,
*Defendants-Appellants,*

and

DANCO LABORATORIES, LLC,
*Intervenor-Appellant.*

_____

On Appeal from the United States District Court for the
Northern District of Texas, Amarillo Division
Case No. 2:22-cv-00223-Z, Judge Matthew J. Kacsmaryk
_____

IN SUPPORT OF PLAINTIFFS-APPELLEES
_____

**BRIEF OF *AMICI CURIAE*
WOMEN INJURED BY ABORTION***

_____

ALLAN E. PARKER, JR.
THE JUSTICE FOUNDATION
8023 VANTAGE DRIVE
SAN ANTONIO, TEXAS 78230

*(Identities listed in Tab 1)*

## CORPORATE DISCLOSURE STATEMENT

The Justice Foundation is a non-profit public interest litigation corporation with no parent corporation and no stockholders. *Amici* Women Injured By Abortion names or initials are listed in Tab 1 of the Brief are mostly Texas individuals who suffered abortion-related physical and psychological injuries.

## NO CONTRIBUTIONS BY PARTIES TO AMICUS

No party's counsel authored this brief in whole or in part;

No party or party's counsel contributed money that was intended to fund preparing or submitting the brief; and

No person – other than The Justice Foundation, a Texas non-profit legal services provider – contributed money that was intended to fund preparing or submitting the brief.

## SUPPLEMENTAL CERTIFICATE OF INTERESTED PARTIES

The *Amici* listed in Tab 1 are the only interested parties.


/s/ Allan E. Parker
Allan E. Parker, Jr.,
Lead Attorney for *Amici Curiae*

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 6,782 words, according to the word count feature in Microsoft Word, excluding the part of the brief exempted by Fed. R. App. P. 32(f). This brief also complies with the typeface requirements of Fed. R. App. P. 32(a)(7)(B)(ii) because it has been prepared in a monospaced typeface using Microsoft Word in 14 point Courier New font, and contains  lines of text.

　　　　　　　　　　　　　　　　 /s/ Allan E. Parker, Jr.
　　　　　　　　　　　　　　　　Allan E. Parker, Jr.
　　　　　　　　　　　　　　　　Lead Attorney for *Amici Curiae*

Dated April 12, 2023

# CERTIFICATE OF SERVICE

I certify that this document was filed electronically with the Court's CM/ECF system on April 12, 2023. Service will be effectuated by the Court's electronic notification system upon all parties and counsel of record

  /s/  Allan E. Parker, Jr.
Allan E. Parker, Jr.
Lead Counsel for *Amici Curiae*

iv

# TABLE OF CONTENTS

CORPORATE DISCLOSURE, PARTY CONTRIBUTION STATEMENT AND SUPPLEMENTAL CERTIFICATE OF INTERESTED PERSONS ..................... ii

CERTIFICATE OF COMPLIANCE WITH RULE 32(A) .................................... iii

CERTIFICATE OF SERVICE ................................................................................ iv

TABLE OF CONTENTS ......................................................................................... v

TABLE OF AUTHORITIES ................................................................................... vi

INTEREST OF *AMICI CURIAE* WOMEN INJURED BY ABORTION ............... 1

SUMMARY OF ARGUMENT ................................................................................ 4

ARGUMENT .......................................................................................................... 5

**I.**   Surgical abortion is less dangerous for women and less traumatic than chemical abortion because the injury from surgical abortion does not occur in her own home, and does not involve actually seeing the aborted infant.  The stay is justified because there is a substantial threat of irreparable injury and harm to multitudes of women. This injury outweighs any harm that will result if this injunction is granted since there is less harm to other women who can obtain surgical abortions and the injunction is in the public interest ............................ 5

   A. Abortion Irreparably Injures Significant Numbers of Women, as Amici Can Show from Personal Experience and a Large Body of Scientific Evidence .. 9

   B. The Failure To Have Contact With The Physicians Increases The Risk Of Unduly Pressured, Coerced Or Forced Abortions........................................ 18

**II.**  There is no harm to women if the injunction or stay is continued in effect since in addition to surgical abortions still available in states where abortion is legal, all fifty states have Safe Haven laws which eliminate all burden of parenting of an unwanted child and provide a no-abortion related, safe alternative to abortion ........................................................................................................ 20

PRAYER ............................................................................................................... 29

# TABLE OF AUTHORITIES

## Cases

*Dobbs v. Jackson Women's Health Org*., 142 S. Ct. 2028 (2022) .............. 8, 20, 22

*Doe v. Bolton*, 410 U.S. 179 (1973)........................................................................1, 9

*Gonzales v. Carhart,* 550 U.S. 124 (2007) ...................................................... passim

*June Med. Servs. L.L.C. v. Russo*, 140 S. Ct. 2103 (2020) ......................................8

*June Medical Services, LLC v. Russo,*  140 S. Ct. 2103,  2167 (2020) .................20

*Planned Parenthood v. Casey*, 505 U.S. 833 (1992)..........................................2, 25

*Planned Parenthood v. Rounds,* 686 F. 3d. 889 (Eighth Cir. 2012).......................28

*Roe v. Wade*, 410 U.S. 113 (1973)................................................................... passim

*Tex. Med. Providers Performing Abortion Services v. Lakey*, 667 F.3d 570 (5th Cir. 2012) ......................................................................................................................27

## Statutes

Rev. Stat. Ann. § 13-3623.01 (2013); Ark. Code Ann. §§ 9-34-201, -202 (2013); Cal. Health & Safety Code § 1255.7 (West 2013); Cal. Penal Code § 271.5 (West 2013); Colo. Rev. Stat. § 19-3-304.5 (2013); Conn. Gen. Stat. §§ 17a-57, -58 (2012); Del. Code. Ann. tit. 16, §§ 902, 907-08 (2013); D.C. Code §§ 4-1451.01 to .08 (2013); Fla. Stat. § 383.50 (2013); Ga. Code Ann. §§ 19-10A-2 to -7 (2013) Hawaii Rev. Stat. §§ 587D-1 to -7 (2013); Idaho Code Ann. §§ 39-8201 to -8207 (2013); 325 Ill. Comp. Stat. 2/10, 2/15, 2/20, 2/27 (2013); Ind. Code § 31-34-2.5-1 (2013); Iowa Code §§ 233.1, .2 (2014); Kan. Stat. Ann. § 38-2282 (2012); Ky. Rev. Stat. Ann. §§ 216B.190, 405.075 (LexisNexis 2013); La. Child. Code Ann. arts. 1149-53 (2013); Me. Rev. Stat. tits. 17-A, § 553, 22 § 4018 (2013); Md. Code Ann. Cts. & Jud. Proc. § 5-641 (LexisNexis 2013); Mass. Gen. Laws Ch. 119, § 39 1/2 (2013); Mich. Comp. Laws §§ 712.1, .2, .3, .5, .20 (2013); Minn. Stat. §§ 145.902, 260C.139, 609.3785 (2013); Miss. Code Ann. §§ 43-15-201, - 203, -207, -209 (2013); Mo. Rev. Stat. § 210.950 (2013); Mont. Code Ann. §§ 40-6-402 to -405 (2013); Neb. Rev. Stat. § 29-121 (2012); Nev. Rev. Stat. §§ 432B.160, .630 (2013); N.H. Rev. Stat. Ann. §§ 132-A:1 to :4 (2013); N.J. Stat. Ann. §§ 30:4C-15.6 to -15.10 (West 2013); N.M. Stat. Ann. §§ 24-22-1.1, -2, -3, -8 (2013); N.Y. Penal Law §§ 260.00, .10 (McKinney 2013); N.Y. Soc. Serv. Law § 372-g (McKinney 2013); N.C. Gen. Stat. § 7B-500 (2012); N.D. Cent. Code §§ 27-20-02, 50-25.1-15 (2013); Ohio Rev. Code Ann. §§ 2151.3515, .3516, .3523 (LexisNexis 2013); Okla. Stat. tit. 10A, § 1-2-109 (2013) Or. Rev. Stat. § 418.017 (2011); 23 Pa. Cons. Stat. §§ 4306, 6502, 6504, 6507 (2013); R.I. Gen. Laws §§ 23-13.1-2, -3 (2012); S.C. Code Ann. § 63-7-40 (2012); S.D. Codified Laws §§ 25-5A-27, -31, -34 (2013); Tenn. Code Ann. §§

36-1-142, 68-11-255 (2013); Tex. Fam. Code Ann. §§ 262.301, .302 (West 2013); Utah Code Ann. §§ 62A-4a-801, -802 (LexisNexis 2013); Vt. Stat. Ann. tit. 13, § 1303 (2013); Va. Code Ann. §§ 8.01-226.5:2, 18.2-371.1, 40.1-103 (2013); Wash. Rev. Code § 13.34.360 (2013); W. Va. Code § 49-6E-1 (2013); Wis. Stat. § 48.195 (2013); Wyo. Stat. Ann. §§ 14-11-101, -102, -103, - 108 (2013) .................................................................................................................22

## Other Authorities

A Clinicians Guide to Medical and Surgical Abortion...........................................26
Elliott Institute, http://abortionrisks.org/index.php?title=Index ..............................27
Elliott Institute: www.afterabortion.org, "*Psychological Risks: Traumatic After Effects of Abortion*" ...............................................................................................29
Management of Unintended and Abnormal Pregnancy," lists "Risk Factors for Negative Emotional Sequelae  By Maureen Paul, E. Steve Lichtenberg, Lynn Borgatta, David Grimes, Phillip Stubbelfield, and Mitchell D. Creinin. (UK 2009) ......................................................................................................................26
National Safe Haven Alliance, www.nationalsafehavenalliance.org ......................22

## ATTACHMENTS:

List of *Amici Curiae* Women Injured by Abortion………………….…..….…TAB 1

## INTEREST OF *AMICI CURIAE*

### Women Injured By Abortion

*Amici Curiae* Women Injured by Abortion are mostly Texas residents[1] who were injured by their own abortions. The Supreme Court has recognized that "… *some women come to regret aborting the infant life they once created and sustained… Severe depression and loss of esteem can follow.*" *Gonzales v. Carhart,* 550 U.S. 124, at 159 (2007). The Supreme Court cited to the *Amici* Brief of Sandra Cano, the former Mary Doe of *Doe v. Bolton* and 180

---

[1] Attached as Tab 1 is the list of the initials, first names, or full names of the *Amicus Curiae* with Texas residents listed first, then the other Women Injured By Abortion. In order to protect their identities, some of the women have requested that we use initials only or first name only. Each of these women's sworn affidavits or declarations are on file at The Justice Foundation. Protecting the identity of women who have had abortions or seek abortions has been customary since *Roe v. Wade*, 410 U.S. 113 (1973) and *Doe v. Bolton*, 410 U.S. 179 (1973) with *Roe* and *Doe* both being pseudonyms. Some of the *Amici* Women Injured by Abortion also wish their names listed on behalf of or in memory of their aborted children and have supplied the names they have given to the children they aborted. Many feel it is important for their proper grieving and healing process to recognize the humanity of the child they, and those around them, undervalued and diminished by not treating as human.

Women Injured By Abortion some of whom are now some of the *Amici* in this case. *Amici* are thus particularly well suited to say that easy access to under-regulated abortion does not protect them or help them; it damaged them severely. Nor should abortionists be the only ones given standing to speak for women in court.

As early as 1992, the Supreme Court has recognized that abortion can cause "devastating psychological consequences" to some women. *Planned Parenthood v. Casey*, 505 U.S. 833 at 882, (1992).

*Amici* Women Injured by Abortion know from their personal experience that in balancing the harms, irreparable injury will occur to women if the stay below in this case is lifted. Allowing unlimited, under-regulated access to chemical abortion will mean countless Texas women will suffer devastating psychological injuries which may last a lifetime, and a greater risk of death, as the Court below correctly found.

*Amici* Women Injured by Abortion have an interest

2

in informing this Court from the perspective of women who personally have experienced abortion. They were injured by the actions of the abortion industry which lied to them and did not adequately represent their interest. Their unique perspective as women injured by abortion will aid the Court in achieving justice.

A woman's abortion experience is often a deep, dark, and painful secret. The information being offered to this Court by *Amici* is crucial. For years, even decades following abortion, most women who have experienced an abortion are still not willing to speak publicly even when they are tormented by thoughts of suicide, guilt, shame, nightmares, sleeplessness, and depression. Clearly, the best information regarding **the effect of abortion** is not from the abortionists, but from their patients. The scientific descriptions in the record of increased risk of chemical abortion is important, but cannot adequately describe in human terms the true pain and risks of abortion.

3

## SUMMARY OF THE ARGUMENT

### I.

Surgical abortion is less dangerous for women and less traumatic than chemical abortion because the injury from surgical abortion does not occur in her own home, and does not involve actually seeing the aborted infant. The stay is justified because there is a substantial threat of irreparable injury and harm to multitudes of women. This injury outweighs any harm that will result if this injunction is granted since there is less harm to other women who can obtain surgical abortions and the injunction is in the public interest.

### II.

There is no harm to women if the injunction or stay is continued in effect since in addition to surgical abortions still available in states where abortion is legal, all fifty states have Safe Haven laws which eliminate all burden of parenting of an unwanted child and provide a no-abortion related, safe alternative to abortion.

4

## ARGUMENT

**I.   Surgical abortion is less dangerous for women and less traumatic than chemical abortion because the injury from surgical abortion does not occur in her own home, and does not involve actually seeing the aborted infant.  The stay is justified because there is a substantial threat of irreparable injury and harm to multitudes of women. This injury outweighs any harm that will result if this injunction is granted since there is less harm to other women who can obtain surgical abortions and the injunction is in the public interest.**

As the judge's careful Opinion and the evidence below indicate, there is substantially more risk and trauma to women from the chemical abortion essentially unregulated protocol which the FDA has now allowed for political reasons. Women's healthcare has been sacrificed for accessibility, at the cost of safety and women's health.  This ignores the fact that surgical abortion is still available in those states which have continued to keep abortion legal.

In any state where abortion is legal, women will still have access to the less dangerous, surgical abortion.  In this respect, there is no irreparable harm

5

to women as a class from the unavailability of the far riskier and more emotionally damaging chemical abortion procedure.

Why is chemical abortion more dangerous and emotionally traumatic to women?  As *Amici* can testify, chemical abortion is different in that the woman becomes an abortionist, because she administers the chemicals to herself - usually in the privacy of her own home, a boyfriend's or friend's home.  The guilt that is often associated with abortion, simply because it is the taking of a "infant life" per *Gonzales v. Carhart*, at 159, 550 U.S. 124 (2007), can be compounded after the abortion by the fact that she did the abortion to herself and observed the bloody results in her home.

In addition, the abortion industry misrepresents the level of pain and the fact that what is discarded, the product of conception, is actually a human being that looks like a human baby upon expulsion from the mother's womb into her bed or her toilet.  Women have been known to state upon seeing the child in their hand, if they

6

pick-up the baby or retrieve the baby from the toilet, such things as "My God! They lied to me. It is a baby."

The Opinion below documents this on page 8 citing a study which shows 14% of women and girls reporting having received insufficient information about side effects, the intensity of cramping and bleeding, the next steps after expelling the aborted human life, and the potential negative emotional reactions like fear, uncertainty, sadness, regret and pain.

*Amici* are extremely grateful to the Plaintiff physicians and medical organizations in this case who have asserted proper medical protections for their patients. Unlike the abortion industry, which misrepresents the facts about the nature and consequences of abortion to women, these medical doctors want their patients to be fully informed as to the nature and consequences of abortion. The FDA chemical abortion protocol eliminates this informed consent for women.

*Amici* strongly support the right of these medical doctors and associations to represent their rights as

injured parties from abortion, rather than having their rights often neglected or struck down by the abortion industry which wants to make the procedure more common, more high volume, less safe and more profitable for the abortion industry.  *Amici* strongly concur with the Court's decision below that Alliance for Hippocratic Medicine doctors should have third party standing on their behalf.  Even with surgical abortions, there is usually no clear doctor-patient relationship between the women and their abortionist, and this problem is exacerbated by chemical abortions where they never see a doctor.  Most of the time the women never see their doctor until he is performing the abortion. *See June Med. Servs. L.L.C. v. Russo*, 140 S. Ct. 2103, 2168 (2020) (Alito, J., dissenting) abrogated by *Dobbs v. Jackson Women's Health Org*., 142 S. Ct. 2028 (2022). Now the abortion doctors have created a process through chemical abortion to avoid seeing the woman at all while delegating it to non-physicians.  Where is the doctor-patient relationship in this commercial transaction

other than the doctor that is getting the money may have a professional license? Alliance for Hippocratic Medicine doctors do not perform abortions and their desire for safety aligns with their patients' interests unlike abortionists. High volume, low contact, chemical abortions by pill distribution increases profits and the risk of harm and death to women. Operation Outcry has collected 4,728 legally admissible declarations under penalty of perjury and affidavits of this incredible deception by the abortion industry which were provided to the U.S. Supreme Court in the *Dobbs* case.[2]

## A. Abortion Irreparably Injures Significant Numbers of Women, as Amici Can Show from Personal Experience and a Large Body of Scientific Evidence

Abortion severely injures significant numbers of women, as *Amici* can show from personal experience and a large body of scientific evidence. The abortion

---

[2] *See* 4,728 testimonies of Women Injured By Abortion collected by Operation Outcry, a project of The Justice Foundation beginning in 2000 for Norma McCorvey, the "*Roe*" of *Roe v. Wade* and Sandra Cano, the "*Doe*" of *Doe v. Bolton*, as they eventually asked this Court to reverse their own cases through Rule 60 Motions.
https://www.dropbox.com/sh/p2fi4taxmrbivyz/AAAP_aenldXwXb34Ktcq_X8la?dl=0

experiences of *Amici* Women Injured by Abortion have been collected by a project of The Justice Foundation, called Operation Outcry, in the form of sworn affidavits and declarations under penalty of perjury.

The following are illustrative examples of the irreparable and personal consequences of abortion, in the women's own words. These are all Texas *Amici* women injured by abortion.  The women were asked: "*How has your abortion affected you?*"

### D.K.

"I have suffered guilt and shame throughout my adult life, I have cried endless tears for the baby that I wasn't allowed to have."

### Rhonda

"At that time in my life I had an ongoing problem with drugs.  After the abortion, my drug use escalated, I became depressed and out of control.  I felt very guilty about the abortion even though I told myself it was the right think [sic] *(hereafter grammatical errors are not corrected nor indicated by "sic", but accurately*

*reflect the women's actual written testimony)* to do.    I
eventually ended up in long term rehabilitation."

**Marsha**

"Shame did want to remember what happened.    Great
sadness, I didn't want anyone to know!"

**K.M.**

"It has left me with a profound sense of loss and
shame.    My belief is that I committed an abortion, not
had an abortion.    Although I have been through what was
to be a healing retreat …  my grief remains.    My child
would be 23, an adult who I am sure would enhance my
life greatly as my other children do."

**Nona**

"It ruined any chance of giving birth.    As a result,
I had 5 miscarriages, 3 of them tubal pregnancies,
requiring emergency surgery and were very near- death
experiences.   "

"The abortion industry lied to me about my baby
being a blob of tissue. The abortion industry did not
tell me the high risk of miscarriages and ectopic

11

pregnancies or breast cancer risks. After my abortion at age 15, I suffered 5 miscarriages, 3 of them ectopic pregnancies, very near-death experiences. I believe I also suffered with breast cancer as a result of that abortion, I had genetic testing proving I am not a carrier of the breast cancer gene.  I have suffered from several bouts of depression and attempted suicide, self-mutilation and an 18 year-long abusive marriage as an aftermath of the abortion."

**Jennifer**

"Abortion has been the most destructive and hurtful thing in my life.  I wasn't told about the many emotional consequences, I was expected to just move on. After my abortion, I felt hollow on the inside.  A part of me died that day, physically and emotionally in addition to the killing of my own baby.  Looking back I wish this "right" I had was never given in the first place.  Abortion destroyed my life for 12 years.  I had issues with severe depression, I had suicidal thoughts shortly after, I hated myself for choosing the

12

abortion.  It boggles my mind how people call abortion healthcare – the truth is:  abortion kills babies and hurts men and women deeply.  I have walked with this secret for so long and felt such shame and anguish over it.  I believed that I deserved to be treated badly and entered into dangerous physically abusive relationships.  I had no regard for my own life because of the abortion."

**A.G.**

"I felt guilty for a long time.  It also was a source of shame, guilt, and awkwardness between my husband and I when I was pregnant with our child.  Every time I went to the doctor I had to say how many times I had been pregnant, how many I carried to term and those I didn't why I didn't."

**K.F.**

"Not a day has passed that I have not thought about my baby.  I still pray for the baby.  I still long for this child.  I married the father and we both regret this loss.  We were told not to talk about this and we

have four more children.  The oldest three know and we have expressed our sorrow to them.  The loss for us is as if the child had been born to us."

**Trina**

"I value life more.  I am living a life of regret, guilt and shame.  I constantly wonder what if.  I thank God every day for His forgiveness and try to make the very best out of what I have.  But, I continue to grieve over my loss."

**Christine**

"I never focused on the 3 abortions for years (about 25 years) and then after a marital separation these memories started to come back.  I am forgiven for the 3 abortions, and using the iud's, and the consequences are that I am divorced, I have to constantly work thru depression, I feel very inadequate and empty with no real purpose in life as a women. I know Jesus still has plans for me and I am grateful that He cont to keep me going forward in a beautiful life with Him."

14

**Jennifer**

"Listed above-shame, anger, guilt, fears, physical reprucussions including preterm delivery, severe depression, unhealthy relationships with men and my child. Nightmares."

**Michelle**

"It has negatively affected every relationship in my life. Anger, irritable, guilt, shame, crying, suicidal thoughts, depression, regret, nightmares, flashbacks, alcohol, drugs."

**Lynn**

"I have great remorse. I am terribly sorry I took my own child's life. I've asked God to forgive me. And I know He has, but when I started after years of ignoring what I had done, realizing that I done this horrible thing to my innocent baby, it took a while to forgive myself. I still cry at times and wonder was the baby a girl or boy."

**Debra**

"I feel like a murderer of the worst kind, a killer

15

of children, nothing worse."

**Leella**

"That was 29 years ago and it still haunts me. I have asked God to forgive me and I know he has, but I don't think I have ever been able to forgive myself. I was never able to get pregnant again. And when I see somebody that age I freak out and wonder what could have been.  Have gone thru major bouts of depression.

**L.S.**

"I was depressed and responded by intentionally getting pregnant again, just months later, to have a baby to replace the one I had killed.  As a teen, I talked to my baby in heaven and told her I was sorry. I have felt guilty and regretted my abortion for the majority of my life. Somehow my abortion made me feel unloved, and displaced. Only in the last 5 years have I forgiven myself."

**Dion**

"If it wasn't the deliverence Jesus provided for me from drug addiction, I would have done committed

16

suicide already. I know this because I was consumed by suicidal thoughts, if I hadn't submitted to the Lord at that time I would have succombed  to the destroyer. It breaks my heart to know of all the women in bondage right now, and I pray for their chains to be broken and to be healed by our Lord Jesus."

**Mary Lee**

"The moment I walked out the door of the abortion clinic I was different. Not only the physical pain I had but the emotional pain was so deep I didn't understand. I started drinking heavily to deaden the pain. I kept it a secret for 20 years and it ate a huge hole in my heart. Every time I saw or heard the word abortion I would cry and go into a dark depression period.  Every Year around the anniversary of my abortion I would sob uncontrollably and would be depressed for weeks."

**Shanna**

"Brought me more pain than I could ever imagine."

17

## B. The Failure To Have Contact With The Physicians Increases The Risk Of Unduly Pressured, Coerced Or Forced Abortions

One of the factors mentioned in the decision below as grounds for staying the chemical abortion regime, is that it does not adequately screen for the risk for an unduly pressured, coerced or forced abortions.  Of its Operation Outcry collected 4,728 testimonies of Women Injured By Abortion, approximately half of the women say that they were pressured by someone into having abortions.  *See* FN 2. Coerced abortion is a common problem around the United States, and the FDA's new procedure make that even more likely to occur.   The three most common types of forced abortions are:

- Adult parents forcing a minor teen to abort her child;

- Adult male forcing a woman to abort his child;

- Human trafficking or prostitution.

However, the FDA's approval of unsupervised abortions and mail order abortions  increase the danger and risk that women may be forced into an abortion.

18

Minors have reported to *Amici* that they were pressured by their parents to take mail order abortion pills. One Texas mother has been arrested for forcing her child to take an abortion pill which will be more frequent if they can be obtained by mail.[3]  Men who want their girlfriends to abort, can order mail order abortion pills and deliver it into the food or drink of their girlfriends, thus procuring an abortion to meet the man's need, not the woman's desires. This is one of the reasons why the decision below stayed the FDA regime and enforced the U.S. law against mailing or using a commercial carrier to send abortion-inducing drugs through the mail. This is good for women and prevents irreparable harm.

Justice Alito cited some of the *Amici* women's testimony in their brief in *June Medical Services, LLC v. Russo*, 140 S. Ct. 2103, 2167 (2020) Alito, J., dissenting, abrogated by *Dobbs v. Jackson Women's Health*

---

[3] https://www.lmtonline.com/local/article/laredo-police-woman-tried-forcing-teen-daughter-17880448.php

*Org.*; 142 S. Ct. 2028 (2022). *Amici* deeply appreciate the Plaintiffs and the Court below for taking into account the concerns, true health, and safety of women. *Amici* know from personal experience that the complications from abortion could take thousands of pages to describe.

**II. There is no harm to women if the injunction or stay is continued in effect since in addition to surgical abortions still available in states where abortion is legal, all fifty states have Safe Haven laws which eliminate all burden of parenting of an unwanted child and provide a no-abortion related, safe alternative to abortion**

Since 1999 a new reality with respect to the perceived burdens of parental responsibility has developed in America. In 1999, Texas passed the first "Baby Moses" or "Safe Haven" laws which eliminate the need for any pregnant woman to care for a child she does not want.

Under Texas' Safe Haven law, a woman can, after the child's birth, leave her child with no questions asked at any hospital or other emergency medical services provider. Texas will see that care is provided for

20

that child for at least 18 years.[4]   In a remarkable
social evolution that dramatically changed the law of
criminal child endangerment or abandonment, every state
now   has   such   laws.[5]    This   evolution   completely

---

[4] Tex. Fam. Code Ann. §§ 262.301-302 allows a woman 60
days after birth to turn over the child to an emergency
medical services provider; a hospital; or a child-placing
agency licensed by the Department of Protective and
Regulatory Services.

[5] Ala. Code §§ 26-25-1 to -5 (2013); Alaska Stat. §§
47.10.013, .990 (2013); Ariz. Rev. Stat. Ann. § 13-
3623.01 (2013); Ark. Code Ann. §§ 9-34-201, -202 (2013);
Cal. Health & Safety Code § 1255.7 (West 2013); Cal.
Penal Code § 271.5 (West 2013); Colo. Rev. Stat. § 19-3-
304.5 (2013); Conn. Gen. Stat. §§ 17a-57, -58 (2012);
Del. Code. Ann. tit. 16, §§ 902, 907-08 (2013); D.C. Code
§§ 4-1451.01 to .08 (2013); Fla. Stat. § 383.50 (2013);
Ga. Code Ann. §§ 19-10A-2 to -7 (2013) Hawaii Rev. Stat.
§§ 587D-1 to -7 (2013); Idaho Code Ann. §§ 39-8201 to -
8207 (2013); 325 Ill. Comp. Stat. 2/10, 2/15, 2/20, 2/27
(2013); Ind. Code § 31-34-2.5-1 (2013); Iowa Code §§
233.1, .2 (2014); Kan. Stat. Ann. § 38-2282 (2012); Ky.
Rev. Stat. Ann. §§ 216B.190, 405.075 (LexisNexis 2013);
La. Child. Code Ann. arts. 1149-53 (2013); Me. Rev. Stat.
tits. 17-A, § 553, 22 § 4018 (2013); Md. Code Ann. Cts.
& Jud. Proc. § 5-641 (LexisNexis 2013); Mass. Gen. Laws
Ch. 119, § 39 1/2 (2013); Mich. Comp. Laws §§ 712.1, .2,
.3, .5, .20 (2013); Minn. Stat. §§ 145.902, 260C.139,
609.3785 (2013); Miss. Code Ann. §§ 43-15-201, - 203, -
207, -209 (2013); Mo. Rev. Stat. § 210.950 (2013); Mont.
Code Ann. §§ 40-6-402 to -405 (2013); Neb. Rev. Stat. §
29-121 (2012); Nev. Rev. Stat. §§ 432B.160, .630 (2013);
N.H. Rev. Stat. Ann. §§ 132-A:1 to :4 (2013); N.J. Stat.
Ann. §§ 30:4C-15.6 to -15.10 (West 2013); N.M. Stat. Ann.
§§ 24-22-1.1, -2, -3, -8 (2013); N.Y. Penal Law §§ 260.00,

eliminates any legal need in such states, including Texas, for an actual abortion to eliminate the burden of parenting. *See* National Safe Haven Alliance, www.nationalsafehavenalliance.org. The Supreme Court in *Dobbs* at 2259, reversal of *Roe v. Wade* remarked on the availability of Safe Haven laws.

If a woman is unable to obtain a less dangerous surgical abortion, or does not want one, all 50 states will now **totally remove the burden of parenting as soon as the baby is born**. If she cannot find an abortionist in her area, any woman afraid that a child

---

.10 (McKinney 2013); N.Y. Soc. Serv. Law § 372-g (McKinney 2013); N.C. Gen. Stat. § 7B-500 (2012); N.D. Cent. Code §§ 27-20-02, 50-25.1-15 (2013); Ohio Rev. Code Ann. §§ 2151.3515, .3516, .3523 (LexisNexis 2013); Okla. Stat. tit. 10A, § 1-2-109 (2013) Or. Rev. Stat. § 418.017 (2011); 23 Pa. Cons. Stat. §§ 4306, 6502, 6504, 6507 (2013); R.I. Gen. Laws §§ 23-13.1-2, -3 (2012); S.C. Code Ann. § 63-7-40 (2012); S.D. Codified Laws §§ 25-5A-27, -31, -34 (2013); Tenn. Code Ann. §§ 36-1-142, 68-11-255 (2013); Tex. Fam. Code Ann. §§ 262.301, .302 (West 2013); Utah Code Ann. §§ 62A-4a-801, -802 (LexisNexis 2013); Vt. Stat. Ann. tit. 13, § 1303 (2013); Va. Code Ann. §§ 8.01-226.5:2, 18.2-371.1, 40.1-103 (2013); Wash. Rev. Code § 13.34.360 (2013); W. Va. Code § 49-6E-1 (2013); Wis. Stat. § 48.195 (2013); Wyo. Stat. Ann. §§ 14-11-101, -102, -103, - 108 (2013). *See also* National Safe Haven Alliance, www.nationalsafehavenalliance.org.

would interfere with her life in any way, can simply give the child to Texas at birth or within 60 thereafter days and she will have no impediment to her future education, lifestyle or career plans. All "burden" of parenting has been removed as a matter of law. Texas and all states even have programs in place to assist with the burden of medical care and nutrition for all low-income pregnant mothers and the expenses of childbirth

Now the current law in every state shifts the entire burden of parenting to the state, if the woman so desires. Total sexual freedom for her if she chooses; total state responsibility by current law if she chooses. *Amici* are not saying this is good or bad law, but **it is the law** in all 50 states, including Texas. These new Baby Moses' laws eliminate any burden on women to care for the children they conceive as a matter of law. The entire burden of care, feeding, education, medicine: every financial and social obligation of parenting can now be borne by the state, at no cost to

23

the mother; thus it is less expensive than abortion.

This is quite an evolution for society and women. In *Casey*, 1992, **the states imposed by criminal law the responsibility of 18 years of child care on women**. The Court was very concerned about this impact on women. But now, all women can have full liberty from maternal responsibility after birth. Freedom from career impediments, the lifestyle choices of sexual freedom and liberty are now fully available to any woman without severely injuring herself or killing the "*infant life she once created and sustained,*" or driving over 150 miles. *See Gonzales* at 159*.*

This still leaves the significant, but vastly lessened, burden of pregnancy itself. Even under *Roe*, the Supreme Court consistently held that requiring the woman to bear the hardest part of the pregnancy (the last three months) was not an "undue burden" because it allowed bans on abortion **after viability**.[6]   Thus,

---

[6] *Roe v. Wade*, 410 U.S 113, "*If the state is interested in protecting fetal life after viability, it may go so far to proscribe abortion during that period, except when*

carrying a child is not irreparable injury. After viability at 24 weeks, even under *Roe* and *Casey* jurisprudence, women were already required to bear the last three months burden of pregnancy because of the "profound respect" for the human life of the child in her womb. *See Gonzales,* at 146*.* At the first moment that the state can actually remove all her burden, without killing the child, i.e. birth, Texas now does so. All States do. This shifts all the responsibility that can be safely shifted from women to society. Regardless of one's view of the social utility of such a law; it is the law in all fifty states.

All of the *Amici* Women Injured by abortion know that feeling responsible for the death of your own child can produce devastating psychological consequences. All the *Amici* women relay abortion experiences similar to these Texas women with varying consequences.

No one claims abortion is easy. Even ardent abortion

---

*it is necessary to preserve the life or health of the mother."* At 163-65.

defender Justice Ginsburg agreed that abortion is "painful and difficult." *Gonzales* , *supra* at 83, n7 (Ginsburg, J., dissenting). Why? Not because a woman is removing a wart, but because abortion is killing a child. If women want freedom from parental responsibility and its burdens, abortion is no longer the only solution. With Baby Moses laws, women do not need to go through the trauma of abortion to obtain the freedom from child care responsibility.

The psychological risks are real, as an abortion textbook endorsed by the National Abortion Federation, "Management of Unintended and Abnormal Pregnancy," lists "Risk Factors for Negative Emotional Sequelae."[7] *See* also "A Clinicians Guide to Medical and Surgical Abortion," listing 14 risk factors for mental health problems after abortion, Ch. 3, p. 28-29, 1999.

Historically, as the Court below noted, Opinion at p. 61 and *passim*, the secrecy and shame involved in

---

[7] By Maureen Paul, E. Steve Lichtenberg, Lynn Borgatta, David Grimes, Phillip Stubbelfield, and Mitchell D. Creinin. (UK 2009) Table 5.4, p. 57.

abortion has prevented public disclosure of many of the ill-effects suffered by women in the aftermath of abortion, and – most notably – the psychological effects. As the 5th Circuit has already acknowledged in *Tex. Med. Providers Performing Abortion Services v. Lakey*, 667 F.3d 570 (5th Cir. 2012) (abortion cannot be performed in a way that enhances women's dignity).  As the words of the Women Injured by Abortion detailed above demonstrate, many years– even decades – of silent suffering can occur after abortion.  These women are often unable to share the horror of their experience with anyone and are tormented by their thoughts of suicide, guilt, shame, nightmares, sleeplessness, and depression.

The most comprehensive bibliography of studies showing abortion risks is included in Elliott Institute, http://abortionrisks.org/index.php?title=Index.  Though some of these studies provide background information, most include statistically significant results linking one or more adverse effects to abortion.  There are hundreds of studies worldwide documenting the harm to

women from abortion.

As more and more women come out of the darkness, science and courts have now documented extensively that abortion has irreparable adverse psychological consequences.    For example, following *Gonzales,* the Eighth Circuit has already held that adequate scientific evidence exists to support the statutorily required disclosure that **abortion increases a woman's risk for suicide and suicidal ideation.**   *See Planned Parenthood v. Rounds,* 686 F. 3d. 889 (Eighth Cir. 2012) (*en banc*). After extensive scientific review, the Court rejected the abortion industry and American Psychological Association assertion that this statement was false and misleading. Money damages for all these women would be impossible to recover and pointless in repairing the guilt of causing the death of one's child.

As *Amici* know from personal experience, abortion increases the risk of depression, trauma, eating disorders and substance abuse, guilt, repressed grief, divorce and chronic relationship problems, unresolved

28

trauma, repeat abortions, self-punishment, and child abuse of their other children.[8]   Regardless of one's position regarding whether or not a child in the womb is a human being worthy of legal protection, clearly anyone can empathize with the grief and sorrow of a mother, as shown above, who comes to believe she has murdered her child.

---

[8]     Elliott     Institute:     www.afterabortion.org, "*Psychological Risks: Traumatic After Effects of Abortion*", with many citations.

## PRAYER

*Amici* respectfully pray this Court affirm the District Court's decision below to  issue the stay on mifepristone approval below, or issue a preliminary injunction in the alternative.

Respectfully submitted,

/s/ Allan E. Parker, Jr.
Allan E. Parker, Jr.
Lead Attorney for *Amici Curiae*
The Justice Foundation
8023 Vantage Drive, Suite 1275
San Antonio, TX 78230

# TEXAS WOMEN INJURED BY ABORTION
## (With Their Children's Names)

Molly White, in memory of my children, William Conrad (Little Bill) and Josie Gayle;  Myra Jean Myers in memory of  my child, Joshua;  Nona Ellington in memory of my child, Darren Nicholas;  Maria M. Banks in memory of my child, Matthew;  Lorraine Debra Agold-Rich, MSN, RN, CRRN, in memory of my child, Esther Rachel;  Linda Huffstetler in memory of  my children, Matthew Jay and Mark; Sharra Poteet in memory of my child, Hannah Grace;    Julie Holdgate in memory of my child, Cody;    Madonna Medina in memory of my child, Pua Lililehua;  Betty Underwood in memory of my children, Thomas and Olivia Diane;  Lisa Skowron in memory of my child, Jonathan Allen;  Kelly Moore in memory of  my child, Isaac; Julia Davis in memory of my child, Joseph Gale Jones;  Cathy Stewart in memory of my child, Nicola Dawn;      Helen B. Dean in memory of children, Michelle and Samuel;    Jennifer Sandidge in memory of my children, Stephen and Anna;  Ruth McLemore in memory of my children, Elisabeth Rose and Aidan;    Linda Honea in memory of my child, Paul Michael;  Toni McKinley in memory of my child, Elijah; Charity Idotenyin Wilson, in memory of my child, Dylan;    Crystal, in memory of my child, Nathaniel;  Deborah Jan (Henderson) Efurd in memory of my child, Aden; Sue Lassiter in memory of my child,  Luke;  Rolanda Shrader in memory of my child, Abigail Jordan;  Mary Quin in memory of my two aborted children; Penne Logan in memory of my children, Elizabeth Marie, Nathaniel, and Jacqueline Ashton; Tracy Reynolds in memory of my child, Debbie.

# TEXAS WOMEN HURT BY ABORTION

Shanna C., Katherine Herrmann, Rachel, Vickie Adams, Dalila Aldrich, Debra, Sarah Allen, Tammie, J.A., D.A., L.A., Cindy Arbaugh, Barbara Archer, Kay Archer, Mitzi Atkinson, Linda Austin, B.B., K.B., Jennifer, Patricia Bilbo, Misty Black, L.B., Jorea McNamee Blount, Kandy, Rebecca, Donna, Misty Bridges, Amy, A.B., Loretta, Lisa Chisholm, N.C., Maria, Teresa Carrow, Adrienne, Summer Cash, Rosa, Carol Castro, Karen, Leella Cherry, Andrea Christopher, T.C., L.C., Kathryn, Mary Cochran, P.C., Lisa Collett, Mary Collier, S.C., Lynne, Janet Conway, Cheli Cook, Maria Toribia Cooper, F.C., Jackie, Darlene Johnson Davis, Christi Daws, Annette, J.D., A.D.,  Dayna DeBin, Saundra Decker, Anne, M.D., Marian, P.D., Crystal Derrick, Mary, J.E.D., Betsy DiGiancinto, Julie Dinkins-Borkowski, Danna Dixon, J.D., Kay Doran, R.D., Elizabeth Douglas, Mary Ann Duncan, Beatrice, K.D., Julie Enriquez, S.E., M.E., Lisa Fallis, K.F., Rosalie Farmer, M.F., Rebecca, Amanda Ford, Angela Ford, Barbi Fox, Celinda Frost, Tina, A.G., Esmeralda Garza,

Wanda Gebhart, Melissa Getz, T.G., A.G., G.G., Mary Guzman, Kathi Hall, Ketra Hancock, Carla Hansbro, Cari Harris, Crystal Hartmann, Charlotte Hartzell, Jane Hatcher, Stacey, Dorinda Haun, Jeri Hawkins, Marsha Hayes, S.H., K.C.H., Maria Teresa Hernandez, Sandra Hernandez, Cami Hill, M.H., Rochelle, Bonnie Horn, Lynn Hoyt, Jessica Hughes, M.H., D.J., Carrie, Anna Jordan, Christine Kasper, Katherine Keeney, Jessica Kelly, Penny, Angie, Rebecca Kennedy, Thon, X.K., D.K., Wendy, Kristin, Maureen, Janet Kunkel, Jill, Paula Lafleur, Stephanie Larson, Ginny Larvin, Lisa Lerner, Kate, Sandra Livingston, Berlinda Llanes, Penne Logan, Lisa, B.L., Teresa, Madrid, Cindy Maggiulli, K.M., Debra Marrinan, Jennifer Martinez, Judy, Linda, Mary Lee Mason, Marga, Michelle Matthews, Jeri, Erica, Laura, M.M., Aimee McGinnis, Marion Lee McGlothlin, Sharon, Beth McKee, M.M., Rhonda Meek, Diana Miller, Debra, L.M., Yvonne Moore, Melanie Morgan, Viola Morgenstern, Donna, Kim Moss, Llana Moss, Diana Nash, Tammy, Anisa Neely, Thelma, Suzanne, Marlene O'Keefe, Kimberly, Shelley, P.O., Patti Parr, Gale Payne, Lelar Phoenix, D.P., L.P., B.P., Debra, T.P., Mary, K.R., Sue Ratterree, Ginger Resta, Kimberly Reynolds, Rhonda Rhodes, Margaret Rice, Arcilla Richards, Laura, Karen, Betty Martinez Rivera, J.R., Kellie Roekner, E.R., Irene, Lynn, Dion Ross, Jennifer Samora, Jill, L.S., Lana Sanders, Jennifer, Amy, Linda Seibert, Renee Sharper, Khristina Shaw, P.S., Amy Shipton, Rolanda Shrader, Nicole, Dian, Victoria Smith, Rande Snyder, L.S., Myrna, C.S., Christina, R.S., Deanna Suarez, Norma Jean Tanton, Betty Taylor, Joanne, P.T., Stella Taylor, J.T., Keri, R.T., Carrie Toering, Becki, M.T., Meg Valentino, M.V., R.V., T.W., Nikki Waltrowski, J.W., Mary, R.W., Sherre West, Jolean, Alison, P.W., T Antoinette Wilson, M.W., Terra Wood, Januari Works, J.W., L.W., Valerie, Cathy Young, Megan, D.C., MeKel Engel, Lisa, Cynthia Leonard, L.W., S.A., M.A., LaTasha Anderson, R.A., Stephanie, Pat Becker, E.B., N.B., Linda Lee Caldwell, Stacey Chapman, Ashlyn Clark, Linda, C.C., B.C., S.C., K.D., Lori, Michelle Dominguez, E.E., Renae Erskine, S.F., Jessica, M.F., Wendy, L.H.G., Michelle Haley, H.H., G.H., Emily James, S.J., Janice, Alyson Jones, Linda Lee Jones, C.L.K., Connie, Julie Keenan, V.L., Jennifer, Nancy Marston Gabriel, Natalee McRoberts, Pamela, V.M., Ashley Morris, K.M., L.N., Tracy Nudelman, Robin, Elaine, Andrea Pearson, Marla Peterson, Linda, Margaret, R.R., Marinda Reeves, Sherri, Dawn Riffe, Nancy, Joyce, C.S., Debra Skeens, Tasha Stewart, K.M.T., Melody, A.W., B.W., Janet Wimmer, Stephanie Worley, Amy Young, K.Z., Cassandra, Elena Ancarrow, Leslie, Pricilla Balido, J.B., Nancy, Sandra Darling, Susan Daugherty, Shaina DeGuire, Lisa Diaz, Laura, S.D., Grace English, Tracie Estrada, Amanda, Ashton Fisher, Nina, J.B.F., P.R.G., Rita Gonzalez, Shirley Lynn Gritta, Tana Hawkins, Corie Ann Heban, Maricela Irons, Amy Jackson, Karen Jeffers, Vanessa S. Jones, Alisa Jordheim, Eva Joy, Maureen, Sandra Lambert, Tonya Lawson, Janet Lemelle, Dawn Maples, Janet, DeeAnn McDonald, Margie Miller, L.M., Tommie Neal, M.O.K.,

Carol Phillips, Karen Porter, Lillie Marie Price, Kimberly, S.R., Britany Rice, Ana, Sylvia Rodriguez, Randa Gillespie Russell, Cathy, Aleyda Salinas, Theresa Schrock, Kathy Scott, Tracy Sequin, V.S., Therese Spina, Lisa, Sylvia, Susie Taylor, Misty Timms, Jennifer Tonnon, Davida Trackwood, L.T., Kelly Vanderlinden, Sonya Weston, Patricia White, Susan Wicklander, Rhonda Simmons Willis, Sheryl Young, Lidia Ruth Ampie, C.A., Edith Austin, Lisa Barger, Grace Bernal, Pamela Berry, T.A.B.G., Tammy Lyn Boyd, V.B., Diane E. Brodie, Beverly Burwell, D.C.H., Lana M. Sander, Yvonne R. Chumchal, B.C., Kimberly Davis, Margaret Gamez Erhardt, Dawn M Erickson, Thelma Catherine Erickson, C.A.E., Kelly Fairman, Carolyn S. Everett, Kathy Farris, Laurie Fontana, Kellie Fore, Linda Carol Gartman, Maria Gilliam, Karen Sue Green, C.G., Gail E. Grisell, Dana M. Hall, Dianne L. Hensley, Katharine M. Hill, Rev. Sandra A. Hunt, Kyra Janke, E.K.J., Evelyn G. Johnson, Gale Denise Jones, Anna Jordan, Earleana Jorden, Margaret Ruth Kinney, Karen Lynne Elliott, Susan Emilie Lacy, M.K.L., Terry L. Martin, C.M., Carol Mathews, Vanessa Moore McDonald, J.M., Kathy McKee, Denise Momberg, G.M., M.M., Camelia M. Murphy, Kathleen Murz, Delia Musquiz, Susan L. Myers, Nechol P. Nicks, Kristene O'Dell, J.A.P., Kaye Peterson, Belinda Puntamein, Lynn F. Rasberry, K.L.R., K.R., Cherie Rush, P.S., Jennifer Shell, Linda Simoneaux, Jennifer E. Sisk, Barbara Sue Smith, Denise Seiberty, Caprina Smothers, J.S., N.T.S., Starr Spencer, Johnnie Thompson, Deborah Lynn Stull, Lori Stirrup, Blanche V. Terry, Cynthia Diane Thomas, Sharon J. Thrasher, Peggy Thompson, H.T., R.D.T., Heather Vaughn, Jenny Wankmueller, Carolyn Weedin, Cynthia V. Wehling Betty Jean Welch, Diane Whitney, Sandra Woodley.

## OTHER WOMEN HURT BY ABORTION
### (With Their Children's Names)

Luana Stoltenberg in memory of my children Ashley, Ruth, and Jacob; Paulette Bunting in memory of my child, Owen; Lisa Beair in memory of my child, Matthew Gabriel; Carol Rowe in memory of my child, Amy; Denise Mixson in memory of my child, Joshua Caleb; Kathy Rickman Rutledge in memory of my child, Nathaniel Isaac; Dianne Kirkwood in memory of my two unnamed children; Andrea Sosebee in memory of my child, Rosemerry; Felicia L. in memory of my child, Christian; Susan Swander in memory of my three children, Luke Michael, Grace Anne and Benjamin Lawrence; Angela Thompson in memory of my child, Hannah Elizabeth; Cheryl E. Carey in memory of my child, Richard; Melinda Chisum in memory of my child, Corey Wayne; Toni Buckler in memory of my child, Francis Mary; Kay Painter in memory of my child, Sarah; Dr. Dianne Heynen in memory of my child, Amanda Marie; Barbara Higgins in memory of my children, Daniel, Anna, Joshua and Lawrence; Amanda Barron in memory of my child, Marilyn Joy; Sonia L. in

memory of my children, Angel and Gabriel;  Nadine A. Newman in memory of my child, Nathaniel Caleb;  Stacy Lynn Massey in memory of my children,  Dylan Connor and Dory Kalani;  K. A. in memory of my child, E.S.;  Millie Lace, in memory of my child, Jill Allison;  Golda Sharon Ross Campbell Dunn in memory of my child, Cory James;  Danelle Marie Hallenbeck in memory my child, Grace Marie;  Kimberley Seward in memory of my children, Ariel and Amanda; Mary Kidney in memory of my child, Theresa Joy;   Stacy Branch-Boyd, in memory of my children, Isaiah and Niya;  Carla Stream in memory of my child, Aubrey;  Karen Bodle in memory of my child, Lauren Elizabeth;  S.P. in memory of my aborted child;  Sherry Neuenschwander in memory of my children, Andrew "Drew" Mitchell and Jakub Dean;   Laureen Metcalf in memory of my aborted children;  Cecilia Sullivan in memory of my children, Michael Joshua, Jennifer Lynn, Sarah Renee and Matthew David;  Carolyn  J. Barry in memory of my child,  Addison Joy; Cynthia Boothby Marvin in memory of my child, Jenny;  Lynda Winkelman in memory of my child, Hope Marie;  Michelle Lyn Geraci in memory of my child, Polly Ann;      Alena Radtke Gabriel in memory of my children, William, Jairus, Elizabeth, Mary, Jennifer and Jerry;  Joyce Leslie Klosener Zounis in memory of my children, Michael, Glenn, Gregg, Christopher, Charlie, Jennings, and Dimitrios; Susan Rowland in memory of my child, Robert Stephen; Sherry Hearon in memory of my child, Robert Joseph;     Irma L. Gomez in memory of my child, Nathanael Yosef  (if my child was to be born a boy) or Irma L. Gomez  in memory of my child, Sarah Leah ( if my child was to be born a girl);  Amorette Keenan, in memory of my child, Daniel Joseph;  Patti Williamson, in memory of my child, Grace Joy; Teresa A. Bolden in memory of my child, Daniel Raphael;  Alicia Michelle Haley in memory of my child, Shanna Marie, Loretta Judy in memory of my child, Ann Theresa, Kaylania in memory of my child, Jamie, Karen Holdren in memory of my aborted child,  Katharine Hill in memory of my aborted child, Arlene Lehman in memory of my children, Trevor and Tiarra;  Ellen Garrison Philpot in memory of my children, Mathew Thompson, Jacob Clark, and Rebecca Mary; Barbara Chapple in memory of my children, Melissa and Erwin, Melody Ashley in memory of my child, Ericka Rae; Lee Karcher in memory of my child, Samuel; Janet Hurguy in memory of my child, Kenny Lee; and Nita Roder in memory of my child, Thomas Aaron Roder.

## OTHER WOMEN HURT BY ABORTION

Stella King, Beth Lizano, Amanda Coyle, Victoria Faber, Diane M. Szurleys, Melanie, Cyndi Saunders, C.H., Marsha George, L.D., Lisa Wolske, Nancy Bienvenue, Jamie Casey, K.H., Donna Barham, P.B., Mary Fain, Cynthia M. Adams, Amanda Brooks, Debbi Carlson, Mandy Henderson, Deborah, Amy

McLeod, L.M., Karin Dawley, J.J., R.L., M., Cheryl Hall, Tina, Dortha Higgins, Melody Pipkin, N.W., Lee Matthews, Vickie Jackson, Cheryle, Holly Peacock, Mildred Ross, Clara Morrison, Bobbie, Michelle, Sue, Wanda Couch, C.E., Susan, Jennifer Ingram, Rita Wise, Karen Matthews, Myra Hammond, L.R., Leslie Davis, Cindy Harless, D.G., Jennifer, Lucille Patrick, Cynthia, Crystal Roden, Shatina Logan, Morgan, Darlene Reavis, Linda Jackson, J.H., Maria Pistole, Dickie Ann Lashlee, Kari Hodges, Lisa Nunley, Susan, Barbara Chambers, A.H., Kristi Hays, Kellie Eaton, L.G., Sandra Marin, Rita, K.C., Deanna Ekings, Jennifer Brannon, Andrea Christine Perez, M.B., Carolyn Roberts, Jessica, P.A., Dana Vasquez, S.B., Terry, Lynn, Kathy, L.L., C.H., Loretta, Jillian, Karen Mackean, C.J., Barbara, Stephanie, Laura, Susan Palm, Sandra Scott, Carolyn, Monica Jordan, Trish Shroyer, Rita Vehon, Kriston Delhommer, Gina Dwyer, Deborah, Tiffany Stuart, Charlotte Fortier, S.B.K., Judi Mountjoy, Kerri Swiniuch, F.A., Christina, Jasmine Cruz, Donette Fox, Sharon Brown, Pam Lanham, Carol, Cindy Seipel, Sandra, Yvonne Morris, Cynthia Chinn, Tamara, Lisa, Joy, Cassandra, Minda Martine, Barbara Miller, Linette Hollyfield, Renee Villani, Margaret Cavolina, Mayen Handy, Patricia Palmer, Gina Kent, Sally Swanson, S.T., Kerri, Deborah Stinson, L.P., Jennifer Serban, Lisa, J.B., Loretta Soto, Virginia, Jeannie Seanor, Janice Cleary, T.G., Kathy O'Shea, A.T., C.M.S., Vickie Munoz, L.C., Patricia Camper, Sandra West, S.N., L.B., C.R., M.A., Lisa, V., Lisa Zavitka, Taylor Orona, Kristin Walters, Valerie Robins, S.M., Christine Peterson, Christine Mabery, Susan Page, Tammy Mendoza, Shadia, L.M.K., Charlene Hoyer, Elizabeth, Samita Sigala, Marjorie DiCarlo, Joyce Crommett, Diana Slumskie, Bonnie Levorson, Maralyn Smith, M.O., Marie Knapp, Beverly Williams, N.R., Sylvia Chaffee, Rebecca, Sheri Del Core, Mary, D.L., Christl Siller, Angela Sisneroz, Dana Watson, Therese Dill, Lilly Simmons, Deborah Cross, Sunny, S.J.P., Kathleen White, Jacqueline, Dorothy Lampi, M.B., Gail Levin, GapHyun Oh, S.W., K.S., Michelle Ciotta, Chrissy Helmer, Debbie Pennington, Gina Bartok, F.O., Ammery Philebar, Beverly Cayubit, Nora Navarro-Smith, Paula Pearce, Cindy Silva, Janice Jackson, S.J., Kamala Dyer, Consuelo Shurtleff, Patricia Byrne, Patty, A.C., Sandy, Sonja Bates, Donna, Terri Blackburn, Jennifer Trier, Kelley, Vanessa Yaglinski, Heather Sparks, Jaclyn LaBarbera, Leslie Brunolli, Bethany Greenleaf-Perez, Paulette Williams, Dusty Ward, Maureen, Sarah Walker, Bonnie Alvarado, Michelle Bachini, Natalie, Jennifer Kapur, C.P., Barbara, R.C., Christiana Brotherton, Ruthann Doyle, S.B., D.L., Randi Lolli, L.M., Sonia Freeman, K.A., Nancy, Barbara Riggs, Heather Rivera, Julie, Carolyn, K.S., J.C., Kori Peterson, P.P., Victoria, Catherine Avenel, Cyndy Melnyk, M.B., Elie, M.A., M.D., Patricia Smith, L.A., V.M., J.F., Lisa, K.D., Jennifer, C.K., Angie, A.B., Lorraine, D.B., C.K., T.M., Debbie, P.M., Susan Denessen, M.E., Jeanne Scott, C.P., D.S., Christine, E.H., Rachele Flores, M.W., C.B., Y.C., Diana DePriest, Monique, Elizabeth, Maricela Contreras, Judy Bowles, M.H., June, Jessica Green, Janis,

Lorraine Johnson, Sylvia Nickelson, Roberta, Kathy Hearn, Karin Gorton, G.E., Denise, Carlene Pearson, Cindy Broese Van Groenou, Karen Cooper, Tracee Metten, Pamela Malchow, K.M., Iris, Debbie Woods, Merlyn Cruz, Barbara Hume, H.H., Sarah, Luisa Casados, Nicki Swendemen, Tanya Flores, Jane Suchner, Sharon, Donna Warford, B.R., V.J., C.D., Patricia Camper, Pamela Berry, Jennifer Woerner, D.R., S.R., Regina Chavarria, Diana, Linda Barnes, Elie, Tonja, Vickie Edwards, Keri Newton, Sharon, R.H., Joanna, Andrea Finch, Paula Johnson, Mary Lou Rodriguez, Sally Jacobus, Maureen, Denise Keiser, A.K., Z.N., Michelle Greco, Jeanne Scott, Cassandra, S.S., Naomi Killough, Margo, Kathy Jones, C.T., O.C., Dolores, Cassandra Rinnert, Diana, Antoinette, Elaine Fleming, L.H., Tricia, Donna Koch, Mary Ann Broussard, Cynthia, C.M., H.M., Scot, Leah Vandersluis, Diane Sillstrop, Regina Cook, Rachel Tagliente, Kendra Watson, Mary Ann Mueller, Kristina, Lisa Koets, Holly, Cindy Schneider, Judy Fosburgh, L.M., Abby Corrigan, Kathleen, R.S., L.O., Heather O'Leary, M.W., S.H., Kimberli Orr, J.G., Tammy, Dawn, B.V.G., Lisa Koets, M.W., R.B., Tricia Toon, Cheryl, M.H., Ronda, Dwan Rager, Susan, Vancellen Ravensberg, Marlene Murray, Jane, Jill Norman, Connie, K.S., Christine, Catherine, A.S., Barbara Kaper, Susan Karbach, Sandy, Pamela Free, Barbara Allen, K.D., Cindy, R.H., Lisa Jones, Becky Wade, Martha Huber, K.J., Sherri Lafferty, Christine, Joan, Bracken, Katherine Callaghan-Fenton, Jennifer Bennett, N.Y., Sharon Bente, Carol Bracken, Joanne Alexander, Denise, E.J., Kate, Suzanne, Patricia Spruance, Pati Adams, Kathryn Geary, B.J., Lisa Doak, C.L., C.S., Tina, Teresa Bolden, Jessica, Emily, Lynnsey, Christine Williams, Amarilys Suarez, Muriel Ramos, Kerry Black, Leanne Kaplan, Valerie, P.B., Valerie McCoy, N.M., Sara Flynn, Kathleen Weissinger, Judith Ewaldt, Carole Hayes, J.M.K., Loretta Judy, Sharon, Sonia Velasquez, D.R., L., Denise Mixon, Arleen Elias, Kathleen, Debbie, Viviane, Amanda Lee, Patricia, Heidi Messina, Karen Leone, Lynne Davis, S.B., Krista, G.N., Tamsyn Logan, Dr. Sonja Lonadier, Cherie, Jen Drake, Teresa, T.W.,  Jamie Williams, Linda Van Wey, Ashley Koubek, Melissa, Linda Tholl, Traci Licht, L.T., Gale Jones, Lupe, Mildred Gonzalez, J.W., Teresa O'Brian, Janet Darrah, Judy Langston, Joan Giakoumis, Suzanne Edens, Tara Bounds, Bonnie, Jana, Marcia McNaney, Angel Hill, Jenny, Elizabeth Gamble, Marion, Daria Monroe, Cherie Anderson, Pam, Heather Chaddock, Mollie, Helen Upton, Denise Lewis, Cheryl, April, Edith Ugarte, June Heitzman, Julie, Billie Jo Carney, Spring Malone, M.P., Wanda Febo, Sarah Eaton, C.A., Jennifer, Lesley May, Renee Pechonis, J.M.C., Jaime, Dee, N.W., Mandi Massenburg, Sharon May, Jeanne Pernia, Lisa Rist, N.L., S.M., E.W., Catherine, Lucinda Fasig, Lisa, M.E., Kathleen Weissinger, M.A., Kristi, C.K., Maura Lanz, Robin Squillante, Mildred Gonzalez, Myrtle, M.A.C., Margo, Silvana, Rebecca Cyphers, Barbara Randolph, Sharon, M.M., C.C., D.L., Gina, Carol Thomas, Deborah Borges, Constance, D.D., Vikki Arneault, Tracy Robertson, M.O., D.P., S.T., Kristy, Brenda, Sarah, Linda,

Cheri, M.H., Deborah Le Blanc, Simone Taylor, Elaine, P.J., Rhonda Cruz, Donna, Melissa Mason, Tangie Jeffrey, Diane Bright, Theresa Taylor, Kristine Peters, Gena Duran, M.S., T.M., Mary MacMillam, Luz Marina Tamayo, Ana Lopez, Sharon Herrington, Claudia, S.F., Marjorie Hayes, Karina Stong, Heather Goldin, Alyssa Mayberry, Jennifer Kittredge, Sharon Baumgartner, Lynnsey Bailey, June Heitzman, Winnifred Bell, Denise Hansbury, N.L., Lois Angela Wood, Lynn, Melody Roseberry, Laura Slaback, M.B., Sally Nealy, Mary Guthrie, Melissa Brusoe, A.W., D.P.H., Michelle Geraci, R.M., Loretta Judy, Patti, Colleen Walters, Karen Franzen, B.W., Katherine Adinolfe, Kimberly Stark, Delia Cooper, A.N., Rebecca Reisinger, Diana, Pamela Robbins, Rachael Sidwell, Marcia Gray, L.W., J.T., C.G., C.R., Yolanda, Rosalie, Sandra, Darlene, Annette Ciaravino, Shannon, Jackie, Lisa, S.M., Theresa Hughes, Cynthia Marvin-Richard, Debra Civetta, S.B., Stephanie Sparks, Regina Davidson, D.M., Charlotte Smith, Michele, Gema Bass, Melanie Carter, Holly Whitehead, Donna Hauntsman, Kim, Susan Bennett, Deidra Paulk, Teri Bradberry, B.P., R.C., Sandra, Jeanne Pernia, Patricia Lea, Sherri Nelson, Margaret, Gina Hartley, Sonya Howard, Cindy, Julia, Helanie Tresidder, Angela Horne, J.F., D.D., Susanne, Christine Maynard, G.L.L., M.B., Monika Woods, Patty, Cristina, Z.R., P.P., B., Karen, L.B., Gloria Kite, Kim, Katie Rowell, Louise, Margaret, Mary Jean Roberts, U.B., V.W., Jae Duffy, V.M., Marcia, A.G., Holly, Kathryn Siegel, Karen Downing, Kelli Combs, Cindy Wright, B.O., Cheryl Jackson, Terri, Deborah Carter, Kerri Parson, Julie Bugg, J.C., I.R., Tonya Dodson, T.E., Maria Rice, L.A., Liz, Patricia, Nancy Fabbri, Cindy, Charlene, Rebecca Kikugawa, A.W., Janet Eisenbach, Sacha Ferguson, Carrie Ehrgott, Jennifer Adcock, Marybeth, Janet Eisenbach, Alida White, Audrey, Kim Downham, Cynthia Korn Flick, Pam Luders, Julie, Darcy Dvorak, S.R., Susan Heinle, Shawn Lohry, C.K., Carrie Pauley, Erin Brandt, Candace Davis, Becky Menke, C.S., Deaun Zasadny, Donna, Suzanne Hall, N.M., Jocelyn Fry, Victoria Sachleben, Terri Wright, Amanda, Aishaq Mefford, Kelly Antonczak, L.B., M.C., Danette, J.W., Virginia, Heidi, T.P., Joy Martin, Kelly Shane, M.H., Jacqueline Conrad, K.O., Julie Holland, B.R., Linda Couri, Narda Rothermel, Rhonda Clark, Anne Penney, JodiLynn Pautz, Dawn, Diane Rittenberry, Lianne, Jody Aldridge, Linda Neill, Debra Birkhead, Joely Forte, Wendy Morrow, Gloria, Tonia Cohoon, Deb, A.S., T.W., J.K.H., V.N., Judy Stott (Dasse), V.B., J.R., Pam, Anette Rodriguez, M.O., Jean, C.F., Christie Duffy, Phyllis, Crystal, Cathy Trowbridge, Jean Nance, R.T., Barbara, Shannon Dunn, Sarah, Carol Rybacki, Beth DaCosta, Eve Johnson, Amy Wantz, P.C., Kim Barnett, Bonita, Cathy, B.R., Janet Givens, Andrea, Aimee Gill, Shanna, A.A., Holly Maxwell, Fran, Heidi Wheeler, Diann Canapa, L.S.T., Jeanna Romein, Krista, S.H., Lisa, Sarah, Brandi, Iris Wright, Linda Thomas, Marsha Yeary, Linda Sargent, Christine Harrington, Leslie Kraus, Aimee Gill, Ronda Stratton, Peg, Joyce Howard, Sandra, Stacy Wright, Shannon Hoy, R.M., Rebekah

Carpenter, Linda Crawley, Rhonda Smith, Julie McMillan, Leandrea, C.K., B.C., Rakisha Davis, Christine Bullock, Virginia Mahoney, T.B., Phyllis, Katrene Bormann, Amy Meyer, Deborah Kohl, Yvonne, A.K., LaVeta Wheeler, Q.M., Wendi Unrein, Kathryn Washburn, Karen, Carol, Marcia, Tina, G.H., Jean, V.S., Anne, J.O., Christine, B.M., Stephanie Thomas, Theresa McCrackine, C.R., Nancy, Kathy, Linda, Amanda, K.T., Erin, Lindsay, Lori Williams, Kristi, Glenda Capps, Denise Nash, Kaitlyn MacMillan, Victoria, Bobbye Blackburn, Pamela Brown, S.F., Bridget Richardson, Terri, J.J., Brenda Fogle, Susan, Angela, Anna, Deidre Edwards, Lisa, Vicki, Deborah Ellis, J.D., Rebecca Barnes, Melinda, Virginia, Heidi Reihing, Melanie, Deanna, Sherry, Catherine New, Donna, Kathleen O'Donnell, S.K., Cynthia Labutka, Joyce, Shannon Murdock, Veronica, Carol, Jeanine, Tina Fontenot, E.P., Brandi, S.T., Stephanie, Michelle Durand, Jan Pitts, Tammy, Kay Murphy, Susan, I.G., T.C., Marie, Diane Tate, Catherine Husband, Roni, Sharon, Mandi Ponce, Karen Bock, Brittany Guillory, Jeanine McAndrew Holmes, Kerri, C.K., S.S., C.R., Laura Carrion, Melinda Franz, Kathleen, Madeline Fiorino, Grace Ann Haggerty, M.F., Sharon Lynch, Lori Tanner, Theresa Green, Kathleen Stepherson, Gwendolyn D'Aguiar, Denise Merullo, K.B., Lisa Pugh, Janet, Linda Stanley, M.K., Denise Douglas, Teresa Kampmeyer, J.A., Cindy Riley, Nina, Jessica, Melissa Garman, E.F., C.P., Sue, Maria Grace, E.K., Colleen Copeland, A.B., Jill, Jennifer, Linda, Meredith, Karen King, N.J.E., Bonnie Bass, Honorine, Theresa, Angel Murchison, Suzzanne, D.P., Laurie, Leslie Sneddon, Barbara Lee, Ellen Beshada, LuAnn Phillips, Agtnese Rafaelli, D.B., Delia Seeley, Amy, Tami Floranelli, B.B., J.H., Deborah Sidelinker, Tammy, Tara, Terena Lawson, Judy Hill, Christin Rutkey, A.D., Kathryn Sieloff, Kathryn Beckwith, Shari, Kimberly, K.J., M.K.G., Loretta Curtis, K.U., Bonnie, Catherine, Christine, K.R., J.B., Renee, Deanna Wood, Barbara Yagley, Connie Mossner, Laura LeBlanc, Denise, JudeAnn, Shelia Sibilsky, Patricia, M.C., Jenny, Anne, Nancy Zook, Rochelle Beckemeyer, Sandy, Eileen Craig, Becky Boyer, Catherine Goggin, Shelly Stone, Julia Bashore, Joyce Olson-Baer, Debra Brunsberg, Stephanie, Kristen Frank, Joy, B.P., Lucinda, Linda Prok, Mary Norgren, Christina Soleta, Judy Rademacher, A.M., Patricia Moncrief, L.W., Deb, Michelle, Deanna Carlson, Lisa, Janet, L.M., B.D., Heidi Magness, S.B., Laura Anderson, LeNae Williamson, Charlene Sirmon-Hunt, Maria Thompson, Mary Hargadine, Natalie Opperman, Jeanie, Sonya, Karen, Kathy Pittman, Cheryl DeLany, Joyce Cowan, K.C., S.B., L.R., Christine Puetz, C.L., S.T., Holly, P.B., Darla, Shellie Ligon, Nicole, Trujillo, Tabatha, Marisol Ptaff, Erika, Georgia, Erika, Toni, B.L., A.F., Jennifer Chrisman, Fay Gilson, L.R.K., D.L., Denise, Vicki Kerchner, Sarah Krieg, Sheri, Carolyn, Judi, Cheryl Castor, Christine Puetz, Dana Wilson, Rebecca Hipkins, Erma, M.B., S.L., V., Janice Post, Tracy Lustick, Lori, Heather Shatswell, Glenda, Tanya, Michelle, Kayla McDaniel, M.W., Brenda Redman, Elena, Marilyn Cox, Lisa Mahiger, Debra Nelson, Jane, Dorothy

Jubinville, B.B., Kiwanis Howard, Kelly, Gretchen Boyer, Marie Wakefield, R.B.,
K.B., T.S., C.S., M.B., Nita Balsley, D.K., Sonia, Amanda Orick, C.N., Susanne,
Melissa Champine, Tammy Gaede, Dianna Wolfe, Ann Reed, P.C., V.W., S.R.,
S.D., C.S., Catherine, Cheryl Hourguettes, Deborah, N.K., Laura Middleton, Dawn,
Megan Petty, Linda Hoenigsberg, Joni Lineberry, Rashel Brown, Susan, Shelley
Glanton, Donda Toney, Yasmine Howerton, Kathryn Berkowitz, Victoria Koloff,
Nina Hocutt, Joan Haselman, Brenda Forester, Debbie Martindale, Gwen Smith,
Selena, P.B., Jane Thomas, Regina, C.C., Mary Coffey, Charlene, Michelle, Nicole
Churchill-Lowman, Annie Perry, JoHana Traughber, Jaimie, J.S., Jennifer Felts,
Regina Priester, Mary Froneberger, Debbie Weaver, Jill, Patrica Brogdon, Cindy
Garner, Donna Ginn, Charlene Eason, Susan Vanderburg, Deanna Falchook,
Marsha, Julie Ann Cobb, Stacey Pinkham, Lisa, Desirae Burton, Jill, Lynn, S.H.,
Dale A. Perrine, Terri, Samantha Dalrymple, Kristil Craig, Monica, Beth, Jennifer
Simmons, Andrea Chamberlain, Sandra, M.K., T.C., Mary Sue Glazler, Sandra
Gleason, Kim, B.L., Barnanne, C.J., Kimberly, J.L., Jaimie, Kimberly Smith, Mary
Jane, D.R., Patricia Johnson-Velez, Laura, Laura Box, C.P., M.P.F., Jill McMahon,
J.O., Luana, Mary Snead, Cheryl, April Elkins, Suzanne Lawrence, Lizbeth Hall,
Tammy Litchfield, Jessica Faber, Suzy, Shana Gordy, Carol, Becky Jorgenson, Jody
Clemens, M.S., C.M., Karen, Joanne, Lisa Schultis, Deborah Broussard, Cheryl,
K.M., J.L., F.S., Kathleen Manley, Jill Lamson Gran, Francine Aragon, Peggy J.
Orr, Melissa, J.M.B., Irene Laglos, Starr, C.L.A., Diane, Jennifer, Dianne, Patricia
Reed, Rev. Vanessa McCauley, Anita Bagnall, Gloria, Tara Sparano, Trudy, Laurie,
Jennifer Passarelli, Kathleen, D.V., Cindy Giaquinto, J.V., Michelle, Ann, Kendra
Gorzynski, E.A., Alana, Shelly Christine Ristow, Kerri, Ethel Hermenau, Gail
Scandell, M.W., Jennifer, Caroline Medina, Saundra Buchanan, Mary MacNeill,
Ella Blair Newcomb Redshirt, Alfreda Baker, Joan Vitale, Marie, Kerri, T.F., Karen,
A.W., Angela, D.C., Janet, Meagan, Lori, T.C., A.H., Debora Wilbourn, Joanne
Muntz, Aundrea Connoly, Tracy Gorenz, B.R., Georgianne, Susan Swafford,
Dianne, Laura LeFevre, Michele Beglau, K.E., D.C., Lauren Dumale, M.S., Angel
Nugent, Mildred Schultz, Stephanie, Jacqueline, Paige, Theresa Cobb, Sally,
Malinda, A.T., Sylvia, C.K., Katherine Clemons, K.P., Kit Sober, Darlene Gaston,
Anna Serra-Radford, Doria Zeller, Sacha Ferguson, Kelly Vargas, Elizabeth
Ingrassia, Saabira Ali, T.B., Nancy Belzile, Barbara Bott, Christine Bridges, S.C.,
Vicki, K.C., Joetta Cinquemani, Catherine Clyde, Brenda, V.C., Kelley Craver,
Damaris Cruz, Veronica D'Angelo, Jessi Darvill, J.D., D.D., Linda DiFiore, Bonnie
DiGeronimo, P.D., Maria DiTommaso,Toni Feinman, Annette, Leslie, Jamealy
Flammer, Carolyn, Kathy, Mary Ellen Hancock, P.H., Dorina Hayes, J.H., T.J.,
Cherri, Theresa, Donna, P.L., Rebecca Lee, MD., L.M., Carolyn, Beth, L.M., Mary
Beth Miller, Kehinde Moodie, E.M., Ebi Ogbu, Marisol Pardo, J.P., M.P., P.R., R.R.,
Maria Rice, M.S., Mary, Kerry Starng, Suzanne Topping, K.T., Donna Vassilatos,

Cristin Vileria, Denise, Barb, Maria Ortiz Wuster, D.W., Patricia Young, Pamela, M.A., Gail Bersch, Kathryn Bretz, Fern Buzinski, W.L.B., Cynthia Caillouet, Holly Cart, Craig Christon, R.C., D.C., Marlene, C.E., Amber, Deborah, Margot Fuller, L.G., A.G., J.G., Holly Haas, Christi Hall, Melody, Rachelle Heidlebaugh, Shelly Holt, Jodie Horn, Anna Jacobs, P.S.J.M., Tammy Jones, Theresa, Bianca, S.K., Jill Kish, Linda Lamb, Melissa Leibold, Anita Manninen, Shannon McGuire, M.M., D.M., Kathy Mitchell, Janie, Melissa Morris, Jane Pennington, Susan Pfarr, Susan, Shanna Samples, Cynthia, M.S., Gina Shives, Christina Nkounkou Singletary, Nicole, Lisa, Samantha, Sandra, Christina Stout, Emma, Nicole, Pamela, Karen, Colleen, Ashley, Krista Willertz, Janet Williams, Mandy, Linda, Angela, J.C., Linda Caswell, Renee, Vickie Edwards, Karen, Kalye, Carol, K.J., Jana Journeay, Melissa, Cindy King, Cris Kurtz, Karen Linton, Vicki Lott, C.M., Christine Monteith, Angela Moreno, Patricia Perkins, L.P., Sherrie, Evelyn, Linda Stocker, Kelly Stout, M.W., S.W., Melissa Wheeler, Nancy Bailey, Jeanne Berry, Linda L. Bishop, Jo Lisa Blossom, Patricia, Jennifer Candianides, Janice Carleton, Jean, S.C., Eileen, Michelle, Darcy, D.G., Gail Holmes, Karen Hopman, Sharon, Rachel Ann Kingston, Holly, Susan, Patricia LaRue, Lisa Learn, Tracy, Sandy Loftus, Deborah Mace, Debbie Marshall, Melissa Marshall, Deborah Martin, Lea McKnight, Cynthia Miller, Anne, T.M., Yvonne Mutch, L.N., Skye, Teresa Ortiz, Lavonne Pennington, Debbie, P.R., Kim, Kristal Talaski, Lynda, Vivian Ward, Yvonne, Kristen Antonioli, Cynthia Bagwell, Theresa Baux, Bonnie, Debra, Dawn, Danielle, Catherine, Barbara, Sharon, Cheryl, A.D., Kimberly, Susam Dule, Carla Ezell, S.F., M.R.F., Melanie Fleming, Kati, M.G., Betty Jo Geyer, Louise Gialanella, Angela Gray, Jaime Hilton, M.H., Robin, Karmen Kennedy, H.K., Sonya Lacy, Dawn, Christine McCauley, R.M., Miriam Mitten, L.M., Tanya Morris, Heather Muncy, S.E.N., Candace Pavese, H.P., Janis, V.P., Shay, Barbara Ratliff, Kathy Raudabaugh, Annette, Jacqueline, C.S., Mary, Karen, Janice, Tricia Thomas, Denise Tierney, T.T., Diana Harlan Wells, Lisa Williams, Tiffany Wissinger, Kristin Caproni, Mary Langford, Mary Lynch, Lesli, Janette, Wilma Sanchez, Frances Allen, Pam Caymol Badger, Jerri Bancroft, C.B., Cynthia Blackwell, Nancy Borrett, Ginger Canipe, Stephanie Cole, Reyna Cordero, Monica, Lynda Doty, L.H., Maureen, T.H., C.H., Rachel, Jennifer, T.K., Sandra Kirk, J.K., A.M., T.M., Tamela Maxim, A.M., Janet, Susan Okun, Kelly Parr, Deborah Patterson, C.R., Carolyn Rice, Yvonne Rivera, Cheryl Robinson, C.S., Sandra L. Trasport, G.T., Linda Wentz, Wendy, R.J.W., Deborah Wood, Beth Douglas, Marcee, Kim Houchens, C.L., Patty Miller, L.R., Carrie Sanchez, Eugenia Appleman-Black, Sherri Bellinger, Melody, Judy Charest, C.D., Peggy English, Dora Escue, Karen Eustice, A.F., Karen Follis, Cynthia, Andy, Carolyn, Sandi Nanette Gray, Kody Guinn, Cindy Hammontree, T.H., Katherine, Lynn Jefferson, K.M., Penney, Teresa, Barbara, P.M., Jennifer Miller, Susan Molitor, Deborah Moore, Lisa Morris, Donna Morton, Dee Ann Neely, V.N., Laurie,

T.O., Betty Pannell, Linda, L.P., Ellen Philpot, Debra, Janet Raford, Mende, M.R., Janet, Nancy, Julie Shockley, Beverly Sims, Ramona Stricklin, K.S., Patricia Thomas, Mitzi Turpin, P.W., Becky Wehrle, A.W., Barbara Wilkins, Kathy, Diane Ballou, P.M., Laurie Monahan, Sharon, Michelle Ziter, Sarah Ahumada, Catherine, Ellen Caraway, Susan, Rachel Perez Castro, Connie, Brenda Connors, L.C., Cherie Crettol, Kristi Davenport, Lois Ellen Edwards, S.E., Aquila Fisk, Kris Foster, Karen, Elizabeth, Nanette Harder, Mary, Tori B. Helberg, Kathleen, R.J.H., L.K., April Kiessling, Patricia Krank, Kelly, K.M., Vashti, Roxanne, Veronica Maruda, Lynnlee, Kathleen, Karen, M.P., Nancy Roa, Dayle Robbs, Eileen Robinson, Patricia, Wendi, Carol Schutte, Denay Silva, J.S., Rachelle Sparrow, Deborah, Judy, P.T., Bonnie, Linda Wallace, Barbara Wolfe, Theresa, Robin, Janet Bruyette, T.B., C.C., Laura, Jane Frantz, Mary, Sanon Harrell, T.J., Lyssa King, Paula Langhoff, Nikki McCabe, Delia McCoy, T.M., Amber, Rose Mensah, Erin Menzel, Kimberly Moss, Mary Olson, Michelle Poitter, Lori Resch, Janelle, Diane Rolfs, Tammy Rouse, C.S., Colleen Swisher, Truelsen Dawn, M.T., Marilyn Vandekieft, Traci, Annette, Virginia, Linda, Nina Elliott, Sarah, Donna Ferrell, Roe, P.M., Melinda Miller, Linda Muto, C.N., M.S., J.S., Vicki Stoud, Cristine Walker, Robynn Gabel, Lana Horton, Pamela, Kelly Murray, M.J.O., Jennifer, Darlene Soule, Jannis L.DeLand, Helen Olson, Sherry Wright, Tijuanna Adetunji, Judith Allen, G.B., Cynthia Cameron, Karen Douglas, D.G., Lynette Gayle, J.G., Doris, Olivia Jones, Susan Kelley, Tammy Klimek, V.M., Natalie Murphy, Kathy, Heather Payne, Donna T. Perry, Misty, J.R., Faith A. Seawright, Twyla, Chanda Smiley, K.N.S., Katrynka Tilson, D.W., Yonna Williams, L.D.W., Denise, Adrean, Melissa Lynn Swatloski, Carol Owens Vaughn, Ruth Allenbach, Cathy Burd, A.K.C., E.M., Gina, Helen, Jennifer Bonilla, Bianca, C.C., Barbara Cox, Glenda Day, Tanya, Ethel Gardner, Shelly Goshert, B.J.H., Carrie, Danette Nadine Martin, R.M., Fallon R. Phillips, Harriett Faye Reese, Christy Torres, Hanya Wren Townes, Darlene M. Turner, Mary, Laurie Wright, Racheal Yard, L.Y., Leslie Chambers, Mary Cowan, Susan Ritter, Candace Thompson, Leslie Chambers, Nilza Laureano-Carrion, Deborah, Jeri, Teresa A. Bolden, Colleen Cooper, Hilary Meagan Taylor, Karen Agnew, Zorica, Lisa, Angela Bornstein, Susan Brashner, Chrystal Bridgeman, Linda Bukouy, Susan Burke, Rachel Caruso, Rachel Catalan, Barbara, Maria Correa, K.D., Rhonda, Bianca Devilme, D.L.D., S.E., Bette Etoll, Debra Ferguson, Carol A. Gonterman, Kristen, Karen L. Gushta, Lavana Howard, Suzanne Howard, Vicki Hudson, Suzanne Killion, Susan, Brenda Munnis Lanaris, Audry Lane, K.L., Tamara Megee, Claudia, Jennifer Morales, Sheri More, Linda, Sandra Neal, J.N., Lois OCampo, Tracy Okus, Maureen Osterhoudt, Elizabeth Phelps, Michelle Phillips, R.A.P., Erin, Sylvette Rivera-Eliza, Kathleen Robinson, J, P.R., Camelita Skeete, Karen Snyder, Sally, Kristen Staehler, Theresa A. Taylor, Jessica, Kathleen Williams, Theresa M. Wyman, Linda Yates, R., Brennan Bradford, Leigh, Deborah

Flowers, Betty B. Mallerence, Marie Smith, M., Rebecca Tribble, Louise Webb, Crystal Wilson, Renee Bowland, Angela Wyatt, Karen Sue Anderson, Marcy K. Holmes, Melanie, Dena, M.H., Barbara, Elizabeth Kane, Marti Lane, Melanie Pettit Rogers, L.W., K.L.W., Deborah Ann Phillips, Lisa, Sandra Mayfield, Amanda Clark, Suellen, Jennifer, Ava Peterman Bertrand, Audrey Lynne Reed, Robin Robinson, Tracy Schmidt, Monica, Lisa, Daniella Martino, Diana Perito, Sherry Stine, Jaqueline E. Coal, Karen Sue Gentile, J.H., Debra W. Johnson, T.M., Lori Pennington, Laura Rodriguez, Karen Waldo, Hannah Murphey, Julie, Elizabeth, Pearl, Connie Eller, Julie Beth Gall, Chris, Janene Perillo, K.R., Karen Vagnoni, Jeannie Marie Weston, Alfreda, Stephanie Allestad, Lisa, T.D.B., Jill K. Cooper, Donna B. Fields, Beverly V. Hall, Debra, Julia N. Finch, Jo, Sue Madden, Tara J. Quinn, Teresa Rice, Cheryl, I.G., E.A., Sarah Delgado, Lescena Minn, C.B., Andrea Gordon, Dau Haaf, Amanda Scilacci, Shirley Smith, Kathleen Cosgrove, Joni D. Dvymich, C.G., E., C.B.M., Lorraine Welch, Denise Brown, J.D., Kristina Davis, Corinne J. Fletcher, LeeAnne Freddo, Lori, J.S., Sharon Blankenship, Eileen Hall, Theresa Baux, E.M.E., Kelly A. Good, M.L.Kane, Jennifer, Diane, Kristin M. Meyer, Connie Gay Ellerson, Taylor, Judy, Mary R. Hall, Stephanie, Teresa Dawn Sybert Tipton, Jennifer, Cindy Cunliffe, E.B., S.B., Jena Crispin, Nancy Louise Debord, Sharon Parada-Fernandez, Dawn Rooney, Amanda Scilacci, Linda Spence, Julie Marae Ferguson, Cindy, Jill, Cheryl Nuesmeyer, Y.M., Linda H., Cassandra Sanders, Jaimie Skalski, Melissa, Amina Rivera, A.S., R.C.S., Lorrie, J.M., J.C., Deann Oliver, Mary K. Seals, A.D., Tricia Heflin, Alicia Thompson, Brooklyn, Amanda Lipetri, Lynne, B.B.M., Susie, Shannon Stahla, Ann M. Younger, Steph, J.M., Loreene Akamine, Lynn Zent, Yolanda, Mary Anne Sambo, Melissa Hemphill, Melody Ashley, Kaylania Chapman, Samantha Alexander, Marybeth Fione Fredda, B.F., Mary Beth Haug, Michelle Gelsendorff, N.B., C.B., Catherine Kimball, Theresa Mehserle, K.O., A.R., Melissa Robinson, P.R.W., Linda Wood, Emma Jean Barton, R.A., Judy H. Farris, Lynette F. Keith, Kathy Madison, Christy Meadows, Mary Howze Stickney White Park, Star Hall-Smith, Pamela K. Colip, Mary Frances Aguilar, Cheryl Allen, Mary Ann Ambroselli, Katrina Lynn Armstrong, Lillian M. Bish, C.B., Terrie L. Boegner, Lisa Burgess, Elizabeth Campbell, Amy M. Childers, Joann Kay Connor, M.C., Darlene Crumbo, JoAnn L. Davidson, Nancy M. Dunn, K.E., K.G., Deanna Hall, Launi Hackney, Kathleen Vaunae Hansel, Lisa Hartman, Deborah C. Howard, T.J.H., Debbie Hughes, Barbara B. Hume, Mary B. Hunt, Patricia A. Johnson, L.J.J., B.K., Marene M. Kissinger, S.C.K., Karen M. Kowalewski, A.L.L., C.M.L., R.L., Candice Martin, Barbara McKinney, M.M., P.B.M., Christin Murphy, D.R., Dorothy Ann Rice, Sebrina Seay, Karyn Schneider, Julie Ann Simpson, Debra J. Storm, Linda Rae Truby, D.T., L.V., Joyce Walker, L.W., Denise Lynn Woods, Paula Adams, Shirley Archuletta, Terri Baxter, Alice Lynn Bond, B.C., V.K.C., Elizabeth Deland, Rebecca French, Shelly Gambrell,

Victoria L. Harris, Trudy Johnson, Amy Jones, Jaimee Kenna, Jacqueline E. Kuyper, LuAnn Morton, Alison Phillips, B.W., Kathleen A. Bernadette, Deborah Diasio, J.E., Pamela Combs, Tara L.K. Musico, Connie Ambrecht, J.B.,Sylina LiBasci, Adrienne Bell, Hemda Ben-Judah, J.H.F.B., Victoria Caliendo, Joy D. Cantrell, Janet S. Cavender, Mary Catherine Coburn, Beverly K. Colligan, Nora Craver, Bonnie Gillespie, Melanie Gunter, Terri Taylor Harper, L.M.H., Ann Ingram Horstmeyer, Carol R. Jeffers, Mary K. Jeffers, Ellen Johnson, D.J.K., Casey Langston, K.C.L., Cynthia W. Love, Jackie Mize, Pam Nichols, D.R.P., C.M.P., M.P., Dianne Pesaresi, Kristen Pettibone, Robbin M. Plows, Susan Porter, C.R., Glenda Roberson, Carolyn Segars, Toni Seiple, Brenda Hilliard Stockdale, Julie L. Stone, Brandy Thomas, Julie Thomas, Kathleen Ann Townsend, Fiorella Weaver, Elizabeth S. Webster, Donna M. Whitaker, Janet R. Wilson, Kimberly Danielle Blakley, Joyce Colgan, Karen Daniels, Arlene Fucarino, P.L.G., LaShonda Hess-Hernandez, R.H., Ronda Plumb, Tiffani L. Ritt, N.B.T., C.R.T., Janea L. Gardner, Nena L. Kuban, P.G.R., N.M., Nancy Diane George Anderson, Melanie Hardin, J.L.H., Melody A. Athey, B.B., T.B., Christina Czelusniak, Mary Christine Henning, G.H., Sheryl Hoyle, Terri Little, Dawn G. McClelland, D.M., Lisa K. Arnold, Paula S. Botos, Paulette C. Heller, Andrea Holder, Carolyn Knapschaefer, Laurie A. Moore, Maranda Music, Kelli R. Perkins, P.R., Maureen L. Wilcox, Parry Ball, Sandra Bankston, Denise G. Clark, Mary Danker, M.F., C.C., Roberta N. Jones, Freida Kaeling, D.K., D.L., Janice McClellan, Janice Cinquemano Napoli, Beverly Alice Rowe, Marie Skurka, Leslie K. Patten, Lorie Anderson, Arlene Grace Anzalone, Margarita Ayala, Stephanie Butler, E.C., Margaret Conway, Elizabeth A. Corey, Lori Crossman, B.F., Juanita Inez Shotts Flowers, Deborah A. Ives, L.M.J., Wanda J. Lester, S.M., Debra Ann Mays, Judith Louise Punt, Tammy Jo Ruttkofsky, Sara Sarginson, N.A.W., Mary Ellen York, Deborah Ann Drake, Kimberly Masserian, K.L.S., JoAnne Sutton, J.A., Kim Marie Blackowiak, Julie Ann Corbin, Beverly A. Green, R.J., L.N., M.P., Lauralee Peterson, M.J.B., Charlene Chapman, S.M.C., Susan Ferguson Dane, Lori Harrington, Judy A. Harrison, Melinda L. James, K.N., Pamela D. Pigott, Rashelle Pompa, Natalie Ann South, S.W., Linda Lou Wells, C.C., Leanne M. Dorn, Melody A. Hylander, J.H.M., A.L.M., Kathleen Ann McNeill, Wendy Dianne Miller, Melanie L. Mills, Jana L. Phillips, Sheila Querry, S.K., Lisa Anne Rogers, Rose Ann Sarcione, A.A.S., Paula Talley, Judith Ann VanderMark, Barbara J. Ford, Marilyn R. Hatch, Susan Kay Hensen, Jana M. Lewis, Amy Lynn Meole, Debbie L. Otto, Roxanne Mergenthaler, Justine M. Kyker,Thelma A. Barreto, Lisa M. Bush, Rose A. Drown, Kelli A. Horta, Deborah Ann Ocasio, H.N.B., L.D., Lorie Ann Grover, R.D.I., G.M., Judee Oris, Shari Spinlen, Judy Sullivan, G.T., V.V.T., Sandra Lee Upchurch, S.D., April Miera, Christina Nesbit, A.O.R., Teresa Renee Zell, Tammy Craven, C.S., Amy Beth Grimes, P.V.J., Rebecca Jolene Mock, Yvette Wilson, Shanda C. West, Lisa

Worthen Woody, Roberta S. Mahoney, Dennie Bradshaw, Lyn Marie Curtin, Marianne Pardoe, Linda Adair, L.A., Kim Avelino, Janice L. Bartlett, Loretta Bingham, Leslie Bowen, E.T.B., D.M.B., M.B., Caroline Burnett, Karen Denise Burdeshaw, Shelly Contes, Kathleen Cooper, Pauletta Davis, K.M.D., Christina Grace Donati, Pamela K. Durham, Barbara J. Edge, Mona-Christine Edwards, Arleen Elias, Nancy Jane Ellis, Stacy Ann Enders, Lisa Goodmanson, A.G., R.G., Audrey Hall, Diane M. Hanson, Mary A. Hill-Griffith, Karen Hubbard, Mary R. Hubbard, Cynthia Heinz, Charlene Isenberg, E.J., Donna Annette Jones, C.K., Wanda Joy Kohn, Dana Nicole Landers, Lisa Kathleen Liporace, Leslie Lunak, Toni Marzella, N.M., Debra L. Miles, C.A.M., Linda Kay Mullen, S.K.O., C.O., Tracy Lyn Okus, Claudia Palmero, Rose Petito, D.P., Paisley Ann Pryor, Donna M. Razin, K.G.R., M.R., Pamela J. Ricco, Susana Romero, Jacquelyn Pratt-Rosenan, Coni Rhudy, Debbie L. Roya, Nancy Francine Russell, Karen Fay Schroyer, Marlena E. Shaw, S.T., Anne Turpin, Evelyn Vazquez, Karen Williams, A.Y., Candice C. Biever, Cynthia R. Brunk, Janice Rathkey, Esther Ripplinger, Marlee Ann Roebuck, P.L.T., Cherri Van Syoc, Regina M. Pulliam, Leslie A. Patterson, Becky Abell, Jackie Lynn Garner, S.L., V.L., Carol Fehrle, Carolyn Hardy, Veronica L. Lewis, Carolyn Matthews, Aria Moore, Teresa L. Oxsen, Theresa Peralta, Cynthia Lynn Carney, Nancy M. Haberling, Dana Mann, Amy Susan Shatrick, Angela Eckstein, M.H.S., Paula S. Basnett, Karen Berger-Mangas, Suzanne M. Bishop, M.A.B., Jobi Dishon, Marjorie C. Dixon, Pamela L. Doyon, Jeanette Elwell-Cossin, Wendy Kay Fox, Mary Ann Hess, C.H., M.L., Patricia Magsig, Melanie McGirr, Shannon L. McGuire, C.D.T., Beth Ann Valantine, J.S.W., Pamela Jill Johnston, Bonnie Lee Becker, Carol Lynn Ullrich, T.D.,Emily M. French, Yvonna P. Hammock, Patricia Johnstone, Dawn M. Khamvongsa, Maureen Messersmith, Diane K. Musselman, Mary L. Neikam, Mary Ann Novak, Joann L. Otrowski, Cheryl L. Smith, Nancy Catherine Williams Sweitzer, Shavonne M. VonOrmer, Lyde K. Shilling, Deborah J. Gute, Kelly C. Bennett, B.J.B., Mary J. Duncan, Barbara Morton, Sandra Marie Tedesco, Maria O'Connor, Sue Adams, Marie C. Alosi, Brandie Michelle Atwood, M.D.B., Tammy Binkley Boone, K.B., V.J.B., Sylvia Rene Branton, J.B., S.B.M., Tammie L. Cook, Tina L. Cooke, Kandi Cox, S.C., M.L.F., Amber Hansen, S.G.H., Terri Hegi, V.H., Marsha D. Johnston, Jeanne Larivee, Dickie Ann Lashlee, Sandra Mauldin, Joyce A. Nesbit, Dana Renee Nickles, M.S.O., Jeanette Parks, Angie Ramsey, Julia F. Myers-Williams, Lorene Elaine Woods, Betty Wylie, Rebekah Carter, Vickie E. Clark, Lashonda M. Cody, G.E., Michelle M. Fraley, M.J.H., Diane Harrison, Lisa M. Houston, Karen Keitzman, M.M.K., Deborah Longford, Joylynn Eloise Miller, M.L.M.,Sherry Mae Morgan, Leslie D. Musick, Linda S. Newberry, Myra J. Rasmussen, T.L.R., Pamela Sanders, Myra E. Simmons, Gale Allen Smith, D.H.Q., S.L.T., Jill Cohen Walker, Jenifer B. Whitehead, Konnie Sue Woods, E.A.W., Suzanne Young, J.M.H., J.M., S.B., Deborah L. Dowless, Barbara Ann

Frey, B.J.H., Robin Jones, Kathy M. Langford, S.M.L., P.S., J.T., Sheila R. Watkinson, S.M.W., Peggy Zucken, Cathy L. Moffat, Donett R. Beckwith, K.B., Sally Gorr, L.M.S., Audra Villarreal, Stephanie Yeazell, Teresa Hunger, Tami T. Rohrbacher,C.A.N., Jamie Renee Carte,Kathryn Sue Rice, Rosa Maria Rosas, G.B., Marie Hendrikson, Jennifer G. Hennes, J.S.K., Patricia A. Meixeisperger, T.M.N., Elizabeth C. Patchet, Tracy Ann Stalsberg, Robin Lynne Willegal, Sandra E. Wright, Elise Anderson, Tasha Jones, Kathy Forentino, Deborah, Jill Crowe, Debra Johnson, Kristin Foster, Hyon Nolen, Cindy Lilly, Eileen M. Craig, Jennifer Alayo-Aguilar, Jennifer Padilla, Rebekah Ivins, Rhonda Barnes, Tara Gonzales, E.H., Peggy E. Strange, Kathryn Camarillo, Julie Zigler Norman, Helena, Karen Masood, Irma L. Gomez, Crystal, Nicole Peck, Jennifer Perry, Wendy Beutel, Nancy Belzile, Dana, Patricia J. Smith, Melissa Hemphill, Karen Perez, Deborah Tilden, Terri Nordone, Mary Lockwood, Michelle Haley, Deb, Ellen Garrison Philpot, D.G., Louise Graves, Pat Goltz.