# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

April 13, 2023

Mr. Thomas S. Leatherbury
Thomas S. Leatherbury Law, P.L.L.C.
1901 N. Akard Street
Dallas, TX 75201

    No. 23-10362    Alliance Hippocratic Medicine v. FDA
                    USDC No. 2:22-CV-223

Dear Mr. Leatherbury,

We received your amicus brief on April 12, 2023. The brief was previously filed on April 11, 2023. This filing is a duplicate. Therefore, we are taking no action on same.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

cc:  Mr. Steven H. Aden
     Ms. Jessica Ring Amunson
     Mr. Adam B. Aukland-Peck
     Mr. Erik Baptist
     Ms. Cynthia Barmore
     Mr. Boris Bershteyn
     Ms. Julie Marie Blake
     Mr. Matthew Scott Bowman
     Mr. Joshua Paul Clayton
     Mr. Richard Dearing
     Mr. Joshua M. Divine
     Ms. Jessica Lynn Ellsworth
     Mr. Charles William Fillmore
     Ms. Kaitlyn Golden
     Mr. Marlan Golden
     Ms. Elissa Graves

```
Ms. Denise Harle
Ms. Sarah Elaine Harrington
Mr. David Lehn
Mr. Peter Dominick Lepiscopo
Ms. Janice Mac Avoy
Mr. Justin Lee Matheny
Ms. Megan McGuiggan
Mr. Allan Edward Parker Jr.
Mr. Michael S. Raab
Mr. Joshua Rosenthal
Mr. Gene C. Schaerr
Mr. Daniel Schwei
Ms. Delia Scoville
Mr. Jordan Dentler Segall
Ms. Shannon Rose Selden
Ms. Lauren Shepard
Mr. Samuel Spital
Ms. Danielle Desaulniers Stempel
Ms. Catherine Emily Stetson
Mr. Christian D. Stewart
Ms. Eva Temkin
Mr. John Marc Wheat
Mr. Edward Lawrence White
Ms. Grace Zhou
```