# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

April 13, 2023

Mr. Joshua Rosenthal  
Public Rights Project  
490 43rd Street  
Unit 115  
Oakland, CA 94609

    No. 23-10362   Alliance Hippocratic Medicine v. FDA  
                        USDC No. 2:22-CV-223

Dear Mr. Rosenthal,

We received your Amicus Brief on April 12, 2023. The brief was previously filed on April 12, 2023 and is a duplicate filing. Therefore, we are taking no action on same.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____  
                                  Mary Frances Yeager, Deputy Clerk  
                                  504-310-7686

cc:  Mr. Steven H. Aden  
     Ms. Jessica Ring Amunson  
     Mr. Adam B. Aukland-Peck  
     Mr. Erik Baptist  
     Ms. Cynthia Barmore  
     Mr. Boris Bershteyn  
     Ms. Julie Marie Blake  
     Mr. Matthew Scott Bowman  
     Mr. Joshua Paul Clayton  
     Mr. Richard Dearing  
     Mr. Joshua M. Divine  
     Ms. Jessica Lynn Ellsworth  
     Mr. Charles William Fillmore  
     Ms. Kaitlyn Golden  
     Mr. Marlan Golden

```
Ms. Elissa Graves
Ms. Denise Harle
Ms. Sarah Elaine Harrington
Mr. Thomas S. Leatherbury
Mr. David Lehn
Mr. Peter Dominick Lepiscopo
Ms. Janice Mac Avoy
Mr. Justin Lee Matheny
Ms. Megan McGuiggan
Mr. Allan Edward Parker Jr.
Mr. Michael S. Raab
Mr. Gene C. Schaerr
Mr. Daniel Schwei
Ms. Delia Scoville
Mr. Jordan Dentler Segall
Ms. Shannon Rose Selden
Ms. Lauren Shepard
Mr. Samuel Spital
Ms. Danielle Desaulniers Stempel
Ms. Catherine Emily Stetson
Mr. Christian D. Stewart
Ms. Eva Temkin
Mr. John Marc Wheat
Mr. Edward Lawrence White
Ms. Grace Zhou
```