# Supreme Court of the United States

No.   22A902

FOOD AND DRUG ADMINISTRATION, ET AL.

Applicants

v.

ALLIANCE FOR HIPPOCRATIC MEDICINE, ET AL.

**O R D E R**

UPON CONSIDERATION of the application of counsel for the applicants,

IT IS ORDERED that the April 7, 2023 order of the United States District Court for the Northern District of Texas, case No. 2:22-cv-223, is hereby administratively stayed until 11:59 p.m. (EDT) on Wednesday, April 19, 2023.  It is further ordered that any response to the application be filed on or before Tuesday, April 18, 2023, by 12 p.m. (EDT).

/s/   Samuel A. Alito, Jr.
Associate Justice of the Supreme
Court of the United States

Dated this 14th
day of April 2023.