# Supreme Court of the United States

No.   22A901

DANCO LABORATORIES, LLC,

                                                                                     Applicant

v.

ALLIANCE FOR HIPPOCRATIC MEDICINE, ET AL.

**O R D E R**

UPON FURTHER CONSIDERATION of the application of counsel for the applicant, the response, and the reply filed thereto,

IT IS ORDERED that the stay issued on April 14, 2023, is hereby extended until 11:59 p.m. (EDT) on Friday, April 21, 2023.

                                              /s/   Samuel A. Alito, Jr.
                                            Associate Justice of the Supreme
                                            Court of the United States

Dated this 19th
day of April 2023.