# Supreme Court of the United States

No.    22A902

FOOD AND DRUG ADMINISTRATION, ET AL.

Applicants

v.

ALLIANCE FOR HIPPOCRATIC MEDICINE, ET AL.

---

**O R D E R**

---

UPON FURTHER CONSIDERATION of the application of counsel for the applicants, the response, and the reply filed thereto,

IT IS ORDERED that the stay issued on April 14, 2023, is hereby extended until 11:59 p.m. (EDT) on Friday, April 21, 2023.

/s/   Samuel A. Alito, Jr.
Associate Justice of the Supreme
Court of the United States

Dated this 19th
day of April 2023.