# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

April 19, 2023

No. 23-10362   Alliance Hippocratic Medicine v. FDA  
USDC No. 2:22-CV-223

TO ALL COUNSEL:

At the direction of the Court, any amici briefs in support of the Appellants' Brief are due for filing by May 1, 2023. Any amici briefs in support of the Appellees' Brief are due for filing by May 12, 2023. Amici curiae are required to seek leave before filing an amicus brief. Once amici briefs are filed, paper copies are required via overnight delivery.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Mary Frances Yeager, Deputy Clerk  
504-310-7686

cc:  Mr. Steven H. Aden  
    Ms. Jessica Ring Amunson  
    Mr. Adam B. Aukland-Peck  
    Mr. Erik Baptist  
    Ms. Cynthia Barmore  
    Mr. Boris Bershteyn  
    Ms. Julie Marie Blake  
    Mr. Matthew Scott Bowman  
    Mr. John J. Bursch  
    Mr. Joshua Paul Clayton  
    Mr. Richard Dearing  
    Mr. Joshua M. Divine  
    Ms. Jessica Lynn Ellsworth  
    Mr. Charles William Fillmore  
    Ms. Kaitlyn Golden  
    Mr. Marlan Golden  
    Ms. Elissa Graves  
    Ms. Denise Harle  
    Ms. Sarah Elaine Harrington  
    Ms. Erin Morrow Hawley  
    Mr. Thomas S. Leatherbury

```
Mr. David Lehn
Mr. Peter Dominick Lepiscopo
Ms. Janice Mac Avoy
Mr. Justin Lee Matheny
Ms. Megan McGuiggan
Mr. Paul Alessio Mezzina
Mr. Allan Edward Parker Jr.
Mr. Michael S. Raab
Mr. Joshua Rosenthal
Mr. Gene C. Schaerr
Mr. Daniel Schwei
Ms. Delia Scoville
Mr. Jordan Dentler Segall
Ms. Shannon Rose Selden
Ms. Lauren Shepard
Mr. Samuel Spital
Ms. Danielle Desaulniers Stempel
Ms. Catherine Emily Stetson
Mr. Christian D. Stewart
Ms. Eva Temkin
Mr. John Marc Wheat
Mr. Edward Lawrence White
Ms. Grace Zhou
```