FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP



Direct Line: +1.212.859.8046
Email: anne.aufhauser@friedfrank.com

April 21, 2023

Via ECF

Lyle W. Cayce
United States Court of Appeals, Fifth Circuit
Office of the Clerk
F. Edward Herbert Building
600 S. Maestri Place
New Orleans, LA 70130

Re: *Alliance Hippocratic Medicine v. FDA*, 23-10362

Dear Mr. Cayce:

I am counsel to *Amicus Curiae* Physicians for Reproductive Health ("PRH"). I write to correct the status of Lucretia C. Bunzel listed on the brief PRH previously filed on April 11, 2023 (Dkt. No. 63). Attached please find an updated copy of the brief.

Respectfully,

*Anne Aufhauser*

Anne S. Aufhauser

Enclosure