# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

April 26, 2023

Ms. Cynthia Barmore  
U.S. Department of Justice  
Civil Division, Appellate Section  
950 Pennsylvania Avenue, N.W.  
Washington, DC 20530

    No. 23-10362   Alliance Hippocratic Medicine v. FDA  
                  USDC No. 2:22-CV-223

Dear Ms. Barmore,

We have reviewed your electronically filed Appellants' Brief (Federal Parties) and Record Excerpts. And, they are sufficient.

You must submit the 7 paper copies of your brief required by **5TH CIR. R. 31.1 via overnight delivery** pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by **5TH CIR. R. 30.1.2 via overnight delivery** pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5TH CIR. R. 30.1.7(c).

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____  
                      Mary Frances Yeager, Deputy Clerk  
                      504-310-7686

cc:  Mr. Steven H. Aden  
     Ms. Jessica Ring Amunson

Mr. Adam B. Aukland-Peck
Mr. Erik Baptist
Mr. Boris Bershteyn
Ms. Julie Marie Blake
Mr. Matthew Scott Bowman
Mr. John J. Bursch
Mr. Joshua Paul Clayton
Mr. Richard Dearing
Mr. Joshua M. Divine
Ms. Jessica Lynn Ellsworth
Mr. Charles William Fillmore
Ms. Kaitlyn Golden
Mr. Marlan Golden
Ms. Elissa Graves
Ms. Denise Harle
Ms. Sarah Elaine Harrington
Ms. Erin Morrow Hawley
Mr. Thomas S. Leatherbury
Mr. David Lehn
Mr. Peter Dominick Lepiscopo
Ms. Janice Mac Avoy
Mr. Justin Lee Matheny
Ms. Megan McGuiggan
Mr. Paul Alessio Mezzina
Mr. Allan Edward Parker Jr.
Mr. Michael S. Raab
Mr. Joshua Rosenthal
Mr. Gene C. Schaerr
Ms. Eva Marie Schifini
Mr. Daniel Schwei
Ms. Delia Scoville
Mr. Jordan Dentler Segall
Ms. Shannon Rose Selden
Ms. Lauren Shepard
Mr. Samuel Spital
Ms. Danielle Desaulniers Stempel
Ms. Catherine Emily Stetson
Mr. Christian D. Stewart
Ms. Eva Temkin
Mr. John Marc Wheat
Mr. Edward Lawrence White
Ms. Grace Zhou