# No. 23-10362

## UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

———————

ALLIANCE FOR HIPPOCRATIC MEDICINE; AMERICAN ASSOCIATION OF
PRO-LIFE OBSTETRICIANS & GYNECOLOGISTS; AMERICAN COLLEGE OF
PEDIATRICIANS; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS;
SHAUN JESTER, D.O.; REGINA FROST-CLARK, M.D.;
TYLER JOHNSON, D.O.; GEORGE DELGADO, M.D.,

*Plaintiffs-Appellees,*

v.

U.S. FOOD AND DRUG ADMINISTRATION, ET AL.,

*Defendants-Appellants,*

DANCO LABORATORIES, LLC,

*Intervenor-Defendant-Appellant.*

———————

## MOTION FOR LEAVE TO FILE BRIEF OF HONEYBEE HEALTH, INC. AS *AMICUS CURIAE* IN SUPPORT OF APPELLANTS

———————

                                       Stephanie L. Gutwein
                                       A. Scott Chinn
                                       Elizabeth A. Charles
                                       Faegre Drinker Biddle & Reath LLP
                                       300 N. Meridian St., Suite 2500
                                       Indianapolis, IN 46204
                                       (317) 237-0300
                                       stephanie.gutwein@faegredrinker.com

*Counsel for Amicus Curiae*

2023

Pursuant to Federal Rule of Appellate Procedure 29(a)(3) and Fifth Circuit Rule 29.1, movant Honeybee Health, Inc. ("Honeybee") respectfully moves the Court for leave to file a brief as *amicus curiae* in support of defendants-appellants. A copy of the proposed brief has been submitted with this motion.

## I. INTEREST OF MOVANT

Honeybee is a mail-order pharmacy licensed to ship prescribed medications to residents of forty-six states and Washington D.C. Honeybee is the largest mail-order pharmacy in the United States to deliver mifepristone to patients and the first to deliver mifepristone on behalf of providers. Honeybee thus has a special interest in upholding the U.S. Food and Drug Administration's ("FDA") determinations related to the approval of mifepristone, including the FDA's determinations on the safety and efficacy of delivering mifepristone by mail.

## II. HONEYBEE'S BRIEF IS USEFUL TO THE COURT'S CONSIDERATION OF THE ISSUES.

As the largest mail-order deliverer of mifepristone, Honeybee can contribute to informed consideration of the questions before this Court. First, Honeybee's brief reiterates the safety, efficacy, and necessity of mail-order pharmacies to deliver prescription medications, including mifepristone, to patients across the United States. Second, Honeybee

provides insights into the inevitable harm that will befall patients, pharmacies like Honeybee, and FDA-regulated industries generally in the United States if the District Court's injunction is upheld. These harms include, among others, the incredible and sudden interruption to Honeybee's business and the services it provides should the FDA's approval of mifepristone, including in its generic form, and its regulations permitting the drug's delivery by mail be enjoined. As the largest mail-order pharmacy dispensing mifepristone, Honeybee is uniquely positioned to inform the Court on these tangible harms.

### III. CONCLUSION

Based on the foregoing, Honeybee respectfully requests that the Court grant this motion for leave to file a brief as *amicus curiae* in support of defendants-appellants and accept for filing the *amicus curiae* brief submitted contemporaneously with this motion.

| | |
|---|---|
| Dated: April 27, 2023 | Respectfully Submitted, |
| | */s/ Stephanie L. Gutwein* |
| | Stephanie L. Gutwein |
| | A. Scott Chinn |
| | Elizabeth A. Charles |
| | Faegre Drinker Biddle & Reath LLP |
| | 300 N. Meridian St., Suite 2500 |
| | Indianapolis, IN 46204 |
| | (317) 237-0300 |
| | stephanie.gutwein@faegredrinker.com |
| | |
| | *Counsel for Amicus Curiae* |

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 315 words, as counted by Microsoft Word, excluding the parts of the brief excluded by Federal Rule of Appellate Procedure 32(f). This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared using Microsoft Word in Georgia 14-point font.

Dated: April 27, 2023

<u>/s/ Stephanie L. Gutwein</u>
*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I certify that on April 27, 2023, the foregoing Motion for Leave to File Brief of Honeybee Health, Inc. as *Amicus Curiae* in Support of Appellants was filed electronically and has been served via the Court's ECF filing system in compliance with Rule 25(b) and (c) of the Federal Rules of Appellate Procedure on all registered counsel of record.

<u>/s/ Stephanie L. Gutwein</u>
*Counsel for Amicus Curiae*