# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 02, 2023

Ms. Stephanie L. Gutwein
Faegre Drinker Biddle & Reath, L.L.P.
300 N. Meridian Street
Suite 2500
Indianapolis, IN 46204

    No. 23-10362   Alliance Hippocratic Medicine v. FDA
                   USDC No. 2:22-CV-223

Dear Ms. Gutwein,

Your motion for leave to file amicus curiae brief does not contain a certificate of conference, pursuant to **5TH CIR. R.** 27.4.  You must submit a sufficient motion within 5 days from the date of this letter.

Also, the proposed brief is lacking a Disclosure Statement.

Once you have prepared your sufficient motion and brief, you must email the combined document to: **Mary_Yeager@ca5.uscourts.gov** for review.  If the motion is in compliance, you will receive a notice of docket activity advising you that the sufficient motion has been filed.

```
                                    Sincerely,

                                    LYLE W. CAYCE, Clerk
                                         Mary Frances Yeager
                                    By: _____
                                    Mary Frances Yeager, Deputy Clerk
                                    504-310-7686
```

cc:  Mr. Steven H. Aden
    Ms. Jessica Ring Amunson
    Mr. Adam B. Aukland-Peck
    Mr. Erik Baptist
    Ms. Cynthia Barmore
    Mr. Cody S. Barnett
    Mr. Boris Bershteyn
    Ms. Julie Marie Blake
    Mr. Matthew Scott Bowman
    Mr. John J. Bursch
    Mr. Joshua Paul Clayton
    Mr. Richard Dearing
    Mr. Joshua M. Divine
    Ms. Jessica Lynn Ellsworth
    Mr. Charles William Fillmore
    Ms. Kaitlyn Golden
    Mr. Marlan Golden
    Ms. Elissa Graves
    Ms. Denise Harle
    Ms. Sarah Elaine Harrington
    Ms. Erin Morrow Hawley
    Mr. Philip Katz
    Mr. Thomas S. Leatherbury
    Mr. David Lehn
    Mr. Peter Dominick Lepiscopo
    Ms. Janice Mac Avoy
    Mr. Justin Lee Matheny
    Ms. Megan McGuiggan
    Ms. Lynn Whipkey Mehler
    Mr. Paul Alessio Mezzina
    Mr. Allan Edward Parker Jr.
    Mr. Michael S. Raab
    Mr. Joshua Rosenthal
    Mr. Gene C. Schaerr
    Ms. Eva Marie Schifini
    Mr. Daniel Schwei
    Ms. Delia Scoville
    Mr. Jordan Dentler Segall
    Ms. Shannon Rose Selden
    Ms. Lauren Shepard
    Mr. Samuel Spital
    Ms. Danielle Desaulniers Stempel
    Ms. Catherine Emily Stetson
    Mr. Christian D. Stewart
    Ms. Eva Temkin
    Mr. John Marc Wheat
    Mr. Edward Lawrence White
    Ms. Grace Zhou