# ORAL ARGUMENT ACKNOWLEDGMENT FORM

**U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT, 600 S. Maestri Place, New Orleans, LA 70130**
**(504) 310-7700**

I, __Sarah Elaine Harrington__
(Full Name)

as arguing counsel, acknowledge receiving notice that the below case has been scheduled for oral argument with the United States Court of Appeals for the Fifth Circuit.

__23-10362__　　__Alliance for Hippocratic Medicine__　v.　__FDA; Danco Labs.__
(Case Number)　　　　　　　　　　(Short Title)

is scheduled for oral argument at __1:00 pm__ on __May 17, 2023__ located in the
　　　　　　　　　　　　　　(Time)　　　　　　(Date)

__NEW ORLEANS - U.S. Court of Appeals for the Fifth Circuit, 600 Camp Street, New Orleans, LA, 70130__
(Location)

/s/ __Sarah E. Harrington__　　　　　　　　　　　　　　　__April 27, 2023__
(Signature)　　　　　　　　　　　　　　　　　　　　　　(Date)

---

List all parties being represented for argument and select the party type

U.S. Food & Drug Admin; Robert M. Califf, Comm'r of FDA; Janet Woodcock, MD, Principal Deputy Comm'r of FDA; Patrizia Cavazzoni, MD, Director, Ctr. for Drug Evaluation & Research; U.S. Dept. of Health & Human Servs.; Xavier Becerra, Secretary of U.S. Dept. of HHS

[x] Appellant　[ ] Appellee　[ ] Cross Appellant　[ ] Cross Appellee　[ ] Amicus　[ ] Intervenor

According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise. If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise. If separate appellants support the same argument, they are to avoid duplication of argument.

THE ORDER OF PRESENTATION & DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS:

| # | (Counsel Name) | (Time in Minutes) | (Rebuttal Time)* |
|---|---|---|---|
| #1 | Sarah Harrington | 30 total | 5 (of the 30) |
| #2 | Jessica Ellsworth (for Danco Labs.) | 10 | |
| #3 | | | |
| #4 | | | |
| #5 | | | |

SESSION # _____

*Rebuttal time for appellants only. The court prefers no more than 5 minutes for rebuttal.

[PRINT TO PDF]　　　　　[RESET FORM]

Revised 04/2023　　　　　　　　　　　　　Form OA-001