# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM).**

**Fifth Cir. Case NO.** 23-10362

Alliance Hippocratic Medicine, et al.   vs.   U.S. Food & Drug Administration, et al.
(Short Title)

The Clerk will enter my appearance as Counsel for Leukemia & Lymphoma Society and additional amici listed in attachment

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**   ☐ Petitioner(s)   ☐ Respondent(s)   ☑ Amicus Curiae
☐ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/ Emily I. Gerry
(Signature)

egerry@akingump.com
(e-mail address)

Emily I. Gerry
(Type or print name)

DC 1743489
(State/Bar No.)

(Title, if any)

Akin Gump Strauss Hauer & Feld LLP
(Firm or Organization)

Address: Robert S. Strauss Tower, 2001 K Street, N.W.

City & State: Washington, D.C.   Zip: 20006-1037

Primary Tel. 202.887.4169   Cell Phone: 410.707.1046

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Emily I. Gerry

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
Hon. Matthew Joseph Kacsmaryk

B. Inquiry of Counsel. To your knowledge:
(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
☐ Yes   ☑ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
☐ Yes   ☑ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
☐ Yes   ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case Yes, preliminary injunction

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

Name of Court or Agency

Status of Appeal (if any)

Other Status (if not appealed)

**NOTE: Attach sheet to give further details.**

DKT-5A REVISED January 2022

No. 23-10362, *Alliance for Hippocratic Medicine, et al. v. U.S. Food and Drug Administration, et al.*

# ADDITIONAL AMICI REPRESENTED BY AKIN GUMP STRAUSS HAUER & FELD LLP

The Leukemia & Lymphoma Society
American Cancer Society
American Cancer Society Cancer Action Network
American Childhood Cancer Organization
American Society of Clinical Oncology
American Society of Hematology
American Urological Association
Arthritis Foundation
Cancer*Care*
Cancer Support Community
Council of Medical Specialty Societies
Epilepsy Foundation
Friends of Cancer Research
Hemophilia Federation of America
Muscular Dystrophy Association
National Patient Advocate Foundation
National Multiple Sclerosis Society
National Organization for Rare Disorders
RESOLVE: The National Infertility Association
WomenHeart: The National Coalition for Women with Heart Disease