No. 23-10362

**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

ALLIANCE FOR HIPPOCRATIC MEDICINE; AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS AND GYNECOLOGISTS; AMERICAN COLLEGE OF PEDIATRICIANS; CHRISTIAN MEDICAL AND DENTAL ASSOCIATIONS; SHAUN JESTER, D.O.; REGINA FROST-CLARK, M.D.; TYLER JOHNSON, D.O.; GEORGE DELGADO, M.D.,
*Plaintiffs and Appellees*

v.

U.S. FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF, M.D., Commissioner of Food and Drugs; JANET WOODCOCK, M.D., Principal Deputy Commissioner of Food and Drugs; PATRIZIA CAVAZONNI, M.D., Director, Center for Drug Evaluation and Research; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and XAVIER BECERRA, Secretary, U.S. Department of Health and Human Services,
*Defendants and Appellants*

DANCO LABORATORIES, LLC,
*Defendant-Intervenor and Appellant*

On Appeal from the United States District Court
for the Northern District of Texas
Case No. 2:22-cv-00223-Z

**Motion for Leave to File Brief As *Amici Curiae* in Support of Appellants**

Jordan D. Segall
Jerry Yan
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
(213) 683-9100
jordan.segall@mto.com

*Counsel for Amici Curiae*

# CERTIFICATE OF INTERESTED PARTIES

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made so that the judges of this Court may evaluate possible disqualification or recusal.

**Plaintiffs-Appellees**
1. Alliance for Hippocratic Medicine
2. American Association of Pro-Life Obstetricians and Gynecologists
3. American College of Pediatricians
4. Christian Medical and Dental Associations
5. Shaun Jester, D.O.
6. Regina Frost-Clark, M.D.
7. Tyler Johnson, D.O.
8. George Delgado, D.O.

**Counsel for Plaintiffs-Appellees**
Erik C. Baptist
Erin Morrow Hawley
Matthew S. Bowman
Erica Steinmiller-Perdomo
John J. Bursch
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690

Julie Marie Blake
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-4655

Denise M. Harle
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Road NE
Suite D-1100
Lawrenceville, Georgia 30043
(770) 339-0774

Christian D. Stewart
MORGAN WILLIAMSON, LLP
701 South Taylor Street
Suite 400, LB 103
Amarillo, Texas 79101
(806) 358-8116

**Defendants-Appellants**
All Defendants-Appellants are governmental parties.

**Defendant-Intervenor-Appellant**
Danco Laboratories, LLC

**Counsel for Defendant-Intervenor-Appellant**
Jessica L. Ellsworth
Catherine E. Stetson
Philip Katz
Lynn W. Mehler
Kaitlyn A. Golden
Marlan Golden
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600

Ryan Brown
Ryan Brown Attorney at Law
1222 South Fillmore Street
Amarillo, Texas 79101
(806) 372-5711

*Amici Curiae*
1. Julie Bullock, PharmD
2. Scott Danzis
3. Daniel Davis, M.D., M.P.H.
4. Adam George, PharmD
5. Sally Howard
6. Suzanne Junod, Ph.D.
7. Andrea Leonard-Segal, M.D., F.A.C.R.
8. Bruce Kuhlik
9. Jessica O'Connell
10. Mary Pendergast
11. Krithika Shetty, Ph.D.
12. Jeremy Sharp
13. Rachel Sherman, M.D., M.P.H., F.A.C.P.

**Counsel for *Amici Curiae***
Jordan D. Segall
Jerry Yan
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
(213) 683-9100

| | |
|---|---|
| DATED: May 1, 2023 | Respectfully submitted, |
| | */s/ Jordan D. Segall* |
| | Jordan D. Segall |
| | Jerry Yan |
| | MUNGER, TOLLES & OLSON LLP |
| | 350 South Grand Avenue, 50th Floor |
| | Los Angeles, California 90071 |
| | (213) 683-9100 |
| | jordan.segall@mto.com |

# MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*

1. Pursuant to Rule 29(b) of the Federal Rules of Appellate Procedure, former Food and Drug Administration ("FDA") officials hereby move for leave to file a brief as *amici curiae* in support of Defendants-Appellants. The proposed brief is attached. All parties have consented to the filing of this brief.

2. Proposed *amici* are former FDA officials who served in both Republican and Democratic administrations in a wide variety of roles, including principal deputy commissioner, medical officer, legal counsel, policy advisor, and historian. Based on their collective decades of experience at all levels of FDA, *amici* are deeply familiar with how FDA approves drugs and the agency's history and have a strong interest in ensuring that the drug-approval process Congress created and FDA implemented continues to work as intended and that FDA can continue to ensure the safety, efficacy, and security of drugs and medical treatments through reasoned expert judgment. *Amici* are:

- **Julie Bullock, PharmD**, who served at FDA from 2004 to 2014 as a Senior Clinical Pharmacology Reviewer and then as a Clinical Pharmacology Team Leader.

- **Scott Danzis**, who served as Special Assistant to the FDA Chief Counsel from 2006 to 2008.

- **Daniel Davis, M.D., M.P.H.**, who served as a Medical Officer at FDA's Center for Drug Evaluation and Research from 1997 to 2016, where he was one of three primary medical reviewers for Mifeprex from 2000 to 2016.

- **Adam George, PharmD**, who served at FDA from 2010 to 2016 as a Regulatory Review Officer, Clinical Reviewer, and Senior Regulatory Reviewer specializing in clinical trials.

- **Sally Howard**, who served as FDA Deputy Commissioner for Policy, Planning, and Legislation and Chief of Staff at FDA from 2013 to 2015.

- **Suzanne Junod, Ph.D.**, who served as a Historian at FDA in six presidential administrations from 1984 to 2018.

- **Bruce Kuhlik**, who served as Senior Advisor to the Commissioner from 2015 to 2016.

- **Andrea Leonard-Segal, M.D., F.A.C.R.**, who served at FDA across three presidential administrations from 1998 to 2013, including as the Director for the Division of Nonprescription Clinical Evaluation from 2005 to 2013.

- **Jessica O'Connell**, who served as Associate Chief Counsel at FDA from 2008 to 2014.

- **Mary Pendergast**, who served at FDA in four presidential administrations from 1979 to 1997, including in the Office of the Chief Counsel and as Deputy Commissioner and Senior Advisor to the Commissioner from 1990 to 1997.

- **Jeremy Sharp**, who served as FDA Deputy Commissioner for Policy, Planning, Legislation, and Analysis from 2015 to 2017.

- **Krithika Shetty, Ph.D.**, who served at FDA from 2019 to 2021 as a Clinical Pharmacology Reviewer.

- **Rachel Sherman, M.D., M.P.H., F.A.C.P.**, who served at FDA in five administrations across 30 years from 1989 to 2014 and 2015 to 2019, including as Principal Deputy Commissioner of Food and Drugs (2017-19), Director of the Office of Medical Policy and the Associated Director of Medical Policy at the Center for Drug Evaluation and Research (2009-14), and a Medical Officer and Expert Medical Reviewer (1989-93).

3. As required by Fifth Circuit Rule 29.2, the proposed brief "avoid[s] the repetition of facts or legal arguments contained in" the United States' brief and the briefs of other amici and "focus[es] on points . . . not adequately discussed" in those briefs. In the order below, the trial court vacated over two decades of FDA's regulatory actions regarding mifepristone, a drug first approved by FDA in 2000 for use in medication abortions. As former FDA officials, proposed amici are well qualified to explain how FDA's drug approval process works and how it developed over time, as well as the importance of FDA's role in safeguarding the public health. Proposed amici also submit this brief to explain how and why Congress entrusted drug approvals to FDA's scientific judgment and expertise and to stress that judicial second-guessing of FDA's safety determinations has serious negative consequences for the public health.

DATED: May 1, 2023                Respectfully submitted,

                                                     */s/ Jordan D. Segall*
                                                     Jordan D. Segall
                                                     Jerry Yan
                                                     MUNGER, TOLLES & OLSON LLP
                                                     350 South Grand Avenue, 50th Floor
                                                     Los Angeles, California 90071
                                                     (213) 683-9100
                                                     jordan.segall@mto.com

## CERTIFICATE OF SERVICE

I certify that on May 1, 2023, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

DATED: May 1, 2023

                                          */s/ Jordan D. Segall*
                                          Jordan Segall