No. 23-10362

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

ALLIANCE FOR HIPPOCRATIC MEDICINE; AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS & GYNECOLOGISTS; AMERICAN COLLEGE OF PEDIATRICIANS; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS; SHAUN JESTER, D.O.; REGINA FROST-CLARK, M.D.; TYLER JOHNSON, D.O.; GEORGE DELGADO, M.D.,

*Plaintiffs-Appellees*

v.

U.S. FOOD & DRUG ADMINISTRATION; ROBERT M. CALIFF, Commissioner of Food and Drugs; JANET WOODCOCK, M.D., in her official capacity as Principal Deputy Commissioner, U.S. Food and Drug Administration; PATRIZIA CAVAZZONI, M.D., in her official capacity as Director, Center for Drug Evaluation and Research, U.S. Food and Drug Administration; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, Secretary, U.S. Department of Health and Human Services,

*Defendants-Appellants*

v.

DANCO LABORATORIES, L.L.C.,

*Intervenor-Appellant*

On Appeal from the United States District Court for the Northern District of Texas

**MOTION FOR LEAVE TO FILE *AMICUS* BRIEF FOR FOOD AND DRUG LAW SCHOLARS SUPPORTING APPELLANTS AND REVERSAL**

                                          Robert A. Long
                                          COVINGTON & BURLING LLP
                                          One CityCenter
                                          850 Tenth Street, NW
                                          Washington, DC 20001
                                          RLong@cov.com
                                          (202) 662-6000

May 1, 2023                             *Additional Counsel Listed Below*

# CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made so that the judges of this Court may evaluate possible disqualification or recusal.

**Plaintiffs-Appellees:**
1. Alliance for Hippocratic Medicine
2. American Association of Pro-Life Obstetricians & Gynecologists
3. American College of Pediatricians
4. Christian Medical & Dental Associations
5. Shaun Jester, D.O.
6. Regina Frost-Clark, M.D.
7. Tyler Johnson, D.O.
8. George Delgado, M.D.

**Counsel for Plaintiffs-Appellees**

Erik Christopher Baptist
Erica Steinmiller-Perdomo
Erin Morrow Hawley
Matthew S. Bowman
John J. Bursch
Alliance Defending Freedom
440 First Street NW
Washington, DC 20001

Denise Harle
Alliance Defending Freedom
1000 Hurricane Shoals Rd., NE Ste D1100
Lawrenceville, GA 30043

Julie Marie Blake
Alliance Defending Freedom
44180 Riverside Pkwy
Landsdowne, VA 20176

Christian D. Stewart
Morgan Williamson LLP
701 S Taylor Suite 440 Lb 103
Amarillo, TX 79101

**Defendants-Appellants**
All Defendants-Appellants are governmental parties.

**Intervenor-Appellant**
Danco Laboratories LLC

**Counsel for Intervenor-Appellant**
Catherine Emily Stetson
Jessica Lynn Ellsworth
Kaitlyn Golden
Lynn Whipkey Mehler
Marlan Golden
Philip Katz
Delia Scoville
Danielle Desaulniers Stempel
Hogan Lovells US LLP
555 13th Street NW
Washington, DC 20004

Eva Marie Schifini
Hogan Lovells US LLP
1999 Avenue of the Stars
Los Angeles, CA 90067

Ryan Patrick Brown
Ryan Brown Attorney at Law
1222 S Fillmore St
Amarillo, TX 79101

*Amici Curiae*
1. Greer Donley, JD
2. Patricia J. Zettler, JD
3. R. Alta Charo, JD
4. I. Glenn Cohen, JD
5. Marsha N. Cohen, JD

6. Nathan Cortez, JD
7. Doron Dorfman, JSD, JSM, LLM, LLB
8. Rebecca S. Eisenberg, JD
9. Henry T. Greely, JD
10. Ralph F. Hall, JD
11. George Horvath, MD, JD
12. Peter Barton Hutt, LLM, LLB
13. Joan Krause, JD,
14. Holly Fernandez Lynch, JD, MBE
15. Elizabeth McCuskey, JD
16. Jennifer D. Oliva, JD, MBA
17. Jordan Paradise, JD
18. Christopher Robertson, JD, PhD, MA
19. Joanna Sax, JD, PhD
20. Allison M. Whelan, JD, MA
21. Diana Winters, JD, PhD, MA

**Counsel for *Amici Curiae***
Lewis A. Grossman
Denise Esposito
Robert A. Long
Julia F. Post
Beth Braiterman
Emile Katz
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000

May 1, 2023                                                Respectfully submitted,

/s/ Robert A. Long

Robert A. Long
Counsel of Record for *Amici Curiae*

Pursuant to Federal Rule of Appellate Procedure 29, Fifth Circuit Rule 29, and the Court's procedural Order dated April 19, 2023, *amici* food and drug law scholars respectfully move for leave to file a brief as *amici curiae* in support of Defendants-Appellants. All parties have consented to the filing of this brief.

## IDENTITY AND INTERESTS OF *AMICI*

*Amici curiae* are 21 food and drug law scholars from academic institutions across the United States.[1] Collectively, they have devoted many decades to studying U.S. food and drug law and have deep expertise in the drug approval process. *Amici* share an interest in upholding the role of the U.S. Food and Drug Administration (FDA or the Agency) as the authority designated by Congress to make safety and efficacy determinations regarding drugs submitted for approval, and in ensuring scientific evidence underpins the drug approval process. Specifically, *amici* include:

- **Greer Donley, JD:** Greer Donley is the John E. Murray Faculty Scholar and Associate Professor of Law at the University of Pittsburgh Law School. Her research focuses on reproductive rights, FDA law, and health law.

- **Patricia J. Zettler, JD:** Patricia J. Zettler is an associate professor of law at The Ohio State University Moritz College of Law and a member of Ohio State's Drug Enforcement and Policy Center and its Comprehensive

---

[1] The views in this *amicus curiae* brief are those of the *amici* in their individual capacities and do not necessarily represent the views of their respective institutions. *Amici* are not affiliated with any of the parties in this matter. This brief was not authored in whole or part by counsel for any of the parties. No party or party's counsel contributed money for this brief, and no one other than *amici* and their counsel have contributed money for this brief.

Cancer Center. Her research focuses on FDA law and policy, and she is a co-author of the text *Food and Drug Law: Cases and Materials* (5th Edition 2022). Before her academic career, she served as an associate chief counsel in FDA's Office of the Chief Counsel.

- **R. Alta Charo, JD:** R. Alta Charo, Warren P. Knowles Professor Emerita of Law & Bioethics at the University of Wisconsin - Madison, is an expert in biotechnology regulation and policy. She previously served on President Clinton's National Bioethics Advisory Commission and was a senior policy advisor in the FDA Office of the Commissioner during the Obama administration, where she reviewed issues related to emerging technology regulation and drug safety.

- **I. Glenn Cohen, JD:** I. Glenn Cohen is a professor at Harvard Law School. His research focuses on bioethics and health law, with current projects in FDA law, abortion, and reproductive technologies.

- **Marsha N. Cohen, JD:** Marsha N. Cohen is an Honorable Raymond L. Sullivan Professor of Law at the UC Hastings College of the Law, San Francisco, where her expertise and scholarship focuses on federal food and drug safety law.

- **Nathan Cortez, JD:** Nathan Cortez, Callejo Endowed Professor of Law, Southern Methodist University, Dedman School of Law, is an expert in health, administrative, and FDA law, focusing on health care innovation and regulation. He is a co-author of the text *Food and Drug Law: Cases and Materials* (5th Edition 2022).

- **Doron Dorfman, JSD, JSM, LLM, LLB:** Doron Dorfman is an Associate Professor at Seton Hall University School of Law. His research and teaching focuses on health law, disability law, torts, property, insurance law, employment discrimination law, law and psychology, and family law.

- **Rebecca S. Eisenberg, JD:** Rebecca S. Eisenberg, the Robert and Barbara Luciano Professor of Law at the University of Michigan Law School, focuses her scholarship on law and technology. She is an expert in biopharmaceutical research and has advised the National Institutes of Health. She has also taught courses in FDA law since 2000 and served as a member of the Committee on Law, Science & Technology of the National Academies of Sciences, Engineering & Medicine.

- **Henry T. Greely, JD:** Henry T. Greely is the Deane F. and Kate Edelman Johnson Professor of Law at Stanford Law School. He is an expert in genetics and focuses on biomedical technologies and ethical and social issues related to genetics and reproductive law. He teaches and writes on FDA law and issues arising from it.

- **Ralph F. Hall, JD:** Ralph F. Hall is a Professor of Practice (retired) at the University of Minnesota Law School and a lecturer at the University of Michigan Law School. He focuses his teaching, research, and writing in the areas of FDA regulation and health care.

- **George Horvath, MD, JD:** George Horvath is an Assistant Professor of Law at the University of Akron School of Law. His research and teaching focus on FDA Law and Health law.

- **Peter Barton Hutt, LLB, LLM:** Peter Barton Hutt is a Senior Counsel at Covington & Burling LLP specializing in Food and Drug Law, and a former Chief Counsel of FDA. He is the lead co-author of the text *Food and Drug Law: Cases and Materials* (5th Edition 2022) and has taught a full course on the subject at Harvard Law School for thirty consecutive years.

- **Joan Krause, JD:** Joan Krause is the Dan K. Moore Distinguished Professor of Law at the University of North Carolina School of Law and focuses her research on health law, pharmaceutical law, criminal law, and women and the law. She has authored works on health care fraud and abuse, bioethics, and criminal issues affecting women.

- **Holly Fernandez Lynch, JD, MBE:** Holly Fernandez Lynch is an assistant professor of medical ethics and law at the University of Pennsylvania. Her research focuses on FDA pharmaceutical policy, access to investigational medicines, and clinical research ethics. She was previously the Executive Director of the Petrie-Flom Center for Health Law Policy, Biotechnology, and Bioethics at Harvard Law School.

- **Elizabeth McCuskey, JD:** Elizabeth McCuskey is a professor at Boston University School of Public Health and School of Law, and specializes in health reform. She has written on FDA preemption for SCOTUSBlog and was named a 2016 Health Law Scholar by the American Society for Law, Medicine, & Ethics.

- **Jennifer D. Oliva, JD, MBA:** Jennifer Oliva is a Professor of Law and Co-Director of the UCSF/UC Law Consortium on Law, Science and Health Policy at the University of California College of the Law, San Francisco. Her research focuses on health and privacy law, and she was awarded the 2021 Health Law Community Service Award by the AALS Section on Law, Medicine, and Health Care.

- **Jordan Paradise, JD:** Jordan Paradise is the Georgia Reithal Professor of Law and Co-Director of the Beazley Institute for Health Law & Policy at the Loyola University Chicago School of Law. Her research focuses on life sciences, legal and policy issues in pharmaceutical development, and medical devices.

- **Christopher Robertson, JD, PhD, MA:** Christopher Robertson, Professor of Law at Boston University Law School and Professor of Health Law, Policy & Management at the Boston University School of Public Health, focuses his scholarship on health law and bioethics.

- **Joanna Sax, JD, PhD:** Joanna Sax is the E. Donald Shapiro Professor of Law at California Western School of Law and her research focuses on the intersection of law and science, with special recognition for her work on FDA policies.

- **Allison M. Whelan, JD, MA:** Allison M. Whelan is an assistant professor of law at Georgia State University College of Law where her scholarship and teaching focuses on FDA law, reproductive justice, administrative law, and bioethics. Prior to her academic career, she practiced food and drug law at a large law firm.

- **Diana Winters, JD, PhD, MA:** Diana Winters, the Director of the Health Law & Policy Program and the Deputy Director at the Resnick Center of Food Law & Policy at UCLA School of Law, is an expert in food and health law.

**THE ATTACHED AMICUS BRIEF IS DESIRABLE AND RELEVANT TO THE MATTERS ASSERTED**

The attached brief will aid the Court's consideration of important issues on U.S. food and drug law presented in this appeal. Plaintiffs-Appellees' arguments

and the district court's order rest on a serious misunderstanding of U.S. federal food and drug law. Contrary to the district court's decision, FDA's approval and continued regulation of mifepristone is consistent with the Food, Drug, and Cosmetic Act, the Agency's regulations, and the Comstock Act. Affirming the preliminary injunction below could have consequences far beyond mifepristone. If the district court's order overriding FDA's safety and effectiveness determinations is upheld, it could open the door to numerous challenges to other medical products that patients rely on, as well as chill research and development of new therapeutics in the face of increased uncertainty.

As leading experts on food and drug law, *amici* are well-suited to offer their expertise to the Court. *Amici* also have a strong interest in the court's resolution of the issues in this case, which have far-reaching implications for patients who rely on life-saving medications and manufacturers pursuing drug development.

## CONCLUSION

For these reasons, the Court should grant the motion for leave to file the attached *amicus curiae* brief.

          Respectfully submitted,

          /s/ Robert A. Long

          Lewis A. Grossman
          Denise Esposito
          Robert A. Long*
          Julia F. Post
          Beth Braiterman
          Emile Katz
          One CityCenter
          850 Tenth Street, NW
          Washington, DC 20001
          RLong@cov.com
          (202) 662-6000
            *Counsel of Record*

May 1, 2023          *Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I, Robert A. Long, hereby certify that a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all parties by the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

SO CERTIFIED, this 1 day of May, 2023.

<i>/s/    Robert A. Long</i>

## CERTIFICATE OF COMPLIANCE

1.  This motion complies with the type-volume limitations of Federal Rules of Appellate Procedure 27(d)(2) because it contains 1,501 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

2.  This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14 point, Times New Roman.

Dated: May 1, 2023                     /s/ Robert A. Long

                                       Robert A. Long
                                       *Counsel of Record for Amici Curiae*