No. 23-10362

# In the United States Court of Appeals for the Fifth Circuit

ALLIANCE FOR HIPPOCRATIC MEDICINE; AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS & GYNECOLOGISTS; AMERICAN COLLEGE OF PEDIATRICIANS; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS; SHAUN JESTER, D.O.; REGINA FROST-CLARK, M.D.; TYLER JOHNSON, D.O.; GEORGE DELGADO, M.D.,

*Plaintiffs - Appellees*,

*v.*

U.S. FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF, COMMISSIONER OF FOOD AND DRUGS; JANET WOODCOCK, M.D., IN HER OFFICIAL CAPACITY AS PRINCIPAL DEPUTY COMMISSIONER, U.S. FOOD AND DRUG ADMINISTRATION; PATRIZIA CAVAZZONI, M.D., IN HER OFFICIAL CAPACITY AS DIRECTOR, CENTER FOR DRUG EVALUATION AND RESEARCH, U.S. FOOD AND DRUG ADMINISTRATION; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, SECRETARY, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,

*Defendants - Appellants,*

*v.*

DANCO LABORATORIES, L.L.C.,

*Intervenor - Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, ADVANCED MEDICAL TECHNOLOGY ASSOCIATION, CONSUMER HEALTHCARE PRODUCTS ASSOCIATION & NATIONAL ASSOCIATION OF MANUFACTURERS**

| | |
|---|---|
| James C. Stansel | Peter Safir |
| Melissa B. Kimmel | Beth S. Brinkmann, |
| Kelly Falconer Goldberg | *Counsel of Record* |
| PHARMACEUTICAL RESEARCH AND | Julie Dohm |
|  MANUFACTURERS OF AMERICA | Brianne Bharkhda |
| 950 F Street, NW, Suite 300 | COVINGTON & BURLING LLP |
| Washington, DC 20004 | 850 Tenth Street, NW |
| (202) 835-3400 | Washington, DC 20001 |
| | (202) 662-6000 |

(*Additional counsel on inside cover*)

Christopher L. White
Pat Fogarty
ADVANCED MEDICAL TECHNOLOGY
　ASSOCIATION
1301 Pennsylvania Ave. NW, Suite 400
Washington, DC 20004
(202) 783-8700

David C. Spangler
CONSUMER HEALTHCARE PRODUCTS
　ASSOCIATION
1625 Eye Street, NW, Suite 600
Washington, DC 20006
(202) 429-9260

Linda Kelly
Erica Klenicki
Michael A. Tilghman II
NATIONAL ASSOCIATION OF
　MANUFACTURERS
733 Tenth Street, NW, Suite 700
Washington, DC 20001
(202) 637-3000

Annie X. Wang
Daniel G. Randolph
Elizabeth Sharkey
Kendall T. Burchard
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000

Marienna Murch
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
(415) 591-6000

Annie Warnke
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
(424) 332-4800

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE***

Pursuant to Federal Rule of Appellate Procedure 29, the Pharmaceutical Research and Manufacturers of America ("PhRMA"), Advanced Medical Technology Association ("AdvaMed"), Consumer Healthcare Products Association ("CHPA"), and National Association of Manufacturers ("NAM") respectfully move for leave to file a brief as *amici curiae* in support of Defendants-Appellants and Intervenor-Appellant. The proposed brief accompanies this motion. All parties have consented to the filing of this brief.

Proposed *amici* are associations representing the Nation's leading pharmaceutical, biotechnology, and medical technology companies, as well as manufacturers of developed drugs and medical devices. Proposed *amici* have a special interest in this lawsuit because they share a substantial interest in protecting against disruptions to the stable and predictable framework Congress created to govern drug and device approvals by the Food and Drug Administration ("FDA"). *See* Fed. R. App. P. 29(a)(3)(A). Proposed *amici* rely on the rigorous statutory framework Congress established in the Federal Food, Drug, and Cosmetic Act ("FDCA") that assures patients, healthcare providers, drug and device developers, and drug and device manufacturers that the products that are approved by FDA are safe and effective for their intended uses. This rigorous framework means that a drug product that is finally approved by FDA, absent exigent circumstances, will be

lawful and potentially profitable to market for an extended period anywhere in the United States. For that reason, proposed *amici* have invested billions of dollars into research, development, and manufacture to meet FDA's rigorous standards. Proposed *amici* have a significant interest in protecting against disruptions to their considerable investments in drug and device development and manufacture.

The proposed brief is "desirable and . . . relevant to the disposition of the case" because it avoids repeating the principal briefs' facts and legal arguments and instead provides the Court with additional context and supplemental reasons why the district court's order should be reversed. Fed. R. App. P. 29(a)(3)(B). Because proposed *amici* represent associations made up of industry leaders in biopharmaceutical innovation, medical device development, over-the-counter medications, and the manufacture of such products, they are particularly well situated to address the district court's flawed analysis of FDA's role in approving and regulating drugs and devices and the potential damage that the district court's ruling risks causing to these industries.

For these reasons, PhRMA, AdvaMed, CHPA, and NAM respectfully request leave to file the attached brief as *amici curiae* in support of Defendants-Appellants and Intervenor-Appellant.

<div style="display: flex;">

<div>

James C. Stansel
Melissa B. Kimmel
Kelly Falconer Goldberg
PHARMACEUTICAL RESEARCH AND
  MANUFACTURERS OF AMERICA
950 F Street, NW, Suite 300
Washington, DC 20004
(202) 835-3400

Christopher L. White
Pat Fogarty
ADVANCED MEDICAL TECHNOLOGY
  ASSOCIATION
1301 Pennsylvania Ave. NW, Suite 400
Washington, DC 20004
(202) 783-8700

David C. Spangler
CONSUMER HEALTHCARE PRODUCTS
  ASSOCIATION
1625 Eye Street, NW, Suite 600
Washington, DC 20006
(202) 429-9260

Linda Kelly
Erica Klenicki
Michael A. Tilghman II
NATIONAL ASSOCIATION OF
  MANUFACTURERS
733 Tenth Street, NW, Suite 700
Washington, DC 20001
(202) 637-3000

</div>

<div>

Respectfully submitted,

/s/ *Beth S. Brinkmann*

Beth S. Brinkmann
Peter Safir
Julie Dohm
Brianne Bharkhda
Annie X. Wang
Daniel G. Randolph
Elizabeth Sharkey
Kendall T. Burchard
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000

Marienna Murch
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-6000

Annie Warnke
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
(424) 332-4800

*Counsel for Amici Curiae*

</div>

</div>

3

## CERTIFICATE OF COMPLIANCE

I, Beth S. Brinkmann, hereby certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 405 words, excluding the portions of the motion exempted by Fed. R. App. P. 32(f). This motion complies with the requirements of Rule 27(d)(1)(E) because it complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Office Word 2016 in 14-point, Times New Roman font.

Dated: May 1, 2023

/s/ *Beth S. Brinkmann*
Beth S. Brinkmann
*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system on May 1, 2023.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

<div style="text-align:right">

/s/ *Beth S. Brinkmann*
Beth S. Brinkmann
*Counsel for Amici Curiae*

</div>