No. 23-10362

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*,
*Plaintiffs-Appellees*,

v.

U.S. FOOD & DRUG ADMINISTRATION, *et al.*,
*Defendants-Appellants*.

On Appeal from the United States District Court
for the Northern District of Texas, No. 2:22-cv-00223
Hon. Matthew J. Kacsmaryk, United States District Judge

## UNOPPOSED MOTION OF PUBLIC CITIZEN
## FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT
## OF DEFENDANTS-APPELLANTS AND REVERSAL

Nicolas A. Sansone
Allison M. Zieve
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Attorneys for Movant*
*Public Citizen*

May 1, 2023

# SUPPLEMENTAL CERTIFICATE OF INTERESTED PERSONS

No. 23-10362

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*,
*Plaintiffs-Appellees*,

v.

U.S. FOOD & DRUG ADMINISTRATION, *et al.*,
*Defendants-Appellants*.

On Appeal from the United States District Court
for the Northern District of Texas, No. 2:22-cv-00223
Hon. Matthew J. Kacsmaryk, United States District Judge

Pursuant to this Court's Rule 29.2 and Federal Rule of Appellate Procedure 26.1, movant Public Citizen submits this supplemental certificate of interested persons to fully disclose all those with an interest in this motion and provide the required information as to their corporate statuses and affiliations.

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case, in addition to those listed in

the briefs of the parties. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

A.    Amicus curiae **Public Citizen** is a non-profit, non-stock corporation. It has no parent corporation, and no publicly traded corporation has an ownership interest in it of any kind.

B.    The above-listed amicus curiae is represented by **Nicolas A. Sansone** and **Allison M. Zieve** of **Public Citizen Litigation Group**.

/s/ Nicolas A. Sansone
Nicolas A. Sansone

*Attorney for Amicus Curiae*
*Public Citizen*

May 1, 2023

**MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN
SUPPORT OF DEFENDANTS-APPELLANTS AND REVERSAL**

Pursuant to Federal Rule of Appellate Procedure 29(a) and Fifth
Circuit Rule 29.1, Public Citizen moves for this Court's leave to file a brief
of 4,740 words as amicus curiae in support of Defendants-Appellants and
reversal. All parties have consented to the filing of the proposed brief,
which Public Citizen submits contemporaneously with this motion.

## I.     Movant's Interest in These Proceedings

Public Citizen is a non-profit consumer advocacy organization with
members in all fifty states. Among other things, Public Citizen works to
advance access to health care and to ensure strong protections for public
health. Since 1971, the physicians in Public Citizen's Health Research
Group have studied the work of the U.S. Food and Drug Administration
(FDA) and have filed dozens of citizen petitions challenging FDA
approvals or labeling decisions, including more than forty petitions
asking the FDA to ban an approved drug because of safety risks. *See, e.g.*,
Public Citizen, *Petition to the FDA to Ban the Drug Hydroxyprogesterone
Caproate (Makena), Approved for Prevention of Preterm Birth* (Oct. 8,
2019), https://tinyurl.com/3bk9xkkr; Public Citizen, *Petition to the FDA
to Require a Black-Box Warning for the Osteoporosis Drug Prolia*

(Apr. 16, 2019), https://tinyurl.com/bdhy4tj9. These citizen petitions generally ask the FDA to act based on new peer-reviewed studies or new adverse event reports that draw into question the FDA's earlier decision.

As a consumer advocacy organization, Public Citizen has a strong interest in the safety and effectiveness of drugs marketed to patients in the United States. And as an FDA watchdog, Public Citizen has a strong interest in ensuring that citizen petitions are used appropriately to bring compelling new drug-safety evidence to the FDA's attention—not as a mechanism for disrupting the regulatory regime by attempting to reopen FDA determinations based on simple disagreement with the FDA's expert assessment of the scientific evidence undergirding its findings, without new evidence showing lack of safety or effectiveness.

## II.   Desirability and Relevance of Movant's Proposed Brief

As an organization that has extensive experience with the FDA's process for approving new drugs and with citizen petitions challenging FDA approvals, Public Citizen can contribute to informed consideration of the questions before this Court. The proposed brief describes the regulatory approval process in depth and explains the circumstances under which a citizen petition can prompt reevaluation of action the FDA

has already taken following careful assessment of detailed scientific
evidence.

## CONCLUSION

For the foregoing reasons, the Court should grant Public Citizen's
motion for leave to file a brief as amicus curiae in support of Defendants-
Appellants and reversal.

Respectfully submitted,

/s/ Nicolas A. Sansone
Nicolas A. Sansone
Allison M. Zieve
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Attorneys for Movant*
*Public Citizen*

May 1, 2023

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the motion exempted by Federal Rules of Appellate Procedure 27(a)(2)(B) and 32(f) and the Rules of this Court, it contains 433 words.

This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook.

/s/ Nicolas A. Sansone
Nicolas A. Sansone
*Attorney for Movant*
*Public Citizen*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Unopposed Motion for Leave to File Amicus Curiae Brief with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit on May 1, 2023, using the Appellate Electronic Filing system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Nicolas A. Sansone
Nicolas A. Sansone
*Attorney for Movant*
*Public Citizen*