No. 23-10362

## UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

ALLIANCE FOR HIPPOCRATIC MEDICINE; AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS AND GYNECOLOGISTS; AMERICAN COLLEGE OF PEDIATRICIANS; CHRISTIAN MEDICAL AND DENTAL ASSOCIATIONS; SHAUN JESTER, D.O.; REGINA FROST-CLARK, M.D.; TYLER JOHNSON, D.O.; GEORGE DELGADO, M.D.,

*Plaintiffs-Appellees,*

v.

U.S. FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF, M.D., in his official capacity as Commissioner of Food and Drugs; JANET WOODCOCK, M.D., in her official capacity as Principal Deputy Commissioner; PATRIZIA CAVAZONNI, M.D., in her official capacity as Director, Center for Drug Evaluation and Research; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and XAVIER BECERRA, in his official capacity as Secretary, U.S. Department of Health and Human Services,

*Defendants-Appellants,*

DANCO LABORATORIES, LLC,

*Intervenor-Appellant.*

On Appeal from the United States District Court
for the Northern District of Texas
Case No. 2:22-cv-00223-Z

### UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF FORMER U.S. FOOD AND DRUG ADMINISTRATION COMMISSIONERS AS *AMICI CURIAE* IN SUPPORT OF DEFENDANTS-APPELLANTS

William B. Schultz
Margaret M. Dotzel
Alyssa M. Howard
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000
Washington, D.C.
(202) 778-1800
wschultz@zuckerman.com

*Counsel for Amici Curiae*

Pursuant to Federal Rule of Appellate Procedure 29(a)(3) and Fifth Circuit Rule 29.1, movants David A. Kessler, M.D.; Jane E. Henney, M.D.; Margaret Hamburg, M.D.; Michael A. Friedman, M.D.; Joshua M. Sharfstein, M.D.; Stephen Ostroff, M.D.; and Norman E. "Ned" Sharpless, M.D. respectfully move the Court for leave to file a brief as *amici curiae* in support of Defendants-Appellants. Defendants-Appellants, Intervenor-Appellant, and Plaintiffs-Appellees have consented to the filing of this brief. A copy of the proposed brief is attached as Exhibit A.

I.  **INTEREST OF MOVANTS**

Movants are former commissioners and acting commissioners of the U.S. Food and Drug Administration (FDA). During their time leading the Agency, movants oversaw FDA's careful, evidence-driven process for considering New Drug Applications, which the district court's order threatens to undermine. Movants place a high value on the regulatory framework that provides patients access to critical drugs and vaccines and share an interest in maintaining Congress's chosen scheme for evaluating drug safety and efficacy.

II. **MOVANTS' BRIEF WILL BE USEFUL TO THE COURT'S CONSIDERATION OF THIS APPEAL.**

As experts who led FDA's drug approval process, movants have valuable insight to inform the Court's consideration of the merits of this appeal. Movants are uniquely positioned to explain the onerous requirements imposed on manufacturers

seeking to market new drugs as well as FDA's nuanced approach to considering New Drug Applications. As physicians, movants are also qualified to explain why FDA's rigorous scientific review of FDA's initial approval and subsequent actions with respect to mifepristone merit deference. Further, movants' brief sets forth the catastrophic consequences to public health that would ensue if the district court's order were upheld.

### III.  **CONCLUSION**

Based on the foregoing, movants respectfully request that the Court grant this motion for leave to file a brief as *amici curiae* in support of Defendants-Appellants and accept for filing the *amici curiae* brief submitted contemporaneously with this motion.

Date: May 1, 2023

/s/ William B. Schultz
William B. Schultz
Margaret M. Dotzel
Alyssa M. Howard
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000
Washington, D.C.
(202) 778-1800
wschultz@zuckerman.com

*Counsel for Amici Curiae*

## **CERTIFICATE OF SERVICE**

I certify that on May 1, 2023, the foregoing Motion for Leave to File Brief of Former Commissioners of the U.S. Food and Drug Administration as *Amici Curiae* in Support of Defendants-Appellants was filed electronically and has been served via the Court's ECF filing system in compliance with Rule 25(b) and (c) of the Federal Rules of Appellate Procedure on all registered counsel of record.

/s/ William B. Schultz
*Counsel for Amici Curiae*

## **CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 311 words, as counted by Microsoft Word, excluding the parts of the motion excluded by Federal Rule of Appellate Procedure 32(f). This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared using Microsoft Word in 14-point Times New Roman font.

/s/ William B. Schultz
*Counsel for Amici Curiae*