# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form.** *(COMPLETE ENTIRE FORM).*

**Fifth Cir. Case NO.** 23-10362

Alliance for Hippocratic Medicine, et al.,    vs.    U.S. Food & Drug Administrations, et al.
(Short Title)

The Clerk will enter my appearance as Counsel for Amici Curiae Food and Drug Law Scholars (individual Amici listed in attached appendix)

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**    ☐ Petitioner(s)    ☐ Respondent(s)    ☑ Amicus Curiae    ☐ Appellant(s)    ☐ Appellee(s)    ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/ Robert A. Long    RLong@cov.com
(Signature)    (e-mail address)

Robert Allen Long Jr.    DC/415021
(Type or print name)    (State/Bar No.)

Partner
(Title, if any)

Covington & Burling LLP
(Firm or Organization)

Address One City Center, 850 Tenth Street, NW

City & State Washington, DC    Zip 20001

Primary Tel. (202) 662-5612    Cell Phone: (202) 662-5612

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Robert Allen Long Jr.

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

B. Inquiry of Counsel. To your knowledge:
  (1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?    ☐ Yes   ☑ No
  (2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?    ☐ Yes   ☑ No
  (3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?    ☐ Yes   ☑ No
  (4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case Preliminary injunction

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

Name of Court or Agency

Status of Appeal (if any)

Other Status (if not appealed)

**NOTE: Attach sheet to give further details.**    DKT-5A REVISED January 2022

# APPENDIX
## LIST OF *AMICI* FOOD AND DRUG LAW SCHOLARS

**Greer Donley, JD,** University of Pittsburgh Law School

**Patricia J. Zettler, JD,** The Ohio State University Moritz College of Law

**R. Alta Charo, JD,** University of Wisconsin-Madison

**I. Glenn Cohen, JD,** Harvard Law School

**Marsha N. Cohen, JD,** UC Hastings College of the Law, San Francisco

**Nathan Cortez, JD,** Southern Methodist University, Dedman School of Law

**Doron Dorfman, JSD, JSM, LLM, LLB,** Seton Hall University School of Law

**Rebecca S. Eisenberg, JD,** University of Michigan Law School

**Henry T. Greely, JD,** Stanford Law School

**Ralph F. Hall, JD,** University of Minnesota Law School (retired) and University of Michigan Law School

**George Horvath, MD, JD,** University of Akron School of Law

**Peter Barton Hutt, LLB, LLM,** Harvard Law School

**Joan Krause, JD,** University of North Carolina School of Law

**Holly Fernandez Lynch, JD, MBE,** Perelman School of Medicine, University of Pennsylvania

**Elizabeth McCuskey, JD,** Boston University School of Public Health and School of Law

**Jennifer D. Oliva, JD, MBA,** UC College of the Law, San Francisco

**Jordan Paradise, JD,** Loyola University Chicago School of Law

**Christopher Robertson, JD, PhD, MA,** Boston University Law School and School of Public Health

**Joanna Sax, JD, PhD,** California Western School of Law

**Allison M. Whelan, JD, MA,** Georgia State University College of Law

**Diana Winters, JD, PhD, MA,** UCLA School of Law