No. 23-10362

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

ALLIANCE FOR HIPPOCRATIC MEDICINE; AMERICAN ASSOCIATION OF
PRO-LIFE OBSTETRICIANS & GYNECOLOGISTS; AMERICAN COLLEGE OF
PEDIATRICIANS; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS;
SHAUN JESTER, D.O.; REGINA FROST-CLARK, M.D.;
TYLER JOHNSON, D.O.; GEORGE DELGADO, M.D.,
*Plaintiffs-Appellees*,

v.

U.S. FOOD & DRUG ADMINISTRATION; ROBERT M. CALIFF, Commissioner
of Food and Drugs; JANET WOODCOCK, M.D., in her official capacity as
Principal Deputy Commissioner, U.S. Food and Drug Administration;

*(Caption continued on inside cover)*

On Appeal from the United States District Court for the
Northern District of Texas, Amarillo, No. 2:22-cv-223
Hon. Matthew J. Kacsmaryk, U.S. District Judge

# UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF
# OF PHARMACEUTICAL COMPANIES, EXECUTIVES,
# AND INVESTORS AS *AMICI CURIAE*
# IN SUPPORT OF APPELLANTS

Laura Harris
Lauren Devendorf*
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036

*Admission pending in the State
of New York; practice directly
supervised by principals of the firm*

Eva A. Temkin
Paul Alessio Mezzina
Jessica Greenbaum
Joshua N. Mitchell
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
(202) 737-0500
etemkin@kslaw.com

*Counsel for Amici Curiae*

May 1, 2023

PATRIZIA CAVAZZONI, M.D., in her official capacity as Director, Center for Drug Evaluation and Research, U.S. Food and Drug Administration; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, Secretary, U.S. Department of Health and Human Services,

*Defendants-Appellants,*

v.

DANCO LABORATORIES, L.L.C.,

*Intervenor-Appellant.*

————————————

## CERTIFICATE OF INTERESTED PERSONS

Under Fifth Circuit Rule 29.2, the undersigned counsel of record for *amici curiae* certifies that the following listed persons and entities, in addition to those listed in the Appellants' Certificate of Interested Persons, have an interest in the amicus brief. These representations are made in order that judges of this Court may evaluate possible disqualification or recusal.

### *Amici curiae organizations:*

- Afaxys, Inc. has no parent corporation. No publicly held corporation owns 10% or more of Afaxys, Inc.'s stock.

- Aleta Biotherapeutics has no parent corporation. No publicly held corporation owns 10% or more of Aleta Biotherapeutics' stock.

- Ambagon Therapeutics, Inc. has no parent corporation. No publicly held corporation owns 10% or more of Ambagon Therapeutics, Inc.'s stock.

- AN2 Therapeutics, Inc. (NASDAQ: ANTX) has no parent corporation. No publicly held corporation owns 10% or more of AN2 Therapeutics, Inc.'s stock.

- Arsenal Biosciences has no parent corporation. No publicly held corporation owns 10% or more of Arsenal Biosciences' stock.

- Ashvattha Therapeutics has no parent corporation. No publicly held corporation owns 10% or more of Ashvattha Therapeutics' stock.

- BIOCOM CALIFORNIA has no parent corporation. No publicly held corporation owns 10% or more of BIOCOM CALIFORNIA's stock.

- BioNJ has no parent corporation. No publicly held corporation owns 10% or more of BioNJ's stock.

- Biotechnology Innovation Organization (BIO) is a trade association. It is not publicly traded and has no parent corporation. No publicly traded corporation owns 10% or more of its stock.

- Blue Persimmon Group LLC has no parent corporation. No publicly held corporation owns 10% or more of Blue Persimmon Group LLC's stock.

- BlueRock Therapeutics LP's parent corporation is Bayer Aktiengesellschaft (OTCMKTS: BAYRY). No publicly held corporation owns 10% or more of BlueRock Therapeutics LP's stock.

- Braidwell LP's parent company is Braidwell Holdings LP. No publicly held corporation owns 10% or more of Braidwell LP's stock.

- Cadence OTC (a/k/a Cadence Health, Inc.) has no parent corporation. No publicly held corporation owns 10% or more of Cadence OTC's stock.

- CairnSurgical, Inc. has no parent corporation. No publicly held corporation owns 10% or more of CairnSurgical, Inc.'s stock.

- Celdara Medical has no parent corporation. No publicly held corporation owns 10% or more of Celdara Medical's stock.

- Celldex Therapeutics, Inc. (NASDAQ: CLDX) has no parent corporation. FMR LLC owns 15.0% of Celldex Therapeutics, Inc.'s stock.

- Cellevolve Bio Inc. has no parent corporation. No publicly traded corporation owns 10% or more of Cellevolve Bio Inc.'s stock.

- Compass Pathways plc (NASDAQ: CMPS) has no parent corporation. Atai Life Sciences N.V. (NASDAQ: ATAI) owns 22.4% of Compass Pathways plc's stock.

- Curae Pharma360 Inc.'s parent company is Medicines360. Medicines360 owns 100% of Curiae Pharma360 Inc.'s stock.

- Deep Track Capital has no parent corporation. No publicly traded corporation holds 10% or more of Deep Track Capital's stock.

- Digitalis Ventures has no parent corporation. No publicly traded corporation holds 10% or more of Digitalis Ventures' stock.

- Exxclaim Capital has no parent corporation. No publicly traded corporation holds 10% or more of Exxclaim Capital's stock.

- Eyepoint Pharmaceuticals (NASDAQ: EYPT) has no parent corporation. Franklin Resources, Inc. (NYSE: BEN) owns 16.7% of Eyepoint Pharmaceuticals' stock.

- Gilead Sciences, Inc. (NASDAQ: GILD) has no parent corporation. No publicly traded corporation owns 10% or more of Gilead Sciences, Inc.'s stock.

- Juvena Therapeutics, Inc. has no parent corporation. No publicly traded corporation owns 10% or more of Juvena Therapeutics, Inc.'s stock.

- Lenz Therapeutics has no parent corporation. No publicly traded corporation owns 10% or more of Lenz Therapeutics' stock.

- MacroGenics, Inc. (NASDAQ: MGNX) has no parent corporation. Bellevue Asset Management AG holds 15.49% of the company's stock.

- Medicines360 is a nonprofit 501(c)(3) organization that is not publicly traded. Medicines360 has no parent corporation, and no publicly traded corporation owns 10% or more of Medicines360's stock.

- Michigan Biosciences Industry Association (MichBio) has no parent corporation. No publicly traded corporation owns 10% or more of MichBio's stock.

- Nitrase Therapeutics, Inc. has no parent corporation. No publicly traded corporation owns 10% or more of Nitrase Therapeutics, Inc.'s stock.

- Notch Therapeutics has no parent corporation. Allogene Therapeutics (NASDAQ: ALLO) owns 10% or more of Notch Therapeutics' stock.

- Omega Fund Management, LLC has no has no parent corporation. No publicly traded corporation owns 10% or more of Omega Fund Management, LLC's stock.

- Osmol Therapeutics, Inc. has no has no parent corporation. No publicly traded corporation owns 10% or more of Osmol Therapeutics, Inc.'s stock.

- Pfizer Inc. (NYSE: PFE) has no parent corporation. No publicly traded corporation owns 10% or more of Pfizer Inc.'s stock.

- RA Capital Management, LP has no parent corporation. No publicly traded corporation holds 10% or more of RA Capital Management, LP's stock.

- RH Capital Partners has no parent corporation. No publicly traded corporation holds 10% or more of RH Capital Partners' stock.

- Second Genome, Inc. has no parent corporation. No publicly traded corporation holds 10% or more of Second Genome, Inc.'s stock.

- SwanBio Therapeutics, Inc.'s parent corporation is SwanBio Therapeutics Ltd. No publicly traded corporation owns 10% or more of SwanBio Therapeutics, Inc.'s stock.

- Synlogic Inc. (NASDAQ: SYBX) has no parent corporation. No publicly traded corporation owns 10% or more of Synlogic Inc.'s stock.

- Tyra Biosciences, Inc. (NASDAQ: TYRA) has no parent corporation. No publicly traded corporation owns 10% or more of Tyra Biosciences, Inc.'s stock.

- Upstream Bio, Inc. has no parent corporation. No publicly traded corporation owns 10% or more of Upstream Bio, Inc.'s stock.

- Vida Ventures, L.L.C. has no parent corporation. No publicly traded corporation owns 10% or more of Vida Ventures, L.L.C.'s stock.

- Wave Life Sciences (NASDAQ: WVE) has no parent corporation. Publicly traded company GSK plc (NYSE: GSK) owns 10.68% of Wave Life Sciences' stock.

### *Individual amici curiae:*

Grace E. Colón; Paul J. Hastings; Elizabeth Jeffords; Amanda Banks, MD; Julia Owens; Shehnaaz Suliman; Ram Aiyar; Srinivas Akkaraju, MD, PhD; Patrick Amstutz; Martin Babler; Elizabeth Bailey; Rita Balice-Gordon; Nicholas Bayless; Jennifer Beachell; Loren J. Beck; C. Gordon Beck III; Rishi Bedi; Leonard Bell, MD; Gregg Beloff; Jeremy Bender; Stephen Benoit; Heather Alisa Berger; Anna Berkenblit; Kenneth A. Berlin; Gil Beyen; Nailesh A. Bhatt; Remis Bistras; Sam Bjork; Paul Bolno; Chris Bond; Jean Anne Booth; Flavia Borellini, PhD; Sarah Boyce; Daniel M.

Bradbury; Florian Brand; Amy Burroughs; Ed Burgard, PhD; Abraham N. Ceesay; Melanie Cerullo, MS, CQA; Gina S. Chapman; Daniel S. Char; Sommer Chatwin; Isan Chen, MD; Jung E. Choi; Bharatt Chowrira, PhD, JD; Scott Clarke; Jeffrey L. Cleland, PhD; Kerry Clem; Fred Cohen MD DPhil; Ron Cohen, MD; Julie Coleman; Thomas A. Collet, PhD; Viswa Colluru, PhD; Gerald E. Commissiong; Emily Conley, PhD; Lee Cooper; Karim Dabbagh; Bassil Dahiyat; David Danielsen; David de Graaf, PhD; Steve Derby; Lisa Deschamps; Clarissa Desjardins; Eric Dobmeier; Douglas Doerfler; Ken Drazan; Karen Drexler; Doug Drysdale; Eric Dube, PhD; Michael N. Dudley, PharmD; Barbara Duncan; Sandi Dunn, PhD; Deborah Dunsire; Eric Easom; Jens Eckstein, PhD; Rami Elghandour; John Ellithorpe; Mark J. Enyedy; David M. Epstein, PhD; Lavi Erisson, MD; Jennifer Ernst; Ian Estepan; Andrew Farnum; Mary Kay Fenton; Laurent Fischer, MD; Eric A Floyd MS, MBA, PhD; Kristen Fortney; Amy Franke; Renee Gala; Brian M. Gallagher, Jr, PhD; Scott Garland; Dorothy Gemmell; Deborah Geraghty, PhD; Michael Gerard; Simba Gill; R. John Glasspool; Ellen Goldberg; Corey Goodman, PhD; Krista Goodman, PhD; Adrian Gottschalk; Anil K. Goyal, PhD; Luba Greenwood; Adam Gridley; David-Alexandre Gros, MD; Sheila Gujrathi, MD; Eric Haas, MEng; Jay Hagan; John Hallinan; Matthew Hammond; Maurice T. Hampton; Alex Harding, MD; Scott Harris; Todd Harris; Kate Haviland; Mary Lynne Hedley; Rekha Hemrajani; Noreen Henig, MD; Jenny Herbach; Patrick Heron; Stephen Hill; Arthur J. Hiller; Andrew Hirsch; Steven H. Holtzman; Reid Huber, PhD; Raquel Izumi, PhD; Elizabeth M. Jaffee; Freddy A. Jimenez, Esq.; Philip R. Johnson, MD; Sabrina Martucci Johnson; Jeff Jonker; JeenJoo S. Kang, PhD; Rosana Kapeller, MD, PhD; Alex Karnal; Leen Kawas; Jeb Keiper; Ciara Kennedy; Stephen B. Kessler; Nikole Kimes; Jeffrey R. Kirsch, MD FASA; Nina Kjellson; Arthur Klausner; Jeffrey D. Klausner, MD, MPH; Barbara Klencke, MD; Jak Knowles, MD; Walter H. Koch, PhD; Scott Koenig, MD, PhD; Roland Kolbeck; Joseph Kolchinsky; Peter Kolchinsky; Daphne Koller; John Kollins;

Gautam Kollu; Adam Kolom; Joanne Dove Kotz; Brian
Kreiter; Julie Krop; Jane Lapon; Mark Lappe; Donna LaVoie;
Russ Lebovitz, MD, PhD; David K. Lee; Jonathan Leff; Dr.
Jeremy M. Levin; Jonathan Lewis, MD, PhD; Stanley Lewis,
MD, MPH; Charlene Liao, PhD; Ivana Liebisch; Bob Linke;
Dr. Yvonne Linney; Uri Lopatin, MD; Ted W. Love, MD; Rick
Lundberg; Nancy Lurker; Susan Macdonald, PhD; Nagesh K.
Mahanthappa, PhD, MBA; David Main; Hilary M. Malone
PhD; Blake Mandell; John Maraganore, PhD; Tiago Reis
Marques; Jeff Marrazzo; Bridget A. Martell MA, MD; Jon
Martin; Sylvia McBrinn; Reenie McCarthy; Sean McClain;
Eileen McCullough; Donnie McGrath, MD, MPH; J. Andrew
McKee, MD; David Meeker MD; Darrin Miles; Jill C. Milne,
PhD; Patrice M. Milos, PhD; Emily Minkow; James Mitchell,
MD; Nick Mordwinkin; Jodie Morrison; John Mulligan, PhD;
Genesio Murano, PhD; Polly A. Murphy; Wendy W. Nelson,
PhD; William J. Newell; Steven Nichtberger; Thomas J.
Novak; Peter Noymer, PhD; Milton Nunez; Jessica O'Leary;
Andrew Obenshain; Raul Oliva; Bernat Olle; Matt Ottmer;
Michael Quigley, PhD; Gerald E. Quirk; Rohan Palekar; Geoff
Pardo; Kevin Parker, PhD; Gisela A. Paulsen, MPharm;
Bernard Peperstraete, MD; Derrell D. Porter, MD; Michael
Raab; Stephen Rapundalo, PhD; Debanjan Ray; Jake Reder,
PhD; Christopher Reyes, PhD; Safia K. Rizvi; Wendye
Robbins, MD; Bryan Roberts; Glenn Rockman; Holly
Rockweiler; Mark Rus; René Russo, PharmD; Camille
Samuels; James Sapirstein RPh; Tracy Saxton PhD, MBA;
George Scangos, PhD; Marco Scheller; Eef Schimmelpennink;
Ryan Schubert; Carlos Schuler, PhD; Alicia Secor; Lynn
Seely, MD; Thomas Seoh; Rajeev Shah; Laura Shawver; Jay
M. Short, PhD; Joao Siffert; Dr. Rona Z. Silkiss; Adam
Simpson; Nancy Simonian; Jake Simson; Samantha Singer;
Renato Skerlj, PhD; Erika R. Smith; Geoffrey W. Smith; Julie
Anne Smith; Maria Soloveychik, PhD; Paula Soteropoulos;
Marcio Souza; Peter Strumph; Arthur Thomas Suckow; Laura
Tadvalkar; Paul Peter Tak, MD PhD; Nicolas Tilmans;
Samantha S. Truex; James B. Trager, PhD; Aetna Wun
Trombley, PhD; Heather Turner; Marina Udier; Alexis van

Lingen; Ramani Varanasi; Chris Varma, PhD; Michael J. Vasconcelles, MD; Katherine Vega Stultz; Gregory Verdine; Dominique Verhelle, PhD, MBA; Christopher A. Viehbacher; Sharon J. Vosmek; Amanda Wagner; Roger Waltzman MD, MBA; Hong I. Wan; Ben Wang, PhD; Neil Warma; Scott M. Wasserman; Frank Watanabe; Yael Weiss, MD, PhD; Nancy Whiting, PharmD; Fredrik Wiklund; Matthias Will, MD; Leslie J. Williams; Rick E. Winningham; Katharine Yen; Angie You; Hanadie Yousef, PhD; Ashley Zehnder; Daphne Zohar; Sandy Zweifach.

### *Counsel for amici curiae:*

Eva A. Temkin; Laura Harris; Paul Alessio Mezzina; Anne M. Voigts; Jessica Greenbaum; Joshua N. Mitchell; and Lauren Devendorf,* all of King & Spalding LLP.

* Ms. Devendorf's admission to practice law in the State of New York is pending; she is practicing with the direct supervision of the firm's principals.

Dated: May 1, 2023

/s/ *Eva A. Temkin*
Eva A. Temkin

*Counsel for Amici Curiae*

## UNOPPOSED MOTION FOR LEAVE
## TO FILE BRIEF AS *AMICI CURIAE*

Proposed *amici curiae* listed in the attached appendix request leave to file the attached brief in support of Appellants. All parties have consented to the filing of this *amicus* brief.

Proposed *amici* are pharmaceutical companies and executives, as well as pharmaceutical-industry investors and associations, and as such are acutely interested in the issues at stake in this case. The district court's decision radically alters the new drug application (NDA) process through which drug sponsors seek Food and Drug Administration approval of new pharmaceutical products for sale and marketing.

Proposed *amici* collectively hold hundreds of NDAs and anticipate filing many more for drugs currently in development. Proposed *amici* are therefore deeply familiar with the high costs associated with drug development and the need for regulatory clarity and certainty in that arena.

Consistent with this Court's rules governing *amicus* briefs, the proposed brief avoids repeating the principal brief's facts and legal arguments. *See* 5th Cir. R. 29.2. Instead, the proposed *amicus* brief focuses on the district court's misunderstanding of the statutory and

regulatory provisions governing drug approval, the substantial chilling effect its decision will have on the development of new drugs, and the resulting widespread harm not just to the industry and its investors, but to healthcare providers and their patients.

For the foregoing reasons, proposed *amici* respectfully request leave to file the attached brief.

Respectfully submitted,

*/s/ Eva A. Temkin*

Laura Harris
Lauren Devendorf*
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
(212) 556-2100

*Admission pending in the State of New York; practice directly supervised by principals of the firm

Eva A. Temkin
Paul Alessio Mezzina
Jessica Greenbaum
Joshua N. Mitchell
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
(202) 737-0500
etemkin@kslaw.com

*Counsel for Amici Curiae*

May 1, 2023

# APPENDIX
## OF PARTICIPATING *AMICI CURIAE*

**Grace E. Colón**, CEO, Board Member and Entrepreneur

**Paul J. Hastings**, CEO, Nkarta Inc.

**Elizabeth Jeffords**, CEO, Iolyx Therapeutics

**RA Capital Management, LP** (Peter Kolchinsky, Managing Partner)

**Amanda Banks, MD**, Advisor, Board Member, Cofounder and Former CEO, Blackfynn

**Julia Owens**, CEO, Ananke Therapeutics

**Shehnaaz Suliman**, CEO, ReCode Therapeutics

**Afaxys, Inc.**

**Ram Aiyar**, Biotech Executive

**Srinivas Akkaraju, MD, PhD**, Managing General Partner, Samsara BioCapital

**Aleta Biotherapeutics**

**Ambagon Therapeutics, Inc.**

**Patrick Amstutz**, CEO, Molecular Partners AG

**AN2 Therapeutics, Inc.**

**Arsenal Biosciences**

**Ashvattha Therapeutics**

**Martin Babler**, President and CEO, Alumis Inc.

**Elizabeth Bailey**, Managing Director, RH Capital

**Rita Balice-Gordon**, CEO, Muna Therapeutics

**Nicholas Bayless**, CTO, Centivax, Inc.

**Jennifer Beachell**, COO, Upstream Bio

**Loren J. Beck**, Chief Legal Officer, HDT Bio Corp.

**C. Gordon Beck III**, Founder and Managing Director, Princeton Biomedical Consulting LLC

**Rishi Bedi**, CEO, Y-Trap

**Leonard Bell, MD**, Principal Founder and Former CEO, Alexion Pharmaceuticals

**Gregg Beloff**, Managing Director, Danforth Advisors LLC

**Jeremy Bender**, CEO, Day One Biopharmaceuticals

**Stephen Benoit**, CEO, MDI Therapeutics

**Heather Alisa Berger**, Board Member and Investor

**Anna Berkenblit**, CMO, ImmunoGen

**Kenneth A. Berlin**, President and CEO, Ayala Pharmaceuticals

**Gil Beyen**, CEO, ERYTech Parham

**Nailesh A. Bhatt**, CEO, VGYAAN Pharmaceuticals

**BIOCOM CALIFORNIA**

**BioNJ**

**Biotechnology Innovation Organization**

**Remis Bistras**, CEO, Diorasis Therapeutics

**Sam Bjork**, Partner, Digitalis Ventures

**Blue Persimmon Group LLC**

**BlueRock Therapeutics LP**

**Paul Bolno**, MD, President and CEO, Wave Life Sciences

**Chris Bond**, CSO, Notch Therapeutics

**Jean Anne Booth**, CEO, UnaliWear

**Flavia Borellini, PhD**, Retired Biotech Executive, Board Director

**Sarah Boyce**, CEO, Avidity Biosciences

**Daniel M. Bradbury**, Executive Chairman, Equillium Inc.

**Braidwell**

**Florian Brand**, Co-Founder and CEO, atai Life Sciences

**Amy Burroughs**, President and CEO, Cleave Therapeutics

**Ed Burgard, PhD**, President, Dignify Therapeutics

**Cadence OTC**

**CairnSurgical, Inc.**

**Abraham N. Ceesay**, CEO

**Celdara Medical**

**Celldex Therapeutics, Inc.**

**Cellevolve Bio Inc.**

**Melanie Cerullo, MS, CQA**, Chief Quality and Regulatory Officer of a Biopharma Company

**Gina S. Chapman**, CEO, CARGO Therapeutics, Inc.

**Daniel S. Char**, Chief Legal Officer, ImmunoGen, Inc.

**Sommer Chatwin**, Partner, Braidwell

**Isan Chen, MD**, CEO, MBrace Therapeutics, Inc.

**Jung E. Choi**, Former Chief Business Officer, Global Blood Therapeutics

**Bharatt Chowrira, PhD, JD**, Biotech Executive

**Scott Clarke**, CEO, Ambagon Therapeutics

**Jeffrey L. Cleland, PhD**, Chairman, CEO and President, Ashvattha Therapeutics

**Kerry Clem**, CCO

**Fred Cohen MD DPhil**, Co-Founder and Senior Managing Director, Vida Ventures

**Ron Cohen, MD**, President and CEO, Acorda Therapeutics, Inc.

**Julie Coleman**, Director, Celdara Medical

**Thomas A. Collet, PhD**, President and CEO, Bilayer Therapeutics, Inc.

**Viswa Colluru, PhD**, Founder and CEO, Enveda Biosciences

**Gerald E. Commissiong**, President and CEO, Todos Medical, Ltd. and Todos Medical USA, Inc.

**Compass Pathways plc**

**Emily Conley, PhD**, CEO, Federation Bio, Board Member of Nuvalent, TMRW Life Sciences, and Medrio

**Lee Cooper**, Lecturer, Thayer School of Engineering at Dartmouth College

**Curae Pharma360 Inc.**

**Karim Dabbagh**, President and CEO, Second Genome, Inc

**Bassil Dahiyat**, President and CEO, Xencor

**David Danielsen**, CEO, CairnSurgical, Inc.

**Deep Track Capital**

**David de Graaf, PhD**, President and CEO, Reverb Therapeutics, Executive Chairman, Ability Biologics

**Steve Derby**, CEO, General Ventures, Inc.

**Lisa Deschamps**, CEO, AviadoBio

**Clarissa Desjardins**, CEO, Congruence Therapeutics (a Canadian company)

**Digitalis Ventures**

**Eric Dobmeier**, President and CEO, Chinook Therapeutics, Inc.

**Douglas Doerfler**, Founder and CEO, MaxCyte, Inc.

**Ken Drazan**, CEO, ArsenalBio

**Karen Drexler**, Company Board Member

**Doug Drysdale**, CEO, Cybin

**Eric Dube, PhD**, President and CEO, Travere Therapeutics

**Michael N. Dudley, PharmD**, President and CEO, Qpex Biopharma

**Barbara Duncan**, Ovid Therapeutics, Board Director

**Sandi Dunn, PhD**, CEO, Phoenix Molecular Designs

**Deborah Dunsire**, CEO, H. Lundbeck A/S

**Eric Easom**, CEO, AN2 Therapeutics, Inc.

**Jens Eckstein, PhD**, Managing Partner, Apollo Health Ventures

**Rami Elghandour**, Chairman and CEO, Arcellx

**John Ellithorpe**, President

**Mark J. Enyedy**, President and CEO, ImmunoGen, Inc.

**David M. Epstein, PhD**, President and CEO, Black Diamond Therapeutics, Inc

**Lavi Erisson, MD**, CEO and President, Gensaic, Inc.

**Jennifer Ernst**, CEO, Tivic Health

**Ian Estepan**, CFO, Sarepta Therapeutics

**EXXclaim Capital**

**EyePoint Pharmaceuticals**

**Andrew Farnum**, CEO, Variant Bio

**Mary Kay Fenton**, Chief Financial Officer, Talaris Therapeutics

**Laurent Fischer, MD**, President and CEO, Adverum Biotechnologies, Inc.

**Eric A Floyd MS, MBA, PhD**, Senior Vice President - Regulatory Affairs and Quality Assurance, Silence Therapeutics

**Kristen Fortney**, CEO and Board Member

**Amy Franke**, Biotech Executive

**Renee Gala**, Biotech Executive and BOD Member

**Brian M. Gallagher, Jr, PhD**, Co-Founder and Managing Partner, Trekk Venture Partners

**Scott Garland**, Board Member, PACT Pharma

**Dorothy Gemmell**, President DKG Solutions, Inc.

**Deborah Geraghty, PhD**, CEO, Anokion

**Michael Gerard**, General Counsel, Cabaletta Bio, Inc.

**Gilead Sciences, Inc.**

**Simba Gill**, CEO, Evelo Biosciences

**R. John Glasspool**

**Ellen Goldberg**, President, CHORD Consulting

**Corey Goodman, PhD**, Managing Partner, venBio Partners

**Krista Goodman, PhD**, CSO Oncology Biotech in stealth

**Adrian Gottschalk**, President and CEO, Foghorn Therapeutics

**Anil K. Goyal, PhD**, CEO and Co-Founder of a Biopharmaceutical Company and Co-Founder of OpenDoors Group

**Luba Greenwood**, Biotech CEO and Investor

**Adam Gridley**, President and CEO, Allay Therapeutics

**David-Alexandre Gros, MD**, CEO, Eledon Pharmaceuticals

**Sheila Gujrathi, MD**, Biotech Executive, Entrepreneur, and Board Chair

**Eric Haas, MEng**, CEO, Ionic Cytometry Solutions.

**Jay Hagan**, CEO, Regulus Therapeutics

**John Hallinan**, Chief Development Officer, Danforth Advisors

**Matthew Hammond**, Principal, RA Capital Management, LP

**Maurice T. Hampton**, Biopharmaceutical CEO

**Alex Harding, MD**, Head of Business Development, CRISPR Therapeutics

**Scott Harris**, Chief Operating Officer, Cleave Therapeutics

**Todd Harris**, CEO, Tyra Biosciences

**Kate Haviland**, President and CEO, Blueprint Medicines

**Mary Lynne Hedley**, Sr. Fellow, Broad Institute of Harvard and MIT, Independent Director, Pharma and Biotech Industry

**Rekha Hemrajani**, Biotech Executive and Board Member

**Noreen Henig, MD**, Chief Medical Officer, Kezar Life Sciences, Director (BoD), Avidity Biosciences

**Jenny Herbach**, CEO, Adventris Pharmaceuticals

**Patrick Heron**, Managing Partner, Frazier Life Sciences

**Stephen Hill**, COO

**Arthur J. Hiller**, CEO, Amasa Therapeutics, Inc.

**Andrew Hirsch**, President and CEO, C4 Therapeutics

**Steven H. Holtzman**, Chair, Camp4 Therapeutics

**Reid Huber, PhD**, Partner, Third Rock Ventures

**Raquel Izumi, PhD**, Chief Operations Officer, President and Founder, Vincerx Pharma

**Elizabeth M. Jaffee**, Deputy Director, Sidney Kimmel Cancer Center at Johns Hopkins, CSO, Adventris Pharmaceuticals

**Freddy A. Jimenez, Esq.**, Senior Vice-President and General Counsel, Celldex Therapeutics, Inc.

**Philip R. Johnson, MD**, CEO, Interius Biotherapeutics, Inc.

**Sabrina Martucci Johnson**, CEO, Daré Bioscience

**Jeff Jonker**, CEO, Belharra Therapeutics

**Juvena Therapeutics**

**JeenJoo S. Kang, PhD**, CEO, Appia Bio

**Rosana Kapeller, MD, PhD**, Biotech CEO and Board Member

**Alex Karnal**, CIO, Braidwell

**Leen Kawas**, Managing General Partner, Propel Bio Partners

**Jeb Keiper**, CEO, Nimbus Therapeutics

**Ciara Kennedy**, CEO, Sorriso Pharmaceuticals

**Stephen B. Kessler**, CTO, Impact Technology Development

**Nikole Kimes**, CEO, Siolta Therapeutics

**Jeffrey R. Kirsch, MD FASA**, Chair Emeritus, Anesthesiology and Perioperative Medicine, Oregon Health and Sciences University

**Nina Kjellson**, Biotech Investor, Public and Private Biotech Board Member, Healthcare Non-Profit Leader

**Arthur Klausner**, Executive Chairman, Concarlo Therapeutics

**Jeffrey D. Klausner, MD, MPH**, Clinical Professor of Medicine, Population, and Public Health Sciences, Keck School of Medicine of the University of Southern California

**Barbara Klencke, MD**, Biotech CMO and Board Director

**Jak Knowles, MD**, CEO, Affini-T Therapeutics

**Walter H. Koch, PhD**

**Scott Koenig, MD, PhD**, President and CEO, MacroGenics, Inc.

**Roland Kolbeck**, CSO, Spirovant Sciences

**Joseph Kolchinsky**, CEO

**Peter Kolchinsky**, Managing Partner, RA Capital Management, LP

**Daphne Koller**, Founder and CEO, insitro

**John Kollins**, Biopharmaceutical Company CEO and Board Member

**Gautam Kollu**, CEO and President, D2G Oncology

**Adam Kolom**, CEO, Related Sciences

**Joanne Dove Kotz**, CEO, Jnana Therapeutics

**Brian Kreiter**, CEO, Braidwell

**Julie Krop**, Chief Medical Officer, PureTech Health

**Jane Lapon**, Purpose Therapeutics Inc.

**Mark Lappe**, Chairman and CEO, Inhibrx

**Donna LaVoie**, LaVoieHealthScience

**Russ Lebovitz, MD, PhD**, CEO, Amprion Inc

**David K. Lee**, CEO, Servier Pharmaceuticals

**Jonathan Leff**, Partner, Deerfield Management

**Lenz Therapeutics**

**Dr. Jeremy M. Levin**, Chairman and CEO, Ovid Therapeutics

**Jonathan Lewis, MD, PhD**, Chairman, Dugri, Inc.

**Stanley Lewis, MD, MPH**, Founder and CEO, A28 Therapeutics

**Charlene Liao, PhD**, President and CEO, Immune-Onc Therapeutics, Inc.

**Ivana Liebisch**, Biotech CEO and Board Member

**Bob Linke**, President and CEO, Osmol Therapeutics, Inc.

**Dr. Yvonne Linney**, Principal, Linney Bioconsulting

**Uri Lopatin, MD,** Biotech Executive and Board Member

**Ted W. Love, MD**, Former CEO, Global Blood Therapeutics

**Rick Lundberg**, President and CEO, Eikonizo Therapeutics, Inc.

**Nancy Lurker**, CEO, EyePoint Pharmaceuticals, Inc.

**Susan Macdonald, PhD**, Biotech Executive

**MacroGenics, Inc.**

**Nagesh K. Mahanthappa, PhD, MBA**, Executive Chair, Exo Therapeutics

**David Main**, CEO, Notch Therapeutics

**Hilary M. Malone PhD**, CEO, Biotech Company and Board Member

**Blake Mandell**, CEO and Co-Founder, Transcend Therapeutics

**John Maraganore, PhD**

**Tiago Reis Marques**, CEO, Pasithea Therapeutics

**Jeff Marrazzo**, Co-Founder and Former Founding CEO, Spark Therapeutics

**Bridget A. Martell MA, MD**, President and CEO, Artizan Biosciences

**Jon Martin**

**Sylvia McBrinn**, Angel Investor, Former CEO, Axerion Therapeutics

**Reenie McCarthy**, CEO, Stealth BioTherapeutics

**Sean McClain**, Founder and CEO, Absci

**Eileen McCullough**, Serial Biotech Entrepreneur

**Donnie McGrath**, **MD, MPH**, Venture Partner, OrbiMed Advisors LLC

**J. Andrew McKee, MD**, CEO, Founder, and President, Headland Strategy Group, LLC

**Medicines360**

**David Meeker MD**, Chairman and CEO, Rhythm Pharmaceuticals

**Darrin Miles**, CEO and President, Nested Therapeutics

**Jill C. Milne, PhD**, CEO, Astria Therapeutics

**Patrice M. Milos, PhD**, Board Member, 54gene, SeqLL, Inc., ProThera Biologics and Vice President, Proof Diagnostics, Inc.

**Emily Minkow**, Biotech CEO

**James Mitchell, MD**, Chief Medical Officer, Veris Health, Radiation Oncologist, Bay Area Surgical Specialists

**Nick Mordwinkin**, CBO

**Jodie Morrison**, Biotech CEO and Board Member

**John Mulligan, PhD**, CEO, Bonum Therapeutics, Inc.

**Genesio Murano, PhD**, Expert, Biotechnology Reg Affairs

**Polly A. Murphy**, Chief Business Officer, UroGen Pharma

**Wendy W. Nelson, PhD**, President and Founder, Boston Biotech Forum

**William J. Newell**, CEO, Sutro Biopharma, Inc.

**Steven Nichtberger**, Chairman, CEO and Co-Founder, Cabaletta Bio, Inc.

**Nitrase Therapeutics, Inc.**

**Notch Therapeutics**

**Thomas J. Novak**, CSO, Autobahn Labs

**Peter Noymer, PhD**, Life Sciences CEO and Board Member

**Milton Nunez**, CEO, HealthPhi, Inc

**Jessica O'Leary**, Vice President Corporate Development of a Biopharma Company

**Andrew Obenshain**, CEO, bluebird bio

**Raul Oliva**, CEO, Ergot Biosciences

**Bernat Olle**, CEO, Vedanta Biosciences, Inc.

**Omega Fund Management, LLC**

**Osmol Therapeutics, Inc.**

**Matt Ottmer**, CEO, BioPharma Company

**Michael Quigley, PhD**, President and CEO, Therini Bio

**Gerald E. Quirk**, Chief Legal Officer, Syros Pharmaceuticals, Inc.

**Rohan Palekar**, CEO, 89bio Inc

**Geoff Pardo**, General Partner/Venture Investor

**Kevin Parker, PhD**, CEO, Cartography Biosciences

**Gisela A. Paulsen, MPharm**, Former President and COO, Oncocyte Corporation, Entrepreneur-In-Residence, DigitalDX

**Bernard Peperstraete, MD**, Co-Founder and CEO, Acuamark Diagnostics, Inc.

**Pfizer Inc.**

**Derrell D. Porter, MD**, Cellevolve Bio Inc.

**Michael Raab**, President and CEO, Ardelyx, Inc.

**Stephen Rapundalo, PhD**, President and CEO, Michigan Biosciences Industry Association (MichBio)

**Debanjan Ray**, CEO, Synthekine

**Jake Reder, PhD**, CEO, Celdara Medical, LLC

**Christopher Reyes, PhD**, CEO, Bloom Science

**RH Capital**

**Safia K. Rizvi**, CEO, CILA Therapeutics

**Wendye Robbins, MD**, Red Tower Partners Advisory

**Bryan Roberts**, Partner, Venrock

**Glenn Rockman**, Managing Partner, Adjuvant Capital, L.P.

**Holly Rockweiler**, CEO, Madorra

**Mark Rus**, CEO, Delix Therapeutics

**René Russo, PharmD**

**Camille Samuels**, Partner, Venrock

**James Sapirstein RPh**, Chairman, President and CEO, First Wave BioPharma

**Tracy Saxton PhD, MBA**, President, V6 Therapeutics

**George Scangos, PhD**, CEO, Vir

**Marco Scheller**, Senior Vice President Clinical Operations, CareDx, Inc.

**Eef Schimmelpennink**, President and CEO, Lenz Therapeutics

**Ryan Schubert**, SVP

**Carlos Schuler, PhD**, CEO, InCarda Therapeutics

**Second Genome, Inc.**

**Alicia Secor**, President and CEO, Atalanta Therapeutics

**Lynn Seely, MD**, President and CEO, Lyell Immunopharma

**Thomas Seoh**, CEO, Kinexum

**Rajeev Shah**, Managing Partner, RA Capital Management, LP

**Laura Shawver**, CEO, Capstan Therapeutics

**Jay M. Short, PhD**, Chairman, CEO, Cofounder, BioAtla, Inc.

**Joao Siffert**, Biotech CEO

**Dr. Rona Z. Silkiss**, Silkiss Eye Surgery

**Adam Simpson**, CEO of a BioPharma Company

**Nancy Simonian**, CEO, Syros Pharmaceuticals

**Jake Simson**, Partner, RA Capital

**Samantha Singer**, President and CEO, Abata Therapeutics

**Renato Skerlj, PhD**, President and CEO, Expansion Therapeutics Inc.

**Erika R. Smith**, CEO, ReNetX Bio, Inc.

**Geoffrey W. Smith**, Managing Partner, Digitalis Ventures

**Julie Anne Smith**, CEO, Nuvig Therapeutics, Inc.

**Maria Soloveychik, PhD**, CEO, SyntheX

**Paula Soteropoulos**, Biopharm Executive, Board Chairman, Venture Partner

**Marcio Souza**, CEO and President, Praxis Precision Medicines

**Peter Strumph**, CEO, Parvus Therapeutics

**Arthur Thomas Suckow**, CEO, DTx Pharma

**SwanBio Therapeutics, Inc.**

**Synlogic Inc.**

**Laura Tadvalkar**, RA Capital Management, LP

**Paul Peter Tak, MD PhD**, President and CEO, Candel Therapeutics

**Nicolas Tilmans**, CEO, Anagenex

**Samantha S. Truex**, CEO, Upstream Bio

**Tyra Biosciences, Inc.**

**James B. Trager, PhD**, CSO, Nkarta Inc.

**Aetna Wun Trombley**, **PhD**, CEO

**Heather Turner**, CEO, Carmot Therapeutics, Inc.

**Marina Udier**, CEO, Nouscom AG

**Upstream Bio, Inc.**

**Alexis van Lingen**, Head of Quality, Nkarta, Inc.

**Ramani Varanasi**, Biotech Executive

**Chris Varma, PhD**, Co-Founder, Chairman, and CEO, Frontier Medicines Corporation

**Michael J. Vasconcelles, MD**, Executive Vice President, Research, Development and Medical Affairs, ImmunoGen, Inc.

**Katherine Vega Stultz**, CEO and President

**Gregory Verdine**, Erving Professor of Chemistry Emeritus, Harvard University and Harvard Medical School, Chairman, President and CEO, FOG Pharmaceuticals, Inc., President and CEO, LifeMine Therapeutics, Inc., Member, Board of Directors, Wave Life Sciences, Inc. (NASDAQ: WVE)

**Dominique Verhelle, PhD, MBA**, Biotech CEO

**Vida Ventures, L.L.C.**

**Christopher A. Viehbacher**, President and CEO, Biogen

**Sharon J. Vosmek**, CEO and Managing Partner, Astia

**Amanda Wagner**, CEO

**Roger Waltzman MD, MBA**, Chief Medical Officer

**Hong I. Wan**, President and CEO, Tallac Therapeutics

**Ben Wang, PhD**, Co-Founder and COO, Chimera Bioengineering Inc.

**Neil Warma**, President and CEO, Genexine, Inc.

**Scott M. Wasserman**, CEO, Latigo Biotherapeutics, Inc.

**Frank Watanabe**, President and CEO, Arcutis Biotherapeutics, Inc.

**Wave Life Sciences**

**Yael Weiss, MD, PhD**, CEO, Mahzi Therapeutics

**Nancy Whiting**, **PharmD**, CEO, Recludix Pharma

**Fredrik Wiklund**, Chief Executive Officer, Bright Peak Therapeutics

**Matthias Will, MD**

**Leslie J. Williams**, Co-Founder, President, and CEO, hC Bioscience, Inc.

**Rick E. Winningham**, CEO, Theravance Biopharma

**Katharine Yen**, Biotech CEO

**Angie You**, CEO, Architect Therapeutics

**Hanadie Yousef**, **PhD**, Co-Founder and CEO, Juvena Therapeutics

**Ashley Zehnder**, CEO

**Daphne Zohar**, Founder and CEO, PureTech Health

**Sandy Zweifach**, Pelican Consulting Group, Inc.

# CERTIFICATE OF SERVICE

I certify that on May 1, 2023, the foregoing Motion for Leave to File Brief of Pharmaceutical Companies, Executives, and Investors as *Amici Curiae* in support of Appellants has been served via the Court's ECF filing system in compliance with Rule 25(b) and (c) of the Federal Rules of Appellate Procedure on all registered counsel of record and has been transmitted to the Clerk of the Court.

I further certify that a copy of the foregoing was served via First-Class U.S. Mail upon the following unregistered counsel:

Daniel Schwei
U.S. DEPARTMENT
OF JUSTICE
Civil Division,
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 305-8693

Richard Dearing
OFFICE OF THE ATTORNEY
GENERAL FOR THE STATE OF
NEW YORK
28 Liberty Street, 25th Floor
New York, NY 10005

*/s/ Eva A. Temkin*
Eva A. Temkin

*Counsel for Amici Curiae*

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 233 words, as counted by Microsoft Word, excluding the parts of the brief excluded by Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared using Microsoft Word in Century Schoolbook 14-point font.

Dated: May 1, 2023

*/s/ Eva A. Temkin*
Eva A. Temkin

*Counsel for Amici Curiae*