No. 23-10362

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

ALLIANCE FOR HIPPOCRATIC MEDICINE, et al.,

*Plaintiff-Appellees*,

v.

U.S. FOOD AND DRUG ADMINISTRATION, et al.,

*Defendant-Appellants,*

and

DANCO LABORATORIES, LLC,

*Intervenor-Appellant.*

_____

On Appeal from the United States District Court for the
Northern District of Texas, Amarillo Division
Case No. 2:22-cv-00223-Z, Judge Matthew J. Kacsmaryk

_____

**CONSENT MOTION OF PATIENT AND PROVIDER ADVOCACY ORGANIZATIONS FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF REVERSAL**

_____

*Emily I. Gerry
  [*counsel of record*]
Nathan A. Brown
Craig B. Bleifer
Caroline L. Wolverton
Oluwaremilekun O. Mehner
Caroline D. Kessler
Jenna H. Becker

AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street N.W.
Washington, DC 20006
202-887-4107

***Attorneys For Amici Curiae***

### CONSENT MOTION OF PATIENT AND PROVIDER ADVOCACY ORGANIZATIONS FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF REVERSAL

In accordance with the Clerk's letter of April 19, 2023, The Leukemia & Lymphoma Society and the additional patient and provider advocacy organizations listed in the Appendix ("*Amici*") respectfully request leave to file an amicus brief supporting reversal of the district court's April 7, 2023 order granting Plaintiffs-Appellees' motion for preliminary injunction. Counsel for *Amici* conferred with counsel for the parties by email on April 25, 2023, and all of the parties consent to this motion.

*Amici* represent millions of patients across the United States who have serious health conditions and depend on FDA-approved drugs for treatment. This case implicates those patients' and their providers' interests in the continued availability of drugs that FDA has determined to be safe and effective. *Amici* respectfully submit that an explanation of the impact of the district court's preliminary injunction ruling on those interests, not only vis-à-vis Mifepristone but other drugs as well, will assist this Court in deciding the appeal of that ruling.

In accordance Federal Rule of Appellate Procedure 29(a)(4)(E) and (b)(4), undersigned counsel certifies that no party's counsel authored this motion or will author *Amici*'s proposed brief in whole or in part. No party, or party's counsel, made

a monetary contribution intended to fund the preparation or submission of this motion or *Amici*'s proposed brief. No person other than *amici curiae* or their counsel made such a monetary contribution.

    *Amici*'s proposed brief is attached.

Respectfully submitted,

/s/ Emily I. Gerry
Emily I. Gerry
egerry@akingump.com
Nathan A. Brown
nabrown@akingump.com
Craig B. Bleifer
cbleifer@akingump.com
Caroline L. Wolverton
cwolverton@akingump.com
Oluwaremilekun O. Mehner
rmehner@akingump.com
Caroline D. Kessler
ckessler@akingump.com
Jenna H. Becker
jbecker@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street NW
Washington, DC 20006
Telephone: (202) 887-4000
Fax: (202) 887-4288

***Attorneys For Amici***

May 1, 2023

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) this document contains 235 words, and complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using 14-point Times New Roman font.

/s/ Emily I. Gerry
Emily I. Gerry

## CERTIFICATE OF SERVICE

I certify that on Monday, May 1, 2023 the foregoing document was served on all parties or their counsel of record through the CM/ECF.

/s/ Emily I. Gerry
Emily I. Gerry

# APPENDIX

# LIST OF *AMICI CURIAE*

**The Leukemia & Lymphoma Society**
*Rye Brook, NY*
The Leukemia & Lymphoma Society ("LLS") is the world's largest voluntary health agency dedicated to fighting blood cancer and ensuring that the more than 1.3 million blood cancer patients and survivors in the United States have access to the care they need. LLS's mission is to cure leukemia, lymphoma, Hodgkin's disease, and myeloma, and to improve the quality of life of patients and their families. LLS advances that mission by advocating that blood cancer patients have sustainable access to quality, affordable, coordinated health care, regardless of the source of their coverage.

**American Cancer Society**
*Atlanta, GA*
The mission of the American Cancer Society ("the Society") is to improve the lives of people with cancer and their families through advocacy, research, and patient support, to ensure everyone has an opportunity to prevent, detect, treat, and survive cancer. Since 1946, the Society has funded over $5 billion in cancer research, including giving grants to 50 investigators who went on to win the Nobel Prize. The Society also provides extensive patient support, from housing patients in Hope Lodges across the nation to having a call center open 24-7.

**American Cancer Society Cancer Action Network**
*Washington, DC*
The American Cancer Society Cancer Action Network ("ACS CAN") is the nonprofit, nonpartisan advocacy affiliate of the Society, making cancer a top priority for public officials and candidates at the federal, state and local levels. ACS CAN empowers advocates across the country to make their voices heard and influence evidence-based public policy change as well as legislative and regulatory solutions that will reduce the cancer burden.

**American Childhood Cancer Organization**
*Kensington, MD*
The American Childhood Cancer Organization ("ACCO") was founded in 1970 by parents of children diagnosed with cancer. ACCO is dedicated to making childhood cancer a national health priority through shaping policy, expanding research, raising

awareness, and providing educational resources and innovative comfort programs for children with cancer, survivors, and their families.

**American Society of Clinical Oncology**
*Alexandria, VA*
The American Society of Clinical Oncology ("ASCO") is a national organization representing more than 45,000 physicians and other health care professionals specializing in cancer treatment, diagnosis, and prevention. ASCO is committed to ensuring that safe and effective treatments for cancer are available to all Americans with an equitable an evidence-based approach.

**American Society of Hematology**
*Washington, DC*
American Society of Hematology ("ASH") represents more than 18,000 clinicians and scientists worldwide committed to studying and treating blood and blood-related diseases. These disorders encompass malignant hematologic disorders such as leukemia, lymphoma, and multiple myeloma, as well as classical hematologic (also known as non-malignant) conditions such as sickle cell disease ("SCD"), thalassemia, bone marrow failure, venous thromboembolism, and hemophilia. ASH believes that all individuals should have access to evidence-based, high-quality, clinically appropriate care, and the Society is committed to fostering high-quality, equitable care, transformative research, and innovative education to improve the lives of patients with blood and bone marrow disorders.

**American Urological Association**
*Linthicum, MD*
The American Urological Association ("AUA") is a globally engaged membership organization with more than 22,000 members practicing in more than 100 countries. Our members represent the world's largest collection of expertise and insight into the treatment of urologic disease. Of the total AUA membership, more than 18,000 are based in the United States and provide invaluable support to the urologic community by fostering the highest standards of urologic care through education, research, and formulation of health policy.

**Arthritis Foundation**
*Atlanta, GA*
The Arthritis Foundation, the nation's largest nonprofit organization focusing on arthritis, is boldly pursuing a cure for America's #1 cause of disability championing the fight to conquer arthritis with life-changing science, resources, advocacy and community connections.

**Cancer*Care***
*New York, NY*
Cancer*Care* is the leading national organization providing free, professional support services and information to help people manage the emotional, practical and financial challenges of cancer.

**Cancer Support Community**
*Washington, DC*
As the largest professionally led nonprofit network of cancer support worldwide, the Cancer Support Community ("CSC") is dedicated to ensuring that all people impacted by cancer are empowered by knowledge, strengthened by action, and sustained by community.  CSC delivers more than $50 million in free support and navigation services to cancer patients and their families.  CSC also conducts cutting-edge research on the emotional, psychologic, and financial journey of cancer patients and advocates at all levels of government for policies to help individuals whose lives have been disrupted by cancer.

**Council of Medical Specialty Societies**
*Chicago, IL*
The Council of Medical Specialty Societies ("CMSS") is a coalition of 50 specialty societies representing more than 800,000 physicians across the house of medicine.  CMSS works to catalyze improvement through convening, collaborating, and collective action.  Together, CMSS addresses critical issues across specialties that influence the future of healthcare and the patients they serve.

**Epilepsy Foundation**
*Bowie, MD*
The Epilepsy Foundation is the leading national, voluntary health organization representing over 3.4 million Americans with epilepsy and seizures.  Timely access to quality, affordable, physician-directed care including access to anti-seizure medications is vital for people with epilepsy.  Uncontrolled seizures can lead to disability, injury, and death.  Epilepsy medications are the most common, cost-effective treatment for controlling and/or reducing seizures.

**Friends of Cancer Research**
*Washington, DC*
Friends of Cancer Research is working to accelerate policy change, support groundbreaking science, and deliver new therapies to patients quickly and safely. Friends of Cancer Research unites scientists, pharmaceutical companies, and policy makers with shared trust and guides them toward meaningful cooperation. This collaboration among partners from every healthcare sector ultimately drives advances in science, policy, and regulation that speed life-saving treatments to patients.

**Hemophilia Federation of America**
*Washington, DC*
Hemophilia Federation of America ("HFA") is a community-based, grassroots advocacy organization that assists, educates, and advocates for people with hemophilia, von Willebrand disease, and other rare bleeding disorders. Bleeding disorders are serious, life-long, and expensive. HFA seeks to ensure that individuals affected by bleeding disorders have timely access to quality medical care, therapies and services, regardless of financial circumstances or place of residence.

**Muscular Dystrophy Association**
*Chicago, IL*
The Muscular Dystrophy Association ("MDA") is the number one voluntary health organization in the United States for people living with muscular dystrophy, ALS, and related neuromuscular diseases. For over 70 years, MDA has led the way in accelerating research, advancing care, and advocating for the support of their families. MDA's mission is to empower the people they serve to live longer, more independent lives.

**National Patient Advocate Foundation**
*Washington, DC*
National Patient Advocate Foundation ("NPAF") is dedicated to amplifying the voices of patients and advocating for better access to affordable, equitable, quality care. As the advocacy affiliate of the Patient Advocate Foundation, NPAF provides educational resources to help patients advocate for themselves and make informed, personalized health care decisions.

**National Multiple Sclerosis Society**
*New York, NY*
The National Multiple Sclerosis Society mobilizes people and resources so that the nearly one million people affected by multiple sclerosis ("MS") can live their best

lives while the Society works to stop MS in its tracks, restore what has been lost and end MS forever.

**National Organization for Rare Disorders**
*Quincy, MA*
National Organization for Rare Disorders ("NORD") is a unique federation of voluntary health organizations dedicated to helping people with rare diseases and assisting the organizations that serve them. NORD is committed to the identification, treatment, and cure of rare disorders through programs of education, advocacy, research, and patient services. NORD believes that all individuals with a rare disease should have access to quality and affordable health care that is best suited to meet their medical needs.

**RESOLVE: The National Infertility Association**
*McLean, VA*
RESOLVE: The National Infertility Association, established in 1974, is dedicated to ensuring that all people challenged in their family building journey reach resolution through being empowered by knowledge, supported by community, united by advocacy, and inspired to act. RESOLVE is the oldest and largest patient advocacy non-profit for infertility and family building in the United States.

**WomenHeart: The National Coalition for Women with Heart Disease**
*Alexandria, VA*
WomenHeart: The National Coalition for Women with Heart Disease is the nation's only patient-centered organization focused solely on providing support, education and advocacy to women living with or at risk for heart disease.