No. 23-10362

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

ALLIANCE FOR HIPPOCRATIC MEDICINE, ET AL.,
*Plaintiffs-Appellees,*
*v.*
U.S. FOOD AND DRUG ADMINISTRATION, ET AL.,
*Defendants-Appellants,*
and
DANCO LABORATORIES, LLC,
*Intervenor-Appellant.*

On Appeal from the United States District Court
for the Northern District of Texas, No. 2:22-cv-00223-Z

**PLAINTIFFS-APPELLEES' MOTION TO EXTEND LENGTH LIMIT**

JULIE MARIE BLAKE
CODY S. BARNETT
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, VA 20176
(571) 707-4655
jblake@adflegal.org
cbarnett@adflegal.org

ERIN M. HAWLEY
ERIK C. BAPTIST
JOHN J. BURSCH
MATTHEW S. BOWMAN
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
ehawley@adflewgal.org
ebaptist@adflegal.org
jbursch@adflegal.org
mbowman@adflegal.org

*Counsel for Plaintiffs-Appellees*

Pursuant to Circuit Rule 27.1.16, Plaintiffs-Appellees request the Clerk of Court enter an order extending the length limit for their principal brief by an additional 3,000 words. Pursuant to Fed. R. App. P. 32(a)(7), Appellees are permitted 13,000 words for their principal brief. As Appellees are responding to the principal briefs of Federal Appellants and Intervenor Appellant (which total 25,672 combined words), a modest extension of the length limit for their principal brief to 16,000 words is reasonable.

Appellees contacted Appellants and Intervenor-Appellant counsel regarding the requested length extension, and both opposed any additional words.

Wherefore, Plaintiffs-Appellees respectfully request a modest extension of their brief limit to 16,000 words.

Respectfully submitted,

/s/ Erik C. Baptist

| | |
|---|---|
| JULIE MARIE BLAKE | ERIK C. BAPTIST |
| CODY S. BARNETT | JOHN J. BURSCH |
| ALLIANCE DEFENDING FREEDOM | ERIN M. HAWLEY |
| 44180 Riverside Pkwy | MATTHEW S. BOWMAN |
| Lansdowne, VA 20176 | ALLIANCE DEFENDING FREEDOM |
| (571) 707-4655 | 440 First Street NW, Suite 600 |
| jblake@adflegal.org | Washington, DC 20001 |
| cbarnett@adflegal.org | (202) 393-8690 |
| | ebaptist@adflegal.org |

1

jbursch@adflegal.org
ehawley@adflegal.org
mbowman@adflegal.org

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF COMPLIANCE

This motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because it contains 109 words.

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in Word 365 using a proportionally spaced typeface, 14-point Century Schoolbook.

Dated: May 1, 2023

<u>s/Erik C. Baptist</u>  
Erik C. Baptist

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2023, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<u>*s/Erik C. Baptist*</u>
Erik C. Baptist

*Counsel for Plaintiffs-Appellees*
