IN THE
# United States Court of Appeals
FOR THE FIFTH CIRCUIT

Case No. 23-10362

ALLIANCE FOR HIPPOCRATIC MEDICINE, et al.,
Plaintiffs-Appellees,

— v. —

FOOD & DRUG ADMINISTRATION, et al.,
Defendants-Appellants,

— v. —

DANCO LABORATORIES, L.L.C.,
Intervenor-Appellant.

On Appeal from the United States District Court for the
Northern District of Texas, Amarillo Division
Civil Action No. 2:22-CV-223-Z

## UNOPPOSED MOTION OF *AMICI CURIAE* ADVOCATES FOR SURVIVORS OF INTIMATE PARTNER VIOLENCE FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF DEFENDANTS-APPELLANTS

AMANDA BEANE
 *Counsel of Record*
Perkins Coie LLP
1201 3rd Ave Suite 4900
Seattle, WA 98101
(206) 359-3965
abeane@perksincoie.com

ELIZABETH GARDNER
Perkins Coie LLP
500 N Akard St Suite 3300
Dallas, TX 75201
(214) 259-4919
egardner@perkinscoie.com

JULIA MARKS
ALIZEH BHOJANI
WENDY HEIPT
RIDDHI MUKHOPADHYAY
Legal Voice
907 Pine Street Suite 500
Seattle, WA 98101
(206) 682-9552
jmarks@legalvoice.org

Pursuant to Federal Rule of Appellate Procedure 29(a)(3) and Fifth Circuit Rule 29.1, movants Legal Voice, Sexual Violence Law Center, Washington State Coalition Against Domestic Violence, the Idaho Coalition Against Domestic Violence, the National Domestic Violence Hotline, Family Violence Appellate Project, and Sanctuary for Families (collectively "*Amici*") respectfully move this Court for leave to file a brief as amici curiae in support of defendants-appellants' appeal of the district court's order. A copy of the proposed brief has been submitted with this motion. All parties have consented to the relief requested in this motion.

## I.     INTEREST OF THE PROPOSED AMICI

*Amici* are non-profit, non-partisan public interest organizations that advocate for and serve survivors of intimate partner violence ("IPV"). *Amici* serve IPV survivors through a variety of avenues, including providing legal services, engaging in community education, coalition-building, and advocating for policy changes and funding of services for survivors. As advocates for survivors of IPV, *amici* have a strong interest in ensuring that survivors can access medication abortion.

Legal Voice is a public interest legal organization with a mission to advance gender justice in the Pacific Northwest. In pursuit of its mission,

Legal Voice uses a combination of litigation, policy advocacy, and community education to advance economic justice, eradicate gender discrimination, ensure access to healthcare, protect reproductive freedom, and end gender-based violence.

Sexual Violence Law Center is a non-profit legal services organization based in Washington that aims to protect the privacy, safety, and civil rights of survivors of sexual violence through legal representation and victim advocacy.

Washington State Coalition Against Domestic Violence ("WSCADV") is a non-profit 501(c)3 network of domestic violence programs across Washington State. WSCADV believes that living a life free of violence, including physical, emotional, financial, and reproductive abuse, is a basic human right and that bodily autonomy is a cornerstone in any person's ability to live a life free of violence, and is especially critical for survivors of domestic violence who face high rates of reproductive coercion and forced pregnancy at the hands of their abusers.

The Idaho Coalition Against Sexual & Domestic Violence ("Idaho Coalition") works to end violence and to engage voices to create change

in the prevention, intervention, and response to domestic violence, dating abuse, stalking, and sexual assault. The Idaho Coalition works to center wholeness and collective liberation and move toward beloved communities and collective thriving free from gender violence and systemic oppression. The Coalition strives to provide safe, compassionate, trauma-informed, inclusive, and accessible services to people who have been exposed to violence, especially those in historically marginalized communities.

The National Domestic Violence Hotline ("The Hotline"), first established in 1996 as a component of the Violence Against Women Act (VAWA), provides lifesaving tools and immediate support to enable victims to find safety and live lives free of abuse. The Hotline offers free, confidential, and 24/7 support to survivors year-round through text, chat, and phone services through highly trained experienced advocates. The Hotline hears from survivors every day who experience reproductive control, coercion, and abuse; abusive partners pressure sexual activity, stealthing, sabotaging contraception, and restricting access to essential health care. In 2022, 27,339 contacts to The Hotline shared experiences related to non-consensual sexual interaction through coercion, guilt, or

force, which includes pressure to engage in sexual activity, refusal to use contraception, or demanding of sexual images or video (a 29% increase from the prior year).

Family Violence Appellate Project ("FVAP") is a California and Washington state non-profit legal organization whose mission is to ensure the safety and well-being of survivors of domestic violence and other forms of intimate partner, family, and gender-based abuse by helping them obtain effective appellate representation. FVAP provides legal assistance to survivors of abuse, advocates for survivors on important legal issues, and offers training and legal support for legal services providers and domestic violence, sexual assault, and human trafficking counselors.

Sanctuary for Families is a New York City-based non-profit organization dedicated to the safety, healing, and self-determination of victims of domestic violence and related forms of gender violence.

## II. PROPOSED AMICI'S BRIEF IS USEFUL TO THE DISPOSITION OF THE ISSUES BEFORE THE COURT

*Amici*'s proposed brief discusses how survivors of intimate partner violence are affected by reduced access to mifepristone. *Amici* are familiar with the challenges that IPV survivors face in exercising their

4

autonomy and understand the specific barriers that make it especially difficult for IPV survivors to access abortion and reproductive care. *Amici* are also knowledgeable about how access to medication abortion can be essential to IPV survivors' health, well-being, and safety.

Survivors' need for access to medication abortion and their experiences accessing reproductive care are relevant to the disposition of this case. Preliminary injunction analysis must consider how the requested relief will affect the public interest. *See City of Dallas v. Delta Air Lines, Inc.*, 847 F.3d 279, 285 (5th Cir. 2017). Many IPV survivors seek abortion care to protect their health and safety. Mifepristone is an important option for survivors, who face heightened barriers to care due to coercive control by their abusers. The district court's decision directly affects IPV survivors' ability to get safe and effective, life-saving medication.

## CONCLUSION

Based on the foregoing, *Amici* respectfully request that this Court grant this motion for leave to file brief as amici curiae in support of appellants and accept for filing the amici curiae brief submitted contemporaneously with this motion.

Dated: May 1, 2023

Respectfully submitted,

*/s/ Amanda Beane*
AMANDA BEANE
 \*Counsel of Record
Perkins Coie LLP
1201 3rd Ave Suite 4900
Seattle, WA 98101
(206) 359-3965
abeane@perksincoie.com

ELIZABETH GARDNER
Perkins Coie LLP
500 N Akard St Suite 3300
Dallas, TX 75201
(214) 259-4919
egardner@perkinscoie.com

JULIA MARKS
ALIZEH BHOJANI
WENDY HEIPT
RIDDHI MUKHOPADHYAY
Legal Voice
907 Pine Street Suite 500
Seattle, WA 98101
(206) 682-9552
jmarks@legalvoice.org

*Attorneys for Legal Voice, Sexual Violence Law Center, Washington State Coalition Against Domestic Violence, the Idaho Coalition Against Domestic Violence, the National Domestic Violence Hotline, Family Violence Appellate Project, and Sanctuary for Families*

## CERTIFICATE OF COMPLIANCE

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 887 words, excluding the parts exempted by Rule 27(a)(2)(B); and (2) the typeface and type style requirements of Rule 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word (the same program used for the word count).

Dated: May 1, 2023

*/s/ Amanda Beane*
AMANDA BEANE

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated: May 1, 2023

*/s/ Amanda Beane*
AMANDA BEANE