IN THE

# United States Court of Appeals

FOR THE FIFTH CIRCUIT

_____

Case No. 23-10362

Alliance for Hippocratic Medicine, *et al.*,
Plaintiffs-Appellees,

v.

U.S. Food & Drug Administration, *et al.*,
Defendants-Appellants.

On Appeal from the United States District Court for the
Northern District of Texas, Amarillo Division
Civil Action No. 2:22-CV-223-Z

_____

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF OVER 200 REPRODUCTIVE HEALTH, RIGHTS, AND JUSTICE ORGANIZATIONS AS *AMICI CURIAE* IN SUPPORT OF DEFENDANTS-APPELLANTS**

_____

Jessica Ring Amunson
Lindsay C. Harrison
Victoria Hall-Palerm
Jessica J.W. Sawadogo
Yao Li*
JENNER & BLOCK LLP
1099 New York Ave. NW Suite 900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com
*Admission pending; supervised by principals of the Firm*

**SUPPLEMENTAL CERTIFICATE OF INTERESTED PARTIES**

The undersigned counsel of record certifies that *amici curiae* are unaware of any persons with any interest in the outcome of this litigation other than the signatories to this brief and their counsel, and those identified in the party and *amicus* briefs filed in this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

Except as stated below, *amici curiae* certify that they have no outstanding shares or debt securities in the hands of the public, and they have no parent companies. Except as stated below, no publicly held company has a 10% or greater ownership interest in any of the *amici curiae*.

- Endora's parent company is Open Collective Foundation. No publicly traded corporation owns 10% or more of its stock.

- I Need an A.com's parent company is A Team Tech LLC. No publicly traded corporation owns 10% or more of its stock.

- Patient Forward's parent company is NEO Philanthropy. No publicly traded corporation owns 10% or more of its stock.

- The Lawyering Project is fiscally sponsored by Tides Foundation. No publicly traded corporation owns 10% or more of its stock.

- Whole Woman's Health's parent company is The Booyah Group, LLC. No publicly traded corporation owns 10% or more of its stock.

Dated: May 1, 2023                     /s/ Jessica Ring Amunson
                                       Jessica Ring Amunson

                                       *Counsel for Amici Curiae*

i

*Amici curiae* respectfully file this unopposed motion for leave to file a brief as *amici curiae* in support of Defendants-Appellants and in support of the stay pending appeal. *Amici* have consulted with all parties, and all parties consent to the filing of this motion. In support of the motion, *amici* state the following:

1. *Amici* are over 200 reproductive health, rights, and justice organizations, as well as other organizations with a strong interest in access to reproductive care. Several *amici* have directly seen the importance of medication abortion to individuals' health and bodily autonomy, as well as mifepristone's efficacy and safety as a tool for achieving those goals.

2. These *amici* have a unique window into the benefits mifepristone provides and the immense challenges people would face if the decision below takes effect. In addition, several *amici* represent abortion providers and patients and have experience litigating cases involving plaintiffs and their experts; they are well-versed in the scientific evidence offered by the parties. Other *amici* are clinics and healthcare providers, who are directly impacted by the decisions below.

3. *Amici* write to explain how the district court's decision is contrary to the conclusion of the scientific and medical community that medication abortion is one of the safest medication regimens in the United States and around the world, and to explain the devastating consequences if the Court does not reverse the district court's decision and reject plaintiffs' specious claims of injury.

4.  *Amici* seek leave to file the attached 6,420-word brief in support of the United States Food & Drug Administration's and Danco Laboratories, L.L.C.'s emergency motions to stay the district court's preliminary injunction in order to highlight the efficacy, safety, and importance of mifepristone in the present-day abortion landscape. The attached brief contains information "relevant to the disposition" of the stay motions and that would be "desirable" for the Court to consider, and *amici* believe this perspective would benefit the Court. Fed. R. App. P. 29(a)(3).

5.  *Amici* therefore respectfully request leave of the Court to file the attached brief.

May 1, 2023                                             Respectfully submitted,

                                                        /s/ Jessica Ring Amunson

                                                        Jessica Ring Amunson
                                                        Lindsay C. Harrison
                                                        Victoria Hall-Palerm
                                                        Jessica J. Sawadogo
                                                        Yao Li*
                                                        JENNER & BLOCK LLP
                                                        1099 New York Ave. NW Suite 900
                                                        Washington, DC 20001
                                                        (202) 639-6000
                                                        jamunson@jenner.com
                                                        *Admission pending; supervised by
                                                        principals of the Firm*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because it contains 342 words, excluding the parts of the document exempted by Fed. R. App. P. 32(f).

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2013 in 14-point Times New Roman Font.

/s/ Jessica Ring Amunson

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2023 a true and correct copy of the foregoing Motion was served via the court's CM/ECF system.

/s/ Jessica Ring Amunson