23-10362

# United States Court of Appeals for the Fifth Circuit

ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*,

*Plaintiffs-Appellees*,

*against*

U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,

*Defendants-Appellants.*

DANCO LABORATORIES, LLC,

*Intervenor-Defendant-Appellant*

On Appeal from the United States District Court
for the Northern District of Texas
No. 2:22-cv-223

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF DEFENDANTS-APPELLANTS BY THE CITY OF NEW YORK AND NYC HEALTH + HOSPITALS, THE COUNTY OF SANTA CLARA, AND FOUR OTHER LOCAL JURISDICTIONS**

JAMES R. WILLIAMS
*County Counsel,*
*County of Santa Clara*
KAVITA NARAYAN
MEREDITH A. JOHNSON
LAUREN W. SHEPARD*
70 West Hedding Street,
 East Wing, 9th Floor
San José, CA 95110
408-299-5900
lauren.shepard@cco.sccgov.org

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*
*of the City of New York*
RICHARD DEARING
DEVIN SLACK
ELINA DRUKER
100 Church Street
New York, New York 10007
212-356-2609 or -0817
edruker@law.nyc.gov

*\*Counsel of Record*

## INTRODUCTION

The City of New York and NYC Health + Hospitals, the County of Santa Clara, the County of Los Angeles, the City and County of San Francisco, King County, and Cook County move this Court for leave to file the enclosed brief as amici curiae in support of Defendants-Appellants.

## ARGUMENT

**Interest of Amici Curiae:** Amici are six cities and counties that operate public healthcare systems or public hospitals. Serving as safety-net health-care providers for their communities, the public healthcare systems and public hospitals operated by Amici provide crucial health-care services to those who need them most. Amici share an interest in ensuring that the district court's April 7, 2023 order staying both the effective date of the U.S. Food and Drug Administration's September 28, 2000, approval of mifepristone and the FDA's subsequent regulations regarding mifepristone is not upheld. Upholding the district court's order would have devasting effects on the ability of Amici to operate public healthcare systems and to ensure their residents' public health.

**Purpose and Relevance of Proposed Amicus Brief:** The enclosed brief includes material that is "desirable" and "relevant to the disposition of the case." Fed. R. App. P. 29(a)(3)(B). First, the proposed brief explains the challenges currently facing public hospitals and healthcare systems, and the ways in which mifepristone is critical to Amici's ability to provide crucial safety-net healthcare services to their residents despite those challenges. Second, the proposed brief explains the concrete consequences of the removal of mifepristone from the market on public hospitals and healthcare systems. Third, the proposed brief explains that other aspects of the district court's order—such as making it impossible for mifepristone to be prescribed via telehealth—would increase the burden on public hospitals and healthcare systems. And finally, the proposed brief explains that the district court's order will undermine trust in public healthcare systems and, as a result, have damaging effects on public health more generally.

**Consent:** Counsel for all parties have consented to the filing of this proposed amicus brief.

**Compliance:** The proposed brief complies with the type-volume limitations for an amicus brief in support of a principal brief because it

uses fewer than half of the 13,000 words permitted for a principal brief. *See* Fed. R. App. P. 29(a)(5); Fed. R. App. P. 32(a)(7)(B)(i).

## CONCLUSION

The Court should grant amici curiae leave to file the enclosed brief in support of Defendants-Appellants.

Dated: May 1, 2023                     Respectfully submitted:

                                              JAMES R. WILLIAMS
                                              *County Counsel*

By: */s/ Lauren W. Shepard*_____
KAVITA NARAYAN
MEREDITH A. JOHNSON
LAUREN W. SHEPARD*
Attorneys for Amicus Curiae
COUNTY OF SANTA CLARA
* *Counsel of record*

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*
*of the City of New York*

By: */s/ Richard Dearing*_____
RICHARD DEARING
DEVIN SLACK
ELINA DRUKER
Attorneys for Amici
City of New York

3

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation set forth in Federal Rule of Appellate Procedure 27(d)(2) because it contains 394 words.

I certify that this document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and with the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point roman-style Century Schoolbook font.

Dated: May 1, 2023

            JAMES R. WILLIAMS
            *County Counsel*

            By: */s/ Lauren W. Shepard*
            LAUREN W. SHEPARD
            Attorney for Amicus Curiae
            COUNTY OF SANTA CLARA

## CERTIFICATE OF SERVICE

I hereby certify that, on May 1, 2023, the foregoing document was filed with the Clerk of the Court, using the CM/ECF system, causing it to be served on all counsel of record.

By:   */s/ Kimberly Ide*
        Kimberly Ide