No. 23-10362

# United States Court of Appeals for the Fifth Circuit

ALLIANCE FOR HIPPOCRATIC MEDICINE; AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS & GYNECOLOGISTS; AMERICAN COLLEGE OF PEDIATRICIANS; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS; SHAUN JESTER, D.O.; REGINA FROST-CLARK, M.D.; TYLER JOHNSON, D.O.; GEORGE DELGADO, M.D.,

*Plaintiffs-Appellees,*

v.

U.S. FOOD & DRUG ADMINISTRATION; ROBERT M. CALIFF, M.D.; JANET WOODCOCK, M.D.; PATRIZIA CAVAZZONI, M.D.; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA,

*Defendants-Appellants,*

v.

DANCO LABORATORIES, L.L.C,

*Intervenor-Appellant.*

On Appeal from the United States District Court
for the Northern District of Texas,

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF THE NATIONAL ASSOCIATION OF NURSE PRACTITIONERS IN WOMEN'S HEALTH AND AMERICAN COLLEGE OF NURSE-MIDWIVES AS *AMICI CURIAE* IN SUPPORT OF APPELLANTS AND OF VACATUR OF PRELIMINARY INJUNCTION ORDER**

Jonathan K. Youngwood
Simona G. Strauss
Claire E. Cahoon
Isabel R. Mattson
Dawson P. Honey
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000

Counsel for *Amici Curiae*

Pursuant to Federal Rule of Appellate Procedure 29(a)(3) and Fifth Circuit Rule 29.1, Movants National Association of Nurse Practitioners in Women's Health ("NPWH") and American College of Nurse-Midwives ("ACNM") hereby move for leave from this Court to file a brief as *amici curiae* in support of Appellants. All parties have consented to the filing of the proposed *amici curiae* brief.

**Proposed *amicus curiae* NPWH** is the national professional association for women's health nurse practitioners and advanced practice registered nurses who provide women's and gender-related health care. NPWH sets a standard of excellence by translating and promoting the latest women's health care research and evidence-based clinical guidance, providing high quality continuing education, and advocating for patients, providers, and the women's health nurse practitioner profession. NPWH's mission includes protecting and promoting women's and all individuals' rights to make their own choices regarding their health and well-being within the context of their lived experience and their personal, religious, cultural, and family beliefs.

**Proposed *amicus curiae* ACNM** is the professional association that represents certified nurse-midwives and certified midwives in the United States. ACNM sets the standard for excellence in midwifery education and practice in the United States and strengthens the capacity of midwives in developing countries.

1

Members of ACNM are primary care providers for women throughout their lifespans, with a special emphasis on pregnancy, childbirth, and gynecologic and reproductive health. ACNM's mission is to support midwives, advance the practice of midwifery, and achieve optimal, equitable health outcomes for the people and communities midwives serve through inclusion, advocacy, education, leadership development and research.

**MOVANTS' BRIEF IS RELEVANT AND USEFUL TO THE DISPOSITION OF THE ISSUES BEFORE THE COURT**

Proposed *amici* have extensive experience providing reproductive health care, including medication abortion. Proposed *amici* highlight the overwhelmingly positive outcomes for the hundreds of thousands of women treated by advanced practice clinicians ("APCs") in reproductive health each year. APCs have been safely and effectively prescribing mifepristone for many years. Proposed *amici* have an interest in dispelling the misinformed assumption that women have more favorable health outcomes when medicine abortion care is provided by physicians rather than APCs.

Consistent with this Court's rules, the proposed *amicus* brief "avoid[s] the repetition of facts or legal arguments contained in" the principal briefs. 5th Cir. R. 29.2.

## CONCLUSION

For these reasons, Movants NPWH and ACNM respectfully request that this Court permit their filing of a brief as *amici curiae* in support of Appellants.

May 1, 2023

*/s/ Simona G. Strauss*
Simona G. Strauss
Counsel for *Amici Curiae* National Association of Nurse Practitioners in Women's Health and American College of Nurse-Midwives
