No. 23-10362

# United States Court of Appeals for the Fifth Circuit

ALLIANCE FOR HIPPOCRATIC MEDICINE; AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS & GYNECOLOGISTS; AMERICAN COLLEGE OF PEDIATRICIANS; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS; SHAUN JESTER, D.O.; REGINA FROST-CLARK, M.D.; TYLER JOHNSON, D.O.; GEORGE DELGADO, M.D.,

*Plaintiffs-Appellees*,

– v. –

FOOD & DRUG ADMINISTRATION; ROBERT M. CALIFF, Commissioner of Food and Drugs; JANET WOODCOCK, M.D., in her official capacity as Principal Deputy Commissioner, U.S. Food and Drug Administration; PATRIZIA CAVAZZONI, M.D., in her official capacity as Director, Center for Drug Evaluation and Research, U.S. Food and Drug Administration; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, Secretary, U.S. Department of Health and Human Services,

*Defendants-Appellants,*

– v. –

DANCO LABORATORIES, L.L.C.,

*Intervenor-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS
CASE NO. 2:22-cv-00223

**UNOPPOSED MOTION FOR LEAVE TO FILE
BRIEF OF 253 MEMBERS OF CONGRESS
AS *AMICI CURIAE* IN SUPPORT OF DEFENDANTS-APPELLANTS**

| | |
|---|---|
| WILLIAM A. MCCONAGHA<br>JENNIFER L. BRAGG<br>KEYAWNA GRIFFITH<br>SKADDEN, ARPS, SLATE, MEAGHER<br>& FLOM LLP<br>1414 New York Ave NW<br>Washington, DC 20005 | BORIS BERSHTEYN<br>SKADDEN, ARPS, SLATE, MEAGHER<br>& FLOM LLP<br>One Manhattan West<br>New York, NY 10001<br>(212) 735-3000<br>boris.bershteyn@skadden.com |

*Counsel for Amici Curiae*

Pursuant to Federal Rule of Appellate Procedure 29(a)(3) and Fifth Circuit Rule 29.1, movants, 253 Members of Congress (*see* Appendix for the list of *amici*), respectfully move this Court for leave to file a brief as *amici curiae* in support of defendants-appellants. Movants urge this Court to reverse the district court's order staying U.S. Food and Drug Administration's approval of mifepristone and other challenged agency actions. A copy of the proposed brief has been submitted with this motion. All parties have consented to the filing of this brief.

## I.   INTEREST OF THE MOVANTS

Movants are 253 Members of Congress—50 Senators and 203 Members of the House of Representatives. Movants have a special interest in both upholding the Constitution's separation of powers—among other things, by ensuring that federal administrative agencies are able to faithfully exercise the authorities Congress delegated to them by statute without undue judicial interference—and protecting the physical health and safety of their constituents.

## II.   MOVANTS' BRIEF IS USEFUL TO THE DISPOSITION OF THE ISSUES BEFORE THE COURT

As Members of Congress, movants can contribute to informed consideration of the questions before this Court, including Congressional intent with respect to the legislatively mandated drug approval process. First, movants' proposed brief explains Congress's clear intent in designating the U.S. Food and Drug

Administration ("FDA") as the expert federal agency with authority to review and approve drug applications, and shows that allowing federal courts to substitute their own judgments for the expert conclusions of FDA's scientists, as the district court did here, would be contrary to that intent.  Second, the proposed brief outlines movants' specific concerns about the manner in which the district court's unprecedented remedy undermines the public interest.  These concerns include disruption of a science-based drug approval process on which both patients and pharmaceutical developers rely.  The brief also addresses the ways in which the district court's order will exacerbate an already significant reproductive health crisis.  As duly elected legislative representatives of affected individuals and communities, *amici* are uniquely situated to inform this Court on matters relevant to its decision to reverse the district court's order.

Movants have previously been granted leave by this Court to submit a brief as *amici curiae* in support of defendants-appellants' motion for an emergency stay of the district court's decision.  They likewise submitted a brief as *amici curiae* in support of defendants-appellants' similar stay application to the Supreme Court.

## CONCLUSION

Based on the foregoing, movants respectfully request that this Court grant this unopposed motion for leave to file a brief as *amici curiae* in support of

defendants-appellants and accept for filing the *amici curiae* brief submitted contemporaneously with this motion.

Dated: May 1, 2023  
   New York, New York

Respectfully submitted,

_s/ Boris Bershteyn_____  
Boris Bershteyn  
One Manhattan West  
New York, NY 10001  
(212) 735-3000  
boris.bershteyn@skadden.com

William A. McConagha  
Jennifer L. Bragg  
Keyawna Griffith  
1440 New York Ave NW  
Washington, DC 20005

*Counsel for Amici Curiae*

## CERTIFICATE OF ELECTRONIC COMPLIANCE

I certify that on May 1, 2023, this motion was transmitted to Mr. Lyle W. Cayce, Clerk of the U.S. Court of Appeals for the Fifth Circuit, through the court's CM/ECF document-filing system, https://efc.ca5.uscourts.govt.

I further certify that: (1) required privacy redactions have been made, 5th Cir. R. 25.2.13; (2) the electronic submission is an exact copy of the paper document, 5th Cir. R. 25.2.1; and (3) the document has been scanned with the most recent version of a commercial virus scanning program and is free of viruses.

Dated:  May 1, 2023
       New York, New York            _s/ Boris Bershteyn_____
                                                  Boris Bershteyn
                                                  *Counsel for Amici Curiae*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rules of Appellate Procedure 27(d)(2)(A) because the brief contains 440 words, excluding the parts of the brief exempt by Federal Rule of Appellate Procedure 27(a)(2)(B) and 32(f).

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated: May 1, 2023
       New York, New York                    _s/ Boris Bershteyn_____
                                             Boris Bershteyn
                                             *Counsel for Amici Curiae*

# CERTIFICATE OF SERVICE

I hereby certify that I e-filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system on May 1, 2023. I further certify that the participants in the case are CM/ECF users and that service will be accomplished by using the appellate CM/ECF system.

Dated: May 1, 2023
       New York, New York

_s/ Boris Bershteyn_____
Boris Bershteyn
*Counsel for Amici Curiae*