No. 23-10362

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*,
*Plaintiffs-Appellees*,

*v.*

U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,
*Defendants-Appellants,*

and

DANCO LABORATORIES, LLC,
*Intervenor-Appellant,*

On Appeal from the United States District Court
for the Northern District of Texas
No. 2:22-cv-00223-Z (Hon. Matthew J. Kacsmaryk)

**UNOPPOSED MOTION OF GENBIOPRO, INC. FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF APPELLANTS**

DAVID C. FREDERICK
ARIELA M. MIGDAL
ELIANA MARGO PFEFFER
MARY CHARLOTTE Y. CARROLL
KELLOGG, HANSEN, TODD, FIGEL
 & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
(202) 326-7900

SKYE L. PERRYMAN*
KRISTEN MILLER*
DEMOCRACY FORWARD
 FOUNDATION
P.O. Box 34553
Washington, DC 20043
(202) 448-9090

JOHN P. ELWOOD
DAPHNE O'CONNOR*
ROBERT J. KATERBERG
KOLYA D. GLICK
ANGELIQUE A. CILIBERTI*
SAMUEL I. FERENC*
ARNOLD & PORTER
 KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5000
John.Elwood@arnoldporter.com

**Admission pending*

Counsel for *Amicus Curiae* GenBioPro, Inc.

# SUPPLEMENTAL CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fifth Circuit Rule 29.2, the undersigned counsel of record for *amicus curiae* GenBioPro, Inc. certifies that the following listed persons and entities, in addition to those listed in Appellants' and Intervenor-Appellant's Certificates of Interested Persons, have an interest in this brief. These representations are made in order that judges of this Court may evaluate possible disqualification or recusal.

*Parent of Amicus Curiae*:

Xenia Holdco LLC is the parent of *amicus curiae* GenBioPro, Inc.

*Counsel for Amicus Curiae*:

John P. Elwood; Daphne O'Connor; Robert J. Katerberg; Kolya D. Glick; Angelique A. Ciliberti; Samuel I. Ferenc; David C. Frederick; Ariela M. Migdal; Eliana Margo Pfeffer; Mary Charlotte Y. Carroll; Skye L. Perryman; Kristen Miller; Arnold & Porter Kaye Scholer LLP; Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.; Democracy Forward Foundation.

/s/ *John P. Elwood*
John P. Elwood

*Counsel for Amicus Curiae*

1

Pursuant to Federal Rule of Appellate Procedure 29(a)(3) and Fifth Circuit Rule 29, Movant GenBioPro, Inc. ("GenBioPro") respectfully moves this Court for leave to file the accompanying *amicus curiae* brief in support of appellants. All parties have consented to GenBioPro's filing of an *amicus* brief.

## I. Interest of the Movant

GenBioPro is the sole supplier of generic mifepristone in the United States. More than 95 percent of GenBioPro's product revenue derives from the sale of generic mifepristone. Because the district court "stayed" the U.S. Food and Drug Administration ("FDA") approval of GenBioPro's Abbreviated New Drug Application ("ANDA") for generic mifepristone, this case implicates GenBioPro's interests.

## II. Relevance and Desirability of the Movant's Brief

As the only supplier of generic mifepristone, GenBioPro can contribute a distinct perspective on the legal and factual issues presented in this appeal. In particular, GenBioPro's brief is desirable and relevant to the case because it focuses on an issue not squarely addressed by the appellants: whether, for purposes of the statute of limitations, GenBioPro's ANDA approval must stand and fall together with FDA's 2000 approval of appellant Danco Laboratories, LLC's branded drug

Mifeprex. GenBioPro's brief will explain that treating GenBioPro's approval differently from Mifeprex's approval—based solely on the dates of the approvals and the timing of Plaintiffs' complaint—is fundamentally inconsistent with the generic drug approval regime enacted by Congress, the scientific and medical facts supporting GenBioPro's ANDA approval, and the equitable and logical principles underlying statutes of limitations and repose. GenBioPro is also uniquely situated to explain the adverse legal and practical consequences of the motions panel's April 12, 2023 Order, which treated FDA's approval of GenBioPro's ANDA differently from FDA's approval of the New Drug Application for Mifeprex.

## CONCLUSION

Accordingly, GenBioPro respectfully requests that this Court grant this motion for leave and accept for filing the *amicus curiae* brief submitted with this motion.

Dated: May 1, 2023

DAVID C. FREDERICK
ARIELA M. MIGDAL
ELIANA MARGO PFEFFER
MARY CHARLOTTE Y. CARROLL
KELLOGG, HANSEN, TODD, FIGEL
  & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
(202) 326-7900

SKYE L. PERRYMAN*
KRISTEN MILLER*
DEMOCRACY FORWARD
  FOUNDATION
P.O. Box 34553
Washington, DC 20043
(202) 448-9090

Respectfully submitted,

/s/ *John P. Elwood*
JOHN P. ELWOOD
DAPHNE O'CONNOR*
ROBERT J. KATERBERG
KOLYA D. GLICK
ANGELIQUE A. CILIBERTI*
SAMUEL I. FERENC*
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5000
John.Elwood@arnoldporter.com

**Admission pending*

4

## CERTIFICATE OF SERVICE

I hereby certify that, on May 1, 2023, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in this case are CM/ECF users and that service will be accomplished by using the appellate CM/ECF system.

/s/ *John P. Elwood*
John P. Elwood

Counsel for *Amicus Curiae*

## CERTIFICATE OF COMPLIANCE

This motion contains 310 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(a)(2)(B) and 32(f). This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Century Schoolbook font) using Microsoft Word.

/s/ *John P. Elwood*
John P. Elwood

Counsel for *Amicus Curiae*

May 1, 2023