No. 23-10362

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

ALLIANCE FOR HIPPOCRATIC MEDICINE; AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS & GYNECOLOGISTS; AMERICAN COLLEGE OF PEDIATRICIANS; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS; SHAUN JESTER, D.O.; REGINA FROST-CLARK, M.D.; TYLER JOHNSON, D.O.; GEORGE DELGADO, M.D.,

Plaintiffs-Appellees,

v.

U.S. FOOD & DRUG ADMINISTRATION; ROBERT M. CALIFF, Commissioner of Food and Drugs; JANET WOODCOCK, M.D., in her official capacity as Principal Deputy Commissioner, U.S. Food and Drug Administration; PATRIZIA CAVAZZONI, M.D., in her official capacity as Director, Center for Drug Evaluation and Research, U.S. Food and Drug Administration; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, Secretary, U.S. Department of Health and Human Services,

Defendants-Appellants,

v.

DANCO LABORATORIES, L.L.C.,

Intervenor-Appellant.

On Appeal from the United States District Court
for the Northern District of Texas

## FEDERAL APPELLANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXTEND LENGTH LIMITS

BRIAN M. BOYNTON
  *Principal Deputy Assistant*
  *Attorney General*

LEIGHA SIMONTON
  *United States Attorney*

SARAH E. HARRINGTON
  *Deputy Assistant Attorney General*

MICHAEL S. RAAB
CYNTHIA A. BARMORE
  *Civil Division, Appellate Staff*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., NW*
  *Washington, DC 20530*

Federal Appellants respectfully oppose plaintiffs' motion to extend the length limit for their principal brief. There is substantial overlap between the principal briefs filed by Federal Appellants and Intervenor Appellant; plaintiffs do not contend otherwise. An extension is thus unnecessary for plaintiffs to be able to respond to all arguments raised in those briefs, as plaintiffs have done within the word limit for their previous filings in this Court and the Supreme Court. Given the expedited briefing of this appeal, granting an extension to plaintiffs may prejudice Federal Appellants' ability to fully respond to plaintiffs' arguments; the reply briefs in this case are due just four days after plaintiffs' principal brief.

In the alternative, if this Court grants plaintiffs' motion, Federal Appellants request an extension of the length limit applicable to their reply brief, equal to any extension granted to plaintiffs.

Respectfully submitted,

BRIAN M. BOYNTON
  *Principal Deputy Assistant*
  *Attorney General*

LEIGHA SIMONTON
  *United States Attorney*

SARAH E. HARRINGTON
  *Deputy Assistant Attorney General*

MICHAEL S. RAAB

<u>/s/ Cynthia A. Barmore</u>
CYNTHIA A. BARMORE
  *Civil Division, Appellate Staff*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., NW*
  *Washington, DC 20530*
  *(202) 305-1754*

MAY 2023

## CERTIFICATE OF SERVICE

I hereby certify that, on May 1, 2023, I electronically filed the foregoing opposition with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are CM/ECF users and that service will be accomplished by using the appellate CM/ECF system.

                                        */s/ Cynthia A. Barmore*
                                        Cynthia A. Barmore
                                        Counsel for Appellants

# CERTIFICATE OF COMPLIANCE

I hereby certify that this opposition complies with the requirements of Federal Rule of Appellate Procedure 27(d) because it has been prepared in 14-point Century Schoolbook, a proportionally spaced font. I further certify that this opposition complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 141 words according to the count of Microsoft Word.

                                          */s/ Cynthia A. Barmore*
                                          Cynthia A. Barmore
                                          Counsel for Appellants