No. 23-10362

IN THE UNITED STATES COURT
OF APPEALS FOR THE FIFTH CIRCUIT

Alliance for Hippocratic Medicine, et al.,
*Plaintiffs-Appellees*

v.

Food & Drug Administration, et al.,
*Defendants-Appellants*
Danco Laboratories, LLC,
*Intervenor Defendant-Appellant*

On Appeal from the United States District Court for the Northern District of
Texas, Amarillo Division, No. 2:22-cv-00223

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF
MEDICAL STUDENTS FOR CHOICE AS *AMICUS CURIAE* IN
SUPPORT OF DEFENDANTS-APPELLANTS**

Jayme Jonat
Charlotte Baigent
Rona S. Li
Holwell Shuster & Goldberg LLP
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
jjonat@hsgllp.com
cbaigent@hsgllp.com
rproper@hsgllp.com

*Counsel for Amicus Curiae
Medical Students for Choice*

## SUPPLEMENTAL CERTIFICATE OF INTERESTED PARTIES

No. 23-10362, *Alliance for Hippocratic Medicine, et al. v. U.S. Food and Drug Administration, et al.*

*Amicus curiae* certify that they have no outstanding shares or debt securities in the hands of the public, and they have no parent companies. No publicly held company has a 10% or greater ownership interest in the *amicus curiae*. *Amicus curiae* is unaware of any persons with any interest in the outcome of this litigation other than the signatories to this brief and their counsel, and those identified in the party and *amicus* briefs filed in this case.

### *Amicus Curiae*
Medical Students for Choice

### *Attorneys for Amicus Curiae*
Jayme Jonat
Charlotte Baigent
Rona S. Li

Respectfully submitted,

*/s/ Jayme Jonat*
Jayme Jonat
*Counsel of record for Amicus Curiae Medical Students for Choice*

Under Federal Rule of Appellate Procedure 29(b) and Fifth Circuit Rule 29.1, Medical Students for Choice ("MSFC") hereby moves to request leave from this Court to file a brief of 6,109 words as *amicus curiae* in support of Defendants-Appellants' appeal of the lower court's ruling. MSFC has consulted with all parties, and all parties consent to the filing of this motion.

I.  **Interest of Amicus Curiae**

Movant MSFC is a prospective *amicus curiae* with considerable interest in the outcome of this case.

MSFC is a 501(c)(3) non-profit organization with over 300 chapters in 30 countries that seeks to ensure that medical students and trainees have access to comprehensive education on all aspects of reproductive healthcare, including abortion care. MSFC was formed by a group of medical students in 1993 in response to the lack of abortion and family planning education in their medical training and has since grown to a global organization with over 10,000 members.

MSFC promotes access to reproductive healthcare training in several manners. The organization has chapters on numerous medical school campuses, through which students advocate for reforms to medical school curriculum and champion reproductive healthcare access in their communities. MSFC also hosts conferences and trainings to provide hands-on education and training in methods of abortion care for students interested in reproductive healthcare. Additionally,

MSFC facilitates clinical exposure to abortion care by connecting medical students with externships at clinics where patients seek such treatment. Through these programs, medical students are able to experience first-hand the provision of safe and effective abortion care.

Reproductive healthcare, including abortion care, is a critically important area of healthcare that is essential to patient health and well-being. MSFC seeks to remedy the insufficient and sometimes nonexistent abortion training in medical school curricula because without adequate training, physicians lack the tools and knowledge they need to provide patients with the highest standard of care. Mifepristone is one such tool that many physicians rely upon, and mifepristone together with misoprostol is considered the "gold standard" of care for medication abortions and miscarriage management. Restricting access to mifepristone would have serious implications for the entire medical field, including medical education and training programs.

Staying FDA's approval of mifepristone would hinder MSFC's mission to provide medical students and trainees with the comprehensive abortion education necessary to provide their patients with the best care possible. Further, the Court's decision in this case could impact the landscape of medical education and training in the United States for years to come. Thus, MSFC has a compelling interest in the outcome of this case.

## II.     Desirability and Relevance of Proposed Brief

MSFC's *amicus* brief addresses issues "relevant to the disposition of the case," and its submission is "desirable." *See* Fed. R. App. P. 29(a)(3)(B).

The proposed brief grapples with public interest and policy considerations central to this case. First, medical school curricula should be based upon science, not upon the decisions of courts without scientific or medical expertise. Permitting the lower court's decision to stand contravenes this and other core tenets of medical education. Second, should FDA's approval of mifepristone be revoked, medical students and trainees will face even greater barriers to obtaining adequate abortion training than they already face today. MSFC's brief outlines how medical schools that already provide limited abortion training will be even less likely to train students on mifepristone's safe and effective use in reproductive healthcare, and with fewer medical schools offering comprehensive abortion education and training, placement in clinical abortion training programs will become even more competitive. These outcomes are damaging to not only patient care, but also the quality of medical education and training available to medical students and residents in this country. Finally, overturning FDA's approval of mifepristone would result in future providers learning standards of care that fall below the internationally accepted standard and could thus damage the reputation of medical programs in the United States.

As an organization that works closely with medical students, MSFC has unique insight and expertise on how reproductive healthcare restrictions impact how future medical professionals are trained. Like other healthcare organizations, MSFC has already witnessed the impact that recent judicial decisions have had on medical education and reproductive care. And like other healthcare organizations, MSFC has serious concerns about how a judicial stay of FDA's approval of mifepristone would further harm patients, medical students, and healthcare providers.

However, MSFC offers a unique perspective on how a judicial decision staying FDA's approval of this drug will impact medical students and trainees in particular. MSFC expects that its *amicus* brief will be the only one that provides the Court with first-hand accounts from the perspective of current medical students about how abortion restrictions have interfered with their medical training and threaten their future practice of medicine. These first-hand accounts also illuminate the current landscape of medical education in this country and speak to the implications of further abortion limitations on the quality of that medical education. Medical students represent the future of healthcare in the United States; the relevance of their perspective on this case and its potential implications is paramount.

<div style="text-align:center">* * * *</div>

Given MSFC's profound interest in this case and unique perspective on the issues before the Court, MSFC respectfully requests that it be granted leave to file the proposed brief.

<div style="text-align: right;">

Respectfully submitted,

*/s/ Jayme Jonat*
Jayme Jonat
Charlotte Baigent
Rona S. Li
Holwell Shuster & Goldberg LLP
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
jjonat@hsgllp.com
cbaigent@hsgllp.com
rproper@hsgllp.com

*Counsel of record for*
*Amicus Curiae Medical*
*Students for Choice*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2023 a true and correct copy of the foregoing Motion was served via the court's CM/ECF system.

>*/s/ Jayme Jonat*
>Jayme Jonat
>*Counsel of record for*
>*Amicus Curiae Medical*
>*Students for Choice*


## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B) because it contains 876 words, excluding the parts of the document exempted by Fed. R. App. P. 32(f).

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman Font.

> */s/ Jayme Jonat*
> Jayme Jonat
> *Counsel of record for*
> *Amicus Curiae Medical*
> *Students for Choice*