No. 23-10362

# In the United States Court of Appeals for the Fifth Circuit

ALLIANCE FOR HIPPOCRATIC MEDICINE; AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS & GYNECOLOGISTS; AMERICAN COLLEGE OF PEDIATRICIANS; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS; SHAUN JESTER, D.O.; REGINA FROST-CLARK, M.D.; TYLER JOHNSON, D.O.; GEORGE DELGADO, M.D.,

*Plaintiffs-Appellees*

v.

U.S. FOOD & DRUG ADMINISTRATION; ROBERT M. CALIFF, Commissioner of Food and Drugs; JANET WOODCOCK, M.D., in her official capacity as Principal Deputy Commissioner, U.S. Food and Drug Administration; PATRIZIA CAVAZZONI, M.D., in her official capacity as Director, Center for Drug Evaluation and Research, U.S. Food and Drug Administration; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, Secretary, U.S. Department of Health and Human Services,

*Defendants-Appellants*

v.

DANCO LABORATORIES, L.L.C.,

*Intervenor-Appellant*

On Appeal from the United States District Court for the Northern District of Texas, Amarillo Division, Case No. 2:22-cv-00223-Z, Judge Matthew J. Kacsmaryk

**OPPOSITION TO PLAINTIFFS-APPELLEES' MOTION TO EXTEND LENGTH LIMIT BY INTERVENOR-APPELLANT DANCO LABORATORIES, LLC**

PHILIP KATZ
LYNN W. MEHLER
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004

EVA M. SCHIFINI
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067

JESSICA L. ELLSWORTH
CATHERINE E. STETSON
KAITLYN A. GOLDEN
DANIELLE DESAULNIERS STEMPEL
MARLAN GOLDEN
DELIA SCOVILLE
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600
jessica.ellsworth@hoganlovells.com

*Counsel for Intervenor-Appellant*

Intervenor-Appellant Danco Laboratories LLC opposes Plaintiffs-Appellees' request to file an overlong brief. Motions to exceed the type volume limits are disfavored. *See* Practitioners' Guide to the United States Court of Appeals for the Fifth Circuit 25 (Oct. 2022). Any such motion "**must** be filed at least 10 days before the brief is due **and** contain sufficient reasons to warrant the request." *Id.* (emphasis in original).

Appellees have not satisfied either requirement. Appellees have not complied with this Court's rules, which required them to request an extension of length at least ten days in advance of the due date—here, by April 28. 5th Cir. R. 32.4. And Appellees' only basis for their request to extend the brief length limit imposed by Fed. R. App. 32(a)(7) is that both Danco and the Government have filed merits briefs. Appellees have not identified any divergence between those briefs, let alone one that would necessitate a 3,000 word extension of the 13,000 word limit. Furthermore, given the expedited briefing schedule, Appellants have only four days to respond to Appellees' brief. Extending the length limit would impose unjustified burdens on both Appellants and this Court.

For the foregoing reasons, Danco opposes Appellees' untimely motion to file an overlong brief. If the Court nevertheless grants Appellees' motion, Danco respectfully requests that the Court grant a corresponding increase in length for Danco's reply brief.

Respectfully submitted,

/s/ Jessica L. Ellsworth
JESSICA L. ELLSWORTH
CATHERINE E. STETSON
KAITLYN A. GOLDEN
DANIELLE DESAULNIERS STEMPEL
MARLAN GOLDEN
DELIA SCOVILLE
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600
jessica.ellsworth@hoganlovells.com

PHILIP KATZ
LYNN W. MEHLER
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004

EVA M. SCHIFINI
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067

*Counsel for Intervenor-Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 1, 2023, I electronically filed the foregoing with the Clerk of Court by using the appellate CM/ECF system. I further certify that the participants in the case are CM/ECF users and that service will be accomplished by using the appellate CM/ECF system.

<u>/s/ Jessica L. Ellsworth</u>
Jessica L. Ellsworth

*Counsel for Intervenor-Appellant*

## CERTIFICATE OF COMPLIANCE

1.      This document complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A), because it contains 227 words, excluding the parts exempted by Federal Rule of Appellate Procedure 27(a)(2)(B).

2.      This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the typestyle requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in Times New Roman 14-point font.

/s/ Jessica L. Ellsworth
Jessica L. Ellsworth

*Counsel for Intervenor-Appellant*
