## APPENDIX A

**Safety of Mifepristone**

1. A.A. Boersma et al., *Mifepristone Followed by Home Administration of Buccal Misoprostol for Medical Abortion Up to 70 Days of Amenorrhoea in a General Practice in Curacao*, 16 EUR. J. CONTRACEPT. REPROD. H. CARE 61 (2011).

2. ANSIRH, *Analysis of Medication Abortion Risk and the FDA Report: Mifepristone U.S. Post-Marketing Adverse Events Summary through 6/30/2021*, Univ. of Cal., S.F.  (Nov. 2022).

3. ANSIRH, *Analysis of Medication Abortion Risk and the FDA Report: Mifepristone U.S. Post-Marketing Adverse Events Summary through 12/31/2018*, Univ. of Cal., S.F. (Apr. 2019).

4. ANSIRH, *Safety of Abortion in the United States*, Univ. of Cal., S.F. (Dec. 2014).

5. ANSIRH, *U.S. Studies on Medication Abortion without In-Person Clinician Dispensing of Mifepristone*, UNIV. OF CAL., S.F. (Oct. 2021).

6. Ara Aiken et al., *Effectiveness, Safety and Acceptability of No-Test Medical Abortion (Termination of Pregnancy) Provided Via Telemedicine: A National Cohort Study*, 128 BJOG 1464 (2021).

7. Beverly Winikoff et al., *Extending Outpatient Medical Abortion Services Through 70 Days of Gestational Age*, 120 OBSTET. & GYNECOL. 1070 (2012).

8. Claudia Diaz Olavarrieta et al., *Nurse Versus Physician Provision of Early Medical Abortion in Mexico: A Randomized Controlled Non-Inferiority Trial*, 93 BULL. WORLD HEALTH ORGAN. 249 (2015).

9. Daniel Grossman et al., *Effectiveness and Acceptability of Medical Abortion Provided Through Telemedicine*, 118 OBSTET. & GYNECOL.  296 (2011).

10. Daniel Grossman et al., *Mail-Order Pharmacy Dispensing of Mifepristone for Medication Abortion After In-Person Clinical Assessment*, 107 CONTRACEPT. 36 (2022).

11. Daniel Grossman et al., *Medication Abortion with Pharmacist Dispensing of Mifepristone*, 137 OBSTET. & GYNECOL. 613 (2021).

12. Daniel Grossman & Kate Grindlay, *Safety of Medical Abortion Provided Through Telemedicine Compared with In Person*, 130 OBSTET. & GYNECOL. 778 (2017).

13. Dina Abbas et al., *Outpatient Medical Abortion is Safe and Effective Through 70 Days Gestation*, 92 CONTRACEPTION 197 (Sept. 2015)

14. Elizabeth Raymond & Hillary Bracken, *Early Medical Abortion Without Prior Ultrasound*, 92 CONTRACEPT. 212 (2015).

15. E.V. Gouk, *Medical Termination of Pregnancy at 63 to 83 Days Gestation*, 106 BJOG 535 (1999).

16. Jane W. Seymour et al., *Effectiveness and Safety of a Direct-To-Patient Telehealth Service Providing Medication Abortion Targeted at Rural and Remote Populations: Cross-Sectional Findings From Marie Stopes Australia*, 115 CONTRACEPT. 67 (2022).

17. Julia E. Kohn et al., *Safety and Effectiveness of Medication Abortion Provided via Telemedicine in Four U.S. States*, 134 OBSTET. & GYNECOL. 343 (2019).

18. Katherine Kortsmit et al., *Abortion Surveillance – United States, 2019*, 70 CDC MORBIDITY & MORTALITY WKLY. REP. 1 (2021).

19. Nat'l Acads. of Sci., Eng'g. & Med., *The Safety and Quality of Abortion Care in the United States*, NAT'L ACADS. PRESS 45 (2018).

20. Ushma D. Upadhyay et al., *Incidence of Emergency Department Visits and Complications After Abortion,* 125 Obstet. & Gynecol. 175 (2015).

21. Ushma D. Upadhyay et al., *Safety and Efficacy of Telehealth Medication Abortions in the US During the COVID-19 Pandemic*, 4 JAMA NETW. OPEN. e2122320 (2021).

## Impact of Abortion on Psychological and Emotional Well-Being

22. Brenda Major et al., *Abortion and Mental Health: Evaluating the Evidence*, 64 AM. PSYCH. 863 (2009).

23. Brenda Major et al., *Report of the APA Task Force on Mental Health and Abortion*, AM. PSYCH. ASS'N (2008).

24. Corrine H. Rocca et al., *Decision Rightness and Emotional Responses to Abortion in the United States: A Longitudinal Study*, 10 PLOS One 1 (2015).

25. Corrine H. Rocca et al., *Emotions and Decision Rightness Over Five Years Following an Abortion: An Examination of Decision Difficulty and Abortion Stigma*, SOCIAL SCI. & MED. (2020).

26. Corrine H. Rocca et al., *Women's Emotions One Week After Receiving or Being Denied an Abortion in the United States*, 45 PERSPS. ON SEXUAL & REPROD. HEALTH 122 (2013).

27. Diana G. Foster et al., *A Comparison of Depression And Anxiety Symptom Trajectories Between Women Who Had An Abortion And Women Denied One*, 45 PSYCH. MED. 2073 (2015).

28. Julia R. Steiberg et al., *The Association Between First Abortion and First-Time Non-Fatal Suicide Attempt: A Longitudinal Cohort Study of Danish Population Registries*, 6 LANCET PSYCH. 1031 (2019).

29. Julia R. Steinberg, *Fatal Flaws in a Recent Meta-Analysis On Abortion And Mental Health*, 86 CONTRACEPT. 430 (2012).

30. M. Antonia Biggs et al., *Does Abortion Reduce Self-esteem and Life Satisfaction?*, 23 QUALITY OF LIFE RSCH. 2505 (2014).

31. M. Antonia Biggs et al., *Five-Year Suicidal Ideation Trajectories Among Women Receiving versus Being Denied an Abortion*, 175 AM. J. OF PSYCHIATRY 845 (2018).

32. M. Antonia Biggs et al., *Mental Health Diagnoses After Receiving or Being Denied an Abortion in the United States*, 105 Am. J. of Pub. Health 2557 (2015).

33. Nat'l Collaborating Ctr. for Mental Health, *Induced Abortion and Mental Health: A Systematic Review of the Mental Health Outcomes of Induced Abortion, Including Their Prevalence and Associated Factors*, ACAD. OF MED. ROYAL COLLS. (2011).

34. Sarah C. M. Roberts et al., *Changes in Alcohol, Tobacco, and Drug Use Over Five Years After Receiving Versus Being Denied a Pregnancy Termination*, 79 J. OF STUDIES ON ALCOHOL AND DRUGS 293 (2018).

35. Vignetta E. Charles et al., *Abortion and Long-Term Mental Health Outcomes: A Systematic Review of the Evidence*, 78 Contracept. 436 (2008).

**Dangers of Pregnancy and Impact of Abortion Denial**

36. Caitlin Gerdts et al., *Side Effects, Physical Health Consequences, and Mortality Associated with Abortion and Birth after an Unwanted Pregnancy*, 26 WOMEN'S HEALTH ISSUES 55 (2016).

37. David Boulware, *Recent Increases in the U.S. Maternal Mortality Rate: Disentangling Trends from Measurement Issues*, 128 Obstet. & Gynecol. 385 (2016),

38. Diana Greene Foster et al., *Socioeconomic Outcomes of Women Who Receive and Women Who Are Denied Wanted Abortions in the United States*, 108 Am. J. Pub. Health 407 (2018).

39. Elizabeth G. Raymond & David A. Grimes, *The Comparative Safety of Legal Induced Abortion and Childbirth in the United States*, 119 Obstet. & Gynecol. 215 (2012).

40. Laura F. Harris, *Perceived Stress and Emotional Social Support Among Women Who Are Denied or Receive Abortions in the United States: A Prospective Cohort Study*, 14 BMC WOMEN'S HEALTH 76 (2014).

41. Lauren J. Ralph et al., *Self-reported Physical Health of Women Who Did and Did Not Terminate Pregnancy After Seeking Abortion Services: A Cohort Study*, 171 ANNALS OF INTERNAL MED. 238 (2019).

42. M. Antonia Biggs et al., *Mental Health Diagnoses 3 Years After Receiving or Being Denied an Abortion in the United States*, 105 AM. J. OF PUB. HEALTH 2557 (2015) .

43. M. Antonia Biggs et al., *Women's Mental Health and Well-Being 5 Years After Receiving or Being Denied an Abortion: A Prospective, Longitudinal Cohort Study*, 74 JAMA Psychiatry 169 (2017).

44. Sarah Roberts et al., *Risk of Violence from the Man Involved in the Pregnancy After Receiving or Being Denied an Abortion*, 12 BMC MED. 1 (2014).

## Public Health & Disparate Impact from Lack of Access to Medication Abortion

45. Alexander Janke, *An Emergency in U.S. Emergency Care: Two Studies Show Rising Strain*, U. MICH. INST. OF HEALTHCARE POL'Y & INNOVATION (Oct. 11, 2022).

46. Anthony Mazzeo et. al., *Delivery of Emergency Care in Rural Settings*, ACEP EMERGENCY MEDICINE PRAC. COMM. (2017).

47. Christine Dehlendorf & Tracy Weitz, *Access to Abortion Services: A Neglected Health Disparity*, 22 J. HEALTH CARE FOR THE POOR & UNDERSERVED 415 (2011).

48. Daniel A. Grossman et al., *Changes in Service Delivery Patterns after Introducing Telemedicine Provision of Medical Abortion in Iowa*, 103 AM. J. PUB. HEALTH 73 (2013).

49. Daniel A. Grossman et al., *Continuing Pregnancy After Mifepristone and 'Reversal' of First-Trimester Medical Abortion: A Systematic Review*, 92 CONTRACEPT. 206 (2015).

50. Erica Chong et al., *Expansion of a Direct-to-Patient Telemedicine Abortion Service in the United States and Experience During the COVID-19 Pandemic*, 104 CONTRACEPT. 43 (2021).

51. Erin Wingo, *Abortion Method Preference Among People Presenting For Abortion Care*, 103 CONTRACEPT. 269 (2021).

52. Jenna Jerman et al., *Characteristics of U.S. Abortion Patients in 2014 and Changes Since 2008*, GUTTMACHER INST. 1 (May 2016).

53. Jesse Philbin et al., *10 US States Would Be Hit Especially Hard by a Nationwide Ban on Medication Abortion Using Mifepristone*, GUTTMACHER INST. (Feb. 2023).

54. Juanita Chinn et al., *Health Equity Among Black Women in the United States*, 30 J. WOMEN'S HEALTH 212 (2021).

55. Julia E. Kohn et al., *Introduction of Telemedicine for Medication Abortion: Changes in Service Delivery Patterns in Two U.S. States*, 103 CONTRACEPT. 151 (2021).

56. Lucy Ogbu-Nwobodo et al., *Mental Health Implications of Abortion Restrictions for Historically Marginalized Populations*, 387 N. ENGL. J. MED. 1613 (2022).

57. Lyndsey S. Benson et al., *Early Pregnancy Loss in the Emergency Department, 2006–2016*, 2 J. Am. Coll. Emergency Physicians Open e12549 (2021).

58. Rachel K. Jones et al., *COVID-19 Abortion Bans and Their Implications for Public Health*, 52 Persps. on Sexual & Reprod. Health 65 (2020).

59. Roosa Tikkanen et al., *Maternal Mortality and Maternity Care in the United States Compared to 10 Other Developed Countries*, THE COMMONWEALTH FUND 1 (2020).

60. Rosalyn Schroeder et al., *Trends in Abortion Care in the United States, 2017–2021*, ANSIRH, UNIV. OF CAL., S.F. (2022).

61. Sarah E. Baum et al, *Comparing Preference for and Use of Medication Abortion in Texas After Policy Changes in 2014 and 2018*, 119 CONTRACEPT. 109912 (2023).

62. Sarah E. Baum et al., *Rebound of Medication Abortion in Texas Following Updated Mifepristone Label*, 99 CONTRACEPT. 278 (2019).

**Non-Abortion Uses of Mifepristone**

63. Mario Tristan et al., *Mifepristone for Uterine Fibroids*, COCHRANE DATABASE SYST. REV. (2012).

64. Christopher M. Wittich et al., *Ten Common Questions (and Their Answers) About Off-label Drug Use*, 87 Mayo Clinic Proc. 982 (2012).

65. Yanxia Cao et al., *Efficacy of Misoprostol Combined with Mifepristone on Postpartum Hemorrhage and its Effects on Coagulation Function*, 13 Int. J. Clin. Exp. Med. 2234 (2020).

66. Y. X. Zhang, *Effect of Mifepristone in the Different Treatments of Endometriosis*, 43 Clin. and Exp. Obstet. & Gynecol. 350 (2016).