No. 23-10362

# UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

ALLIANCE FOR HIPPOCRATIC MEDICINE, ET AL.,
*Plaintiff-Appellees*,

v.

U.S. FOOD AND DRUG ADMINISTRATION, ET AL.,
*Defendants-Appellants*.

On Appeal from the United States District Court for the Northern District of Texas, No. 2:22-cv-00223, Judge Matthew J. Kacsmaryk

**UNOPPOSED MOTION FOR LEAVE OF FORMER U.S. DEPARTMENT OF JUSTICE OFFICIALS TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF APPELLANTS AND REVERSAL**

ALAN SCHOENFELD
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

LAUREN IGE
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
(213) 443-5300

JOHN F. WALSH
COLLEEN M. CAMPBELL*
ARIELLE K. HERZBERG
DANIELLE L. HARTLEY
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1225 17th Street
Suite 2600
Denver, CO 80202
(720) 274-3135

DAVID M. LEHN
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC  20037
(202) 663-6000

*Practice in Colorado temporarily authorized pending admission under C.R.C.P. 205.6

May 1, 2023

# SUPPLEMENTAL STATEMENT OF INTERESTED PERSONS

*Alliance for Hippocratic Medicine, et al. v. U.S. Food and Drug Administration, et al.*

No. 23-10362

The undersigned counsel of record certifies that—in addition to the persons and entities listed in defendants-appellants' and intervenor-appellant's Certificates of Interested Persons—the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made so the judges of this Court may evaluate possible disqualification or recusal.

## *Amici Curiae*

- Kent B. Alexander, U.S. Attorney, Northern District of Georgia (1994-1997)
- Donna A. Bucella, U.S. Attorney, Middle District of Florida (1999-2001)
- Leslie R. Caldwell, Assistant Attorney General for the Criminal Division, U.S. Department of Justice (2014-2017)
- Robert L. Capers, U.S. Attorney, Eastern District of New York (2015-2017)
- Zachary W. Carter, U.S. Attorney, Eastern District of New York (1993-1999)
- Tristram Coffin, U.S. Attorney, District of Vermont (2009-2015)
- James M. Cole, Deputy Attorney General, U.S. Department of Justice (2011-2015)
- Michael W. Cotter, U.S. Attorney, District of Montana (2009-2017)
- Deirdre M. Daly, U.S. Attorney, District of Connecticut (2013-2017)

- Edward L. Dowd Jr., U.S. Attorney, Eastern District of Missouri (1993-1999)

- Jenny A. Durkan, U.S. Attorney, Western District of Washington (2009 – 2014)

- Paul J. Fishman, U.S. Attorney, District of New Jersey (2009-2017)

- Benjamin C. Glassman, U.S. Attorney, Southern District of Ohio (2016-2019)

- Booth Goodwin, U.S. Attorney, Southern District of West Virginia (2010-2015)

- Jamie S. Gorelick, Deputy Attorney General, U.S. Department of Justice (1994-1997)

- Melinda Haag, U.S. Attorney, Northern District of California (2010-2015)

- David Hickton, U.S. Attorney, Western District of Pennsylvania (2010-2016)

- Stephen L. Hill, Jr., U.S. Attorney, Western District of Missouri (1993-2001)

- Eric H. Holder, U.S. Attorney General, U.S. Department of Justice (2009-2015); Deputy Attorney General, U.S. Department of Justice (1997-2001); U.S. Attorney, District of Columbia (1993-1997)

- Dwight C. Holton, U.S. Attorney, District of Oregon (2010-2011)

- Walter Holton, U.S. Attorney, Middle District of North Carolina (1994-2001)

- John Horn, U.S. Attorney, Northern District of Georgia (2015-2017)

- Jose de Jesus Rivera, U.S. Attorney, District of Arizona (1998-2000)

- Brendan V. Johnson, U.S. Attorney, District of South Dakota (2009-2015)

- Doug Jones, U.S. Attorney, Northern District of Alabama (1997-2001)

- Bill Killian, U.S. Attorney, Eastern District of Tennessee (2010-2015)

- Jim Lewis, U.S. Attorney, Central District of Illinois (2010-2016)

- Loretta E. Lynch, Attorney General of the United States, U.S. Department of Justice (2015-2017); U.S. Attorney, Eastern District of New York (1999-2002, 2010-2015)

- Kenneth Magidson, U.S. Attorney, Southern District of Texas (2011-2017)

- Jerry E. Martin, U.S. Attorney, Middle District of Tennessee (2010-2013)

- Mary B. McCord, Acting Assistant Attorney General for National Security, U.S. Department of Justice (2014-2017)

- Zane David Memeger, U.S. Attorney, Eastern District of Pennsylvania (2010-2016)

- Eric Miller, U.S. Attorney, District of Vermont (2015-2017)

- Thomas Monaghan, U.S. Attorney, District of Nebraska (1993-2001)

- Florence T. Nakakuni, U.S. Attorney, District of Hawaii (2009-2017)

- Bill Nettles, U.S. Attorney, District of South Carolina (2010-2016)

- Denise E. O'Donnell, U.S. Attorney, Western District of New York (1997-2001)

- David W. Ogden, Deputy Attorney General of the U.S., U.S. Department of Justice (2009-2010); Assistant Attorney General for Civil Division, U.S. Department of Justice (1999-2001)

- Wendy J. Olson, U.S. Attorney, District of Idaho (2010-2017)

- Carmen M. Ortiz, U.S. Attorney, District of Massachusetts (2009-2017)

- Timothy Q. Purdon, U.S. Attorney, District of North Dakota (2010-2015)

- Ripley Rand, U.S. Attorney, Middle District of North Carolina (2011-2017)

- Emily Rice, U.S. Attorney, District of New Hampshire (2016-2017)

- Sarah R. Saldaña, U.S. Attorney, Northern District of Texas (2011-2014)

- Randy Seiler, U.S. Attorney, District of South Dakota (2015-2017)

- Donald K. Stern, U.S. Attorney, District of Massachusetts (1993-2001)

- Charles J. Stevens, U.S. Attorney, Eastern District of California (1994-1997)

- Carter Stewart, U.S. Attorney, Southern District of Ohio (2009-2016)

- Thomas Strickland, U.S. Attorney, District of Colorado (1999-2001)

- Edward J. Tarver, U.S. Attorney, Southern District of Georgia (2009-2017)

- Lee Thompson, U.S. Attorney, District of Kansas (1990-1993)

- Anne Tompkins, U.S. Attorney, Western District of North Carolina (2010-2015)

- Stanley A. Twardy, Jr., U.S. Attorney, District of Connecticut (1985-1991)

- John W. Vaudreuil, U.S. Attorney, Western District of Wisconsin (2010-2017)

- Benjamin B. Wagner, U.S. Attorney, Eastern District of California (2009-2016)

- Seth P. Waxman, Solicitor General of the United States, U.S. Department of Justice (1997-2001)

- Billy J. Williams, U.S. Attorney, District of Oregon (2015-2021)

- Sally Yates, Acting Attorney General (2017); Deputy Attorney General (2015-2017); U.S. Attorney for the Northern District of Georgia (2010-2015)

### *Attorneys for Amici Curiae*

- John F. Walsh

- Alan Schoenfeld

- David M. Lehn

- Colleen M. Campbell
- Lauren Ige
- Arielle K. Herzberg
- Danielle L. Hartley

        */s/ John F. Walsh*
        JOHN F. WALSH

        *Counsel for Amici former high-ranking U.S. Department of Justice officials*

Pursuant to Federal Rule of Appellate Procedure 27 and 29(a)(3) and the Court's letter of April 19, 2023 (ECF #206), movants, former U.S. Department of Justice officials, respectfully move this Court for leave to file the accompanying 6351-word amicus curiae brief in support of appellants and reversal. All parties have consented to the filing of this amicus brief.

## I. MOVANTS HAVE A SIGNIFICANT INTEREST IN THIS CASE

Movants are 58 former high-ranking Department of Justice officials who served in administrations of both major parties, including U.S. Attorneys General, Deputy Attorneys General, Assistant Attorneys General, and U.S. Attorneys. Movants held responsibility for enforcing federal criminal laws, including the Comstock laws, 18 U.S.C. §§1461-1462, and represented the United States in criminal matters in all levels of the Judiciary around the country. Movants have a significant interest in how federal criminal laws are interpreted and in preserving the Department of Justice's role as the authoritative executive branch interpreter of the Comstock laws.

## II. MOVANTS' PROPOSED AMICUS CURIAE BRIEF WOULD PROVIDE ADDITIONAL ANALYSIS OF ISSUES THAT WERE CENTRAL TO THE RULING UNDER REVIEW

This appeal seeks review of the district court's decision staying various actions by the Food and Drug Administration regarding mifepristone. Movants' brief is desirable and relevant to the case because it will provide the Court with

additional important analysis regarding issues that were central to the district court's decision: the relevance and meaning of the Comstock laws, 18 U.S.C. §§ 1461-1462. Movants' brief will explain that the district court erroneously assumed that FDA was authorized and obligated to consider, interpret, and account for federal criminal laws when approving a new-drug application or a risk evaluation and mitigation strategy ("REMS"). The brief will also explain that even if the Comstock laws bore on the validity of FDA's actions, the actions would be valid because they are consistent with the Comstock laws. The district court gravely misinterpreted the Comstock laws to expand their reach far beyond Congress's intent, as shown by the laws' text, structure, and numerous reenactments.

Movants believe their brief will assist the Court in resolving these issues. As former high-ranking Department of Justice officials who were responsible for enforcing the Comstock laws, movants are well situated to provide insight into the district court's errors regarding the Comstock laws.

Movants have diligently kept their brief to the shortest length necessary to clearly present their most important arguments, while avoiding unnecessary repetition of points already made in appellants' principal briefs.

## CONCLUSION

Accordingly, movants respectfully request that this Court grant leave to file the accompanying amicus curiae brief.

Respectfully submitted,

/s/ John F. Walsh

| | |
|---|---|
| ALAN SCHOENFELD | JOHN F. WALSH |
| WILMER CUTLER PICKERING HALE AND DORR LLP | COLLEEN M. CAMPBELL* |
| 7 World Trade Center | ARIELLE K. HERZBERG |
| 250 Greenwich Street | DANIELLE L. HARTLEY |
| New York, NY 10007 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| (212) 230-8800 | 1225 17th Street |
| | Suite 2600 |
| LAUREN IGE | Denver, CO 80202 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | (720) 274-3135 |
| 350 South Grand Avenue | |
| Suite 2400 | DAVID M. LEHN |
| Los Angeles, CA 90071 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| (213) 443-5300 | 2100 Pennsylvania Avenue, NW |
| | Washington, DC 20037 |
| | (202) 663-6000 |

*Practice in Colorado temporarily authorized pending admission under C.R.C.P. 205.6*

May 1, 2023

**CERTIFICATE OF COMPLIANCE**

This motion contains 427 words in compliance with Rule 27(d)(2)(A). This filing complies with the typeface and typestyle requirements of Rule 27(d)(1)(E), which refers to Rules 32(a)(5) and 32(a)(6), because it has been prepared in a proportionally spaced typeface (14-point Times New Roman) using Microsoft Word.

> */s/ John F. Walsh*
> JOHN F. WALSH

May 1, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ *John F. Walsh*
JOHN F. WALSH

May 1, 2023