# United States Court of Appeals for the Fifth Circuit

---

No. 23-10362

---

Alliance for Hippocratic Medicine; American Association of Pro-Life Obstetricians & Gynecologists; American College of Pediatricians; Christian Medical & Dental Associations; Shaun Jester, D.O.; Regina Frost-Clark, M.D.; Tyler Johnson, D.O.; George Delgado, M.D.,

*Plaintiffs—Appellees*,

*versus*

U.S. Food & Drug Administration; Robert M. Califf, *Commissioner of Food and Drugs*; Janet Woodcock, M.D., *in her official capacity as Principal Deputy Commissioner, U.S. Food and Drug Administration*; Patrizia Cavazzoni, M.D., *in her official capacity as Director, Center for Drug Evaluation and Research, U.S. Food and Drug Administration*; United States Department of Health and Human Services; Xavier Becerra, *Secretary, U.S. Department of Health and Human Services*,

*Defendants—Appellants*,

*versus*

Danco Laboratories, L.L.C.,

*Intervenor—Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:22-CV-223
_____

ORDER:

IT IS ORDERED that the Appellees' opposed motion for leave to file the brief in excess of the word count limitation, but not to exceed 16,000 words is GRANTED.

IT IS FURTHER ORDERED that the incorporated motion filed by Appellants U.S. Food & Drug Administration; Robert M. Califf, Commissioner of Food and Drugs; Janet Woodcock, M.D., in her official capacity as Principal Deputy Commissioner, U.S. Food and Drug Administration; Patrizia Cavazzoni, M.D., in her official capacity as Director, Center for Drug Evaluation and Research, U.S. Food and Drug Administration; United States Department of Health and Human Services; Xavier Becerra, Secretary, U.S. Department of Health and Human Services for leave to file the reply brief in excess of the word count limitation is GRANTED.

IT IS FURTHER ORDERED that the incorporated motion filed by Appellant Danco Laboratories, L.L.C. for leave to file the reply brief in excess of the word count limitation is GRANTED.

Lyle W. Cayce, *Clerk*
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT