# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

May 02, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-10362   Alliance Hippocratic Medicine v. FDA  
                  USDC No. 2:22-CV-223

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Mary Frances Yeager, Deputy Clerk  
504-310-7686

Mr. Steven H. Aden  
Ms. Jessica Ring Amunson  
Mr. Adam B. Aukland-Peck  
Mr. Erik Baptist  
Ms. Cynthia Barmore  
Mr. Cody S. Barnett  
Mr. Boris Bershteyn  
Ms. Julie Marie Blake  
Mr. Matthew Scott Bowman  
Mr. John J. Bursch  
Mr. Joshua Paul Clayton  
Mr. Richard Dearing  
Mr. Joshua M. Divine  
Ms. Jessica Lynn Ellsworth  
Mr. Charles William Fillmore  
Ms. Kaitlyn Golden  
Mr. Marlan Golden  
Ms. Elissa Graves  
Ms. Stephanie L. Gutwein  
Ms. Denise Harle  
Ms. Sarah Elaine Harrington  
Ms. Erin Morrow Hawley  
Mr. Philip Katz  
Mr. Thomas S. Leatherbury  
Mr. David Lehn  
Mr. Peter Dominick Lepiscopo  
Ms. Janice Mac Avoy

Mr. Justin Lee Matheny
Ms. Megan McGuiggan
Ms. Lynn Whipkey Mehler
Mr. Paul Alessio Mezzina
Ms. Karen S. Mitchell
Mr. Allan Edward Parker Jr.
Mr. Michael S. Raab
Mr. Joshua Rosenthal
Mr. Nicolas Sansone
Mr. Gene C. Schaerr
Ms. Eva Marie Schifini
Mr. William B. Schultz
Mr. Daniel Schwei
Ms. Delia Scoville
Mr. Jordan Dentler Segall
Ms. Shannon Rose Selden
Ms. Lauren Shepard
Mr. Samuel Spital
Ms. Danielle Desaulniers Stempel
Ms. Catherine Emily Stetson
Mr. Christian D. Stewart
Ms. Eva Temkin
Mr. John Marc Wheat
Mr. Edward Lawrence White
Ms. Grace Zhou