# United States Court of Appeals for the Fifth Circuit

No. 23-10362

Alliance for Hippocratic Medicine; American Association of Pro-Life Obstetricians & Gynecologists; American College of Pediatricians; Christian Medical & Dental Associations; Shaun Jester, D.O.; Regina Frost-Clark, M.D.; Tyler Johnson, D.O.; George Delgado, M.D.,

*Plaintiffs—Appellees*,

versus

U.S. Food & Drug Administration; Robert M. Califf, *Commissioner of Food and Drugs*; Janet Woodcock, M.D., *in her official capacity as Principal Deputy Commissioner, U.S. Food and Drug Administration*; Patrizia Cavazzoni, M.D., *in her official capacity as Director, Center for Drug Evaluation and Research, U.S. Food and Drug Administration*; United States Department of Health and Human Services; Xavier Becerra, *Secretary, U.S. Department of Health and Human Services*,

*Defendants—Appellants*,

versus

Danco Laboratories, L.L.C.,

*Intervenor—Appellant.*

No. 23-10362

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:22-CV-223
_____

ORDER:

IT IS ORDERED that the motion filed by Honeybee Heath, Incorporated for leave to file brief as *amicus curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by Doctors for America and The Reproductive Health Coalition for leave to file brief as *amici curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by Former FDA Officials for leave to file brief as *amici curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by Food and Drug Law Scholars for leave to file brief as *amici curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by Pharmaceutical Research and Manufacturers of America, Advanced Medical Technology Association, Consumer Healthcare Products Association and National Association of Manufacturers for leave to file brief as *amici curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by Public Citizen for leave to file brief as *amici curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by Former Commissioners of the U.S. Food and Drug Administration for leave to file brief as *amici curiae* is GRANTED.

No. 23-10362

IT IS FURTHER ORDERED that the unopposed motion filed by Pharmaceutical Companies, Executives, and Investors for leave to file brief as *amici curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by Local Governments for leave to file brief as *amici curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by Physicians for Reproductive Health for leave to file brief as *amici curiae* is GRANTED.

Lyle W. Cayce, *Clerk*
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT