# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE                                          TEL. 504-310-7700
CLERK                                          600 S. MAESTRI PLACE,
                                                      Suite 115
                                          NEW ORLEANS, LA 70130

May 03, 2023

Ms. Ester Murdukhayeva
Office of the Attorney General
for the State of New York Appeals & Opinions
28 Liberty Street
New York, NY 10005

          No. 23-10362    Alliance Hippocratic Medicine v. FDA
                          USDC No. 2:22-CV-223

Dear Ms. Murdukhayeva,

We are taking no action on your amici brief filed on behalf of
States NY, AZ, CA, CO, CT, DE, HI, IL, ME, MD, MA, MI, MN, NV, NJ,
NM, NC, OR, PA, RI, VT, WA, WI, and the District of Columbia. You
must submit a motion to participate as an amici curiae and attach
the proposed brief to the motion, see FED. R. APP. P. 29(b). The
Court previously instructed that any forthcoming amici briefs
required leave of Court to file same.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

cc:  Mr. Steven H. Aden
     Ms. Jessica Ring Amunson
     Mr. Adam B. Aukland-Peck
     Mr. Erik Baptist
     Ms. Cynthia Barmore
     Mr. Cody S. Barnett
     Mr. Boris Bershteyn
     Ms. Julie Marie Blake
     Mr. Matthew Scott Bowman
     Mr. John J. Bursch
     Mr. Joshua Paul Clayton

Mr. Richard Dearing
Mr. Joshua M. Divine
Ms. Jessica Lynn Ellsworth
Mr. Charles William Fillmore
Ms. Kaitlyn Golden
Mr. Marlan Golden
Ms. Elissa Graves
Ms. Stephanie L. Gutwein
Ms. Denise Harle
Ms. Sarah Elaine Harrington
Ms. Erin Morrow Hawley
Mr. Philip Katz
Mr. Thomas S. Leatherbury
Mr. David Lehn
Mr. Peter Dominick Lepiscopo
Ms. Janice Mac Avoy
Mr. Justin Lee Matheny
Ms. Megan McGuiggan
Ms. Lynn Whipkey Mehler
Mr. Paul Alessio Mezzina
Mr. Allan Edward Parker Jr.
Mr. Michael S. Raab
Mr. Joshua Rosenthal
Mr. Nicolas Sansone
Mr. Gene C. Schaerr
Ms. Eva Marie Schifini
Mr. William B. Schultz
Mr. Daniel Schwei
Ms. Delia Scoville
Mr. Jordan Dentler Segall
Ms. Shannon Rose Selden
Ms. Lauren Shepard
Mr. Samuel Spital
Ms. Danielle Desaulniers Stempel
Ms. Catherine Emily Stetson
Mr. Christian D. Stewart
Ms. Eva Temkin
Mr. John Marc Wheat
Mr. Edward Lawrence White
Ms. Grace Zhou