No. 23-10362

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

ALLIANCE FOR HIPPOCRATIC MEDICINE, et al.,

*Plaintiffs-Appellees*,

v.

U.S. FOOD AND DRUG ADMINISTRATION, et al.,

*Defendants-Appellants*,

DANCO LABORATORIES, LLC,

*Intervenor-Defendant-Appellant.*

**Motion of the States of New York, Arizona, California, Colorado, Connecticut, Delaware, Hawai'i, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, North Carolina, Oregon, Pennsylvania, Rhode Island, Vermont, Washington, Wisconsin, and the District of Columbia to Submit a Brief as Amici Curiae in Support of Appellants**

The States of New York, Arizona, California, Colorado, Connecticut, Delaware, Hawai'i, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, North Carolina, Oregon, Pennsylvania, Rhode Island, Vermont, Washington, and Wisconsin, and the District of Columbia move this Court for (i) leave to file this motion out of time, and (ii) leave to file the enclosed brief as amici curiae in support of appellants. All parties consent to the relief requested.

Amici seek permission for leave to file this motion out of time because undersigned counsel erroneously understood the filing of the amicus brief to be subject to Federal Rule of Appellate Procedure 29(a)(1)-(2), which permits a State to file an amicus brief without the parties' consent or permission of the Court during the "consideration of a case on the merits." Fed. R. App. P. 29(a)(1)-(2). Counsel's oversight of the Court's April 19, 2023, order directing amici curiae "to seek leave before filing an amicus brief" was inadvertent, and counsel apologizes for any inconvenience to the Court. The parties are not prejudiced by the late filing of this motion, as amici's brief was submitted to the Court and served on the parties on the May 1, 2023, deadline.

Amici's motion for leave to file an amicus brief should be granted because the brief includes material that is "relevant to the disposition" of the appeal, and which would be "desirable" for the Court to consider. Fed. R. App. P. 29(a)(3)(B). Amici have participated at every stage of this action, including at the district court and during the applications for a stay in this Court and the U.S. Supreme Court.

The brief explains that amici's experience confirms decades of scientific evidence showing that mifepristone is a safe, reliable, and effec-

tive method for early pregnancy termination. The brief also explains how the availability of mifepristone has been particularly critical to amici's efforts to provide access to abortion in low-income, underserved, and rural communities where a nonmedication abortion procedure (or "procedural abortion") may be unavailable.

The brief further explains how curtailing access to mifepristone could result in more abortions taking place later in pregnancy, further increasing costs, medical risks, and burdens on already overtaxed health care systems. In amici's experience, these harms are often disproportionately borne by already underserved groups, including women of color, low-income women, people with disabilities, and LGBTQ individuals. The brief also argues that the district court's order would hamper the development of new treatments and access to existing drugs on which amici's residents rely.

Finally, the brief argues that the district court's order undermines amici's sovereign decisions to safeguard access to abortion for their residents by disrupting access to mifepristone across the country, including in States where abortion is lawful.

The proposed brief complies with the type-volume limitations for an amicus brief on the merits because it contains 6,440 words and complies with the typeface requirements and length limits of Federal Rules of Appellate Procedure 27, 29, and 32(a)(5)-(7) and corresponding local rules.

## CONCLUSION

The Court should grant amici curiae leave to file (i) this motion out of time, and (ii) the enclosed amicus curiae brief in support of appellants.

Dated:   New York, NY
         May 3, 2023

                                      Respectfully submitted,

                                      LETITIA JAMES
                                        *Attorney General*
                                        *State of New York*

                              By:  /s/ *Ester Murdukhayeva*
                                     ESTER MURDUKHAYEVA

BARBARA D. UNDERWOOD       Deputy Solicitor General
  *Solicitor General*
ESTER MURDUKHAYEVA          28 Liberty Street
  *Deputy Solicitor General*        New York, NY 10005
GALEN SHERWIN                    (212) 416-6279
  *Special Counsel for*
    *Reproductive Justice*
     *of Counsel*

(*Counsel list continues below.*)

KRIS MAYES
  *Attorney General*
  *State of Arizona*
2005 N. Central Ave
Phoenix, AZ 85004

ROB BONTA
  *Attorney General*
  *State of California*
1515 Clay Street
Oakland, CA 94612

PHILIP J. WEISER
  *Attorney General*
  *State of Colorado*
1300 Broadway
Denver, CO 80203

WILLIAM TONG
  *Attorney General*
  *State of Connecticut*
165 Capitol Avenue
Hartford, CT 06106

KATHLEEN JENNINGS
  *Attorney General*
  *State of Delaware*
820 N. French Street
Wilmington, DE 19801

ANNE E. LOPEZ
  *Attorney General*
  *State of Hawaiʻi*
425 Queen Street
Honolulu, HI 96813

KWAME RAOUL
  *Attorney General*
  *State of Illinois*
100 West Randolph Street
Chicago, IL 60601

AARON M. FREY
  *Attorney General*
  *State of Maine*
6 State House Station
Augusta, ME 04333

ANTHONY G. BROWN
  *Attorney General*
  *State of Maryland*
200 Saint Paul Place
Baltimore, MD 21202

ANDREA JOY CAMPBELL
  *Attorney General*
  *Commonwealth of Massachusetts*
One Ashburton Place
Boston, MA 02108

DANA NESSEL
  *Attorney General*
  *State of Michigan*
P.O. Box 30212
Lansing, MI 48909

KEITH ELLISON
  *Attorney General*
  *State of Minnesota*
102 State Capitol
75 Dr. Martin Luther King Jr. Blvd.
St. Paul, MN 55155

AARON D. FORD
  *Attorney General*
  *State of Nevada*
100 North Carson Street
Carson City, NV 89701

MATTHEW J. PLATKIN
  *Attorney General*
  *State of New Jersey*
25 Market Street
Trenton, NJ 08625

RAÚL TORREZ
  *Attorney General*
  *State of New Mexico*
P.O. Drawer 1508
Santa Fe, NM 87504

JOSHUA H. STEIN
  *Attorney General*
  *State of North Carolina*
114 W. Edenton Street
Raleigh, NC 27603

ELLEN F. ROSENBLUM
  *Attorney General*
  *State of Oregon*
1162 Court Street N.E.
Salem, OR 97301

MICHELLE A. HENRY
  *Attorney General*
  *Commonwealth of Pennsylvania*
Strawberry Square
Harrisburg, PA 17120

PETER F. NERONHA
  *Attorney General*
  *State of Rhode Island*
150 South Main Street
Providence, RI 02903

CHARITY R. CLARK
  *Attorney General*
  *State of Vermont*
109 State Street
Montpelier, VT 05609

ROBERT W. FERGUSON
  *Attorney General*
  *State of Washington*
P.O. Box 40100
Olympia, WA 98504

JOSHUA L. KAUL
  *Attorney General*
  *State of Wisconsin*
17 West Main Street
Madison, WI 53703

BRIAN L. SCHWALB
  *Attorney General*
  *District of Columbia*
400 6th Street, NW, Suite 8100
Washington, D.C. 20001

## CERTIFICATE OF COMPLIANCE

Pursuant to Rules 27 and 32 of the Federal Rules of Appellate Procedure, Ester Murdukhayeva, an attorney in the Office of the Attorney General of the State of New York, hereby certifies that according to the word count feature of the word processing program used to prepare this document, the document contains 521 words and complies with the typeface requirements and length limits of Rules 27(d) and 32(a)(5)-(6) and applicable local rules.

*/s/ Ester Murdukhayeva*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically with the Court's CM/ECF system on May 3, 2023. Service will be effectuated by the Court's electronic notification system upon all parties and counsel of record.

Dated:   New York, New York
　　　　　May 3, 2023

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Ester Murdukhayeva*