# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

May 04, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-10362   Alliance Hippocratic Medicine v. FDA  
                  USDC No. 2:22-CV-223

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Mary Frances Yeager, Deputy Clerk  
504-310-7686

Mr. Steven H. Aden  
Ms. Jessica Ring Amunson  
Mr. Adam B. Aukland-Peck  
Ms. Charlotte Baigent  
Mr. Erik Baptist  
Ms. Cynthia Barmore  
Mr. Cody S. Barnett  
Ms. Amanda Beane  
Mr. Boris Bershteyn  
Ms. Julie Marie Blake  
Mr. Matthew Scott Bowman  
Ms. Beth S. Brinkmann  
Mr. John J. Bursch  
Ms. Elizabeth A. Charles  
Mr. Anthony Scott Chinn  
Mr. Joshua Paul Clayton  
Mr. Richard Dearing  
Mr. Joshua M. Divine  
Ms. Margaret Dotzel  
Ms. Jessica Lynn Ellsworth  
Mr. John Patrick Elwood  
Mr. Charles William Fillmore  
Ms. Emily Gerry  
Ms. Kaitlyn Golden  
Mr. Marlan Golden  
Ms. Elissa Graves  
Ms. Stephanie L. Gutwein

Ms. Denise Harle
Ms. Sarah Elaine Harrington
Ms. Erin Morrow Hawley
Ms. Alyssa Howard
Mrs. Jayme Alyse Jonat
Mr. Robert J. Katerberg
Mr. Philip Katz
Mr. Thomas S. Leatherbury
Mr. David Lehn
Mr. Peter Dominick Lepiscopo
Mr. Robert Allen Long Jr.
Ms. Janice Mac Avoy
Mr. Justin Lee Matheny
Ms. Megan McGuiggan
Ms. Lynn Whipkey Mehler
Mr. Paul Alessio Mezzina
Mr. Christopher Morten
Mr. Allan Edward Parker Jr.
Mr. Michael S. Raab
Mr. Joshua Rosenthal
Mr. Nicolas Sansone
Mr. Gene C. Schaerr
Ms. Eva Marie Schifini
Mr. William B. Schultz
Mr. Daniel Schwei
Ms. Delia Scoville
Mr. Jordan Dentler Segall
Ms. Shannon Rose Selden
Ms. Lauren Shepard
Mr. Samuel Spital
Ms. Danielle Desaulniers Stempel
Ms. Catherine Emily Stetson
Mr. Christian D. Stewart
Ms. Simona Strauss
Ms. Eva Temkin
Mr. John F. Walsh III
Mr. John Marc Wheat
Mr. Edward Lawrence White
Ms. Grace Zhou