# United States Court of Appeals for the Fifth Circuit

---

No. 23-10362

---

Alliance for Hippocratic Medicine; American Association of Pro-Life Obstetricians & Gynecologists; American College of Pediatricians; Christian Medical & Dental Associations; Shaun Jester, D.O.; Regina Frost-Clark, M.D.; Tyler Johnson, D.O.; George Delgado, M.D.,

*Plaintiffs—Appellees*,

*versus*

U.S. Food & Drug Administration; Robert M. Califf, *Commissioner of Food and Drugs*; Janet Woodcock, M.D., *in her official capacity as Principal Deputy Commissioner, U.S. Food and Drug Administration*; Patrizia Cavazzoni, M.D., *in her official capacity as Director, Center for Drug Evaluation and Research, U.S. Food and Drug Administration*; United States Department of Health and Human Services; Xavier Becerra, *Secretary, U.S. Department of Health and Human Services*,

*Defendants—Appellants*,

*versus*

Danco Laboratories, L.L.C.,

*Intervenor—Appellant.*

No. 23-10362

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:22-CV-223

---

ORDER:

IT IS ORDERED that the unopposed motion filed by The Leukemia and Lymphoma Society and Patient and Provider Advocacy Organizations for leave to file brief as *amici curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by Advocates for Survivors of Intimate Partner Violence for leave to file brief as *amici curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by 200 Reproductive Health, Rights, and Justice Organizations for leave to file brief as *amici curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by The City of New York and NYC Health + Hospitals, The County of Santa Clara, and Four Other Local Jurisdictions for leave to file brief as *amici curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by National Association of Nurse Practitioners in Women's Health and American College of Nurse-Midwives for leave to file brief as *amici curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by 253 Members of Congress for leave to file brief as *amici curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by GenBioPro, Incorporated for leave to file brief as *amicus curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by Medical Students for Choice for leave to file brief as *amici curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by American College of Obstetricians and Gynecologists, American Medical Association, Society for Maternal-Fetal Medicine, American Academy of Family Physicians, American Academy of Nursing, American Academy of Pediatrics, American Gynecological and Obstetrical Society, American Society for Reproductive Medicine, North American Society for Pediatrics and Adolescent Gynecology, Society for Academic Specialists in General Obstetrics and Gynecology, Society for Adolescent Health and Medicine, Society of Gynecologic Oncology and Society of OB/GYN Hospitalists for leave to file brief as *amici curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by Former U.S. Department of Justice Officials for leave to file brief as *amici curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by the States of NY, AZ, CA, CO, CT, DE, HI, IL, ME, MD, MA, MI, MN, NV, NJ, NM, NC, OR, PA, RI, VT, WA, WI, and the District of Columbia for leave to file brief as *amici curiae* is GRANTED.

Lyle W. Cayce, *Clerk*
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT