# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 05, 2023

```
Mr. Steven H. Aden
Americans United for Life
1150 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20036


Ms. Jessica Ring Amunson
Jenner & Block, L.L.P.
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412


Mr. Adam B. Aukland-Peck
Debevoise & Plimpton, L.L.P.
66 Hudson Boulevard
New York, NY 10001


Ms. Charlotte Baigent
Holwell Shuster & Goldberg, L.L.P.
425 Lexington Avenue
14th Floor
New York, NY 10017


Mr. Erik Baptist
Alliance Defending Freedom
440 1st Street, N.W.
Suite 600
Washington, DC 20001


Ms. Cynthia Barmore
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530


Mr. Cody S. Barnett
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
```

Ms. Amanda Beane
Perkins Coie, L.L.P.
1201 3rd Avenue
Suite 4900
Seattle, WA 98101-3099

Mr. Boris Bershteyn
Skadden, Arps, Slate, Meagher & Flom, L.L.P.
1 Manhattan, W.
New York, NY 10001-8602

Ms. Julie Marie Blake
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176

Mr. Matthew Scott Bowman
Alliance Defending Freedom
440 1st Street, N.W.
Suite 600
Washington, DC 20001

Mr. John J. Bursch
Alliance Defending Freedom
440 1st Street, N.W.
Suite 600
Washington, DC 20001

Ms. Elizabeth A. Charles
Faegre Drinker Biddle & Reath, L.L.P.
300 N. Meridian Street
Suite 2500
Indianapolis, IN 46204

Mr. Anthony Scott Chinn
Faegre Drinker Biddle & Reath, L.L.P.
300 N. Meridian Street
Suite 2500
Indianapolis, IN 46204

Mr. Joshua Paul Clayton
Clayton Law Firm, L.L.C.
893 Brownswitch Road
Suite 101
Slidell, LA 70458

Mr. Richard Dearing
Office of the Attorney General
for the State of New York
28 Liberty Street

25th Floor
New York, NY 10005


Mr. Joshua M. Divine
Office of The Missouri Attorney General
207 W. High Street
P.O. Box 899
Jefferson City, MO 65102


Ms. Jessica Lynn Ellsworth
Hogan Lovells US, L.L.P.
555 13th Street, N.W.
Columbia Square
Washington, DC 20004


Mr. John Patrick Elwood
Arnold & Porter Kaye Scholer, L.L.P.
601 Massachusetts Avenue, N.W.
Washington, DC 20001-3743


Mr. Charles William Fillmore
Fillmore Law Firm, L.L.P.
201 Main Street
Suite 801
Fort Worth, TX 76102


Ms. Emily Gerry
Akin Gump Strauss Hauer & Feld, L.L.P.
2001 K Street, N.W.
Washington, DC 20006


Ms. Kaitlyn Golden
Hogan Lovells US, L.L.P.
555 13th Street, N.W.
Columbia Square
Washington, DC 20004


Mr. Marlan Golden
Hogan Lovells US, L.L.P.
555 13th Street, N.W.
Columbia Square
Washington, DC 20004


Ms. Elissa Graves
1907 Bonanza Drive
Sachse, TX 75048


Ms. Stephanie L. Gutwein
Faegre Drinker Biddle & Reath, L.L.P.
300 N. Meridian Street

Suite 2500
Indianapolis, IN 46204

Ms. Denise Harle
Alliance Defending Freedom
1000 Hurricane Shoals Road, N.E.
Suite D1100
Lawrenceville, GA 30043

Ms. Sarah Elaine Harrington
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Ms. Erin Morrow Hawley
Alliance Defending Freedom
440 1st Street, N.W.
Suite 600
Washington, DC 20001

Mrs. Jayme Alyse Jonat
Holwell Shuster & Goldberg, L.L.P.
425 Lexington Avenue
14th Floor
New York, NY 10017

Mr. Robert J. Katerberg
Arnold & Porter Kaye Scholer, L.L.P.
601 Massachusetts Avenue, N.W.
Washington, DC 20001-3743

Mr. Philip Katz
Hogan Lovells US, L.L.P.
555 13th Street, N.W.
Columbia Square
Washington, DC 20004

Mr. David Lehn
Wilmer Cutler Pickering Hale and Dorr, L.L.P.
2100 Pennsylvania Avenue, N.W.
Washington, DC 20037

Mr. Peter Dominick Lepiscopo
Lepiscopo & Associates Law Firm
23 Corporate Plaza Drive
Suite 150
Newport Beach, CA 92660

Ms. Janice Mac Avoy

Fried, Frank, Harris, Shriver & Jacobson, L.L.P.
1 New York Plaza
New York, NY 10004

Mr. Justin Lee Matheny
Office of the Attorney General
for the State of Mississippi
550 High Street
Walter Sillers Building
Jackson, MS 39201

Ms. Megan McGuiggan
Debevoise & Plimpton, L.L.P.
801 Pennsylvania Avenue, N.W.
Suite 500
Washington, DC 20004

Ms. Lynn Whipkey Mehler
Hogan Lovells US, L.L.P.
555 13th Street, N.W.
Columbia Square
Washington, DC 20004

Mr. Allan Edward Parker Jr.
Justice Foundation
8023 Vantage Drive
Suite 1275
San Antonio, TX 78230

Mr. Michael S. Raab
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Room 7237
Washington, DC 20530

Mr. Joshua Rosenthal
Public Rights Project
490 43rd Street
Unit 115
Oakland, CA 94609

Mr. Gene C. Schaerr
Schaerr Jaffe, L.L.P.
1717 K Street, N.W.
Suite 900
Washington, DC 20006

Ms. Eva Marie Schifini
Hogan Lovells US, L.L.P.
1999 Avenue of the Stars

```
Suite 1400
Los Angeles, CA 90067

Mr. Daniel Schwei
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, N.W.
Washington, DC 20005

Ms. Delia Scoville
Hogan Lovells US, L.L.P.
555 13th Street, N.W.
Columbia Square
Suite 10.415c
Washington, DC 20004

Ms. Shannon Rose Selden
Debevoise & Plimpton, L.L.P.
66 Hudson Boulevard
New York, NY 10001

Ms. Lauren Shepard
Office of the County Counsel
for the County of Santa Clara
70 W. Hedding Street
9th Floor
San Jose, CA 95110

Mr. Samuel Spital
NAACP
Legal Defense & Educational Fund, Incorporated
40 Rector Street
5th Floor
New York, NY 10006-1738

Ms. Danielle Desaulniers Stempel
Hogan Lovells US, L.L.P.
555 13th Street, N.W.
Columbia Square
Washington, DC 20004

Ms. Catherine Emily Stetson
Hogan Lovells US, L.L.P.
555 13th Street, N.W.
Columbia Square
Washington, DC 20004

Mr. Christian D. Stewart
Morgan Williamson, L.L.P.
701 S. Taylor
Suite 440, LB 103
```

Amarillo, TX 79101

Ms. Simona Strauss
Simpson Thacher & Bartlett, L.L.P.
2475 Hanover Street
Palo Alto, CA 94304

Mr. John F. Walsh III
Wilmer Cutler Pickering Hale & Dorr, L.L.P.
1225 17th Street
Suite 2600
Denver, CO 80202

Mr. John Marc Wheat
Advancing American Freedom, Incorporated
801 Pennsylvania Ave., N.W.
Suite 930
Washington, DC 20004

Mr. Edward Lawrence White
American Center for Law & Justice
3001 Plymouth Road
Suite 203
Ann Arbor, MI 48105

Ms. Grace Zhou
Office of the Attorney General
for the State of New York
28 Liberty Street
23rd Floor
New York, NY 10005

    No. 23-10362   Alliance Hippocratic Medicine v. FDA
                            USDC No. 2:22-CV-223

Dear Counsel,

In light of the Court's May 4, 2023, the amici curiae briefs have been filed in the above case.

You must submit the 7 paper copies of your brief required by **5TH CIR. R.** 31.1 **via overnight delivery** pursuant to 5th Cir. ECF Filing Standard E.1.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

cc:  Ms. Beth S. Brinkmann
     Ms. Margaret Dotzel
     Ms. Alyssa Howard
     Mr. Thomas S. Leatherbury
     Mr. Robert Allen Long Jr.
     Mr. Paul Alessio Mezzina
     Mr. Christopher Morten
     Mr. Nicolas Sansone
     Mr. Jordan Dentler Segall
     Ms. Eva Temkin