WILMERHALE

May 5, 2023

**John Walsh**

+1 720 274 3154 (t)
+1 720 274 3133 (f)
john.walsh@wilmerhale.com

**VIA CM/ECF**

Lyle W. Cayce, Clerk of Court
United States Court of Appeals
Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

Re:   *Alliance for Hippocratic Medicine, et al. v. U.S. Food and Drug Administration, et al.*, No. 23-10362

Dear Mr. Cayce:

I respectfully write to inform you that Randy Seiler, former U.S. Attorney of the District of South Dakota (2015-2017), passed away on April 17, 2023. Mr. Seiler was one of the amici on the Brief of Former U.S. Department of Justice Officials as *Amici Curiae* Supporting Appellants and Reversal, filed on May 1, 2023. Counsel for amici became aware of Mr. Seiler's death on May 2, 2023, a day after filing the brief.

I respectfully request that this letter be distributed to the panel with the Brief of Former U.S. Department of Justice Officials as *Amici Curiae* Supporting Appellants and Reversal.

Sincerely,

/s/ John F. Walsh
John F. Walsh