No. 23-10362

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

*Alliance for Hippocratic Medicine; American Association of Pro-Life Obstetricians & Gynecologists; American College of Pediatricians; Christian Medical & Dental Associations; Shaun Jester, D.O.; Regina Frost-Clark, M.D.; Tyler Johnson, D.O.; George Delgado, M.D.,*

Plaintiffs-Appellees

v.

*Food & Drug Administration; Robert M. Califf, Commissioner of Food and Drugs; Janet Woodcock, M.D., in her official capacity as Principal Deputy Commissioner, U.S. Food and Drug Administration; Patrizia Cavazzoni, M.D., in her official capacity as Director, Center for Drug Evaluation and Research, U.S. Food and Drug Administration; United States Department of Health and Human Services; Xavier Becerra, Secretary, U.S. Department of Health and Human Services,*

Defendants-Appellants

v.

*Danco Laboratories, L.L.C.,*

Intervenor-Appellant

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF HUMAN COALITION AS AMICUS CURIAE IN SUPPORT OF APPELLEES AND FOR AFFIRMANCE**

Pursuant to Rule 29 of the Federal Rules of Appellate Procedure, Human Coalition moves this Court for leave to file the attached brief as amicus curiae in support of Appellees. The parties have consented to the filing of this amicus brief.

Human Coalition is a nonprofit organization committed to rescuing children, serving families, and making abortion unthinkable and unnecessary by offering pregnant women and girls life-affirming counsel and tangible, needed services. Human Coalition does this by operating its own specialized women's care clinics and virtual clinics in major cities across the country. Human Coalition has a strong interest in protecting women, girls, and their unborn children from the dangers of medication abortion. The staff and volunteers at Human Coalition's clinics have seen firsthand the harm that medication abortion causes mothers. Human Coalition thus has a substantial interest in the outcome of this litigation, which seeks to invalidate the FDA's approval of the dangerous medication abortion regimen.

The brief explains the physical and mental harms that mifepristone has caused women and girls. The brief further discusses the harms that

mifepristone will cause to women and girls should the FDA's dangerous deregulation of mifepristone be permitted to take effect.

Consistent with Federal Rule of Appellate Procedure 29(a)(4)(E), counsel for amicus curiae states that no counsel for any party authored this brief in whole or in part, and no person or entity, other than amicus and its counsel, made a monetary contribution intended to fund the preparation or submission of this brief.

The proposed amicus curiae brief complies with the type-volume limitations of Fed. R. App. P. 29(a)(5) and Circuit R. 29 because it contains 6,494 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

Dated: May 8, 2023

    Respectfully submitted,

                        */s/ Elissa M. Graves*
                        Elissa M. Graves
                        THE LAW OFFICE OF ELISSA GRAVES
                        1907 Bonanza Dr.
                        Sachse, TX 75048
                        (214) 733-3213
                        elissamgraves@gmail.com

                        *Attorney for amicus curiae Human Coalition*

# CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 287 words according to the word count feature in Microsoft Word. This brief also complies with the typeface requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally-spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

*/s/ Elissa M. Graves*
Elissa M. Graves
*Counsel for Amicus Curiae*

Dated: May 8, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2023, the foregoing amicus brief was filed electronically with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit through the Court's CM/ECF system. I certify that all participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

*/s/ Elissa M. Graves*