# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 08, 2023

Ms. Stephanie L. Gutwein
Faegre Drinker Biddle & Reath, L.L.P.
300 N. Meridian Street
Suite 2500
Indianapolis, IN 46204

    No. 23-10362   Alliance Hippocratic Medicine v. FDA
                   USDC No. 2:22-CV-223

Dear Ms. Gutwein,

The following pertains to your brief filed in paper form on May 8, 2023.

We filed your brief. However, you must make the following corrections within the next 2 days. You may:

1. Send someone to this office to correct the briefs;
2. Send someone to pick up the briefs, correct and return them;
3. Send a self-addressed stamped envelope and we will return your briefs, (we will tell you the postage cost on request). You must then mail the corrected briefs to this office;
4. Send corrected briefs and we will recycle those on file.

**You need to correct:**

**Printing must be single sided on each page of the brief.**

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Pamela F. Trice, Deputy Clerk
                        504-310-7633

cc:
    Ms. Elizabeth A. Charles
    Mr. Anthony Scott Chinn