# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 08, 2023

Mr. Richard Dearing
Office of the Attorney General
for the State of New York
28 Liberty Street
25th Floor
New York, NY 10005

Ms. Lauren Shepard
Office of the County Counsel
for the County of Santa Clara
70 W. Hedding Street
9th Floor
San Jose, CA 95110

    No. 23-10362   Alliance Hippocratic Medicine v. FDA
                      USDC No. 2:22-CV-223

Dear Counsel,

The following pertains to your brief filed in paper form on May 8, 2023.

We filed your brief. However, you must make the following corrections within the next 2 days. You may:

1. Send someone to this office to correct the briefs;
2. Send someone to pick up the briefs, correct and return them;
3. Send a self-addressed stamped envelope and we will return your briefs, (we will tell you the postage cost on request). You must then mail the corrected briefs to this office;
4. Send corrected briefs and we will recycle those on file.

**You need to correct:**

**Paper copy must match the electronic version filed on the docket.**

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
P. Trice, Deputy Clerk
504-310-7633

cc:
- Mr. Steven H. Aden
- Ms. Jessica Ring Amunson
- Mr. Adam B. Aukland-Peck
- Ms. Charlotte Baigent
- Mr. Erik Baptist
- Ms. Cynthia Barmore
- Mr. Cody S. Barnett
- Ms. Amanda Beane
- Mr. Boris Bershteyn
- Ms. Julie Marie Blake
- Mr. Matthew Scott Bowman
- Ms. Beth S. Brinkmann
- Mr. John J. Bursch
- Ms. Elizabeth A. Charles
- Mr. Anthony Scott Chinn
- Mr. Joshua Paul Clayton
- Mr. Joshua M. Divine
- Ms. Margaret Dotzel
- Ms. Jessica Lynn Ellsworth
- Mr. John Patrick Elwood
- Mr. Charles William Fillmore
- Ms. Emily Gerry
- Ms. Kaitlyn Golden
- Mr. Marlan Golden
- Ms. Elissa Graves
- Ms. Stephanie L. Gutwein
- Ms. Denise Harle
- Ms. Sarah Elaine Harrington
- Ms. Erin Morrow Hawley
- Ms. Alyssa Howard
- Mrs. Jayme Alyse Jonat
- Mr. Robert J. Katerberg
- Mr. Philip Katz
- Mr. Thomas S. Leatherbury
- Mr. David Lehn
- Mr. Peter Dominick Lepiscopo
- Mr. Robert Allen Long Jr.
- Ms. Janice Mac Avoy
- Mr. Justin Lee Matheny
- Ms. Megan McGuiggan
- Ms. Lynn Whipkey Mehler
- Mr. Paul Alessio Mezzina
- Mr. Christopher Morten
- Mr. Allan Edward Parker Jr.
- Ms. Rona Proper
- Mr. Michael S. Raab
- Mr. Joshua Rosenthal
- Mr. Nicolas Sansone
- Mr. Gene C. Schaerr
- Ms. Eva Marie Schifini
- Mr. William B. Schultz
- Mr. Daniel Schwei
- Ms. Delia Scoville
- Mr. Jordan Dentler Segall
- Ms. Shannon Rose Selden
- Mr. Samuel Spital
- Ms. Danielle Desaulniers Stempel

```
Ms. Catherine Emily Stetson
Mr. Christian D. Stewart
Ms. Simona Strauss
Ms. Eva Temkin
Mr. John F. Walsh III
Mr. John Marc Wheat
Mr. Edward Lawrence White
Ms. Grace Zhou
```