# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 09, 2023

Ms. Erin Morrow Hawley
Alliance Defending Freedom
440 1st Street, N.W.
Suite 600
Washington, DC 20001

    No. 23-10362   Alliance Hippocratic Medicine v. FDA
                     USDC No. 2:22-CV-223

Dear Ms. Hawley,

We have determined that your brief is deficient (for the reasons cited below) and must be corrected immediately.

Record References: Although your brief contains citations to the record, they are not in proper form. Every assertion in briefs regarding matter in the record must be supported by a reference to the page number of the original record, whether in paper or electronic form, where the matter is found, using the record citation form as directed by the Clerk of Court. **The use of "id" is not permitted when citing to the record on appeal.** (See 5TH CIR. R. 28.2.2)

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief **until requested to do so** by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

```
                                   Sincerely,
                                   LYLE W. CAYCE, Clerk

                              By: _____
                                   Mary Frances Yeager, Deputy Clerk
                                   504-310-7686
```

cc:   Mr. Steven H. Aden
      Ms. Jessica Ring Amunson
      Mr. Adam B. Aukland-Peck
      Ms. Charlotte Baigent
      Mr. Erik Baptist
      Ms. Cynthia Barmore
      Mr. Cody S. Barnett
      Ms. Amanda Beane
      Mr. Boris Bershteyn
      Ms. Julie Marie Blake
      Mr. Matthew Scott Bowman
      Ms. Beth S. Brinkmann
      Mr. John J. Bursch
      Ms. Elizabeth A. Charles
      Mr. Anthony Scott Chinn
      Mr. Joshua Paul Clayton
      Mr. Richard Dearing
      Mr. Joshua M. Divine
      Ms. Margaret Dotzel
      Ms. Jessica Lynn Ellsworth
      Mr. John Patrick Elwood
      Mr. Charles William Fillmore
      Ms. Emily Gerry
      Ms. Kaitlyn Golden
      Mr. Marlan Golden
      Ms. Elissa Graves
      Ms. Stephanie L. Gutwein
      Ms. Denise Harle
      Ms. Sarah Elaine Harrington
      Ms. Alyssa Howard
      Mrs. Jayme Alyse Jonat
      Mr. Robert J. Katerberg
      Mr. Philip Katz
      Mr. Thomas S. Leatherbury
      Mr. David Lehn
      Mr. Peter Dominick Lepiscopo
      Mr. Robert Allen Long Jr.
      Ms. Janice Mac Avoy
      Mr. Justin Lee Matheny
      Ms. Megan McGuiggan
      Ms. Lynn Whipkey Mehler
      Mr. Paul Alessio Mezzina
      Mr. Christopher Morten
      Mr. Allan Edward Parker Jr.
      Ms. Rona Proper
      Mr. Michael S. Raab
      Mr. Joshua Rosenthal
      Mr. Nicolas Sansone

Case: 23-10362    Document: 380-2    Page: 3    Date Filed: 05/08/2023

Mr. Gene C. Schaerr
Ms. Eva Marie Schifini
Mr. William B. Schultz
Mr. Daniel Schwei
Ms. Delia Scoville
Mr. Jordan Dentler Segall
Ms. Shannon Rose Selden
Ms. Lauren Shepard
Mr. Samuel Spital
Ms. Danielle Desaulniers Stempel
Ms. Catherine Emily Stetson
Mr. Christian D. Stewart
Ms. Simona Strauss
Ms. Eva Temkin
Mr. John F. Walsh III
Mr. John Marc Wheat
Mr. Edward Lawrence White
Ms. Grace Zhou