No. 23-10362

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**ALLIANCE FOR HIPPOCRATIC MEDICINE,** *et al*.,
*Plaintiffs-Appellees,*

v.

**U.S. FOOD AND DRUG ADMINISTRATION,** *et al*.,
*Defendants-Appellants*,

**DANCO LABORATORIES, LLC,**
*Intervenor-Appellant.*

**UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF
OF THE AMERICAN CENTER FOR LAW AND JUSTICE
IN SUPPORT OF PLAINTIFFS-APPELLEES AND URGING AFFIRMANCE**

Jay Alan Sekulow
Walter M. Weber
Stuart J. Roth*
Jordan Sekulow*
Olivia F. Summers*
American Center for Law & Justice
201 Maryland Ave., NE
Washington, DC 20001
Telephone: (202) 546-8890
Facsimile:  (202) 546-9309

* Not active Fifth Circuit Bar
  members

Edward L. White III
American Center for Law & Justice
3001 Plymouth Road, Suite 203
Ann Arbor, Michigan 48105
Telephone: (734) 680-8007
Facsimile:  (734) 680-8006
ewhite@aclj.org

*Counsel for the American Center for
   Law & Justice*

Dated: May 9, 2023

# CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal. In addition to the persons or entities listed by the parties and other amici:

American Center for Law and Justice

Stuart J. Roth

Jay Alan Sekulow

Jordan Sekulow

Olivia F. Summers

Walter M. Weber

Edward L. White III

/s/Edward L. White III
Edward L. White III
American Center for Law & Justice
3001 Plymouth Road, Suite 203
Ann Arbor, Michigan 48105
Telephone: (734) 680-8007
Facsimile: (734) 680-8006
ewhite@aclj.org

*Counsel for the American Center for Law & Justice*

## UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF

Pursuant to Fed. R. App. P. Rules 27 and 29 and 5th Cir. Rules 27 and 29, the American Center for Law and Justice (ACLJ) hereby respectfully moves the Court, without opposition, for leave to file the accompanying amicus curiae brief in support of Plaintiffs-Appellees and urging affirmance of the preliminary injunction.

The ACLJ is an organization dedicated to the defense of constitutional liberties secured by law, including the defense of human life. The ACLJ has submitted amicus briefs, *inter alia*, in a variety of abortion-related cases, including in this case in the district court and in this Court and the Supreme Court during the stay proceedings. This ACLJ amicus brief focuses on the discrete question – addressed by the district court, Doc. 137 at 32-38, and briefly by this Court in its ruling on the motion for stay, Slip op. at 40-42 (5th Cir. Apr. 12, 2023) – whether federal law prohibits, under the Comstock Act, the mailing of abortion pills. The federal Office of Legal Counsel (OLC) in December of 2022 issued an opinion contending that the pertinent federal statute does not forbid the mailing of abortion articles unless the person committing the act has the intent that the recipient of the drugs will use them unlawfully. This is an unwarranted construction of the relevant federal statute. Given the previously long-standing high reputation of the OLC, this amicus brief offers a detailed refutation of the OLC's arguments, showing them ultimately to be wholly inadequate.

The proposed amicus brief complies with Rules 29 and 32 of the Federal Rules of Appellate Procedure as it has been prepared in Times New Roman 14-point font and its word count is 4,522, which is no more than half of the allotted 13,000 words for Plaintiffs-Appellees' response brief.

Before filing this motion, the undersigned conferred with counsel for Plaintiffs-Appellees, Defendants-Appellants, and Intervenor-Appellant, and they authorized the undersigned to state that they consent to the filing of the accompanying amicus brief.

Accordingly, for the above-stated reasons, the ACLJ respectfully requests that this Court grant this unopposed motion and file the accompanying amicus brief.

Respectfully submitted,

/s/Edward L. White III
Edward L. White III
American Center for Law & Justice
3001 Plymouth Road, Suite 203
Ann Arbor, Michigan 48105
Telephone: (734) 680-8007
Facsimile:  (734) 680-8006
ewhite@aclj.org

Jay Alan Sekulow
Walter M. Weber
Stuart J. Roth*
Jordan Sekulow*
Olivia F. Summers*
American Center for Law & Justice
201 Maryland Ave., NE
Washington, DC 20001
Telephone: (202) 546-8890
Facsimile: (202) 546-9309

*Not active Fifth Circuit Bar
  Members

*Counsel for the American Center for Law & Justice*

Dated: May 9, 2023

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 9, 2023, the above motion and the accompanying amicus curiae brief were filed with this Court via the CM/ECF system, which will send notice of said filing to all counsel of record.

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that, pursuant to Rules 27 and 32 of the Federal Rules of Appellate Procedure, the above motion contains 355 words and was prepared in Times New Roman, 14-point font.

/s/ Edward L. White III
Edward L. White III
American Center for Law & Justice
3001 Plymouth Road, Suite 203
Ann Arbor, Michigan 48105
Telephone: (734) 680-8007
Facsimile:  (734) 680-8006
ewhite@aclj.org

*Counsel for the American Center for Law & Justice*