# United States Court of Appeals for the Fifth Circuit

No. 23-10362

Alliance for Hippocratic Medicine; American Association of Pro-Life Obstetricians & Gynecologists; American College of Pediatricians; Christian Medical & Dental Associations; Shaun Jester, D.O.; Regina Frost-Clark, M.D.; Tyler Johnson, D.O.; George Delgado, M.D.,

*Plaintiffs—Appellees*,

*versus*

U.S. Food & Drug Administration; Robert M. Califf, *Commissioner of Food and Drugs*; Janet Woodcock, M.D., *in her official capacity as Principal Deputy Commissioner, U.S. Food and Drug Administration*; Patrizia Cavazzoni, M.D., *in her official capacity as Director, Center for Drug Evaluation and Research, U.S. Food and Drug Administration*; United States Department of Health and Human Services; Xavier Becerra, *Secretary, U.S. Department of Health and Human Services*,

*Defendants—Appellants*,

*versus*

Danco Laboratories, L.L.C.,

*Intervenor—Appellant.*

No. 23-10362

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:22-CV-223

_____

ORDER:

IT IS ORDERED that the unopposed motion filed by Human Coalition for leave to file brief as *amicus curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by The American Center for Law and Justice for leave to file brief as *amicus curiae* is GRANTED.

Lyle W. Cayce, *Clerk*
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT