# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 11, 2023

Ms. Elissa Graves
1907 Bonanza Drive
Sachse, TX 75048

    No. 23-10362    Alliance Hippocratic Medicine v. FDA
                          USDC No. 2:22-CV-223

Dear Ms. Graves,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 **via overnight delivery** pursuant to 5th Cir. ECF Filing Standard E.1.

                                          Sincerely,

                                          LYLE W. CAYCE, Clerk

                                          */s/ Mary Frances Yeager*

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

cc:  Mr. Steven H. Aden
     Ms. Jessica Ring Amunson
     Mr. Adam B. Aukland-Peck
     Ms. Charlotte Baigent
     Mr. Erik Baptist
     Ms. Cynthia Barmore
     Mr. Cody S. Barnett
     Ms. Amanda Beane
     Mr. Boris Bershteyn
     Ms. Julie Marie Blake
     Mr. Matthew Scott Bowman
     Ms. Beth S. Brinkmann
     Mr. John J. Bursch
     Ms. Elizabeth A. Charles
     Mr. Anthony Scott Chinn
     Mr. Ben E. Clayton
     Mr. Joshua Paul Clayton
     Mr. Richard Dearing
     Mr. Joshua M. Divine

```
Ms. Margaret Dotzel
Ms. Jessica Lynn Ellsworth
Mr. John Patrick Elwood
Mr. Charles William Fillmore
Ms. Emily Gerry
Ms. Kaitlyn Golden
Mr. Marlan Golden
Ms. Stephanie L. Gutwein
Ms. Denise Harle
Ms. Sarah Elaine Harrington
Ms. Erin Morrow Hawley
Ms. Alyssa Howard
Mrs. Jayme Alyse Jonat
Mr. Robert J. Katerberg
Mr. Philip Katz
Mr. Thomas S. Leatherbury
Mr. David Lehn
Mr. Peter Dominick Lepiscopo
Mr. Robert Allen Long Jr.
Ms. Janice Mac Avoy
Mr. Justin Lee Matheny
Ms. Megan McGuiggan
Ms. Lynn Whipkey Mehler
Mr. Paul Alessio Mezzina
Mr. Christopher Morten
Ms. Ester Murdukhayeva
Mr. Allan Edward Parker Jr.
Ms. Rona Proper
Mr. Michael S. Raab
Mr. Joshua Rosenthal
Mr. Nicolas Sansone
Mr. Gene C. Schaerr
Ms. Eva Marie Schifini
Mr. Andrew Layton Schlafly
Mr. William B. Schultz
Mr. Daniel Schwei
Ms. Delia Scoville
Mr. Jordan Dentler Segall
Ms. Shannon Rose Selden
Ms. Lauren Shepard
Mr. Samuel Spital
Ms. Danielle Desaulniers Stempel
Ms. Catherine Emily Stetson
Mr. Christian D. Stewart
Ms. Simona Strauss
Ms. Eva Temkin
Mr. John F. Walsh III
Mr. John Marc Wheat
Mr. Edward Lawrence White
Ms. Grace Zhou
Ms. Allison M. Zieve
```