# No. 23-10362
# United States Court of Appeals
# for the Fifth Circuit

---

Alliance For Hippocratic Medicine; American Association Of Prolife Obstetricians & Gynecologists; American College Of Pediatricians; Christian Medical & Dental Associations; Shaun Jester, D.O.; Regina Frost-Clark, M.D.; Tyler Johnson, D.O.; George Delgado, M.D.,

*Plaintiffs-Appellees*,

– v. –

Food & Drug Administration; Robert M. Califf, Commissioner Of Food And Drugs; Janet Woodcock, M.D., In Her Official Capacity As Principal Deputy Commissioner, U.S. Food And Drug Administration; Patrizia Cavazzoni, M.D., In Her Official Capacity As Director, Center For Drug Evaluation And Research, U.S. Food And Drug Administration; United States Department Of Health And Human Services; Xavier Becerra, Secretary, U.S. Department Of Health And Human Services,

*Defendants-Appellants*,

– v. –

Danco Laboratories, L.L.C.,

*Intervenor-Appellant.*

---

On Appeal from the United States District Court
for the Northern District of Texas (Amarillo)

---

**Unopposed Motion for Leave to File Amicus Brief on Behalf of Ethics and Public Policy Center in Support of Plaintiffs-Appellees**

---

M. Edward Whelan III
Ethics and Public Policy Center
1730 M Street N.W., Suite 910
Washington, D.C. 20036
(202) 682-1200

Charles W. Fillmore
H. Dustin Fillmore III
The Fillmore Law Firm, LLP
201 Main Street, Suite 700
Fort Worth, TX 76102
(817) 332-2351

Attorneys for Ethics and Public Policy Center

### Certificate of Interested Persons

The undersigned counsel of record certifies that, in addition to the persons and entities listed in the Certificates of Interested Persons already filed in this matter, the following listed persons and entity as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

*Amicus Curiae*

Ethics and Public Policy Center

*Counsel for Amicus Curiae*

M. Edward Whelan III
Charles W. Fillmore
H. Dustin Fillmore III

Respectfully submitted,

By: /s/ Charles W. Fillmore

Charles W. Fillmore
TX Bar No. 00785861
H. Dustin Fillmore III
TX Bar No. 06996010
The Fillmore Law Firm, LLP
201 Main Street, Suite 700
Fort Worth, TX 76102
(817) 332-2351
chad@fillmorelawfirm.com
dusty@fillmorelawfirm.com

M. Edward Whelan III
DC Bar No. 479530
Ethics and Public Policy Center
1730 M Street N.W., Suite 910
Washington, D.C. 20036
(202) 682-1200
ewhelan@eppc.org

Attorneys for Ethics and Public Policy Center

Pursuant to Rule 29(a)(3) of the Federal Rules of Appellate Procedure, the Ethics and Public Policy Center ("EPPC") moves the Court for leave to file a brief as Amicus Curiae in support of Plaintiffs-Appellees.

## Identity and Interests of Amicus Curiae

EPPC is a nonprofit research institution that is based in Washington, D.C., and that is dedicated to defending American ideals and to applying the Judeo-Christian moral tradition to issues of public policy. EPPC works to promote a culture of life in law and policy and to defend the dignity of the human being from conception to natural death. EPPC has filed amicus curiae briefs in other cases involving abortion and drugs that might operate as abortifacients, including *Dobbs v. Jackson Women's Health Organization*, 597 U.S. ___ (2022), *Zubik v. Burwell*, 578 U.S. 403 (2016), and *Burwell v. Hobby Lobby Stores*, 573 U.S. 682 (2014).

## Reason to Grant Movant's Amicus Curiae Status

EPPC respectfully submits that its proffered brief will assist the Court on the disputed legal question whether and to what extent federal criminal statutes prohibit sending mifepristone by U.S. mail or by common carrier and bring several relevant matters to the Court's attention. EPPC therefore respectfully requests that this Court grant EPPC's motion for leave to file the accompanying amicus curiae brief.

Respectfully submitted,

By: */s/ Charles W. Fillmore*
    CHARLES W. FILLMORE
    TX BAR NO. 00785861
    H. DUSTIN FILLMORE III
    TX BAR NO. 06996010
THE FILLMORE LAW FIRM, LLP
201 Main Street, Suite 700
Fort Worth, TX 76102
(817) 332-2351
chad@fillmorelawfirm.com
dusty@fillmorelawfirm.com

M. EDWARD WHELAN III
DC BAR NO. 479530
ETHICS AND PUBLIC POLICY CENTER
1730 M Street N.W., Suite 910
Washington, D.C. 20036
(202) 682-1200
ewhelan@eppc.org

ATTORNEYS FOR ETHICS AND PUBLIC POLICY CENTER

### CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Plaintiffs-Appellees, Defendants-Appellants, and Intervenor-Appellant concerning the merits of the instant motion. Plaintiffs-Appellees, Defendants-Appellants, and Intervenor-Appellant do not oppose the relief sought by the motion.

    */s/ Charles W. Fillmore*
    CHARLES W. FILLMORE

### CERTIFICATE OF SERVICE

I certify that this document has been served on all parties via the court's ECF system on this 12th day of May, 2023.

    */s/ Charles W. Fillmore*
    CHARLES W. FILLMORE

### CERTIFICATE OF COMPLIANCE

This motion complies with the length limitation of Fed. R. App. P. 27(d)(2)(A) because it does not exceed 5,200 words.

This motion also complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)15)(E) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Equity A font size 14.

   */s/ Charles W. Fillmore*   
CHARLES W. FILLMORE
