No. 23-10362

# In the United States Court of Appeals for the Fifth Circuit

ALLIANCE FOR HIPPOCRATIC MEDICINE; AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS & GYNECOLOGISTS; AMERICAN COLLEGE OF PEDIATRICIANS; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS; SHAUN JESTER, D.O.; REGINA FROST-CLARK, M.D.; TYLER JOHNSON, D.O.; GEORGE DELGADO, M.D.,
*Plaintiffs-Appellees*,

*v.*

FOOD & DRUG ADMINISTRATION; ROBERT M. CALIFF, *Commissioner of Food and Drugs*; JANET WOODCOCK, M.D., *in her official capacity as Principal Deputy Commissioner, U.S. Food and Drug Administration*; PATRIZIA CAVAZZONI, M.D., *in her official capacity as Director, Center for Drug Evaluation and Research, U.S. Food and Drug Administration*; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, *Secretary, U.S. Department of Health and Human Services*,
*Defendants-Appellants,*

*v.*

DANCO LABORATORIES, L.L.C.,
*Intervenor-Appellant.*

On Appeal from the United States District Court
for the Northern District of Texas, Amarillo Division
No. 2:22-CV-223

**UNOPPOSED MOTION OF SUSAN B. ANTHONY PRO-LIFE AMERICA, ET AL., TO FILE AMICI CURIAE BRIEF IN SUPPORT OF APPELLEES**

Heather Gebelin Hacker
HACKER STEPHENS LLP
108 Wild Basin Rd. South, Suite 250
Austin, Texas 78746
(512) 399-3022 (phone)
heather@hackerstephens.com
*Counsel for Amici Curiae*

**CERTIFICATE OF INTERESTED PERSONS**

No. 23-10362

ALLIANCE FOR HIPPOCRATIC MEDICINE, ET AL.,

*Plaintiffs-Appellees*,

*v.*

FOOD AND DRUG ADMININISTRATION, ET AL.,

*Defendants-Appellants*,

*v.*

DANCO LABORATORIES, L.L.C.,

*Intervenor-Appellant.*

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

| **Plaintiffs-Appellees** | **Former or present counsel** |
|---|---|
| - Alliance for Hippocratic Medicine<br>- American Association of Pro-Life Obstetricians and Gynecologists<br>- American College of Pediatricians<br>- Christian Medical and Dental Associations<br>- Shaun Jester, D.O.<br>- Regina Frost-Clark, M.D.<br>- Tyler Johnson, D.O.<br>- George Delgado, M.D. | Alliance Defending Freedom<br>- Erik C. Baptist<br>- Julie M. Blake<br>- Matthew S. Bowman<br>- Denise Harle<br>- Erin M. Hawley<br>- Erica Steinmiller-Perdomo<br>Burdett Morgan & Williamson LLP<br>- Christian D. Stewart |

i

| **Defendants-Appellants** | **Former or present counsel** |
|---|---|
| - Food and Drug Administration<br>- U.S. Department of Health and Human Services<br>- Robert M. Califf, Commissioner of Food and Drugs<br>- Janet Woodcock, M.D., in her official capacity as Principal Deputy Commissioner, U.S. Food and Drug Administration<br>- Patrizia Cavazzoni, M.D., in her official capacity as Director, Center for Drug Evaluation and Research, U.S. Food and Drug Administration<br>- Xavier Becerra, Secretary, U.S. Department of Health and Human Services | U.S. Department of Justice<br>- Brian M. Boynton<br>- Sarah E. Harrington<br>- Leigha Simonton<br>- Michael S. Raab<br>- Cynthia A. Barmore<br>- Noah T. Katzen<br>- Christopher A. Eiswerth<br>- Daniel Schwei<br>- Emily B. Nestler<br>- Julie Straus Harris<br>- Kate Talmor<br>- Elizabeth B. Prelogar |
| **Intervenor-Appellant** | **Former or present counsel** |
| - Danco Laboratories, L.L.C. | Hogan Lovells LLP<br>- Catherine E. Stetson<br>- Jessica L. Ellsworth<br>- Kaitlyn A. Golden<br>- Lynn Whipkey Mehler<br>- Marlan Golden<br>- Philip Katz<br>- Danielle Desaulniers Stempel<br>- Delia Scoville<br>- Eva M. Schifini<br><br>- Ryan Patrick Brown, Attorney at Law |

| **Amici Curiae** | **Former or present counsel** |
|---|---|
| - Susan B. Anthony Pro-Life America<br>- Catholic Health Care Leadership Alliance<br>- National Catholic Bioethics Center<br>- Catholic Bar Association<br>- Coalition for Jewish Values<br>- Catholic Benefits Association<br>- Christ Medicus Foundation | Hacker Stephens LLP<br>- Heather Gebelin Hacker<br><br>Clayton Law Firm, LLC<br>- Ben E. Clayton<br>- Joshua P. Clayton<br><br>Weycer, Kaplan, Pulaski & Zuber, PC<br>- Murphy S. Klasing |

/s/ Heather Gebelin Hacker
HEATHER GEBELIN HACKER
*Counsel for Amici Curiae*

Pursuant to Federal Rule of Appellate Procedure 29(a)(3), Fifth Circuit Rule 29, and the Court's April 19, 2023 directive, Amici Curiae hereby move for leave to file the attached brief in support of Plaintiffs-Appellees and make the showing required by Federal Rule of Appellate Procedure 29(a)(3)(A) and (B) below. Counsel for Amici Curiae conferred with counsel for Plaintiffs-Appellees, Defendants-Appellants, and Intervenor-Appellants regarding this Motion. No party opposes the relief requested in this Motion.

## I.   Interest of Amici Curiae

Amici curiae are a preeminent group of organizations devoted to addressing important social and medical issues—particularly healthcare decisions involving moral and bioethical concerns—and represent knowledge and experience across a variety of disciplines:

**Susan B. Anthony Pro-Life America** is a "pro-life advocacy organization"[1] dedicated to ending abortion, while protecting the lives of mothers and their babies, including through advancement of pro-life laws and health-saving regulatory measures for women, girls, and the unborn through direct lobbying and grassroots campaigns.

**Catholic Health Care Leadership Alliance** is an alliance of Catholic organizations supporting the rights of patients and professionals to receive and provide

---

[1] *Susan B. Anthony List v. Driehaus*, 573 U.S. 149, 153 (2014) (internal quotation marks omitted).

healthcare in accordance with the moral, ethical, and social teachings of Jesus Christ and His Church.

**The National Catholic Bioethics Center** is a nonprofit research and educational institute committed to applying the principles of natural and moral law, consistent with many traditions including the teachings of the Catholic Church, to ethical issues arising in healthcare and the life sciences.

**Catholic Bar Association** is a community of legal professionals that educates, organizes, and inspires its members to faithfully uphold and bear witness to the Catholic faith in the study and practice of law.

**Coalition for Jewish Values** (CJV) is the largest Rabbinic public policy organization in America, representing over 2,000 traditional, Orthodox rabbis. The CJV Healthcare Council was formed by Torah-observant medical professionals under the auspices of the CJV Rabbinic Board to promote medical practices consonant with Jewish values and to preserve conscience rights for healthcare professionals.

**Catholic Benefits Association** is a non-profit limited cooperative association committed to assisting its Catholic employer members in providing health coverage to their employees consistent with Catholic values, including protection of members' legal and conscience rights.

**Christ Medicus Foundation** is an organization that defends religious freedom by educating religious and lay leaders on the intersection of healthcare, the exercise of faith and religious freedom, and the right to life.

The issues involved in this case are of great interest to Amici because they touch on issues of public health, human rights, the right to life, and bioethics. In the attached proposed brief, Amici explain how the current FDA protocol for mifepristone use has profoundly negative legal and ethical consequences because it lacks safeguards necessary to ensure informed consent. Amici are also well-suited to discuss how the FDA's failure harms women who may take mifepristone to cause an abortion.

## II. The Proposed Amici Curiae Brief Is Desirable and the Matters Asserted Are Relevant to the Disposition of the Case.

A. This Court has already recognized that this case involves important issues, as it expedited the appeal to the next oral argument panel, *All. for Hippocratic Med. v. FDA*, No. 23-10362, 2023 WL 2913725, at *21 (5th Cir. Apr. 12, 2023) (per curiam) (*AHM II*), and extended oral argument time to forty minutes per side. The Court has also granted leave for numerous amici curiae to file briefs supporting Appellants. *See* Doc. 302-2. The Court will therefore also benefit from the participation of Amici Curiae in support of Appellees to add further information and discussion relevant to the issues before the Court.

B. The district court granted in part the plaintiffs' motion for injunctive relief and stayed FDA's approval of mifepristone. *All. for Hippocratic Med. v. FDA*, No. 2:22-cv-223-Z, 2023 WL 2825871, at *32 (N.D. Tex. Apr. 7, 2023) (*AHM I*). A plaintiff is entitled to a preliminary injunction if she shows: "(1) a substantial likelihood of success on the merits; (2) a substantial threat of irreparable injury; (3) the threatened injury to the movant outweighs the threatened harm to the party sought to be

3

enjoined; and (4) granting the injunctive relief will not disserve the public interest." *City of Dallas v. Delta Air Lines, Inc.*, 847 F.3d 279, 285 (5th Cir. 2017) (citation and quotation omitted). "The decision to grant or deny a preliminary injunction lies within the sound discretion of the trial court and may be reversed on appeal only by a showing of abuse of discretion." *White v. Carlucci*, 862 F.2d 1209, 1211 (5th Cir. 1989) (citation omitted).

The harm to women resulting from a lack of informed consent, which the attached Amici Curiae brief focuses on, is relevant to the plaintiffs' arguments on standing, *see AHM I*, 2023 WL 2825871, at *4, which will be considered in this Court's analysis of whether the district court abused its discretion in determining that plaintiffs are likely to succeed on the merits, *AHM II*, 2023 WL 2913725, at *4. The issue of informed consent is also relevant to this Court's review of the district court's decision on the question of irreparable harm, *see id.* at *29 (citing *Deerfield Med. Ctr. v. City of Deerfield Beach*, 661 F.2d 328, 338 (5th Cir. 1981) (finding irreparable harm to third-party pregnant women)). Informed consent is also pertinent to the Court's review of the district court's conclusion regarding the public's interest. *See AHM I*, 2023 WL 2825871, at *30 ("The Court . . . balances [the third and fourth preliminary-injunction factors] in favor of ensuring that women and girls are protected from unnecessary harm."). And this Court has recognized that informed consent has special importance in the context of abortion. *See Whole Woman's Health v. Paxton*, 10 F.4th 430, 444 (5th Cir. 2021) (en banc); *Tex. Med. Providers Performing Abortion Servs. v. Lakey*, 667 F.3d 570, 576 (5th Cir. 2012).

## Conclusion

For the foregoing reasons, the Court should grant the motion for leave and direct the Clerk to file the attached Amici Curiae brief.

Respectfully submitted.

/s/Heather Gebelin Hacker
Heather Gebelin Hacker
HACKER STEPHENS LLP
108 Wild Basin Rd. South, Suite 250
Austin, Texas 78746
(512) 399-3022 (phone)
heather@hackerstephens.com

*Counsel for Amici Curiae*

### Certificate of Conference

On May 2, 2023, the undersigned conferred by e-mail with counsel for Plaintiffs-Appellees, Defendants-Appellants, and Intervenor-Appellants regarding this Motion. No party opposes the relief sought in this Motion.

/s/ Heather Gebelin Hacker<br>Heather Gebelin Hacker

### Certificate of Service

On May 11, 2023, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1.

/s/ Heather Gebelin Hacker<br>Heather Gebelin Hacker

### Certificate of Compliance

This brief complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 1008 words, excluding the parts exempted by Rule 27(a)(2)(B); and (2) the typeface and type style requirements of Rule 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the program used for the word count).

/s/ Heather Gebelin Hacker<br>Heather Gebelin Hacker