No. 23-10362

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

ALLIANCE FOR HIPPOCRATIC MEDICINE; ET AL.,
*Plaintiffs-Appellees*
*v.*
FOOD AND DRUG ADMINISTRATION, ET AL.,
*Defendants-Appellants*
*v.*
DANCO LABORATORIES, L.L.C.
*Intervenor-Appellant*

On Appeal from the United States District Court
for the Northern District of Texas, No. 2:22-cv-00223-Z

**UNOPPOSED MOTION OF STATE OF MISSOURI FOR LEAVE TO FILE A BRIEF AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS-APPELLEES**

ANDREW BAILEY
ATTORNEY GENERAL

Joshua M. Divine
 Solicitor General

Maria A. Lanahan
 Deputy Solicitor General
Missouri Attorney General's Office
P.O. Box 899
Jefferson City, MO 65102 Telephone: (573) 751-8870
E-mail: josh.divine@ago.mo.gov
*Counsel for Amicus Curiae*

# CERTIFICATE OF INTERESTED PERSONS

Under this Court's Rule 28.2.1 and Federal Rules of Appellate Procedure 26.1(a) and 29(a)(4)(A), governmental parties are not required to supply a certificate of interested persons.

*s/ Joshua M. Divine*
Joshua M. Divine
*Counsel for Amicus Curiae*

# UNOPPOSED MOTION FOR LEAVE TO FILE A BRIEF AS AMICUS CURIAE

Amicus Curiae—the State of Missouri—respectfully moves this Court for leave under Federal Rule of Appellate Procedure 27 to file the attached proposed amicus brief in support of plaintiffs-appellees in these consolidated appeals.

1. This lawsuit challenges the actions through which the U.S. Food and Drug Administration has approved the chemical-abortion drug mifepristone, made it widely accessible, and discarded measures to manage the risks that it presents when used to induce abortions. Agreeing with a wide range of plaintiffs' arguments, the district court stayed the FDA's actions on mifepristone. Op. 32-67, D. Ct. Dkt. 137. Defendants-appellants the U.S. Food and Drug Administration and Danco Laboratories, L.L.C., a lead distributor of mifepristone, appealed.

2. The State of Missouri has a strong interest in this litigation because the FDA's decision to create a regime of abortion by mail imposes harms that necessarily spill over into Missouri—impeding the operation of state law and drastically increasing the risks faced by Missouri women. Resolution of this case is thus of vital importance to Missouri's interest in enforcing its laws and protecting the health and safety of its citizens. Amicus Curiae filed a similar brief in the district court. *See* D. Ct. Dkt. 110. Amicus Curiae also filed similar briefs in emergency-stay-stage

proceedings before this Court and the U.S. Supreme Court. *See* CA5 Dkt. 168; S. Ct. Nos. 22A901, 22A902 (filed Apr. 18, 2023).

3. Missouri's proposed brief provides the Court with additional context about the harms women face from chemically induced abortions and how the FDA's decision to allow abortion by mail aggravates those harms. Missouri seeks leave separately from other states to file a short brief because Missouri was a party to two federal lawsuits where, among other things, abortionists made remarkable concessions in open court that are highly relevant to this case. Those concessions illuminate the heightened risks the FDA's rule imposes on women. This brief brings those concessions to the Court's attention.

4. Under Fifth Circuit Rule 27.4, counsel for the Amicus Curiae State of Missouri has contacted counsel for the parties and been advised that no party opposes the relief sought in this motion.

2

## REQUEST FOR RELIEF

The Amicus Curiae State of Missouri respectfully requests an order granting them leave to file the attached proposed amicus brief in support of plaintiffs-appellees.

Dated: May 12, 2023

                      Respectfully submitted,

                      ANDREW BAILEY
                       ATTORNEY GENERAL

                      *s/ Joshua M. Divine*
                      Joshua M. Divine
                       Solicitor General

                      Maria A. Lanahan
                       Deputy Solicitor General
                      Missouri Attorney General's Office
                      P.O. Box 899
                      Jefferson City, MO 65102 Telephone: (573) 751-8870
                      E-mail: josh.divine@ago.mo.gov
                      *Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I, Joshua M. Divine, hereby certify that the foregoing motion has been filed with the Clerk of Court using the Court's electronic filing system, which sent notification of such filing to all counsel of record.

Dated: May 12, 2023

*s/ Joshua M. Divine*
Joshua M. Divine
*Counsel for Amicus Curiae*

## CERTIFICATE OF COMPLIANCE

This motion complies with the word limitations of Fed. R. App. P. 27(d)(2)(A) because, excluding the exempted parts of the document, it contains 393 words. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in proportionally spaced typeface, including serifs, using Microsoft Word 2016, in Century Schoolbook 14-point font.

Dated: May 12, 2023

*s/ Joshua M. Divine*
Joshua M. Divine
*Counsel for Amicus Curiae*
