No. 23-10362

In the

# United States Court of Appeals for the Fifth Circuit

_____

ALLIANCE FOR HIPPOCRATIC MEDICINE, et al.,
*Plaintiffs – Appellees*,

v.

FOOD & DRUG ADMINISTRATION et al.,
*Defendants – Appellants*,

v.

DANCO LABORATORIES, L.L.C,
*Intervenor – Appellant*.

_____

**Appeal from the United States District Court for the Northern District of Texas, Amarillo Division, Case No. 2:22-CV-223-Z
The Honorable Matthew J. Kaczmaryk, Judge Presiding**

_____

**UNOPPOSED MOTION OF STUDENTS FOR LIFE OF AMERICA FOR LEAVE TO FILE AMICUS CURIAE BRIEF
IN SUPPORT OF PLAINTIFFS-APPELLEES AND FOR AFFIRMANCE
(BRIEF INCORPORATED)**

| | |
|---|---|
| WARREN NORRED | ZACHARY KESTER |
| *Local Counsel and Counsel of Record* | *General Counsel* |
| NORRED LAW, PLLC | STUDENTS FOR LIFE OF AMERICA |
| 515 East Border Street | 1000 Winchester Street, Suite 301 |
| Arlington, Texas 76010 | Fredericksburg, VA  22401 |
|  (817) 704-3984 | (463) 229-0240 |
| wnorred@norredlaw.com | zkester@studentsforlife.org |
| | *Counsel for Amicus Curiae* |
| Submitted May 12, 2023 | *Not active Fifth Circuit Bar Member* |

**CERTIFICATE OF INTERESTED PERSONS**

The case number here is No. 23-10362, *Alliance for Hippocratic Medicine, et al. v. U.S. Food and Drug Administration, et al*.

The undersigned counsel of record certifies that–in addition to the persons and entities listed in the Certificate of Interested Persons filed by appellants, appellees, and the other amici–the following listed persons and entities as described in the fourth sentence of Rule 28.2. I have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal:

        Students for Life of America

        Warren V. Norred

        Zachary Kester

Students for Life is a 501(c)(3) charity which does not issue stock, has no parent corporation, in which no person or entity has an ownership interest of 10%.

Dated May 12, 2023

/s/Warren V. Norred
WARREN NORRED
*Local Counsel and Counsel of Record*
NORRED LAW, PLLC; 515 East Border Street
Arlington, Texas 76010
(817) 704-3984
wnorred@norredlaw.com

**MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF
IN SUPPORT OF PLAINTIFFS-APPELLEES AND AFFIMANCE**

Pursuant to Federal Rule of Appellate Procedure 29(a) and Fifth Circuit Rule 29.1, Students for Life of America (SLA) moves for this Court's leave to file a brief of 4944 words as amicus curiae in support of Plaintiffs-Appellants and affirmance, based on the Court's Order allowing such briefs to be filed no later than May 12, 2023. All parties have consented to the filing of the proposed brief, which SLA submits contemporaneously with this motion.

**I.    Movant's Interest in These Proceedings - Rule 29(a)(3)(A)**

*Amicus curiae* Students for Life of America ("SFLA") is the nation's largest pro-life youth organization that uniquely represents the generation most targeted for abortion. SFLA, a 501(c)(3) charity, exists to recruit, train, and mobilize the Pro-Life Generation to abolish abortion and provide policy, legal, and community support for women and their children, born and preborn. Headquartered in Fredericksburg, VA, SFLA has more than 1,400 student groups with thousands of members on middle school, high school, college, university, and law school campuses in all 50 states, with nearly 100 groups in Texas alone. The organization was founded in 1977 as a student-run organization, and in 2005 was launched as a full-time operation that now has a nation-wide network of staff and volunteers, including more than 150,000 pro-life advocates trained by SFLA.

SFLA and its members are uniquely harmed as the generation most targeted for abortion. A legal prejudice in favor of abortion prevents women from having access to all the information about how abortion harms women and preborn children and what services and support can be made available to them. SFLA thus works to overcome the bias in favor of abortion in critical social institutions, including the courts. As an organization made up primarily of women, many who are working mothers, the mission to build up each generation of women to succeed at home and at work is undermined by misogynist presuppositions—including statements in court findings—that abortion contributes to women's prosperity.

## II.    Why Movant's Amicus is Desirable and Relevant - Rule 29(a)(3)(B)

SFLA and its members desire to protect the environment from Mifepristone and its active metabolites, as its members nationwide have a vested interest in protecting the environment from pollution, and preserving endangered species and their habitats from destruction. SFLA seeks to prevent the dumping of Mifepristone into the waterways of the United States and the inevitable harm that has and will continue to result to endangered species.

Movant believes that this aspect of the dispute has not been adequately briefed by the parties or any third party, and thus, its input is unique and will be helpful to the Court by addressing the Defendant-Appellant Food and Drug Administration's ("FDA") failure to comply with the Endangered Species Act ("ESA") throughout its

approval process for the drug Mifepristone starting in 2000, and before, when first approving Mifepristone as well as subsequently when modifying the Risk Evaluation and Mitigation Strategy ("REMS") on three occasions and when approving the generic form of Mifepristone , all of which was in contravention of the ESA.

Movant's proposed brief explains the purpose of the ESA, how all federal agencies, including Defendants-Appellants, must comply with it, and how Defendants-Appellant failed to comply. The brief will show that the District Court's injunction staying the FDA's unlawful approval of the Mifepristone/misoprostol regimen as an abortifacient in both its name-brand and generic forms should be maintained, owing to FDA's failure to comply with the ESA at least five occasions while approving Mifepristone, its generic, and in modifying Mifepristone's REMS.

For these reasons, Students for Life of America respectfully asks the Court for leave to file their amicus curiae brief in support of the Plaintiffs-Appellees.

## **PRAYER**

For the foregoing reasons, Movant urges the Court to grant leave to file its amicus brief, as concurrently filed with this motion.

Respectfully submitted,

/s/ *Warren Norred*
WARREN NORRED, wnorred@norredlaw.com
*Local Counsel and Counsel of Record*
NORRED LAW, PLLC
515 East Border Street; Arlington, Texas 76010; (817) 704-3984

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) and Fifth Circuit R. 32 because this motion and brief incorporated contains 647 words, excluding those parts exempted by Fed. R. App. P. 32(f).

This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Times New Roman 14-point font in text and Times New Roman 12-point font in footnotes produced by Microsoft Word software.

*/s/ Warren Norred*
WARREN NORRED

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2023, an electronic copy of the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record.

*/s/ Warren Norred*
WARREN NORRED