No. 23-10362

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

ALLIANCE FOR HIPPOCRATIC MEDICINE; AMERICAN ASSOCIATION OF PRO- LIFE OBSTETRICIANS & GYNECOLOGISTS; AMERICAN COLLEGE OF PEDIATRICIANS; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS; SHAUN JESTER, D.O.; REGINA FROST-CLARK, M.D.; TYLER JOHNSON, D.O.; GEORGE DELGADO, M.D.,
*Plaintiffs-Appellees*,

v.

U.S. FOOD & DRUG ADMINISTRATION; ROBERT M. CALIFF, Commissioner of Food and Drugs; JANET WOODCOCK, M.D., in her official capacity as Principal Deputy Commissioner, U.S. Food and Drug Administration; PATRIZIA CAVAZZONI, M.D., in her official capacity as Director, Center for Drug Evaluation and Research, U.S. Food and Drug Administration; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, Secretary, U.S. Department of Health and Human Services,

*Defendants-Appellants*,

v.

DANCO LABORATORIES, L.L.C.,
*Intervenor-Appellant*,

Appeal from the United States District Court
for the Northern District of Texas, Amarillo Division, Case No. 2:22-CV-223-Z
The Honorable Matthew J. Kaczmaryk, Judge Presiding

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE* OF 94 MEMBERS OF THE UNITED STATES CONGRESS SUPPORTING PLAINTIFFS-APPELLEES AND AFFIRMANCE**

>STEVEN H. ADEN
>  *Counsel of Record*
>CAROLYN MCDONNELL
>DANIELLE PIMENTEL
>AMERICANS UNITED FOR LIFE
>1150 Connecticut Ave., N.W.
>Suite 500
>Washington, DC 20036
>Steven.Aden@aul.org
>Telephone: (202) 741-4917

*Counsel for* Amici Curiae

Pursuant to Federal Rule of Appellate Procedure 29(a)(3) and Fifth Circuit Rule 29, Movants 94 Members of the United States Congress respectfully move this Court for leave to file the accompanying *amici curiae* brief in support of Plaintiffs-Appellees. Movants urge this Court to affirm the District Court's order because the U.S. Food and Drug Administration (FDA) did not follow Congress' statutorily prescribed drug approval process in approving and deregulating chemical abortion drugs and has subverted Congress' critical public policy interests in upholding patient welfare. All parties have consented to the *amici curiae* brief of 94 Members of the United States Congress.

I. MOVANTS HAVE INTERESTS IN THE FDA ACTING WITHIN ITS AUTHORIZED POWER AND UPHOLDING THE PUBLIC POLICY OF PATIENT SAFETY.

Movants are 94 Members of the United States Congress, 18 Senators and 76 Members of the House of Representatives, representing 34 States. A complete list of Movants is found in the Appendix to the brief. Movants have a special interest in the FDA acting within the scope of its congressionally authorized power, including adhering to critical patient safeguards for new drug approvals as required by federal laws. Movants are committed to protecting women and girls from the harms of the abortion industry and likewise have a special interest in ensuring the FDA upholds the public policy of patient health and safety for women and girls seeking chemical abortion drugs.

II. **THE MOVANTS' BRIEF IS RELEVANT AND DESIRABLE TO THIS COURT'S DECISION.**

As Members of Congress, Movants have unique insight into federal laws that protect patient health and safety and are at issue in this case. Movants respectfully submit that their proffered *amici* brief will bring at least three crucial public policy matters regarding patient safety to the Court's attention. First, the FDA's failure to adhere to the Federal Food, Drug, and Cosmetic Act's drug approval process has created grave risks to the health and safety of women and girls. Second, the FDA endangers pregnant adolescents seeking chemical abortion drugs by unlawfully waiving the pediatric study requirement. Third, the FDA has created serious hazards for women's health and safety by permitting mail-order chemical abortion drugs in violation of federal law. These issues are relevant to this Court's decision to affirm the District Court's order, which is in the public interest of patient health and safety.

## CONCLUSION

For the foregoing reasons, Movants Members of Congress respectfully request that this Court grant their motion for leave to file the accompanying *amici curiae* brief and accept for filing the *amici curiae* brief submitted with this motion.

Respectfully submitted,

STEVEN H. ADEN
  *Counsel of Record*
CAROLYN MCDONNELL
DANIELLE PIMENTEL
AMERICANS UNITED FOR LIFE
1150 Connecticut Ave., N.W.
Suite 500
Washington, DC 20036
Steven.Aden@aul.org
Telephone: (202) 741-4917

*Counsel for Movants Members of Congress*

May 12, 2023

# CERTIFICATE OF COMPLIANCE

Certificate of Compliance with Type-Volume Limit,
Typeface Requirements, and Type-Style Requirements

A. I hereby certify, pursuant to Federal Rule of Appellate Procedure 32(g), that this brief complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because it contains 423 words, excluding the parts exempted by Fed. R. App. P. 27(a)(2)(B) and 32(f).

B. I also certify that this brief complies with the typeface requirement of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally-spaced typeface using Microsoft Word in 14-point Times New Roman.

I further certify that this PDF file was scanned for viruses, and no viruses were found on the file.

/s/ Steven H. Aden
STEVEN H. ADEN
  *Counsel of Record*
AMERICANS UNITED FOR LIFE
1150 Connecticut Ave., N.W.
Suite 500
Washington, DC 20036
Steven.Aden@aul.org
Telephone: (202) 741-4917

*Counsel for Movants Members of Congress*

May 12, 2023

## CERTIFICATE OF SERVICE

I certify that on May 12, 2023, I electronically filed the foregoing brief with the Clerk of Court throughout the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

/s/ Steven H. Aden
STEVEN H. ADEN
  *Counsel of Record*
AMERICANS UNITED FOR LIFE
1150 Connecticut Ave., N.W.
Suite 500
Washington, DC 20036
Steven.Aden@aul.org
Telephone: (202) 741-4917

*Counsel for Movants Members of Congress*