No. 23-10362

_____

IN THE UNITED STATES COURT OF
APPEALS FOR THE FIFTH CIRCUIT

_____

ALLIANCE FOR HIPPOCRATIC MEDICINE; American Association of Pro-Life Obstetricians & Gynecologists; American College of Pediatricians; Christian Medical & dental Associations; Shaun Jester, D.O.; Regina Frost-Clark, M.D.; Tyler Johnson, D.O.; George Delgado, M.D.,

*Plaintiffs-Appellees,*

v.

U.S. FOOD AND DRUG ADMINISTRATION; Robert M. Califf, Commissioner of Food and Drugs; Janet Woodcock, M.D., in her official capacity as Principal Deputy Commissioner, U.S. Food and Drug Administration; Patrizia Cavazzoni, M.D., in her official capacity as Director, Center for Drug Evaluation and Research, U.S. Food and Drug Administration; United States Department of Health and Human Services; Xavier Becerra, Secretary, U.S. Department of Health and Human Services,

*Defendants-Appellants,*

and

DANCO LABORATORIES, L.L.C.,

*Intervenor-Appellant.*

_____

On Appeal from the United States District Court for the Northern District of Texas, Amarillo Division

Case No. 2:22-cv-00223-Z, Judge Matthew J. Kacsmaryk

_____

IN SUPPORT OF PLAINTIFFS-APPELLEES

_____

**UNOPPOSED MOTION FOR LEAVE OF *AMICI* WOMEN INJURED BY ABORTION; ABBY JOHNSON; DEBORAH TILDEN; AND MELINDA THYBAULT, TO FILE A BRIEF AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS-APPELLEES**

_____

ALLAN E. PARKER, JR.
R. CLAYTON TROTTER
MARY J. BROWNING
THE JUSTICE FOUNDATION
8023 VANTAGE DRIVE
SAN ANTONIO, TEXAS 78230

Pursuant to Fed. R. Civ. P. 7, *Amici* Women Injured By Abortion, Abby Johnson, Deborah Tilden, and Melinda Thybault, respectfully seek this Court's leave to file the accompanying brief as *Amici Curiae* in support of Plaintiffs-Appellees. Consistent with Fed. R. App. P. 29(a)(4)(E), Counsel for *Amici* authored this brief in whole; no counsel for a party authored this brief in any respect; and no person or entity – other than *amicus*, their counsel and their donors – contributed monetarily to this brief's preparation or submission.

## IDENTITY AND INTERESTS OF MOVANTS

Movants, *Amici* Women Injured By Abortion were injured by their own abortion experiences. They are within the FDA statutory zone of interest and are uniquely qualified to give their perspective because they know the results of unsafe and dangerous abortion procedures. The law the FDA is required to follow was designed for their safety and protection. Their perspective is otherwise unavailable to the Court. The abortion industry did not protect them and their voice and legal perspective can aid this Court in its legal duty, particularly, in judging the "public interest" and in seeing that women like them are not irreparably injured by more dangerous abortion methods. Their perspective as *Amici* has been received and cited by the U.S. Supreme Court and other cases as explained in the Brief.

*Amicus* Melinda Thybault has not had an abortion like the other *Amici*. Her interest is as follows: *Amicus* Melinda Thybault (pronounced TEE-boe), the

Founder of The Moral Outcry Petition, acting individually and on behalf of over 539,108 signers, is actively seeking to protect everyone from the harm of abortion to women and its "devastating psychological consequences," as factually recognized by the Supreme Court in Casey, *supra*, and to promote awareness and use of Safe Haven laws.

## REASONS TO GRANT MOVANT'S *AMICI CURIAE* STATUS

*Amici* respectfully submit that their proffered brief will bring at least two relevant and important matters to the Court's attention.

1. Irreparable injury to women will occur if the stay is lifted as *Amici* can demonstrate; on the other hand no women will be irreparably harmed if the stay is allowed to continue because less dangerous surgical abortions are still available in all States where abortion is still legal.

2. In addition, as a matter of law, the stay will not cause any irreparable injury to women who do not choose to seek or fail to obtain a less dangerous surgical abortion. All 50 States now have a Safe Haven law which allows every woman to remove the burden of parenting without any risk from surgical or chemical abortion, and with no abortion-related trauma, which as *Amici* can attest and the Supreme Court has recognized can cause "devastating psychological consequences", per *Planned Parenthood v. Casey*, and "severe depression and loss of self-esteem" per *Gonzales v.*

*Carhart*. *See* Brief. The Safe Haven laws are a new phenomenon which was noted by the Supreme Court in *Dobbs*. *See* Brief.

Respectfully submitted, this 12th day of May, 2023.

          /s/ Allan E. Parker, Jr.

Allan E. Parker, Jr.
Lead Attorney for *Amici Curiae*
R. Clayton Trotter
Mary J. Browning
The Justice Foundation
8023 Vantage Drive, Suite 1275
San Antonio, TX 78230

## CERTIFICATE OF SERVICE

I certify that this document will be served on all Plaintiffs, Defendants, and Intervenors Counsel via ECF, email to:

Erik C. Baptist, Esq.
440 First Street, N.W. Suite 600
Washington, D.C. 20001
ebaptist@ADFlegal.org

Sarah Elaine Harrington
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
sarah.e.harrington@usdoj.gov

Jessica Lynn Ellsworth
Hogan Lovells US, L.L.P.
555 13th Street, N.W.
Columbia Square

Washington, DC 20004
jessica.ellsworth@hoganlovells.com

This 12th day of May, 2023.

THE JUSTICE FOUNDATION

By: /s/ Allan E. Parker, Jr.