No. 23-10362

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

ALLIANCE FOR HIPPOCRATIC MEDICINE, et al.,

*Plaintiffs–Appellees*,

v.

FOOD & DRUG ADMINISTRATION, et al.,

*Defendants–Appellants*,

v.

DANCO LABORATORIES, L.L.C.,

*Intervenor–Appellant*.

On Appeal from the United States District Court
for the Northern District of Texas
In Case No. 2:22-CV-223-Z before The Honorable Matthew J. Kacsmaryk

**UNOPPOSED MOTION OF PROPOSED AMICI CURIAE
FREDERICK DOUGLASS FOUNDATION AND THE
NATIONAL HISPANIC CHRISTIAN LEADERSHIP CONFERENCE
TO FILE BRIEF IN SUPPORT OF APPELLEES AND AFFIRMANCE**

Mathew D. Staver
Anita Staver
Horatio G. Mihet
Roger K. Gannam
Daniel J. Schmid
Hugh C. Phillips
LIBERTY COUNSEL
P.O. Box 540774
Orlando, Florida 32854
(407) 875-1776
court@LC.org | astaver@LC.org
hmihet@LC.org | rgannam@LC.org
dschmid@LC.org | hphillips@LC.org

Proposed Amici Curiae Frederick Douglass Foundation and The National Hispanic Christian Leadership Conference, pursuant to Federal Rules of Appellate Procedure 27 and 29 and Fifth Circuit Rules 27 and 29, move the Court for leave to file the attached proposed Brief of Amici Curiae Frederick Douglass Foundation and The National Hispanic Christian Leadership Conference in Support of Appellees and Affirmance. All parties have consented to proposed amici's filing the attached brief

1. Proposed amici are interested in the outcome of this case as nonprofit faith organizations serving members of the African American, Hispanic, and disability communities across the United States with a strong interest in exposing the racist and eugenic history of the abortion movement—especially chemical abortions using mifepristone—which has had catastrophic effects on their constituent communities. Proposed amici also have a strong interest in challenging the FDA's approval of mifepristone in order to protect the vulnerable communities they represent from genocidal social policies.

2. Proposed amici's brief shares their unique perspective on the eugenic and racist history of abortion and mifepristone's effects on minority and disability communities. They seek to show that, given the eugenic history and nature of abortion, a chemical abortion regimen that includes mifepristone neither provides a "meaningful therapeutic benefit," 21 C.F.R. § 314.500, nor can stand

scrutiny under the Comstock Act's clear standards. Given proposed amici's respective backgrounds and experiences in this sensitive area, their perspective is unlikely to be represented by the parties or other amici.

WHEREFORE, proposed amici respectfully request that the Court grant them leave to file their attached brief in support of Appellees and Affirmance.

/s/ Hugh C. Phillips
Mathew D. Staver
Anita Staver
Horatio G. Mihet
Roger K. Gannam
Daniel J. Schmid
Hugh C. Phillips
Liberty Counsel
P.O. Box 540774
Orlando, Florida 32854
(407) 875-1776
court@LC.org | astaver@LC.org
hmihet@LC.org | rgannam@LC.org
dschmid@LC.org | hphillips@LC.org

*Attorneys for proposed Amici Curiae Frederick Douglass Foundation and The National Hispanic Christian Leadership Conference*

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that this motion complies with the type-volume limitation contained in Fed. R. App. P. 27(d)(2)(A). Not counting the items excluded from the length by Fed. R. App. P. 32(f), this document contains 266 words. Further, complies with the typeface and type-style requirements of Fed. R. App. 27(d)(1)(E). This document has been prepared using Microsoft Word in 14-point Calisto MT font.

/s/ Hugh C. Phillips
Hugh C. Phillips
*Attorney for proposed amici curiae*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed on May 12, 2023 with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ Hugh C. Phillips
Hugh C. Phillips
*Attorney for proposed amici curiae*