# United States Court of Appeals for the Fifth Circuit

No. 23-10362

Alliance for Hippocratic Medicine; American Association of Pro-Life Obstetricians & Gynecologists; American College of Pediatricians; Christian Medical & Dental Associations; Shaun Jester, D.O.; Regina Frost-Clark, M.D.; Tyler Johnson, D.O.; George Delgado, M.D.,

*Plaintiffs—Appellees*,

*versus*

U.S. Food & Drug Administration; Robert M. Califf, *Commissioner of Food and Drugs*; Janet Woodcock, M.D., *in her official capacity as Principal Deputy Commissioner, U.S. Food and Drug Administration*; Patrizia Cavazzoni, M.D., *in her official capacity as Director, Center for Drug Evaluation and Research, U.S. Food and Drug Administration*; United States Department of Health and Human Services; Xavier Becerra, *Secretary, U.S. Department of Health and Human Services*,

*Defendants—Appellants*,

*versus*

Danco Laboratories, L.L.C.,

*Intervenor—Appellant.*

No. 23-10362

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:22-CV-223

———————————————————

ORDER:

IT IS ORDERED that the unopposed motion filed by Susan B. Anthony Pro-Life America, Catholic Health Care Leadership Alliance, National Catholic Bioethics Center, Catholic Bar Association, Coalition for Jewish Values, Catholic Benefits Association, and Christ Medicus Foundation for leave to file brief as *amicus curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by the State of Missouri for leave to file brief as *amicus curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by the Students for Life of America for leave to file brief as *amicus curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by the States of Mississippi, Alabama, Alaska, Arkansas, Florida, Georgia, Indiana, Iowa, Kansas, Kentucky, Louisiana, Montana, Nebraska, North Dakota, Ohio, Oklahoma, South Carolina, South Dakota, Tennessee, Texas, Utah, West Virginia, and Wyoming for leave to file brief as *amicus curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by Advancing American Freedom, Incorporated for leave to file brief as *amicus curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by 94 Members of the United States Congress for leave to file brief as *amicus curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by the United States Medical Association for leave to file brief as *amicus curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by Women Injured By Abortion for leave to file brief as *amicus curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by Frederick Douglass Foundation and The National Hispanic Christian Leadership Conference for leave to file brief as *amicus curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by Charlotte Lozier Institute for leave to file brief as *amicus curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by Charlotte Lozier Institute for leave to file the brief as *amicus curiae* in excess of the word limit, but not to exceed 10,173 words, is GRANTED.

Lyle W. Cayce, *Clerk*
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT