# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 13, 2023

Mr. Joshua M. Divine
Office of The Missouri Attorney General
207 W. High Street
P.O. Box 899
Jefferson City, MO 65102

    No. 23-10362   Alliance Hippocratic Medicine v. FDA
                   USDC No. 2:22-CV-223

Dear Counsel,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 **by Monday, May 15, 2023**, pursuant to 5th Cir. ECF Filing Standard E.1. Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3. Exception: As of July 2, 2018, Anders briefs only require 2 paper copies.

If your brief was insufficient and required corrections, the paper copies of your brief must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief directly from your original file without any header.

**Due to the expedited nature of this case, please submit the paper copies of this document by Monday, May 15, 2023.**

The covers of your documents must be the following colors: Amici briefs must be green. **DO NOT INCLUDE ANY DEFICIENCY NOTICES WITHIN THE PAPER COPIES.**

Sincerely,

LYLE W. CAYCE, Clerk

By: *Shea E. Pertuit*
Shea E. Pertuit, Deputy Clerk
504-310-7666

cc:
    Mr. Steven H. Aden
    Ms. Jessica Ring Amunson
    Mr. Adam B. Aukland-Peck
    Ms. Charlotte Baigent
    Mr. Erik Baptist
    Ms. Cynthia Barmore
    Mr. Cody S. Barnett
    Ms. Amanda Beane
    Mr. Boris Bershteyn
    Ms. Julie Marie Blake
    Mr. Matthew Scott Bowman
    Ms. Beth S. Brinkmann
    Mr. John J. Bursch
    Ms. Elizabeth A. Charles
    Mr. Anthony Scott Chinn
    Mr. Ben E. Clayton
    Mr. Joshua Paul Clayton
    Mr. Richard Dearing
    Ms. Margaret Dotzel
    Ms. Jessica Lynn Ellsworth
    Mr. John Patrick Elwood
    Mr. Charles William Fillmore
    Ms. Emily Gerry
    Ms. Kaitlyn Golden
    Mr. Marlan Golden
    Ms. Elissa Graves
    Ms. Stephanie L. Gutwein
    Ms. Heather Gebelin Hacker
    Ms. Denise Harle
    Ms. Sarah Elaine Harrington
    Ms. Erin Morrow Hawley
    Ms. Alyssa Howard
    Mrs. Jayme Alyse Jonat
    Mr. Robert J. Katerberg
    Mr. Philip Katz
    Mr. Thomas S. Leatherbury
    Mr. David Lehn
    Mr. Peter Dominick Lepiscopo
    Mr. Robert Allen Long Jr.
    Ms. Janice Mac Avoy
    Mr. Justin Lee Matheny
    Ms. Megan McGuiggan
    Ms. Lynn Whipkey Mehler
    Mr. Paul Alessio Mezzina
    Mr. Christopher Morten
    Ms. Ester Murdukhayeva
    Ms. Rachel Neil
    Mr. Warren Norred
    Mr. Allan Edward Parker Jr.

```
Mr. Hugh Carleton Phillips
Ms. Rona Proper
Mr. Michael S. Raab
Mr. Joshua Rosenthal
Mr. Nicolas Sansone
Mr. Dean John Sauer
Mr. Gene C. Schaerr
Ms. Eva Marie Schifini
Mr. Andrew Layton Schlafly
Mr. William B. Schultz
Mr. Daniel Schwei
Ms. Delia Scoville
Mr. Jordan Dentler Segall
Ms. Shannon Rose Selden
Mr. Michael Francis Smith
Mr. Samuel Spital
Ms. Danielle Desaulniers Stempel
Ms. Catherine Emily Stetson
Mr. Christian D. Stewart
Ms. Simona Strauss
Ms. Eva Temkin
Mr. John F. Walsh III
Mr. John Marc Wheat
Mr. Edward Lawrence White
Ms. Grace Zhou
Ms. Allison M. Zieve
```