# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 13, 2023

Mr. John Marc Wheat
Advancing American Freedom, Incorporated
801 Pennsylvania Ave., N.W.
Suite 930
Washington, DC 20004

    No. 23-10362    Alliance Hippocratic Medicine v. FDA
                   USDC No. 2:22-CV-223

Dear Counsel,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 **by Monday, May 15, 2023**, pursuant to 5th Cir. ECF Filing Standard E.1. Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3. Exception: As of July 2, 2018, Anders briefs only require 2 paper copies.

If your brief was insufficient and required corrections, the paper copies of your brief must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief directly from your original file without any header.

**Due to the expedited nature of this case, please submit the paper copies of this document by Monday, May 15, 2023.**

The covers of your documents must be the following colors: Amici briefs must be green. **DO NOT INCLUDE ANY DEFICIENCY NOTICES WITHIN THE PAPER COPIES.**

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Shea E. Pertuit
Shea E. Pertuit, Deputy Clerk
504-310-7666

cc:
- Mr. Steven H. Aden
- Ms. Jessica Ring Amunson
- Mr. Adam B. Aukland-Peck
- Ms. Charlotte Baigent
- Mr. Erik Baptist
- Ms. Cynthia Barmore
- Mr. Cody S. Barnett
- Ms. Amanda Beane
- Mr. Boris Bershteyn
- Ms. Julie Marie Blake
- Mr. Matthew Scott Bowman
- Ms. Beth S. Brinkmann
- Mr. John J. Bursch
- Ms. Elizabeth A. Charles
- Mr. Anthony Scott Chinn
- Mr. Ben E. Clayton
- Mr. Joshua Paul Clayton
- Mr. Richard Dearing
- Mr. Joshua M. Divine
- Ms. Margaret Dotzel
- Ms. Jessica Lynn Ellsworth
- Mr. John Patrick Elwood
- Mr. Charles William Fillmore
- Ms. Emily Gerry
- Ms. Kaitlyn Golden
- Mr. Marlan Golden
- Ms. Elissa Graves
- Ms. Stephanie L. Gutwein
- Ms. Heather Gebelin Hacker
- Ms. Denise Harle
- Ms. Sarah Elaine Harrington
- Ms. Erin Morrow Hawley
- Ms. Alyssa Howard
- Mrs. Jayme Alyse Jonat
- Mr. Robert J. Katerberg
- Mr. Philip Katz
- Mr. Thomas S. Leatherbury
- Mr. David Lehn
- Mr. Peter Dominick Lepiscopo
- Mr. Robert Allen Long Jr.
- Ms. Janice Mac Avoy
- Mr. Justin Lee Matheny
- Ms. Megan McGuiggan
- Ms. Lynn Whipkey Mehler
- Mr. Paul Alessio Mezzina
- Mr. Christopher Morten
- Ms. Ester Murdukhayeva
- Ms. Rachel Neil
- Mr. Warren Norred

Mr. Allan Edward Parker Jr.
Mr. Hugh Carleton Phillips
Ms. Rona Proper
Mr. Michael S. Raab
Mr. Joshua Rosenthal
Mr. Nicolas Sansone
Mr. Dean John Sauer
Mr. Gene C. Schaerr
Ms. Eva Marie Schifini
Mr. Andrew Layton Schlafly
Mr. William B. Schultz
Mr. Daniel Schwei
Ms. Delia Scoville
Mr. Jordan Dentler Segall
Ms. Shannon Rose Selden
Mr. Michael Francis Smith
Mr. Samuel Spital
Ms. Danielle Desaulniers Stempel
Ms. Catherine Emily Stetson
Mr. Christian D. Stewart
Ms. Simona Strauss
Ms. Eva Temkin
Mr. John F. Walsh III
Mr. Edward Lawrence White
Ms. Grace Zhou
Ms. Allison M. Zieve