# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 13, 2023

Mr. Hugh Carleton Phillips
Liberty Counsel
P.O. Box 540774
Orlando, FL 32854

    No. 23-10362    Alliance Hippocratic Medicine v. FDA
                       USDC No. 2:22-CV-223

Dear Mr. Phillips,

The following pertains to your brief electronically filed on May 13, 2023.

You must electronically file a "Form for Appearance of Counsel" within 5 days from this date. You must name each party you represent, see **FED. R. APP. P.** 12(b) and **5TH CIR. R.** 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Shea E. Pertuit, Deputy Clerk
                              504-310-7666

cc:
    Mr. Steven H. Aden
    Ms. Jessica Ring Amunson
    Mr. Adam B. Aukland-Peck
    Ms. Charlotte Baigent
    Mr. Erik Baptist
    Ms. Cynthia Barmore
    Mr. Cody S. Barnett
    Ms. Amanda Beane
    Mr. Boris Bershteyn
    Ms. Julie Marie Blake
    Mr. Matthew Scott Bowman

Ms. Beth S. Brinkmann
Mr. John J. Bursch
Ms. Elizabeth A. Charles
Mr. Anthony Scott Chinn
Mr. Ben E. Clayton
Mr. Joshua Paul Clayton
Mr. Richard Dearing
Mr. Joshua M. Divine
Ms. Margaret Dotzel
Ms. Jessica Lynn Ellsworth
Mr. John Patrick Elwood
Mr. Charles William Fillmore
Ms. Emily Gerry
Ms. Kaitlyn Golden
Mr. Marlan Golden
Ms. Elissa Graves
Ms. Stephanie L. Gutwein
Ms. Heather Gebelin Hacker
Ms. Denise Harle
Ms. Sarah Elaine Harrington
Ms. Erin Morrow Hawley
Ms. Alyssa Howard
Mrs. Jayme Alyse Jonat
Mr. Robert J. Katerberg
Mr. Philip Katz
Mr. Thomas S. Leatherbury
Mr. David Lehn
Mr. Peter Dominick Lepiscopo
Mr. Robert Allen Long Jr.
Ms. Janice Mac Avoy
Mr. Justin Lee Matheny
Ms. Megan McGuiggan
Ms. Lynn Whipkey Mehler
Mr. Paul Alessio Mezzina
Mr. Christopher Morten
Ms. Ester Murdukhayeva
Ms. Rachel Neil
Mr. Warren Norred
Mr. Allan Edward Parker Jr.
Ms. Rona Proper
Mr. Michael S. Raab
Mr. Joshua Rosenthal
Mr. Nicolas Sansone
Mr. Dean John Sauer
Mr. Gene C. Schaerr
Ms. Eva Marie Schifini
Mr. Andrew Layton Schlafly
Mr. William B. Schultz
Mr. Daniel Schwei
Ms. Delia Scoville
Mr. Jordan Dentler Segall
Ms. Shannon Rose Selden
Mr. Michael Francis Smith
Mr. Samuel Spital
Ms. Danielle Desaulniers Stempel
Ms. Catherine Emily Stetson
Mr. Christian D. Stewart
Ms. Simona Strauss
Ms. Eva Temkin

Mr. John F. Walsh III
Mr. John Marc Wheat
Mr. Edward Lawrence White
Ms. Grace Zhou
Ms. Allison M. Zieve