No. 23-10362

# UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

ALLIANCE FOR HIPPOCRATIC MEDICINE, ET AL.,

*Plaintiffs-Appellees*,

v.

U.S. FOOD AND DRUG ADMINISTRATION, ET AL.,

*Defendants-Appellants*,

v.

DANCO LABORATORIES, L.L.C.,

*Intervenor-Appellant*.

On Appeal from the United States District Court for the Northern District of Texas, No. 2:22-cv-00223, Judge Matthew J. Kacsmaryk

**UNOPPOSED MOTION FOR WITHDRAWAL OF DAVID LEHN AS COUNSEL FOR AMICI CURIAE FORMER U.S. DEPARTMENT OF JUSTICE OFFICIALS**

TO THE HONORABLE FIFTH CIRCUIT COURT OF APPEALS:

Former U.S. Department of Justice Officials ("Formal DOJ Officials") as Amici Curiae file this unopposed motion for withdrawal of David Lehn as counsel for Amici and respectfully show as follows:

1.  Mr. Lehn, having appeared in the above-captioned case on behalf of Former DOJ Officials, will no longer work at Wilmer Cutler Pickering Hale and Dorr LLP after June 30, 2023, and will no longer act as counsel for Amici in this action after June 30, 2023.

2.  Former DOJ Officials will continue to be represented by John F. Walsh, III of Wilmer Cutler Pickering Hale and Dorr LLP in this action.

3.  Permitting Mr. Lehn to withdraw as counsel for Amici will not result in any prejudice to the parties to this action nor will it delay the proceedings in this matter.

4.  For these reasons, Former DOJ Officials respectfully move this Court to allow attorney David Lehn to withdraw as counsel for Amici in this matter and request that he be removed from the Court's electronic service list and that no further pleadings or other documents be served upon him in this action.

Dated: June 30, 2023　　　Respectfully submitted,

　　　　　　　　　　By:　*/s/ David Lehn*
　　　　　　　　　　　　David Lehn
　　　　　　　　　　　　WILMER CUTLER PICKERING
　　　　　　　　　　　　　　HALE AND DORR, LLP
　　　　　　　　　　　　2100 Pennsylvania Avenue, NW
　　　　　　　　　　　　Washington, D.C. 20037
　　　　　　　　　　　　(202) 663-6000
　　　　　　　　　　　　david.lehn@wilmerhale.com

　　　　　　　　　　　　John F. Walsh, III
　　　　　　　　　　　　WILMER CUTLER PICKERING
　　　　　　　　　　　　　　HALE AND DORR, LLP
　　　　　　　　　　　　1225 17th Street, Suite 2600
　　　　　　　　　　　　Denver, CO 80202
　　　　　　　　　　　　(720) 247-3135
　　　　　　　　　　　　john.walsh@wilmerhale.com


　　　　　　　　　　　　*Counsel of Former U.S. Department of Justice Officials as Amici Curiae*

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 23, 2023, I conferred with counsel for all parties regarding this motion for withdrawal. Counsel are unopposed to this motion.

                                          */s/ David Lehn*
                                          David Lehn

## CERTIFICATE OF SERVICE

I certify that on June 30, 2023, I caused a true and accurate copy of the foregoing document to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit through the CM/ECF system. I certify that the participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                          */s/ David Lehn*
                                          David Lehn

## CERTIFICATE OF DIGITAL SUBMISSION

The foregoing document: (1) does not require privacy redactions; (2) is an exact copy of the paper document; and (3) was determined to be virus-free following a virus scan.

*/s/ David Lehn*
David Lehn

## CERTIFICATE OF COMPLIANCE

I hereby certify that:

1.   This motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 192 words, as determined by the word-count function of Microsoft Word.

2.   This motion complies with the type-face requirements and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font.

*/s/ David Lehn*
David Lehn
