No. 23-10362

# In the United States Court of Appeals for the Fifth Circuit

ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*,

*Plaintiffs-Appellees,*

v.

U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,

*Defendants-Appellants,*

and

DANCO LABORATORIES, LLC,

*Intervenor-Appellant.*

On Appeal from the United States District Court for the Northern District of Texas, Amarillo Division, Case No. 2:22-cv-00223-Z, Judge Matthew J. Kacsmaryk

**UNOPPOSED MOTION FOR WITHDRAWAL OF KAITLYN A. GOLDEN AND DELIA SCOVILLE AS COUNSEL FOR DANCO LABORATORIES, LLC**

PHILIP KATZ
LYNN W. MEHLER
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004

EVA M. SCHIFINI
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067

JESSICA L. ELLSWORTH
CATHERINE E. STETSON
KAITLYN A. GOLDEN
DANIELLE DESAULNIERS STEMPEL
MARLAN GOLDEN
DELIA SCOVILLE
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600
jessica.ellsworth@hoganlovells.com

*Counsel for Intervenor-Appellant*

TO THE HONORABLE FIFTH CIRCUIT COURT OF APPEALS:

Intervenor-Appellant Danco Laboratories, LLC ("Danco") hereby moves for the withdrawal of Kaitlyn A. Golden and Delia Scoville as counsel for Danco and respectfully shows as follows:

1. Ms. Golden, having appeared in the above-captioned case on behalf of Danco, will no longer work at Hogan Lovells US LLP and will no longer act as counsel for Danco in this action after August 14, 2023. Ms. Scoville, having appeared in the above-captioned case on behalf of Danco, no longer works at Hogan Lovells US LLP.

2. Danco will continue to be represented by Jessica L. Ellsworth, Catherine E. Stetson, Philip Katz, Lynn W. Mehler, Danielle Desaulniers Stempel, Marlan Golden, and Eva M. Schifini of Hogan Lovells US LLP in this action.

3. Permitting Ms. Golden and Ms. Scoville to withdraw as counsel for Danco will not result in any prejudice to the parties to this action nor will it delay the proceedings in this matter.

4. For these reasons, Danco respectfully moves this Court to allow attorneys Kaitlyn A. Golden and Delia Scoville to withdraw as counsel for Danco in this matter and request that they be removed from the Court's electronic service list and that no further pleadings or other documents be served upon them in this action.

Respectfully submitted,

/s/ Kaitlyn A. Golden
JESSICA L. ELLSWORTH
CATHERINE E. STETSON
KAITLYN A. GOLDEN
DANIELLE DESAULNIERS STEMPEL
MARLAN GOLDEN
DELIA SCOVILLE
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600
jessica.ellsworth@hoganlovells.com

Philip Katz
Lynn W. Mehler
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004

Eva M. Schifini
Hogan Lovells US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067

*Counsel for Intervenor-Appellant*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on August 14, 2023, counsel for Danco conferred with counsel for all parties regarding this motion. Counsel are unopposed to this motion.

/s/ Kaitlyn A. Golden
Kaitlyn A. Golden

*Counsel for Intervenor-Appellant*

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this motion complies with the requirements of Federal Rule of Appellate Procedure 27(d) because it has been prepared in 14-point Times New Roman, a proportionally spaced font. I further certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 216 words, according to the count of Microsoft Word.

/s/ Kaitlyn A. Golden
Kaitlyn A. Golden

*Counsel for Intervenor-Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 14, 2023, I electronically filed the foregoing with the Clerk of Court by using the appellate CM/ECF system. I further certify that the participants in the case are CM/ECF users and that service will be accomplished by using the appellate CM/ECF system.

<u>/s/ Kaitlyn A. Golden</u>
Kaitlyn A. Golden

*Counsel for Intervenor-Appellant*