# *United States Court of Appeals*

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 14, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-10362   Alliance Hippocratic Medicine v. FDA
                  USDC No. 2:22-CV-223

The court has granted the motion to withdraw as counsel.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Mary Frances Yeager, Deputy Clerk
                    504-310-7686

Mr. Steven H. Aden
Ms. Jessica Ring Amunson
Mr. Adam B. Aukland-Peck
Ms. Charlotte Baigent
Mr. Erik Baptist
Ms. Cynthia Barmore
Mr. Cody S. Barnett
Ms. Amanda Beane
Mr. Boris Bershteyn
Ms. Julie Marie Blake
Mr. Matthew Scott Bowman
Ms. Beth S. Brinkmann
Mr. John J. Bursch
Ms. Elizabeth A. Charles
Mr. Anthony Scott Chinn
Mr. Ben E. Clayton
Mr. Joshua Paul Clayton
Mr. Richard Dearing
Mr. Joshua M. Divine
Ms. Margaret Dotzel
Ms. Jessica Lynn Ellsworth
Mr. John Patrick Elwood
Mr. Charles William Fillmore
Mr. Roger K. Gannam
Ms. Emily Gerry
Ms. Kaitlyn Golden
Mr. Marlan Golden

Ms. Elissa Graves
Ms. Stephanie L. Gutwein
Ms. Heather Gebelin Hacker
Ms. Denise Harle
Ms. Sarah Elaine Harrington
Ms. Erin Morrow Hawley
Mr. David Ray Hogue
Ms. Alyssa Howard
Mrs. Jayme Alyse Jonat
Mr. Robert J. Katerberg
Mr. Philip Katz
Mr. Thomas S. Leatherbury
Mr. Peter Dominick Lepiscopo
Mr. Robert Allen Long Jr.
Ms. Janice Mac Avoy
Mr. Justin Lee Matheny
Ms. Megan McGuiggan
Ms. Lynn Whipkey Mehler
Mr. Paul Alessio Mezzina
Mr. Christopher Morten
Ms. Ester Murdukhayeva
Ms. Rachel Neil
Mr. Warren Norred
Mr. Allan Edward Parker Jr.
Mr. Hugh Carleton Phillips
Ms. Rona Proper
Mr. Michael S. Raab
Mr. Joshua Rosenthal
Mr. Nicolas Sansone
Mr. Dean John Sauer
Mr. Gene C. Schaerr
Ms. Eva Marie Schifini
Mr. Andrew Layton Schlafly
Mr. William B. Schultz
Mr. Daniel Schwei
Ms. Delia Scoville
Mr. Jordan Dentler Segall
Ms. Shannon Rose Selden
Mr. Michael Francis Smith
Mr. Samuel Spital
Mrs. Cristina Martinez Squiers
Ms. Danielle Desaulniers Stempel
Ms. Catherine Emily Stetson
Mr. Christian D. Stewart
Ms. Simona Strauss
Ms. Eva Temkin
Mr. John F. Walsh III
Mr. John Marc Wheat
Mr. Edward Lawrence White
Ms. Grace Zhou
Ms. Allison M. Zieve

P.S. We have removed Ms. Kaitlyn Golden from our docket as counsel for appellant. We will not send further orders, correspondence, etc. regarding this appeal.