# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

September 12, 2023

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re:  Danco Laboratories, L.L.C.
           v. Alliance for Hippocratic Medicine, et al.
           No. 23-236
           (Your No. 23-10362)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 8, 2023 and placed on the docket September 12, 2023 as No. 23-236.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst

