# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

**Beth S. Brinkmann**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 6000

**VIA CM/ECF**

September 15, 2023

Mr. Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130-3408

Re:   *Alliance for Hippocratic Medicine v. FDA* (No. 23-10362);
       Withdrawal of Counsel

Dear Mr. Cayce,

The undersigned, Beth S. Brinkmann, is writing to withdraw as counsel for the Pharmaceutical Research and Manufacturers of America, Advanced Medical Technology Association, Consumer Healthcare Products Association, and National Association of Manufacturers as *amici curiae* in the above-captioned appeal. Peter Safir, Julie Dohm, Brianne Bharkhda, Marienna H. Murch, Annie X. Wang, Daniel G. Randolph, and Kendall T. Burchard of Covington & Burling LLP will continue to represent these *amici*.

Thank you for your assistance in this matter.

Sincerely,

*/s/ Beth S. Brinkmann*
Beth S. Brinkmann
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
(202) 662-6000

*Counsel for Amici Curiae*

cc:  All counsel of record (by ECF notification)