# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

October 16, 2023

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re:  Alliance for Hippocratic Medicine, et al.
          v. Food & Drug Administration, et al.
          No. 23-395
          (Your No. 23-10362)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on October 12, 2023 and placed on the docket October 16, 2023 as No. 23-395.

Sincerely,

Scott S. Harris, Clerk

by

Susan Frimpong
Case Analyst

