# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 03, 2023

Mr. Alan E. Schoenfeld
Wilmer Cutler Pickering Hale & Dorr, L.L.P.
250 Greenwich Street
7 World Trade Center
New York, NY 10007

    No. 23-10362   Alliance Hippocratic Medicine v. FDA
                     USDC No. 2:22-CV-223

Dear Mr. Schoenfeld,

The following pertains to your electronically filed appearance form.

Appearance forms require either an original signature in the signature line or **"s/name"** by attorneys filing under their own CM/ECF login.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Linda B. Miles, Deputy Clerk
504-310-7793