No. 23-10362

IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

ALLIANCE FOR HIPPOCRATIC MEDICINE, *et al.*,
*Plaintiffs-Appellees*,

v.

U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,
*Defendants-Appellants,*

v.

DANCO LABORATORIES, LLC.,
*Intervenor-Appellant.*

Appeal from the United States District Court for the
Northern District of Texas, Case No. 2:22-cv-223

**UNOPPOSED MOTION FOR WITHDRAWL OF EDWARD WHITE
AS COUNSEL FOR AMICUS CURIAE,
AMERICAN CENTER FOR LAW AND JUSTICE**

The undersigned, attorney Edward White, files this unopposed motion for an order withdrawing him as counsel for amicus curiae, the American Center for Law and Justice (ACLJ). The undersigned, an attorney with the ACLJ, entered his appearance in this case for amicus on April 11, 2023, Doc. 80, and will be retiring from the ACLJ next month. Attorney Walter Weber, who also is an attorney with the ACLJ, entered his appearance in this case for amicus on November 16, 2023,

1

Doc. 563, and he will continue to act as counsel for amicus in this case. Allowing the undersigned to withdraw from this case will not prejudice amicus, any party, and will not cause delay in this case.

For the above-stated reasons, the undersigned moves this Court for an order granting this unopposed motion, withdrawing him as counsel for amicus in this case, and removing him from the Court's electronic service list so that no further pleadings or other documents be served on him in this case.

Dated: November 20, 2023      Respectfully submitted,

/s/ Edward L. White III
EDWARD L. WHITE III
(Admitted to Fifth Circuit Bar)
AMERICAN CENTER FOR LAW
  & JUSTICE
3001 Plymouth Road, Suite 203
Ann Arbor, Michigan 48105
Tel.: 734-680-8007
Email: ewhite@aclj.org

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on November 20, 2023, he emailed counsel for Plaintiffs/Appellees, Defendants/Appellants, and Intervenor/Appellant to determine whether this motion would be opposed. Based on their responses, the motion is unopposed.

**CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that this motion complies with the type-volume limitation of Fed. R. App. P. 27 as it contains 166 words, excluding the exempted parts under Fed. R. App. P. 32, and it complies with the typeface requirements of Fed. R. App. P. 32 as it was prepared in a proportionally-spaced typeface using Microsoft Word 14-point Times New Roman font.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he caused a true and correct copy of the foregoing unopposed motion to be electronically filed with the Clerk of Court for the U.S. Court of Appeals, Fifth Circuit, on November 20, 2023, using the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Edward L. White III
EDWARD L. WHITE III
(Admitted to Fifth Circuit Bar)
AMERICAN CENTER FOR LAW
 & JUSTICE
3001 Plymouth Road, Suite 203
Ann Arbor, Michigan 48105
Tel.: 734-680-8007
Email: ewhite@aclj.org