# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 13, 2023

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130



Re: Danco Laboratories, L.L.C.
v. Alliance for Hippocratic Medicine, et al.
No. 23-236
(Your No. 23-10362)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted. The petition for a writ of certiorari in No. 23-235 is granted. The cases are consolidated, and a total of one hour is allotted for oral argument.

Sincerely,

Scott S. Harris, Clerk