# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 13, 2023

Ms. Karen S. Mitchell
Northern District of Texas, Amarillo
United States District Court
205 E. 5th Street
Room F-13240
Amarillo, TX 79101

    No. 23-10362   Alliance Hippocratic Medicine v. FDA
                        USDC No. 2:22-CV-223

Dear Ms. Mitchell,

Enclosed is a copy of the Supreme Court order granting certiorari.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Tiara N. McCorkle, Deputy Clerk