# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

February 06, 2024

Mr. Scott Harris  
Supreme Court of the United States  
One First Street, N.E.  
Washington, DC 20543

    No. 23-10362   Alliance Hippocratic Medicine v. FDA  
                        USDC No. 2:22-CV-223  
                        USSC No. 23-235

Dear Mr. Harris,

Pursuant to your recent request, I write to advise the appellate court record can be accessed on PACER through the court's website (www.ca5.uscourts.gov).

By copy of this letter, the Clerk of the United States District Court for the Northern District of Texas is directed to transmit their record to the United States Supreme Court.

                                            Sincerely,

                                            LYLE W. CAYCE, Clerk

                                            By: _____  
                                            Rebecca C. Bock, Deputy Clerk

cc:    Counsel