# Supreme Court of the United States

No. 23–235

**FOOD AND DRUG ADMINISTRATION, ET AL.,**

Petitioners

v.

**ALLIANCE FOR HIPPOCRATIC MEDICINE, ET AL.**

*and*

No. 23–236

**DANCO LABORATORIES, L.L.C.,**

Petitioner

v.

**ALLIANCE FOR HIPPOCRATIC MEDICINE, ET AL.**

**ON WRITS OF CERTIORARI** to the United States Court of Appeals for the Fifth Circuit.

**THESE CAUSES** came on to be heard on the transcript of the record from the above court and were argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed, and the cases are remanded to the United States Court of Appeals for the Fifth Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioners, Food and Drug Administration, et al., and Danco Laboratories, L.L.C., recover from Alliance for Hippocratic Medicine, et al., Six Thousand Eight Hundred Twelve Dollars and Fifty-two Cents ($6,812.52) for costs herein expended.

June 13, 2024

| | |
|---|---|
| Printing of joint appendix: | $6,512.52 |
| Clerk's costs (in No. 23-236): | $300.00 |
| Total: | $6,812.52 |

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States